SPN:NR/EDP
F. #2018R02250

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 10 2021   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - against -

DOUGLASS MACKEY,
  also known as "Ricky Vaughn,"

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. CR 21 080
(T. 18, U.S.C., §§ 241 and 3551 et seq.)

GARAUFIS, J.

BULSARA, M.J.

THE GRAND JURY CHARGES:

CONSPIRACY AGAINST RIGHTS

In or about and between September 2016 and November 2016, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DOUGLASS MACKEY, also known as "Ricky Vaughn," together with others, conspired to injure, oppress, threaten and intimidate one or more persons in the free exercise

and enjoyment of a right and privilege secured to them by the Constitution and laws of the United States, to wit: the right to vote.

(Title 18, United States Code, Sections 241 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

COREY AMUNDSON
Digitally signed by COREY AMUNDSON
Date: 2021.02.09 18:47:02 -05'00'

_____
COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION

F.#: 2018R02250
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

DOUGLASS MACKEY,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 241 and 3551 et seq.)

*A true bill.*

_____*Elissa Lyon*_____
                                                                        *Foreperson*

*Filed in open court this* _____ *day,*
*of* _____ *A.D. 20* \_\_\_\_\_

_____
                                                                        *Clerk*

Bail, $ _____

Nathan Reilly and Erik D. Paulsen, Assistant U.S. Attorneys (718) 254-7000