

Tor Ekeland
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005-2205
(718) 737-7264
tor@torekeland.com

**February 24, 2021**

**By ECF**

Judge Sanket J. Bulsara.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

**Re: *U.S. v. Mackey* - 21-CR-80 – Rule 10(b) Arraignment Waiver Letter Motion**

Dear Judge Bulsara,

Defendant Douglass Mackey, through undersigned counsel, and under the Federal Rule of Criminal Procedure 10(b), hereby waives his arraignment in the above matter and pleads NOT GUILTY.[1]

On February 10, 2021, Mr. Mackey received a copy of the Indictment filed in this case. Mr. Mackey knows and understands the accusations against him and has reviewed them with

---

[1] Fed.R.Crim.P.10(b)(2).

undersigned counsel. He is aware he is entitled to be arraigned in open court on this case. Mr. Mackey further waives reading of the Indictment in open court.

We have discussed this waiver with the Government, and they do not oppose.

Mr. Mackey has read the above waiver of arraignment, and states that all information in the waiver is true and that he enters a plea of not guilty. He further agrees to exclude the time from this filing to the first status conference in this case, or thirty days, whichever comes first. He respectfully requests that the Court accept this waiver at its discretion under Federal Rule of Criminal Procedure 10(b)(3).

Date: February 24, 2021
Brooklyn, New York

*DocuSigned by:*
*Douglass Mackey*
—E6AE514F10974A3...
Douglass Mackey
*Defendant*

*DocuSigned by:*
*Tor Ekeland*
—F419C569B82B4E2...
Tor Ekeland
*Attorney for Defendant Douglass Mackey*