**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| EDP | *271 Cadman Plaza East* |
| F. #2018R02250 | *Brooklyn, New York 11201* |

April 23, 2021

By ECF and Email

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Douglass Mackey</u>, 21-CR-80 (NGG)

Dear Judge Garaufis:

      The parties in the above-referenced matter are scheduled to appear before this Court on Thursday, April 29, 2021, for a status conference. The parties are currently addressing discovery-related issues and jointly seek a 30 to 45 day adjournment of the April 29, 2021, status conference in order to continue those efforts. Accordingly, the parties respectfully request that the Court set a new status conference at a date convenient to the Court, and that the time period from April 29, 2021, to the date of the new status conference be excluded in computing the time within which trial must commence, based on the interests of justice and the complexity of the case. <u>See</u> 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)

      Respectfully submitted,

      MARK J. LESKO
      Acting United States Attorney

By:    /s/
      Erik D. Paulsen
      Assistant U.S. Attorney
      (718) 254-6135

Cc: Tor Ekelund, Esq. (by email)