UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLASS MACKEY<br><br>　　　　　　　Defendant. | 21-CR-80 (NGG)<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE OF MICHAEL HASSARD AS ATTORNEY FOR DEFENDANT**

To the Clerk of the Court and all parties of record:

Please take notice that the undersigned attorney is admitted to practice in this Court and is retained as counsel for Defendant DOUGLASS MACKEY.

Dated: May 24, 2021

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Michael Hassard


　　　　　　　　　　　　　　　　　　　Michael Hassard
　　　　　　　　　　　　　　　　　　　(NYS Bar No. 5824768)
　　　　　　　　　　　　　　　　　　　Tor Ekeland Law, PLLC

　　　　　　　　　　　　　　　　　　　80 Wall Street
　　　　　　　　　　　　　　　　　　　8th Floor
　　　　　　　　　　　　　　　　　　　New York, NY
　　　　　　　　　　　　　　　　　　　10005

　　　　　　　　　　　　　　　　　　　(718) 737 - 7264
　　　　　　　　　　　　　　　　　　　michael@torekeland.com