

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

OO
F. #2018R02250

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 29, 2021

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Douglass Mackey
                  Criminal Docket No. 21-080 (NGG)

Dear Judge Garaufis:

        The parties in the above-referenced matter are scheduled to appear before this Court on August 3, 2021, for a status conference. The parties are currently addressing discovery-related issues and jointly seek a 30-to-45-day adjournment of the August 3, 2021 status conference in order to continue those efforts. Accordingly, the parties respectfully request that the Court set a new status conference at a date convenient to the Court, and that the time period from August 3, 2021, to the date of the new status conference be excluded in computing the time within which trial must commence, based on the interests of justice and the complexity of the case. See 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii). This is the second application for an adjournment. The prior application for an adjournment was granted.

Application granted. Time is excluded in the Interests of justice under the Speedy Trial Act from 8/3/21 to 9/8/21 at 2:30 pm, on consent of the parties for: discovery and case complexity
So Ordered,
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 8/2/21

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By:      /s/
     Olatokunbo Olaniyan
     Assistant U.S. Attorney
     (718) 254-6135

Cc: Tor Ekelund, Esq. (by ECF)