

Tor Ekeland
Managing Partner
(718) 737-7264
tor@torekeland.com

December 10, 2021

**By ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Douglas Mackey, Case No. 21-cr-00080-NGG**

Dear Judge Garaufis,

Defendant Douglas Mackey, through undersigned counsel, requests this Court grant him permission to travel to Reston, Virginia for the holidays on December 11, 2021, through December 12, 2021, so that he could attend a Christmas dinner party. We conferred with the Government and Mr. Mackey's Pretrial Services Officer, and they do not oppose Mr. Mackey's travel request. Therefore, Mr. Mackey seeks to modify the Order Setting of Release and Appearance Bond to allow him to travel on the above dates.

On February 3, 2021, Dkt. No. 7, the Bond and Conditions of Release as to Mr. Mackey were filed in the U.S. District Court for the Eastern District of New York. According to the Conditions, Mr. Mackey is restricted to New York City and the Southern District of Florida. On June 10, 2021, this Court held a status conference in this matter and permitted Mr. Mackey to travel to North Carolina to attend his sister's wedding. On September 8, 2021, in another status conference, this Court granted Mr. Mackey permission to travel to the District of Vermont to visit his family.



Cc: Erik David Paulsen, Olatokunbo Olaniyan, William J. Gullotta (by ECF)

Dated: December 10, 2021

Brooklyn, New York

Respectfully submitted,

/s/ Tor Ekeland

Tor Ekeland (NY Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t: (718) 737 - 7264
f: (718) 504 - 5417
tor@torekeland.com

*Counsel for Defendant Douglas Mackey*