U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

EDP
F. #2018R02250

January 24, 2022

<u>By E-mail and ECF</u>

The Hon. Nicholas Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Mackey, 21-CR-80 (NGG)</u>

Dear Judge Garaufis:

      The government writes on behalf of the parties in response to the Court's January 18, 2022 Order requesting that the parties advise the Court of their availability for a June, July or August trial date. For the reasons noted below, the parties do not believe that trial can be scheduled during that time period.

      On November 10, 2021, the Court set a two-stage briefing schedule for the defendant's motion for a bill of particulars and motion to dismiss. In light of the briefing dates set by the Court, the parties do not expect to receive a ruling from the Court until approximately May/June 2022. Given that briefing schedule, and given that defense counsel has a lengthy trial scheduled for July 2022 in Los Angeles, California, the parties do not believe that trial can be scheduled in the instant matter between June and August 2022.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Erik D. Paulsen
      Assistant U.S. Attorney
      (718) 254-6135

CC:    Tor Ekeland, Esq.
          Corrine Mullen, Esq.