UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x
UNITED STATES OF AMERICA

       - v -
                                21 CR 0080 (NGG)

DOUGLASS MACKEY,

            Defendant.
-------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Douglass Mackey in the above-captioned case.

Dated: February 7, 2022

                                      Respectfully submitted,

                                      */s/ Andrew J. Frisch*
                                      Andrew J. Frisch
                                      The Law Offices of Andrew J. Frisch, PLLC
                                      40 Fulton Street
                                      New York, New York 10038
                                      (212) 285-8000
                                      *afrisch@andrewfrisch.com*

                                      *Attorney for Douglass Mackey*