The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

May 23, 2022

*Filed via ECF*

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

    After consult with the government, I write on behalf of the parties jointly to propose the following schedule for briefing of Mr. Mackey's motion to dismiss the above-referenced case:

| | |
|---|---|
| June 24, 2022 | Mr. Mackey' motion to be filed; |
| August 5, 2022 | The government's opposition to be filed; |
| August 19, 2022 | Mr. Mackey's reply to be filed. |

The parties can propose a date for oral argument after consult with Mr. Reccoppa.

                                                 Respectfully submitted,

                                                 */s/ Andrew J. Frisch*
                                                 Andrew J. Frisch

cc: AUSA Erik Paulsen
    AUSA Olatokunbo Olaniyan
    AUSA William Gullotta