The Law Offices of<br>
**ANDREW J. FRISCH, PLLC**<br>
40 Fulton Street, 17th Floor<br>
New York, New York 10038<br>
212-285-8000

May 23, 2022

*Filed via ECF*

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

  After consult with the government, I write on behalf of the parties jointly to propose the following schedule for briefing of Mr. Mackey's motion to dismiss the above-referenced case:

    June 24, 2022  Mr. Mackey' motion to be filed;

    August 5, 2022  The government's opposition to be filed;

    August 19, 2022  Mr. Mackey's reply to be filed.

The parties can propose a date for oral argument after consult with Mr. Reccoppa.

          Respectfully submitted,

          */s/ Andrew J. Frisch*
          Andrew J. Frisch

cc: AUSA Erik Paulsen    **So Ordered.**
   AUSA Olatokunbo Olaniyan
   AUSA William Gullotta

                    **Hon. Nicholas G. Garaufis**
                    **Date:**