The Law Offices of<br>
**ANDREW J. FRISCH, PLLC**<br>
40 Fulton Street, 17th Floor<br>
New York, New York 10038<br>
212-285-8000

August 17, 2022

*Filed via ECF*

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

    I write on behalf of Douglass Mackey to request a two-week extension of time from August 19, 2022, to September 2, 2022, within which to submit Mr. Mackey's reply brief in further support of his pending motion to dismiss. Oral argument on the motion to dismiss is scheduled for October 5, 2022. AUSA Erik Paulsen has advised me that the government does not object to this request. The additional time is necessary because of the atypical issues raised in Mr. Mackey's case, as well as competing commitments and deadlines in other matters, including two deadlines this week, preparation for an upcoming trial in the Southern District, and an out-of-town trip next week in connection with another case in this District.

    I appreciate the Court's consideration.

                              Respectfully submitted,

                              */s/ Andrew J. Frisch*
                              Andrew J. Frisch

cc: AUSA Erik Paulsen
     AUSA Olatokunbo Olaniyan
     AUSA William Gullotta