The Law Offices of
# ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

February 13, 2023

*Filed via ECF*

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

  On behalf of the parties, I write to request an adjustment to the schedule for the parties' oppositions to the other's motions *in limine* and any replies. We request that the parties' respective papers in opposition be submitted on or before February 22, 2023 (they are now due February 15, 2023), and any replies be submitted on or before February 27, 2023. The parties continue to discuss ways to resolve issues without the need for judicial intervention.

  The parties appreciate the Court's consideration.

           Respectfully submitted,

           */s/ Andrew J. Frisch*
           Andrew J. Frisch

cc: AUSA Erik Paulsen
  AUSA Turner Buford
  AUSA William Gullotta

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 2/16/23