The Law Offices of<br>
ANDREW J. FRISCH, PLLC<br>
40 Fulton Street, 17th Floor<br>
New York, New York 10038<br>
212-285-8000

February 22, 2023

*Filed via ECF*
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

      With the government's consent, I write on behalf of Douglass Mackey to request a modest adjustment of the schedule for briefing of the parties' respective responses to motions *in limine*. I request that the parties' responses be due February 24, 2023 (instead of February 22, 2023), and that replies be due February 28, 2023 (rather than February 27, 2023).

      I sought the government's request for these adjustments, and the government graciously agreed, because other commitments have stood in my way of completing my response to the government's motion. Among other competing commitments, I completed and filed a brief in the Second Circuit yesterday and have just completed and am about to file a response to a motion to dismiss in a regulatory matter in the Northern District of New York today.

      Your Honor's consideration is greatly appreciated.

      Respectfully submitted,

      */s/ Andrew J. Frisch*
      Andrew J. Frisch

cc: AUSA Erik Paulsen
    AUSA Turner Buford
    AUSA William Gullotta

**Application granted.**
**So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 2/22/23