

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EDP
F. #2018R02250

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 2, 2023

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Douglass Mackey
       Criminal Docket No. 21-080 (NGG)

Dear Judge Garaufis:

  As directed by the Court, the government and defense counsel ("the parties") are narrowing its disputes over the evidentiary materials referenced in the parties' in limine motions. On or about February 23, 2023, the government provided the defendant with documents containing potential government exhibits. The government is currently preparing draft final exhibits culled primarily from those materials which it will send to defense counsel to further narrow those disputes. The parties will meet over the weekend to discuss that potential evidence and, should disputes remain over admissibility, advise the Court of the subset of materials that require in limine determinations.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

        By:  /s/
            Erik D. Paulsen
            Assistant U.S. Attorney
            (718) 254-6135

Cc: Andrew Frisch, Esq. (by ECF)