The Law Offices of<br>
ANDREW J. FRISCH, PLLC<br>
40 Fulton Street, 17th Floor<br>
New York, New York 10038<br>
212-285-8000

March 6, 2023

The Honorable Nicholas G. Garaufis
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

  *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

  On behalf of Douglass Mackey, I respectfully submit this letter to advise the Court that his current prospective witnesses at trial include Professor George Hawley and himself. With the Court's permission, I will supplement this list with any other prospective witnesses as preparation for trial continues.

             Respectfully submitted,

             */s/ Andrew J. Frisch*
             Andrew J. Frisch

cc: AUSA Erik Paulsen
   AUSA Turner Buford
   AUSA William Gullotta