The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

March 13, 2023

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

      On behalf of Douglass Mackey, I respectfully submit this letter to supplement prior submissions in support of motions *in limine*. My understanding is that one prospective witness for the government, Amy Stephens, may be called to testify about a podcast she conducted of Mr. Mackey in about March 2016 in which he appeared anonymously and discussed issues such as the Nineteenth Amendment. I write to include this specific prospective testimony as within Mr. Mackey's motions *in limine*.

                              Respectfully submitted,

                              */s/ Andrew J. Frisch*
                              Andrew J. Frisch

cc: United States Attorney's Office