EDP/WJG/FTB
F. #2018R02250

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - against -                         <u>21–CR-080 (AMD)</u>

DOUGLASS MACKEY,
    also known as "Ricky Vaughn,"

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>CONSPIRACY AGAINST RIGHTS</u>

How do you find the defendant?


          Guilty _____                                   Not Guilty _____

1