The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

April 20, 2023

The Honorable Ann M. Donnelly
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

    Upon consultation with the government and obtaining its consent, I write to respectfully request an adjustment for briefing of post-verdict motions, as follows:

    May 3        Mr. Mackey's motions;

    May 31       The government's response;

    June 14      Mr. Mackey's reply.

    I make this request because I lost a week of work due to illness since trial and have a fact-finding hearing and out-of-town trip next week and a sentencing on May 1, 2023. As a result, I cannot realistically complete my work either as scheduled (by tomorrow) nor by next week.

    I appreciate the Court's consideration.

                                  Respectfully submitted,

                                  */s/ Andrew J. Frisch*
                                  Andrew J. Frisch

cc: U.S. Attorney's Office