```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   -----------------------------x
                                      21-CR-80(AMD)
 3   UNITED STATES OF AMERICA,
                                      United States Courthouse
 4                                    Brooklyn, New York

 5           -versus-                 March 21, 2023
                                      9:30 a.m.
 6   DOUGLASS MACKEY,

 7           Defendant.

 8   -----------------------------x

 9           TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
              BEFORE THE HONORABLE ANN M. DONNELLY
10                 UNITED STATES DISTRICT JUDGE
                        BEFORE A JURY
11

12   APPEARANCES

13   For the Government:      UNITED STATES ATTORNEY'S OFFICE
                              Eastern District of New York
14                            271 Cadman Plaza East
                              Brooklyn, New York 11201
15                            BY:  ERIK PAULSON, ESQ.
                                   TURNER BUFORD, ESQ.
16                                 WILLIAM J. GULLOTTA, ESQ.
                              Assistant United States Attorneys
17

18
     For the Defendant:       BY:  ANDREW J. FRISCH, ESQ.
19                            40 Fulton Street
                              New York, New York 10030
20

21
     Court Reporter:          Rivka Teich, CSR, RPR, RMR, FCRR
22                            Phone:  718-613-2268
                              Email:  RivkaTeich@gmail.com
23
     Proceedings recorded by mechanical stenography.  Transcript
24   produced by computer-aided transcription.

25
```

PROCEEDINGS                          220

1              (In open court.)

2              THE COURTROOM DEPUTY:  All Rise.

3              THE COURT:  Everyone can have a seat.  We're still

4     missing a juror.  There is no surprise, there is a lot of

5     traffic today.  That juror is about 20 minutes away.

6              The second thing is, a juror asked Ms. Greene if she

7     was permitted to look up words she didn't understand.

8     Ms. Greene told her that she's not supposed to look up

9     anything.  I don't know what words the juror doesn't

10    understand, but I don't think there is anything else to be

11    done about it, unless you want me to tell her she can look up

12    words in the dictionary.  I think it's not a good idea, but I

13    just wanted you to be aware of it.  Maybe it's something to

14    think of when you're presenting your case.

15             Then one other thing, just before I -- two other

16    things before I forget them.  In cases I've had where people

17    have testified with a pseudonym or anonymously, I've always

18    given a little instruction before.  And I understand that one

19    of the witnesses is going to be testifying using whatever his

20    Twitter name is or whatever the -- I need a book to look stuff

21    up too -- whatever his identity is.  I'll give that standard

22    instruction before.

23             Then one other thing that came to my mind yesterday,

24    and perhaps it won't continue.  I did notice in the

25    cross-examination of, I can't think of the woman's name from

PROCEEDINGS                        221

1    Nebraska.

2           MR. PAULSEN:  Ms. Amy Stephen.

3           THE COURT:  There were some questions along the

4    lines of whether the defendant was a nice person, a good

5    person, and all those things.  I think there is the

6    potential -- I know Judge Garaufis already ruled, and I said

7    yesterday I'm not going to revisit those rulings and the

8    reason I'm not is not because -- I've read them all and I

9    agree with them.  Those kinds of questions, if they persist,

10   could lead to opening the door to some evidence that

11   contradicts that conclusion about the defendant.

12           It's just something that occurred to me yesterday.

13   I don't know if anybody has anything to say about that.

14           MR. PAULSEN:  If I could be heard on that specific

15   point.  On that particular point, there is evidence that we

16   have turned over to defense counsel in which the defendant

17   was, I'd say, not a gentleman to Ms. Stephen, kind of mocked

18   her behind her back.  They talked about the importance of

19   recruiting her, of getting her to parrot out messages to her

20   followers.  They frankly made fun of her when she got

21   divorced.  Fairly unkind stuff that she's never seen.

22           Mr. Frisch, I think, used her to leave the

23   impression that the defendant was a gentleman to her.  I think

24   the record is quite different than that.  We wanted to bring

25   this to your Honor's attention, when the defendant takes the

PROCEEDINGS                                222

1    stand, in part, because we wanted to go into that.

2            THE COURT:  What is your position on it, first of

3    all?  I haven't seen what exactly the --

4            What unkind things that they are talking among each

5    other about this lady?

6            MR. PAULSEN:  In sum and substance they talked about

7    how important it was to flip her.  And that when she got

8    divorced, in part because of it, they kind of made fun of it

9    behind her back.  We didn't share that with her.  We never

10   told her these things, these are private messages, but I think

11   it's contrary to the impression that was left in court

12   yesterday.

13           MR. FRISCH:  Let me -- first of all, there is a

14   bigger issue than this, which is why I told your courtroom

15   deputy that it might be a good idea -- let me address this.

16           The reasons I asked those questions was because the

17   piece of the podcast that the Government has been permitted to

18   introduce, they put in the CD, they authenticated the CD

19   through Ms. Stephen.  Then they'll play a snippet from this

20   podcast in March of 2016, was Mr. Mackey's view of the 19th

21   Amendment.  I asked those questions in no way to create a

22   false impression, but to put the context, which I did through

23   Ms. Stephen, that it was a respectful and thoughtful

24   discussion of issues of the day, that it wasn't vituperative.

25   It wasn't -- we can take different meanings of the word

PROCEEDINGS                      223

1    misogynist, but it wasn't hateful.  It was thoughtful,

2    respectful.

3           THE COURT:  I'm not familiar with the podcast.

4           MR. FRISCH:  The podcast is about two hours and 40

5    minutes of these people, including this person known as

6    Dr. Allusion (ph) talking about all kinds of issues of the

7    day.  It's kind of a seminar of various social issues that we

8    all read about in the papers.

9           THE COURT:  19th Amendment, though?

10          MR. FRISCH:  At one point it comes up, a short

11   portion.

12          THE COURT:  I hope that's not an issue of the day.

13   Any way, go ahead.

14          MR. FRISCH:  I don't think it should be at the

15   trial, but so be it.

16          But in a very short portion of this two hour and 40

17   minute conversation where they are discussing, and this is why

18   I think this is important, because I don't think it's an issue

19   and shouldn't be an issue; however, they are having this

20   wide-ranging conversation of all kinds of social issues that

21   we all have various views on, different sides of the spectrum.

22   At one particular point Mr. Mackey expresses lack of support

23   for the 19th Amendment.

24          Now, Judge Garaufis ruled that could come in, and

25   that's the way it is.

PROCEEDINGS                                        224

1          What I wanted to bring out, what I was trying to

2     bring out through Ms. Stephen, is that this wasn't like some

3     rant or some rave.  It came in the context of a thoughtful,

4     respectful conversation in which Mr. Mackey, which is his

5     right and it's all our right, to have ideas and work them out

6     in our head.  That's what he was doing, and that's what I was

7     trying to bring out.

8          THE COURT:  I'm not disputing any of that.  The way

9     it struck me, and I have to look at the transcript again, but

10    it struck me that it was much more personal to her about his

11    treatment of her.  And it's just something that -- the reason

12    I raised it, was because if it continues, I don't know -- like

13    I say, I have to look at the transcript again, but if it

14    continues it's in the nature of a character type, that he's a

15    nice person, a gentleman, respectful, and that -- I'm not

16    making a ruling, I'm just alerting you to the potential for

17    permitting the Government to respond to that characterization.

18         MR. FRISCH:  It won't continue.  I appreciate that.

19    I appreciate what your Honor has said.

20         At the same time, just for the record, I'm not

21    asking the Court to revisit Judge Garaufis' rulings.  But our

22    view is that this case, and for reasons I'll get to when we

23    get to the next issue, in my view is a difficult case for the

24    Government to win.

25         THE COURT:  Okay.

PROCEEDINGS                              225

1          MR. FRISCH:  Based on its theory.  And what they can

2    win on, and the way they can get a conviction, is with the

3    allegations either in direct on their direct case or

4    cross-examining Mr. Mackey of inferences of racism and

5    misogyny because they are so inflammatory.

6          What I was trying to do with Ms. Stephen, I'm

7    repeating myself but I do want to make the record, was

8    establishing for the jury, help the jury understand that it

9    was a long, thoughtful, insightful conversation that was not

10   offensive to her, and to give it some perspective.

11         But I appreciate your Honor calling my attention to

12   a different view of it and making me aware of it.

13         THE COURT:  It's fine.  Are you planning to play

14   other portions of the podcast?

15         MR. FRISCH:  Am I?  No.

16         THE COURT:  Let's put that aside for now.

17         If the Government has an application about being

18   permitted to ask those questions, I just need to look at the

19   transcript again.  Is there something more that you want to

20   say about it?  I don't think it's the key to the case.  But I

21   haven't heard, I haven't seen the things you're talking about.

22   As I say, I haven't looked at the transcript to see exactly

23   what it was.

24         MR. PAULSEN:  Yes, your Honor.  We figured the

25   request was not ripe yet.  If and when the defendant testifies

1   we would bring it to your attention.  The question he asked

2   was:  So you considered him a good kid?  She said:  Yes.

3              THE COURT:  That's what I was focusing on.

4              But any way, I think this is something that nobody

5   is asking me to do at the moment, but it's something that I'll

6   consider.

7              What else did you want to raise?

8              MR. FRISCH:  This morning, about 9:15, the

9   Government provided me with two new interview reports that I'm

10  seeing for the first time.

11             THE COURT:  I can't hear you.

12             MR. FRISCH:  This is a serious issue, so I'm going

13  to raise right now.

14             I've had about 30 minutes or so to think it through,

15  I haven't completely thought it through.  But I think it's a

16  real problem.

17             There are two 302s that the Government provided me

18  for the first time this morning.  I should have had them

19  before trial.  One of them -- I ask they both be exhibits that

20  the Government provide the Court with copies; if not now, when

21  the Government is able to.  Both interview reports of this

22  woman whose name came up on my cross-examination of

23  Mr. Cotler, Amy Karr.  It looks like one is dated March 30,

24  2021, it's four pages, and the other is dated August 18, 2022.

25             THE COURT:  I've got one from August 29.

PROCEEDINGS                                227

1          MR. FRISCH:  August 29 is the date of entry, but the

2     date of investigation is on the bottom.

3          For the purpose of making a record, I have not had

4     an opportunity yet to have an opportunity to think this

5     through completely in all the ways that this, in my view,

6     requires a mistrial.  The substance of it, and I want to -- I

7     won't go on too long, but I do want to make the record -- is

8     that Ms. Karr is essentially in these 302s establishing our

9     defense, in a lot of significant major ways and some micro

10    ways.

11         Let me spend a couple of minutes making the record

12    with the understanding I haven't completely absorbed this.

13         THE COURT:  Can I make a suggestion?  If you haven't

14    completely absorbed it, let's press on if our jurors are here.

15    If you don't want to do that, that's fine.

16         MR. FRISCH:  I would like to at least make a -- I'm

17    not going to go on in great length.  This is really important.

18         THE COURT:  I'm not suggesting that it's not.  But

19    you're letting me know that you haven't, that you want a

20    mistrial but you haven't formulated --

21         MR. FRISCH:  I can give you enough.  I think it's

22    important to make this record now.

23         THE COURT:  Go right ahead.

24         MR. FRISCH:  Thank you.  A part of our defense is

25    that Mr. Mackey posted these memes as a way of distracting the

PROCEEDINGS                              228

1    Clinton campaign, understanding that he was so popular and

2    that essentially he was being watched, and that posting them

3    would distract the Clinton campaign.  Before production of

4    these two 302s, what I knew about Ms. Karr was from

5    Mr. Cotler's 302, that Ms. Karr was in charge of monitoring

6    social media, that's it.  I saw that and I asked him if that

7    was so.  He recalled.  I did not have an opportunity to

8    cross-examine him about his recollection of Ms. Karr's broader

9    role, nor did I have an opportunity to prepare my defense for

10   the following, based on the following facts.

11             Fact number one, the Clinton campaign became aware

12   of these types of memes and this type of misinformation three

13   months before the election, so that would put it in August,

14   number one.

15             Number two, the Clinton campaign was aware of stuff

16   posting, specifically that word is used in Ms. Karr's

17   interview.

18             Number three, on November 2, 2016, this Buzzfeed

19   article was published, I thought based on Professor McNees's

20   tweet, but it appears when the Clinton campaign became aware

21   of these memes at some point they saw the merit of saturating

22   the media with information about this and it looks like the

23   Clinton campaign participated in some lesser or greater extent

24   in generating the Buzzfeed article, which of course is kind of

25   what Mr. Mackey thought might happen in a general sense.

PROCEEDINGS                                    229

1          Here is another piece that's very important.  When

2    Ms. Karr brought this -- her job was to monitor social media

3    for misinformation specifically and these types of things, at

4    least that's what she did when she saw these memes apparently

5    as early as three months before she brought it to the

6    attention of her supervisors in the Clinton campaign who

7    didn't think it was very important, at least initially, I

8    think ultimately they realized that there was something they

9    needed to do.  But the 302s reads as if she's a chicken little

10   telling the Clinton campaign that the sky is falling and

11   nobody is taking her seriously.  It's consistent with our

12   defense as to the seriousness with which these memes might

13   have been taken or how they were intended.

14          They also say that there was no single influencer

15   who was doing this, that it appeared to be some kind of mass

16   attempt to flood social media with these things.  There were

17   many people doing it and no one person was doing it.

18          For me the biggest piece of all of that is that this

19   didn't start on October 29, which is when I thought it started

20   from the 302s that I had, or on November 1st when Mr. Mackey

21   shared these two memes, but it had been going on for three

22   months.

23          Now, my last point, and I appreciate your Honor

24   allowing me to make the record.  I don't know how this might

25   affect, might have affected in full my presentation of

1  Mr. Mackey's defense, how it might have affected my objections

2  to various pieces of evidence or various pieces of testimony,

3  including what might be coming today.  I have no issue with

4  these three prosecutors, they've been good to work with.

5  However, the fact of the matter is, this is Brady material.  I

6  should have had it in March of 2021 and again in August 2022

7  so that I could prepare my defense.

8          That's the reason why I haven't completely thought

9  it out in all the ways it's hurting Mr. Mackey.

10          THE COURT:  The Brady aspect of it is?

11          MR. FRISCH:  A number of Brady aspects of it.  One

12  of which is that this happened, this started three months

13  before the memes that are the subject of this case.  That's

14  one aspect.

15          THE COURT:  So other people did a text-to-vote

16  thing?

17          MR. FRISCH:  This was already on the radar.  The

18  reason why that's important, is not that other people

19  committed the crime so how does that help you.  It's the fact

20  that he's been painted as the influencer who knew that because

21  of the MIT study and otherwise, that this conspiracy could use

22  him as its front person to disseminate them.  In fact, our

23  position is, this was as of October 29 this was already viral.

24  I opened on that.  What I didn't know, not only was it known,

25  was it essentially viral or maybe half viral three months

PROCEEDINGS                    231

1   before but the Clinton campaign was aware of it and they

2   didn't think it was very important until somebody decided,

3   yes, it is important we should do something about it.

4           The Buzzfeed article is very important.  There are

5   chats that the Government will put into evidence where they

6   discuss the Buzzfeed article.  It happens on November 2.

7   Within a day of Mr. Mackey sharing these two memes.  In fact,

8   it looks like the Clinton campaign realized that their best

9   strategy was to get the media to cover this.  And it appears

10  that they were in contact with Buzzfeed to generate, as part

11  of their efforts to generate media as kind of a

12  counter-information campaign.  I think one of the lines here

13  was they believed it was necessary to flood the media.

14          Again, the other thing -- just to repeat and then

15  I'll stop, I appreciate your Honor allowing me to make the

16  record -- is that they were aware of people online, to use the

17  phrase, shit posting, that word is in the Clinton campaign's

18  knowledge.  They were aware of that term, of what it means,

19  how people used it.  And that's very consistent with our

20  defense.  I think this is a serious problem.

21          THE COURT:  I'll hear from the Government.  I will

22  say, I'm a fast reader but I haven't quite absorbed each one

23  of these things.

24          What is it that you want to say in response?

25          MR. PAULSEN:  Yes, your Honor.  I'm rather perplexed

PROCEEDINGS                                                    232

1    by the defense's argument here.  One of the things the defense

2    said, I think in his opening, is that we actually don't

3    disagree in the facts in many respects, it's a matter of

4    conclusions you're drawing.

5            The fist search warrant was turned over in discovery

6    noted that the knowyourmeme.com website noted these were

7    swimming around in the Internet as early as June 2016.  We're

8    about to introduce today private group messages which show

9    that in mid September groups that the defendant was part of

10   started formulating their own versions of these.  And that as

11   it approached the date of the election, they created more and

12   then were promulgating them.

13           It has always been clear that these things were out

14   in the dark corners of the Internet.  We mentioned in the

15   search warrant it was on the Daily Stormer, the American Nazi

16   newspaper.  All of our witnesses yesterday were all talking

17   about efforts to interrupt this scheme before the defendant

18   sent it.

19           Part of the reason that what the defendant did was

20   not terribly affective at the end, and it got such quick

21   attention, is that people in the Hillary Clinton campaign and

22   other individuals were seeing this percolating in the days

23   before the defendant did this.

24           I think our sense of the facts is entirely

25   consistent.  The 302s he's referring to is an individual from

PROCEEDINGS                              233

1   an intern from the Hillary Clinton campaign, who part of her

2   task was to look in the dark corners of the innocent.

3          THE COURT:  Ms. Karr.

4          MR. PAULSEN:  Yes.  She's the individual referred to

5   by Mr. Cotler, the person who flagged for Mr. Cotler and Ms.

6   Rocketto, who did eventually realize it for what it was and

7   did something about it.

8          I believe Ms. Rocketto testified on direct she did

9   try to get media attention for it.  She said they wanted to

10  call attention that this was happening and this was false.  I

11  believe Mr. Frisch implied the people who likely texted the

12  vote, it happened after that coverage.

13         I don't think we disagree on the facts here.

14  Ms. Karr's 302 is not an individual we were going to call.  I

15  would say it is a wildly inculpatory 302, but an individual

16  who was an intern and not interested in testifying, and so we

17  didn't call her.

18         I do not think this is a Brady issue.  I don't think

19  it's remotely anything.

20         Some of the facts that Mr. Frisch raised to me

21  privately, that this references 4chan and other places where

22  these vote-by-text memes existed, this is testimony that will

23  come out in the documents today, and come out in the mouth

24  from of the cooperating witness.  It is just true that these

25  things were in these other places in the Internet.  And the

PROCEEDINGS                                   234

1    groups, like the groups the defendant belonged to, were

2    grabbing them from these places, in addition to certain groups

3    making them themselves.

4            I don't think this is -- this is the Government's

5    case.  This is not a different factual narrative, it is our

6    factual narrative.

7            THE COURT:  All right.  Well, are you making a

8    motion for a mistrial or are you just putting it on my radar?

9            MR. FRISCH:  Both.  Let me add --

10           THE COURT:  So are you making the motion?

11           MR. FRISCH:  I'm making the motion for the mistrial.

12           THE COURT:  I'm denying the motion now, but I do

13   want a chance to review in detail the statements and to review

14   the testimony.

15           I don't think at this point -- I'll surely give you

16   a chance to respond -- but it does not strike me that this is

17   Brady material.  Because at least from my quick perusal of

18   these documents, this seems to be consistent with -- it's not

19   exculpatory material from my view, from what I'm looking at

20   and from what you're telling me.  Much of what you were

21   arguing before is pretty much what you argued in your opening

22   statement.  But I'm denying it at this point for two reasons.

23           First, because I haven't heard anything that

24   suggests to me that a mistrial is warranted.

25           But the second reason is, if there are arguments

PROCEEDINGS                          235

1    that you want to refine or there is more that you want to say

2    about it, which was my impression, and I'd like to read the

3    documents in their entirety and look at the transcript of the

4    trial yesterday.  I'm denying the motion at this point, but I

5    will consider additional arguments that you have to make about

6    it.

7             Is our juror here?

8             THE COURTROOM DEPUTY:  Yes.

9             THE COURT:  Is there anything else that anybody

10   wants to raise before we bring in the jury?

11            MR. FRISCH:  Nothing new.  Can I say one more thing

12   in 30 seconds with this issue?

13            THE COURT:  You can take more than 30 seconds.

14            MR. FRISCH:  I know your Honor is concerned about

15   the jury, I appreciate that.  Two things that dawned on me.

16            Number one, this is coming from the Clinton

17   campaign.  This is the purported, one of the purported victims

18   of this is the Clinton campaign.

19            Second, Ms. Rocketto I think yesterday talked about

20   her concern that these types of memes could particularly

21   affect African American and Hispanic voters and women, and yet

22   the campaign was already on it.

23            THE COURT:  I just don't see how that is

24   exculpatory.  You all know the case far better than I do.  At

25   least, as I understand it, the concern that she expressed was

PROCEEDINGS                               236

1   that voters would believe this, and that sounds to me like

2   what the campaign's concern was.  But I'll give it more

3   thought.  I'm not inclined to grant a motion for a mistrial

4   I'm certainly not going to do it now.

5                Anything more you wanted to say about it?

6                MR. FRISCH:  Not at this particular moment.

7                THE COURT:  Anything else from the Government?

8                MR. PAULSEN:  Your Honor, only that we are in day

9   two of a trial.  The individuals who were cross-examined, we

10  could attempt to bring them back.

11               THE COURT:  There are -- if you want to -- if the

12  Government wants to call that witness, if you want to call the

13  witness, there are other things to be done.  If you wanted to

14  reopen your cross-examination on -- the name escapes me, or

15  whoever that opinion was -- that's an option too.  Those are

16  all remedies that I think, to the extent there is a violation

17  I'm not saying that there is, but there are things that you

18  could do to remedy whatever the issue is.  A mistrial is a

19  drastic measure and it's one that should only be ordered as a

20  last resort.

21               Scheduling wise, I think I said yesterday we've got

22  another matter at lunch time.  And then we were going to

23  discuss -- do you think that witness is going to testify

24  today?  I'm trying to budget our time.

25               MR. PAULSEN:  Your Honor, our expectation is that we

PROCEEDINGS                                237

1    have five short witnesses, which we think could finish

2    reasonably quickly.  Your Honor said you were going to set

3    aside 45 minutes for us to discuss the outstanding in limines,

4    then a large summary witness who will take up the afternoon.

5                THE COURT:  That's fine.  I think we'll continue

6    with that schedule in mind.  I think this other matter will

7    take us about an hour.  I think it's nice to let our court

8    reporter and courtroom deputy have lunch, and then we'll

9    convene.  I'll tell the jury to come back 3:00 o'clock or 3:15

10   this afternoon.

11               MR. BUFORD:  Your Honor, one last point, I'm sorry.

12               Our court reporter, Anthony, told me that he may

13   know one of our witnesses coming up, Michael Ryan.  He knows

14   him personally because they live together on Staten Island.  I

15   don't think it's an issue, I just wanted to raise it.

16               THE COURT:  Are you concerned that the court

17   reporter might know one of the witnesses?

18               MR. FRISCH:  I have no concern.

19               THE COURT:  I think it should be fine.

20               To the extent we're discussing the most recent

21   letter that Mr. Frisch filed, I think there was -- at least I

22   had the sense or the hope that you resolved some of the things

23   amongst yourselves.  Maybe you'll let me know before or you'll

24   continue to work on resolving the things without --

25               MR. PAULSEN:  We'll continue to work.  But we had a

PROCEEDINGS                                    238

1    conversation over the weekend where that letter would have

2    been longer but for that conversation.

3                 THE COURT:  So I shouldn't complain.

4                 MR. PAULSEN:  We'll continue to try.

5                 (Jury enters the courtroom.)

6                 THE COURT:  Good morning everybody.  Hard to get to

7    the courthouse today, I'm right there with you.  Hopefully

8    that won't be a problem every day.

9                 First of all, we're glad to have you back.  I kept

10   you waiting a little bit.  I forgot to mention this yesterday,

11   that occasionally you might be sitting back there thinking

12   what are those people doing there.  Sometimes we're ironing

13   out some issues that will actually move the trial along a

14   little bit.  Sorry to keep you waiting, but I think sometimes

15   there is a benefit to it.  So anyway, we are ready to resume.

16                Are you ready to call your next witness?

17                MR. BUFORD:  Yes, your Honor.  The Government calls

18   Michael Ryan.

19                (Witness takes the witness stand.)

20   **MICHAEL RYAN**, called as a witness, having been first duly

21   sworn/affirmed, was examined and testified as follows:

22                THE COURTROOM DEPUTY:  State your name for the

23   record.

24                THE WITNESS:  Michael Ryan.

25                THE COURTROOM DEPUTY:  Have a seat, Mr. Ryan.

MICHAEL RYAN – DIRECT – MR. BUFORD          239

1          THE COURT:  Good morning, Mr. Ryan.

2          THE WITNESS:  Good morning, your Honor.

3          THE COURT:  I want to give you a few instructions

4    before we begin.  Our court reporter takes down everything

5    that you say, so don't talk too fast.  Also, if a lawyer is

6    asking you questions let the person finish so we're not

7    talking over one another.  Do your best to answer the question

8    that you're being asked.  If there is something that you want

9    clarified or repeated, just let me know.

10          THE WITNESS:  Okay.

11          THE COURT:  Go ahead.

12   DIRECT EXAMINATION

13   BY MR. BUFORD:

14   Q    Good morning, Mr. Ryan.  Are you currently employed?

15   A    Yes.

16   Q    Where do you work?

17   A    The New York City Board of Elections.

18   Q    What is your position there?

19   A    Executive director.

20   Q    For how long have you held that post?

21   A    Since August 2013.

22   Q    Can you tell us generally what the New York Board of

23   Elections does?

24   A    The New York City Board of Elections is the elections

25   administrator for the five boroughs of New York City.  So we

MICHAEL RYAN – DIRECT – MR. BUFORD                240

1   conduct the elections in each of the five boroughs.

2   Q     Are those elections both state and federal?

3   A     Yes.

4   Q     From your work at the New York City Board of Elections,

5   are you familiar with the various methods by which voters in

6   New York city can cast their votes?

7   A     Yes.

8   Q     Are you familiar with the ways in which voters in New

9   York state can cast their vote?

10  A     Yes.

11  Q     How about voters in other states?

12  A     Yes.

13  Q     How did you become familiar the ways in which voters in

14  other states can cast their vote?

15  A     Well, we work closely with the New York State Board of

16  Elections, as well as other election jurisdictions to

17  consistently exchange information with respect to best

18  practices.  As well as, there are certain requirements by the

19  Help American Vote Act, HAVA, which sets requirements and

20  standards by which elections must be conducted.

21  Q     Are you similarly familiar with the ways in which people

22  could vote both in New York City state and in other states in

23  the year 2016?

24  A     Yes.

25  Q     Directing your attention to the 2016 general presidential

MICHAEL RYAN – DIRECT – MR. BUFORD                241

1   election.  Was it possible for voters in New York City to cast

2   a ballot by text message in that election?

3   A     No.

4   Q     What were the ways in which a citizen could vote in New

5   York City?

6   A     You'll hear phrases like voting by absentee, voting by

7   affidavit, or voting on the scanner.  In either of those

8   formats, a voter is still required to fill out a preprinted

9   ballot and fill in the oval adjacent to the candidate of their

10  choice.

11  Q     To your knowledge, was it possible to cast a vote

12  anywhere in the United States by text message in the general

13  presidential election of 2016?

14  A     No.

15  Q     What about casting a vote anywhere by posting a

16  particular hashtag on a social media account?

17  A     No.

18  Q     I'd like to show for the witness only what is marked for

19  identification as Government's Exhibit 1000.  This is a

20  multi-page exhibit, so we'll scroll through and give you a

21  chance to look at it.  Do you recognize this, Mr. Ryan?

22  A     Yes.

23  Q     Can you tell us generally what it is?

24  A     That is the HAVA record, the voter registration record,

25  of Douglass Mackey.

1    Q    Did you have a chance to review this before your

2    testimony today?

3    A    Yes.

4    Q    Are the records contained in this document maintained in

5    the normal course of business by the New York State Board of

6    Elections?

7    A    It's both the New York City Board of Elections and the

8    New York State Board of Elections.

9    Q    I apologize, New York City?

10   A    Yes, but the record is consistent in either event, but

11   yes.

12   Q    And maintained in the normal course of business?

13   A    Yes.

14   Q    Accurate to the best of your knowledge?

15   A    Yes.

16            MR. BUFORD:  Your Honor, the Government offers

17   Government 1000.

18            THE COURT:  Any objection?

19            MR. FRISCH:  I do have an objection, if we can

20   approach?

21            (Continued on the next page.)

22

23

24

25

1              (Sidebar conference.)

2              MR. BUFORD:  We've redacted his date of birth.

3              MR. FRISCH:  I'm sure it's me, but I thought they

4    weren't using this.  I remember speaking to the Government

5    saying you're not putting this in evidence, are you?  I

6    thought they said no, so I took it off my radar.

7              THE COURT:  Can I see it?

8              MR. PAULSEN:  I did have that conversation with you.

9    I'm sorry that I didn't -- I don't think it's a big deal

10   either way.

11             MR. FRISCH:  Let me look at it again.  When

12   preparing for Mr. Ryan, I didn't look at this again because I

13   didn't think it was coming in.

14             MR. BUFORD:  The only thing we're going to show is

15   the last page.

16             MR. FRISCH:  All you're going to put into evidence

17   is the last page?

18             MR. BUFORD:  I can't only put in the last page, I

19   was going to show the last page.  It reflects he voted in the

20   November 2016 election by regular ballot, which means he voted

21   in person.

22             MR. FRISCH:  If all you want to do is to put in the

23   last page, I have no objection.

24             MR. PAULSEN:  It was my mistake.

25             (End of sidebar conference.)

SIDEBAR CONFERENCE                              244

1           (Continued on the next page.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

M. RYAN - DIRECT - MR. BUFORD                    245

 1              (In open court.)

 2              THE COURT:  Just a portion of that record that

 3      you're going to introduce?

 4              MR. BUFORD:  Yes, your Honor.  Based on our

 5      discussions we would offer page nine of Government's Exhibit

 6      1000.

 7              THE COURT:  Any objection?

 8              MR. FRISCH:  No.

 9              THE COURT:  That will be in evidence.  Go ahead.

10              (Government Exhibit 1000, page 9, was received in

11      evidence.)

12      BY MR. BUFORD:

13      Q    Mr. Ryan, can you tell us what we're looking at on the

14      screen?

15      A    Yes.  That is a portion of the voter registration record

16      that we call voter history page.

17      Q    Is this a voter history page for Douglass Mackey?

18      A    Yes.

19      Q    Does this page reflect whether Mr. Mackey voted in the

20      elections in 2016?

21      A    Yes.

22      Q    It doesn't reflect for which candidate he vote, does it?

23      A    Correct.

24      Q    There are two rows towards beers the bottom of the

25      exhibit.  Do you see those?

1    A    Yes.

2    Q    Starting on the bottom row, that is April 19, 2016.  What

3    information is reflected in that row going across the page?

4    A    The type of election is a presidential primary,

5    abbreviated by PP; ballot type R, a regular ballot; and voter

6    type R, which means that the voter voted at a poll site on

7    election day.

8    Q    What about ED and AD?

9    A    The election district is the smallest subdivision in the

10   election map, and the AD is the larger subdivision in the

11   election map.  It's simply the manner in which elections are

12   organized so that we can appropriately size poll sites and

13   other things.

14   Q    How about the row just above that one, for the election

15   on November 8, 2016?

16   A    That's election type, GE, which is general election.  And

17   the ballot type R, voter type R, the same, that it's a regular

18   ballot, and voted on election day at a poll site.

19   Q    Does that mean the vote was in person?

20   A    Yes.

21   Q    Mr. Ryan, to your knowledge from your work out at the New

22   York City Board of Elections, has the Board of Elections ever

23   been involved in discussions about the possibility of

24   electronic methods of voting?

25   A    Not formerly, but informally various vendors over the

M. RYAN – DIRECT – MR. BUFORD          247

1    course of time have made presentations about what their vision

2    for the future of elections might be.

3    Q    None of those versions have been implemented at that

4    point at this point; is that right?

5    A    No, and they never had any serious consideration.

6              MR. BUFORD:  Your Honor, if I may have one moment?

7              THE COURT:  Sure.

8              MR. BUFORD:  No further questions.

9              THE COURT:  Cross-examination?

10             MR. FRISCH:  No questions.

11             THE COURT:  Thank you so much.  You may step down.

12             THE WITNESS:  Thank you, your Honor.

13             (Whereupon, the witness was excused.)

14             THE COURT:  Are you ready to call your next witness?

15             MR. BUFORD:  The Government calls John Hendrickson.

16             (Witness takes the witness stand.)

17   **JOHN HENDRICKSON,** called as a witness, having been first duly

18   sworn/affirmed, was examined and testified as follows:

19             THE COURTROOM DEPUTY:  State your name for the

20   record.

21             THE WITNESS:  John Hendrickson.

22             (Continued on next page.)

23

24

25

J. HENDRICKSON - DIRECT - MR. BUFORD          248

1        THE COURT:  Mr. Hendrickson, just a couple things

2    before you start.

3        You've got the microphone, I want to make sure

4    everyone can hear you.  It's also important that you not speak

5    too quickly.  The court reporter takes down everything you

6    say, and so, just try not to speak too quickly.

7        Also, don't talk over whoever is questioning you.

8    If you want to have a question repeated, or if there is

9    something you don't understand, let me know and just do your

10   best to answer only the question you're being asked, okay?

11       THE WITNESS:  Okay.

12       THE COURT:  Go ahead.

13   DIRECT EXAMINATION

14   BY MR. BUFORD:

15   Q    Good morning, Mr. Hendrickson.  Where do you work?

16   A    I work for Charter Communications.

17   Q    What's your position there?

18   A    I'm Senior Vice President of Core and Backbone

19   Engineering and Operations.

20   Q    For how long have you held that position?

21   A    About eight years.

22   Q    Can you give us a sense -- well, first of all, what is

23   Charter Communications?

24   A    Charter Communications is a media company that provides

25   video, internet, telephone, WiFi, and mobile services.  We go

J. HENDRICKSON - DIRECT - MR. BUFORD              249

1    by our brand name which is Spectrum.

2    Q    Is Spectrum a separate entity from Charter

3    Communications?

4    A    No, Spectrum is simply our brand.  We -- our parent

5    company is Charter Communications, but Spectrum is our

6    advertising brand for the market.

7    Q    Does Charter Communications provide the services you just

8    described to residents of New York City?

9    A    We do.

10   Q    Can you give us a sense of your responsibilities at

11   Charter Communication?

12   A    My group is a team of about 500 employees.  We design,

13   engineer, operate, and maintain the internet service provider

14   network which includes metros across multiple cities in the

15   country and we connect those metro networks to the internet

16   ecosystem at large.

17   Q    From your work at Charter Communications , are you

18   familiar with the internet infrastructure for the greater New

19   York City area?

20   A    I am.

21   Q    Is the internet infrastructure materially different today

22   than it was in 2016?

23   A    From a physical standpoint, it is not.

24   Q    And did Charter Communications provide internet services

25   to residential customers in Manhattan in the year 2016?

J. HENDRICKSON - DIRECT - MR. BUFORD          250

1   A     We did.

2   Q     What kind of internet service would someone, say, living

3   in an apartment in Manhattan receive from Spectrum?

4   A     It could receive our multiple different packages

5   depending on which speed tier they would sign up for.  And by

6   speed tier, I mean whether it was a hundred  meg package, or

7   30 meg package, just depending on whatever speed the enter

8   user would desire from services.

9   Q     Could the internet service include wireless service?

10  A     It did.

11  Q     And how about connecting to the internet through an

12  Ethernet  cable?

13  A     It did.

14  Q     I want to take you through a scenario.

15        If a Spectrum customer were connected to the

16  internet in their residence in 2016 and they sent an

17  electronic communication through an application, like, Google

18  or Twitter, and the servers for that application are not

19  located in Manhattan or New York State, how does the

20  communication journey from the apartment in Manhattan to the

21  servers of the application?

22  A     So the internet is built and classified as aggregation.

23  So I think the best way to think about it is a small creek to

24  a river to an ocean.  It's all aggregates up.

25        So a subscriber out of Manhattan would connection

J. HENDRICKSON - DIRECT - MR. BUFORD          251

1   either via Ethernet table, laptop, or WiFi signal to the cable

2   modem.  So the cable modem is something you would purchase or

3   lease from a company like Spectrum.  That cable modem from

4   whatever laptop or device within the apartment in Manhattan

5   would connect either wired or wirelessly to that cable modem.

6   From there, those signals are combined and actually sent to --

7   think of it as a pedestal or node that services multiple

8   apartments within that same complex.  From there, it is

9   aggregated again.  Again, from the creek to the river, to a

10  fiber optic ring that revolves around the City of Manhattan.

11  So that's where it aggregates multiple different apartment

12  buildings.  So cable modem  to a node, a node would service a

13  specific apartment building, multiple nodes to a core router

14  which then runs a fiber optic ring around Manhattan.

15          And from Manhattan it is going to exit in one of

16  three ways.  There is a fiber optic cable, physical transport,

17  that goes through the Lincoln Tunnel, through an industrial

18  conduit through the Lincoln Tunnel, or it would go through the

19  Holland Tunnel, or it would also go through a utility that

20  crosses the 59th Street Bridge.

21          From there, it goes to one of three destinations

22  depending on what internet traffic that that person is

23  subscriber to.  If it's going to a Google or Twitter, it is

24  then going to exit south to  Ashburn, Virginia; or Newark,

25  New Jersey; or Chicago.  Again, depending on who you're

J. HENDRICKSON – DIRECT – MR. BUFORD          252

1   talking to, where, and what time of day you're talking to.

2   It's very traffic oriented much like your GPS system with how

3   you get around the city.  Internet traffic is going to look

4   for congestion and outages and route around those.  So you

5   could end up from that apartment building in either Chicago,

6   Illinois; Newark, New Jersey; or Ashburn , Virginia.

7   Q     And I believe you mentioned that the fiber optic cables

8   run through the Lincoln Tunnel, the Holland Tunnel, and what

9   was the other one?

10  A     The 59th Street Bridge.

11  Q     Is there a way that a communication that we just

12  described sent over the Internet using Spectrum services could

13  leave the island of Manhattan without going through one of

14  those three  things in 2016?

15  A     Not that I'm aware of.

16  Q     Just for the sake of clarity, would it matter whether the

17  Spectrum customer was using a wireless internet  in their

18  apartment or connected through an Ethernet cable?

19  A     It would not.  Those signals are aggregated in that same

20  cable modem in their apartment.

21            MR. BUFORD:  No further questions.

22            THE COURT:  Sure.

23            MR. FRISCH:  I have no questions.

24            THE COURT:  Thank you very much.  You can step down.

25            (Witness leaves the witness stand.)

J. HENDRICKSON – DIRECT – MR. BUFORD                253

1          THE COURT:  Call your next witness.

2          MR. PAULSEN:  Yes, Your Honor.  The Government calls

3     William Powers.

4          (Witness takes the witness stand.)

5     **WILLIAM POWERS,** called as a witness, having been first duly

6     sworn/affirmed, was examined and testified as follows:

7          (Witness takes the witness stand.)

8          COURTROOM DEPUTY:   Please state your name for the

9     record.

10         THE WITNESS:  William Powers.

11         THE COURT:  All right.  Good morning, Mr. Powers.

12         THE WITNESS:  Good morning.

13         THE COURT:  I'm over here.

14         THE WITNESS:  Sorry.

15         THE COURT:  So a couple things before you begin

16    testimony.

17         First, I want to make sure you don't speak too

18    quickly so our court reporter can take down everything that

19    you say and make sure you're using the microphone.  If there's

20    a question that you want to have clarified or repeated, let me

21    know and just do your best to answer only the question that

22    you're being asked, okay?

23         THE WITNESS:  Thank you.

24         THE COURT:  Go ahead.

25    DIRECT EXAMINATION

1  BY MR. PAULSEN:

2  Q    Hi, Mr. Powers.

3  A    Good morning.

4  Q    Where do you live?

5  A    In live in Massachusetts by Cape Cod.

6  Q    What do you do professionally.

7  A    I am a -- I work in the technology world now but I got

8  into that world by a book I wrote.  I was originally a

9  journalist.

10  Q    What jobs have you had over the past number of years?

11  A    So journalist, author, and then research scientist at

12  MIT.  And now I'm a CEO of a tech start-up.

13  Q    What was your association with MIT?

14  A    I was a research scientists there for about five years

15  and I did work with a particular research group at the MIT

16  Media Lab.

17  Q    What was that research project you did with the Media

18  Lab?

19  A    Well, I did a bunch of research projects but I think the

20  you're concerned about was called the Electome.

21          THE COURT:  The what.

22          THE WITNESS:  Electome, E-l-e-c-t- o-m-e, it's a

23  word we made up.

24          THE COURT:  Okay.

25  EXAMINATION BY

WILLIAM POWERS – DIRECT – MR. PAULSEN          255

1    MR. PAULSEN:

2    (Continuing.)

3    Q     Before we get into that, what sort of projects did the

4    MIT Media Lab work on?

5    A     Our group was called the Lab for Social Machines and we

6    did research on how AI, sort of advance technologies, can help

7    society.  So that's where the phrase "social machines" came

8    from.

9    Q     Okay.  And in the 2015-16 range, you did a project that

10   touched on the then upcoming election, is that fair?

11   A     Yes, that's the one I referred to, the Electome.

12   Q     Can you walk the jury through and the Court what that

13   project was?

14   A     Sure.  So what happened was when our research group was

15   founded around 2014, we were given a gift by Twitter of all of

16   Twitter's data going back to the very first tweet and then the

17   whole Twitter conversation every day, all the data, which was

18   an amazing gift to a research lab.  And we had the idea to try

19   and do something really useful and original with that.

20            And so, 2014-2015 , we -- actually late 2014 -- we

21   realized there's another presidential election coming up in

22   over a year and maybe we could try and track the conversation

23   on Twitter around the election maybe as a new way of

24   understanding public opinion, and so, we decided to do that.

25   Q     Do I understand this right.  You had access to everything

1  coming from Twitter?

2  A    All the tweets back to the very first tweet since way

3  before our research group existed.  Twitter was founded in

4  2006, so all the way back to the beginning and then every day

5  the full firehose of tweets as it's called.  At that time, it

6  was about 500 million tweets a day.

7  Q    Okay.  So in the interest of the study that you wanted to

8  do what did you do with the full firehose?

9  A    So what we did was we built an artificial intelligence

10  system that was very good at taking the firehose of tweets,

11  and also any old tweets that we wanted  to look at from days

12  gone by, and analyzing the language in the tweets to help us

13  understand what the conversations were about.  And then when

14  it isolated a particular topic for conversation, we could dig

15  deeper into those tweets and figure out what were the

16  different themes, who was talking about what.  Basically, we

17  could slice and dice it in all kinds of ways with our

18  algorithms.

19  Q    Who was working on this with you?

20  A    Well it was really, it wound up being much of the group

21  wound up working on it.  We had a group of about half a dozen,

22  sort of, faculty-researcher types including me.  And then I

23  think at that time we had maybe 12 to 15 graduate students.

24  And we also, ultimately, when the project got funded by a

25  foundation, we wound up hiring a few outside people to come

WILLIAM POWERS – DIRECT – MR. PAULSEN          257

1   help us, basically, help produce the analyses that came out of

2   it.

3   Q     These graduate students, they were students at MIT, the

4   Massachusetts Institute of Technology?

5   A     Yes, they were MIT graduate students.  And they were

6   all -- MIT is a technical university, of course, so they were

7   all to some in some fashion connected to, sort of, engineering

8   and sort of artificial intelligence science.

9   Q     Okay.  Was an individual named Eric Chu amongst those

10  graduate students?

11  A     Eric Chu was one of the grad students, yes.

12  Q     Based on your recollection, what did Eric Chu do?

13  A     So on the project, actually, Eric  Chu was not one of my

14  students directly but then he came to work on the project.  So

15  I got to know Eric through his work on the project.  And what

16  he basically did was the technical piece of our AI system, he

17  programmed it.

18  Q     Okay.  I think I was probably jumping too forward.

19              Could you describe for the Court, like, how exactly

20  did the project -- what was the parameters or how exactly you

21  sculpted the project?

22  A     So we realized when we decided to try and track and

23  analyze the election conversation on Twitter, we needed to

24  build some kind of an AI system that, as I described, would

25  pull in all the tweets every day and make sense of it.  And we

WILLIAM POWERS – DIRECT – MR. PAULSEN          258

1   decided to build a system where we would tell it the election

2   topics that meant the most to us.  And so, we chose, I think,

3   18 or 20 election topics.  Sort of, healthcare, taxes, various

4   typical election issues that we asked it to, every single day,

5   isolate all the tweets about those and then tell us more about

6   those tweets –– who was talking, where were those

7   conversations headed, and so forth.

8           And we also developed an interface sort of like you

9   have on your phone or your computer that would help us

10  visualize the data, basically.  And then our idea was,

11  finally, the final piece of it, was our aim was to publish

12  what we discovered as sort of news stories with media outlets

13  that we hoped to partner with.  And we did successfully

14  partner with some and publish quite a few articles.

15  Q    So I would like to call your attention to one particular,

16  I guess, subset of this project, it was the subset in which

17  you attempted to figure out who was influencing the election.

18          Do you recall this particular subset?

19  A    Yes, it was really our first ambitious project that we

20  did relatively early in that election year.  It was at the

21  beginning of our work, really, maybe the third or fourth thing

22  we did.  And it was a look at the influencers in the

23  conversation which voices on Twitter which accounts were

24  having the most influence in the going the most kind of

25  traction, really, with their tweets.

1  Q    Okay.  Do you recall how exactly you attempted to

2  accomplish that within the project?

3  A    Yes.  So we had the system I described was now, to some

4  extent, up and running but, you know, it was still emerging.

5  And then we developed within that project, a particular

6  analysis that was focused on this question of which tweets

7  that were about the election were having the most influence.

8         Were getting most retweets, as they say, on Twitter

9  were spreading the most.  But also, I need to add, we also

10  were pulling in a lot of news outlets in a separate piece of

11  our project, not Twitter,  just news articles every day about

12  the election and we also were looking at all of that news

13  content to see who was having influence there, which

14  individuals were mentioned the most within the election

15  coverage.

16  Q    Okay.  So if I understand this right, the project was

17  looking to assess not just the individuals who were getting

18  the most retweets but which individuals were appearing know

19  those conversations as well?

20  A    Exactly both.

21  Q    What did the study determine?

22  A    Well, we had lots of findings.  So, you know, if you were

23  to -- nobody should do this  -- but if you were to go on the

24  MIT website where the articles we published, they're still

25  there.  And we had all kinds of analyses; for example, the

1    Washington Post came to us one  day and said:  We'd like to

2    see how this particular violent attack on a disco in Florida

3    is affecting the election conversation because that happened

4    during the election.  Could you show us what happened after

5    that terrible incident on Twitter and how people connected to

6    politics.  So that's an example of an analysis.

7              I would say that this particular one about

8    influence, though, was really focused on let's develop a list

9    that shows who are the most influential voices and rank them

10   by influence.  And we had ways that that was divided up, and

11   one our scientists who you mentioned, Eric Chu, was very

12   closely involved with developing the algorithms that made that

13   possible.

14   Q    Okay.  So if I understand this right you were involved in

15   conceptualizing the project but individuals like Eric Chu

16   actually wrote the code?

17   A    Right because, as I said, I'm a journalist so I can't

18   code, I'm not technical.  So Eric, in particular, on this

19   particular project, was focused on making that analysis of

20   influence work within the machine.

21   Q    Did you have preconceptions of who you expected to be on

22   the list of the top influencers?

23   A    I would say we didn't.  We went into it, we tried to go

24   into this consciously with kind of a blank slate approach so

25   that, you know, we wouldn't be seeking a certain result.  We

WILLIAM POWERS – DIRECT – MR. PAULSEN          261

1   figured that the leading candidates in the election race would

2   figure largely in the conversation and some media outlets and

3   individuals but we really didn't know what would come out of

4   it.  We didn't have any preconceptions  of where we would wind

5   up.

6   Q    Did you find that there were certain individuals who

7   appeared in the top lists that were individuals you never

8   heard of?

9   A    Lots of people we never -- lots of accounts and

10   individuals we never heard of, yes.

11   Q    Was that a surprise to you?

12   A    I think it was a surprise to me because I was the person,

13   I had com out of Washington journalism originally.  I was a

14   Washington Post reporter and I thought that I really knew the

15   political landscape better than most people on our team and I

16   think the people on the team would agree with that.  And I was

17   surprised at the number that I didn't recognize, who they were

18   on the final list.

19   Q    Do I understand you correctly that that was one of the

20   interests of the project -- to find out if there were

21   individuals who were different on the usual suspects whether

22   or not driving conversation?

23   A    Yes.  One of the premises of the project, I should have

24   said this, was that social media is really kind of a new

25   public square in our society, and the idea that there might be

WILLIAM POWERS – DIRECT – MR. PAULSEN          262

1  new voices emerging not in the traditional ways of becoming

2  influential, which is mass media or becoming some kind of an

3  expert or being in politics yourself, perhaps social media

4  would produce new kinds of influence and we thought we would

5  find those people, and indeed, we did theorize there would

6  be some surprises.

7  Q    I would like to call your attention to a specific name.

8       Was the name Ricky Vaughn on the report?

9  A    It was the name of one of the accounts that made our

10 list.

11 Q    Okay.  Do you recall where in the list it was?

12 A    And, by the way, it wasn't just Ricky Vaughn.  It was

13 Ricky Vaughn 99.  I think it had a number in it.

14 Q    Okay?

15 A    I think it was in the top 125 maybe out of the 150.  I

16 can't remember precisely where.

17 Q    Okay.  Was this a name you knew?

18 A    I felt that I recognized it from somewhere pop culture

19 and I believe we established that it was related to a movie

20 that I had never seen.  But I heard the name and it seemed to

21 be -- many of the accounts were not the names of the people

22 behind the accounts.  That list, you know, we had one of the

23 accounts on our list was God, tweets of God.  So there were

24 all sorts of names and this was one of the ones that the

25 person behind it was a mystery to us.

WILLIAM POWERS – DIRECT – MR. PAULSEN          263

1    Q    I guess more to the point the account, Ricky Vaughn 99,

2    was that an account that you were aware of before this

3    project?

4    A    No.

5    Q    Now, did you write up this project anywhere?

6    A    We did.  We wrote up a kind of a post on the Medium

7    platform where people have kind of blog-type accounts where

8    you do your own writing.  So we had one for our project and we

9    did a rather long account of the influencer list on that

10   project, on that post, on that platform.

11   Q    Okay.  And are you the one who wrote that?

12   A    I wrote that, yes.

13   Q    Did that post include the full 150 individual account

14   lists?

15   A    It did.  It had the full list and it had an explanation

16   of what the project, the larger Electome project was about.

17   And then basics about how it worked technically.  How we wound

18   up, these people, these accounts, wound up on the list and

19   some technical details as well that I had to  go to the

20   technical side of the team for help in writing that part.

21   Q    Okay?

22        MR. PAULSEN:  Your Honor, I would to show the

23   witness what's been marked for identification as Government

24   Exhibit 1001.

25        MR. FRISCH:  Your Honor, I'll have no objection to

WILLIAM POWERS – CROSS – MR. FRISCH                264

1     its admission.

2                 THE COURT:  Okay.  So that'll be in evidence.  I

3     take it you want to offer it.

4                 MR. PAULSEN:  Yes, Your Honor.

5                 THE COURT:  Okay.

6                 MR. PAULSEN:  I will not belabor it.

7                 (Government Exhibit 1001, was received in evidence.)

8     Q     Mr. Powers, do you recognize the document on your screen?

9     A     Yes.  That's the article I wrote that I just described.

10    Q     And at the top it says "Lab of Social Machines"?

11    A     Yes.

12    Q     Ms. Parshad, can you skip down to where Ricky Vaughn

13    appears.

14                This is the Ricky Vaughn 99 account that you

15    mentioned before?

16    A     Yes.

17    Q     Okay.

18                MR. PAULSEN:  No further questions.  Thank you

19    Mr. Powers.

20                THE WITNESS:  Thank you.

21                THE COURT:  Cross-examination.

22                MR. FRISCH:  Can I ask one question from here?

23                THE COURT:  Yes.

24    CROSS-EXAMINATION

25    BY MR. FRISCH:

1   Q    Mr. Powers, good morning.

2   A    Hello.

3   Q    On page --

4           MR. FRISCH:  Ms. Parshad, can you show Mr. Powers

5   Page 10 of 14.

6   Q    Do you see that?

7   A    Yes.

8   Q    And you see where it says "journalists and pundits"?

9   A    Yes.

10          MR. FRISCH:  And then if you go to the next page,

11  Ms. Parshad, if I can impose on you.

12  Q    Just a point of clarification, is the list on Page 11 of

13  14 classified, pursuant to however you did your work, under

14  the category "Journalists and Pundits ," is that fair?

15  A    No, I believe that this page is what it says at the

16  bottom which is "other."

17  Q    Oh, I see.

18  A    Yeah.

19  Q    Understood.  So, journalists and pundits, that applies to

20  what's above Page 10.  And then on Page 11, the other applies

21  to what's above on that page including No. 107, Ricky Vaughn?

22  A    Yeah.  So this is a very diverse list of accounts that

23  either we couldn't figure out who the person was, what

24  category they were in, or as in the case of Ronald Reagan, you

25  know, he wasn't a politician anymore and he wasn't alive

WILLIAM POWERS – CROSS – MR. FRISCH          266

1   anymore so he became other.

2   Q    Fair enough.  And this was published on February 23,

3   2016; is that right?

4   A    I'd have see the top to verify that but it definitely was

5   some point in February, yes.  February 23rd, yes.

6           MR. FRISCH:  All right.  Mr. Powers, thank you.

7   Nothing further, Judge.

8           THE COURT:  Any redirect?

9           MR. PAULSEN:  No redirect.

10          THE COURT:  Thank you so much.  You can step down.

11          THE WITNESS:  Thank you.

12          (Witness leaves the witness stand.)

13          THE COURT:  Do you want at that call next witness?

14          MR. PAULSEN:  The Government calls Eric Chu.

15          (Witness takes the witness stand.)

16   **ERIC CHU**, called as a witness, having been first duly

17   sworn/affirmed, was examined and testified as follows:

18          COURTROOM DEPUTY:  Please state your name for the

19   record.

20          THE WITNESS:  Eric Chu.

21          THE COURT:  Good morning, Mr. Chu.

22          THE WITNESS:  Good morning.

23          THE COURT:  I want to give a couple of instructions

24   for your testimony.

25          First of all, I want to make sure everybody hears

ERIC CHU – DIRECT – MR. PAULSEN                267

1   you so make sure you're making use of -- the chair doesn't

2   move but the microphone does.  That's a little trick we play.

3   As I said, it's very important that everybody hears you.

4          It's also very important that you don't speak too

5   quickly because our court reporter is taking down everything

6   you say and to just makes their job harder if you are a fast

7   talker.  And also, don't talk over whoever is questioning you.

8   Same reason:  It's harder for the court reporter.

9          If there's a question that you don't understand, or

10  that you want to have repeated, just let mow know and then it

11  your best to answer the question that you are being asked,

12  okay.

13                THE WITNESS:  Okay.

14                THE COURT:  Great.

15  DIRECT EXAMINATION

16  BY MR. PAULSEN:

17  Q    Good morning, Mr. Chu.

18  A    Good morning.

19  Q    Where do you work now?

20  A    I work at Google.

21  Q    What do you do there?

22  A    I am a research scientist and I work on machine learning

23  and language.

24  Q    Okay.  What did you do before there that?

25  A    Before that I just finished my Ph.D. at MIT.

ERIC CHU – DIRECT – MR. PAULSEN                268

1   Q    I'd like to call attention to some -- your associations

2   with MIT earlier in your career around 2016.

3         Were you at MIT in 2016?

4   A    Yes, I was.

5   Q    What was your position at that point?

6   A    I was a graduate student.

7   Q    Okay.  Are you familiar with something called the

8   Electome Project?

9   A    I'm familiar, yes.

10  Q    What was that?

11  A    So that was a broader project that was -- the goal was

12  basically to analyze and understand news coverage and social

13  media conversation related to the 2016 election.

14  Q    Did you work than project?

15  A    I did, yes.

16  Q    Who did you work under?

17  A    My advisor professor, his name is Deb Roy.

18  Q    That's D-e-b, Deb Roy?

19  A    Yes.

20  Q    Did you also work with an individual named William or

21  "Bill" Powers?

22  A    Yes.

23  Q    What sort of project did you, or what role did you play

24  on the project you described a moment ago?

25  A    So there was multiple subprojects within Electome.  And I

ERIC CHU – DIRECT – MR. PAULSEN                    269

1    worked on one with Bill Powers that was related to coming up

2    with a list of influencers in the upcoming election.

3    Q    What role did you play?

4    A    I wrote code, basically, to analyze, process data, and

5    then place some metrics upon them.

6    Q    Do you recollect an article being written about that

7    project?

8    A    Yes.

9    Q    This was in medium.com?

10   A    Yes.

11   Q    Your Honor, can I show the witness what's been already

12   admitted into evidence as Government Exhibit 1001?

13            THE COURT:  Yes.

14   Q    Mr. Chu, you recall this article?

15   A    I do.

16   Q    Did you review of this article before coming in today?

17   A    I did, yes.

18   Q    Now, going back to the project.

19            You said you wrote code it do part of the analysis;

20   is that right?

21   A    That's right.

22   Q    Can you describe for the jury what sort of analysis you

23   did, or what factors you had to take into play, to do your

24   part of this tank?

25   A    So there's three sort of phases to the project or to this

1    project.

2              So the first phase was, basically, I didn't work on

3    this, but to give you have the background context needed.  So

4    the first phase was filtering all the election

5    -related -- news articles from online and tweets to

6    election-related content.  And so, other people in the lab had

7    developed some machine learning classifiers that automatically

8    took these news articles and tweets.  So, phase one, we get a

9    set of content that's election related.

10             Phase two is where I started working on this.  So,

11   phase two, was basically taking all the people and these

12   organizations, entities, mentioned in these tweets and

13   articles and then having some kind of broad filter so that

14   we're left with a pool of, I think, a couple tens of thousands

15   of people who might be election influencers.

16             So the way we did that we, considered  -- you had to

17   have been mentioned some minimum number of times in news

18   articles and then also mentioned, at least, I think, three

19   times every month.  So, basically, mentioned a fair amount and

20   consistently so it wasn't just kind of one spike.

21   Q    If I can pause you there to make sure I understand.

22             So before you did the list of 150, you did an

23   initial culling of a list of 10,000 possible candidates; is

24   that right?

25   A    That's right, yeah.

1    Q     Okay.  Please go on.

2    A     Yeah.  And so, this culling that the second half of it

3    was on the Twitter side.  We basically multiplied the number

4    of followers you had and also the number of, I believe, tweets

5    related  to the election.  And so, that was supposed to kind

6    of broadly capture that.  You were talking a lot about the

7    election and you also had an audience who would consume are

8    that.

9            And so, phase three was to compute four metrics upon

10   this set of possible candidates.  And so, those why the number

11   of times you were mentioned in these tweets, yes,

12   election-related tweets, the number of time you were messaged

13   in election-related articles.  The number of retweets you had

14   for on the election-related tweets.

15           So the first two,  basically, you were mentioned a

16   lot.  The third one  is you were actually reaching an audience

17   that was engaging with your content.  The fourth was this

18   concept of news centrality.

19           So basically --

20           THE COURT:  I'm sorry, news centrality?

21           THE WITNESS:  Centrality.

22           THE COURT:  Okay.

23           THE WITNESS:  Centrality is this concept from report

24   graph theory.  Basically, like, you have a graph which is

25   nodes connected by different edges, and the goal is find some

ERIC CHU – DIRECT – MR. PAULSEN                    272

1    measure of, like, which -- a centrality of a node, sort of,

2    how important or how influential it is.

3              So it's actually used in the original Google search

4    algorithm , for example, page ranking you find the most

5    central web page.  So when apply it to a people graph like

6    this one then, you know, same kind of concept applies, you try

7    to  find the most influential people.  So maybe  those are

8    people who are like a lot of shortest paths through that node

9    and things like that.

10   Q    So all four of those factors played a role in making the

11   ultimate determination; is that right?

12   A    That's right, yeah.  So then we just took an equally

13   weighted combination of those four metrics to produce a final

14   score for each of those people and then ranked those people by

15   that score.

16   Q    Okay.  And so, your ranking, am I correct, in stating

17   that your ranking could have involved a very high ranking on

18   one of those four and a low at something else.  It was a

19   combination of all of those?

20   A    It's a combination, yeah.

21   Q    So, for example, Ronald Reagan was on the list.  Ronald

22   Reagan was dead at the time so he wasn't -- nobody is

23   retweeting Ronald Reagan?

24   A    Right.

25   Q    I presume he was mentioned a lot?

1   A     That's probably the case.

2   Q     Okay.  And conversely, if somebody was perhaps not as

3   well known but was getting a lot of activity, that would

4   matter as well?

5   A     Probably also the case, yes.

6   Q     Now, you said you weighted all four of those factors

7   equally; is that right?

8   A     That's right.

9   Q     The list that was spit out at the end, was that the

10  result of the code the algorithm that you created?

11  A     That's right.

12  Q     It was basically just what the data spat out; is that

13  fair?

14  A     That's right, yeah.

15          MR. PAULSEN:  No further questions.

16          MR. FRISCH:  I have no questions.

17          THE COURT:  All right.  Thank you so much.  You can

18  step down.

19          (Witness leaves the witness stand.)

20          THE COURT:  You have another witness.

21          MR. PAULSEN:  We do, your Honor.  Government calls

22  Loren Feldman.

23          (Witness takes the witness stand.)

24  **LOREN FELDMAN**, called as a witness, having been first duly

25  sworn/affirmed, was examined and testified as follows:

LOREN FELDMAN – DIRECT – MR. PAULSEN          274

1          COURTROOM DEPUTY:  State your name.

2          THE WITNESS:  Loren Feldman.

3          THE COURT:  Good morning, Mr. Feldman.

4          THE WITNESS:  Good morning.

5          THE COURT:  I ask you to do a couple of things when

6   you testify.

7          First, don't speak too quickly.

8          THE WITNESS:  Okay.

9          THE COURT:  Our court reporter is taking down

10  everything that you say and we don't want to make his job too

11  hard.

12         And also when lawyers are asking you questions, just

13  let them finish talking before you start talking.  Same

14  reason:  So you're not talking over each other.

15         If there is a question that you don't understand or

16  want to have clarified, just let me know.

17         And then just do your best to answer only the

18  question that you're being asked, okay?

19         THE WITNESS:  Okay.

20         THE COURT:  All right.  Go ahead.

21         MR. PAULSEN:  Thank you, your Honor.

22  DIRECT EXAMINATION

23  BY MR. PAULSEN:

24  Q    Good morning, Mr. Feldman.

25  A    Good morning.

LOREN FELDMAN – DIRECT – MR. PAULSEN          275

1    Q    Where do you currently reside?

2    A    Santa Rosa Valley, California.

3    Q    What do you do professionally?

4    A    I'm an internet marketer.

5    Q    I'd like ask you some questions about some events from

6    back in 2016.

7              During that time , what were you doing?

8    A    I was making a film.  In addition to internet marketing,

9    I occasionally make films.

10   Q    Okay.  And it was a documentary?

11   A    Yes, sir.

12   Q    During the course of making that documentary, did you

13   come in contact with an individual who was known by alias

14   Ricky Vaughn ?

15   A    I did.

16   Q    Did you meet him in person?

17   A    I did.

18   Q    Prior to meeting him in person, what did you know of him?

19   A    That he was an internet, you know, for lack of a better

20   term, I guess, troll.  He was very popular on Twitter in the

21   political sphere.  That's pretty much what I knew about him.

22   Q    How did you get in touch with him?

23   A    I'm not sure exactly.  I believe it was originally

24   through Twitter DMs, I believe I was introduced to him via

25   either Mike Cernovich or Charles Johnson but I don't remember

LOREN FELDMAN – DIRECT – MR. PAULSEN                276

1   exactly.

2   Q    Okay.  Prior to coming to court today, did you have an

3   opportunity review some of your communications with the Ricky

4   Vaughn individual?

5   A    I have.

6   Q    Did those fairly, to your memory, reflect the

7   communications you had with him?

8   A    They did.

9   Q    Was he going to appear in your documentary?

10  A    Yes.

11  Q    Where did you meet him?

12  A    I met him first at the Morgans Hotel.  Prior to shooting

13  him the next day, there was a get-together at the

14  Morgans Hotel.  I met him there but at the time I didn't know

15  it was him.  He didn't identify himself, I just a conversation

16  with a gentleman.

17          And then the next day, when I was filming him, also

18  at the Morgans, he actually said, hey, you know, that was me

19  the night before.  And, of course, I recognized him from the

20  night before.

21  Q    Okay.  So the first time you met him, he didn't tell you

22  who he was.  The second time he said that was me?

23  A    Correct.

24  Q    Where did you meet him for the purposes of the

25  documentary?

LOREN FELDMAN – DIRECT – MR. PAULSEN          277

1    A    The Morgans Hotel.

2    Q    Did you interview him that day?

3    A    I did.

4    Q    Did you record him that day?

5    A    I did.

6    Q    About how long were you with him in the Morgans Hotel?

7    A    Probably an hour, maybe an hour and a half, at the most.

8         MR. PAULSEN:  Your Honor, I would like to show the

9    witness what's been mark for identification as Government

10   Exhibit 711.  712, I apologize.

11   Q    Mr. Feldman, do you recognize that photo?

12   A    I do.

13   Q    What is that?

14   A    That is a photo, a still frame from my video footage, of

15   my interview with him.

16   Q    Okay.  I see that there's a sort of a screen in the back;

17   is that right?

18   A    No, that's actually a wall.  I agreed to just show his

19   shadow, to shoot his shadow, actually.  So that's, I believe,

20   just a wall.

21   Q    Okay.  But you can see a small part of him there?

22   A    Yes, sir.

23        MR. PAULSEN:  Your Honor, the Government moves

24   admission of 712.

25        MR. FRISCH:  I object.

LOREN FELDMAN – DIRECT – MR. PAULSEN                278

1              THE COURT:  Okay.  Overruled.  It's in evidence.

2              (Government Exhibit 712, was received in evidence.)

3              MR. PAULSEN:  May we publish to the jury, your

4    Honor?

5              THE COURT:  Yes.

6              (Exhibit published.)

7    Q    Mr. Feldman, so that silhouette and the part of the face

8    is of the individual you knew to be Ricky Vaughn; is that

9    fair?

10   A    It is.

11   Q    After your recording session, did you continue to see

12   him?

13   A    I saw him either, I don't recall if it was that same

14   night or the next night, but we had dinner.

15   Q    Okay.  But you obviously were interacting with him in

16   person throughout?

17   A    Yes.

18   Q    Do you recognize the person you met that day in court

19   today?

20   A    Yes.

21             MR. FRISCH:  I stipulate to the identification,

22   Judge.

23             THE COURT:  I'm sorry.

24             MR. FRISCH:  I stipulate to the identification.

25             THE COURT:  Indicating the defendant.

LOREN FELDMAN – DIRECT – MR. PAULSEN                279

1    Q    Now, that day, did you know his real name?

2    A    No.

3    Q    Did you learn anything about him that day?

4    A    At dinner is when we spoke a little bit about, you know,

5    more personal stuff.

6    Q    Okay.  Did you learn any just biographical facts about

7    him?

8    A    I recall that he said that he was working finance, was a

9    finance analyst of some type.  I believe he said that he

10   originally came from the New England area perhaps Connecticut,

11   I think.

12   Q    Now, Mr. Feldman, I'd like to jump forward a couple

13   years?

14   A    Okay.

15   Q    Do you recall being contacted by a journalist named Luke

16   O'Brian?

17   A    I do.

18   Q    Did he send you something that he wanted you to identify?

19   A    He sent me a few pictures.

20   Q    Okay.  Did you recognize those photos?

21   A    I did.

22   Q    Who were the photos of?

23   A    Ricky Vaughn.

24   Q    So you didn't know the name of the person?

25   A    No, he just sent me pictures and said:  Do you know this

LOREN FELDMAN – DIRECT – MR. PAULSEN        280

1   person?  He didn't attach a name or anything.

2   Q    And you told him that was the person you had met that

3   day?

4   A    Correct.

5          MR. PAULSEN:  No further questions, your Honor.

6          MR. FRISCH:  I have no questions.

7          THE COURT:  Thank you so much you can step down.

8          (Witness takes the witness stand.)

9          THE COURT:  Are you ready to call your next witness?

10         MR. PAULSEN:  Your Honor, those were our five

11   witnesses for the morning.

12         THE COURT:  Okay.  So we have a few matters to

13   discuss that will, I think speed, us along here.

14         And so, what I'm going to do is give you an extended

15   lunch.  Let me just confer with the parties scheduling I wise

16   over at the side.

17         (Continued on the next page.)

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    281

1              (Sidebar conference.)

2              THE COURT:  So, 1:00  o'clock I have this other

3    matter.  But does it make sense right now to discuss these,

4    the questions, whatever is still outstanding, or could you

5    work together a little more before you come to me?

6              MR. PAULSEN:  We can reconvene but I think it would

7    actually be most efficient now, to the extent that your Honor

8    wants further modifications, we could use the lunch break to

9    fix them.

10             THE COURT:  That's fine.  All right.  That's what

11   we'll do then.

12             (Sidebar discussion concludes.)

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                                    282

 1              (In open court.)

 2              THE COURT:  Okay, everybody.  So in addition to

 3      lunch, I want to talk with the parties.  I have a couple of

 4      questions that I want to handle.

 5              So I think the best thing to do would be to come

 6      back at 2:30 and then we'll be ready to go with the next

 7      witness.

 8              During the lunch hour, obviously, those same rules

 9      apply.  Don't talk about the case.  Don't talk to anybody else

10      or let anybody approach you have about the case.  Don't look

11      anything up on the internet.  If someone were to approach you

12      to try toll talk to you, you must report to it Ms. Greene and

13      to me.  But I do hope you have a nice lunch, I think it's nice

14      outside.  So we'll see you back at 2:30, all right?

15              COURTROOM DEPUTY:  All rise.

16              (Jury exits courtroom.)

17              (Continued on the next page.)

18

19

20

21

22

23

24

25

PROCEEDINGS                            283

1      THE COURT:  All right.  Everybody can sit down.  I

2  think the best thing to do, the subject this letter from

3  Sunday.  I think that is what we had left to discuss.  There

4  was another issue raised yesterday about, about the

5  cooperating witness, but I don't think we had anything, I

6  think Judge Garaufis already decided that.  So I don't plan to

7  revisit that, unless there's something I missed.  But I think,

8  let me just try to get this in the most organized way.  I did

9  look through all of the exhibits last night and we flagged the

10 ones that I think are the subject of some dispute, but bear

11 with me if I have to look through some of them.

12      All right.  So just before we do that.  One of our

13 alternates,  it's Juror Number 16, told Ms. Greene that he is

14 familiar with the lab at MIT.  He's never worked on this

15 issue, he doesn't know any of the people.  He said it wouldn't

16 sway him in any way, but that's what he told Ms. Greene.  Does

17 anybody feel that -- they have gone for lunch, but does

18 anybody feel the need to question him?

19      MR.  PAULSEN:  Not the Government, your Honor.

20      MR. FRISCH:  No.

21      THE COURT:  Okay.  Just wanted to bring it to your

22 attention.  Thank you, Donna.

23      So I think the best thing to do is just go through

24 these things.  Is there anything on this letter we don't have

25 to address?  They're all labeled with the GX number.

PROCEEDINGS                                      284

1          MR. PAULSEN:  That's right.  Your Honor.  If I can

2    explain the mechanics.  We provided to Judge Garaufis a much

3    larger set the documents that included  all of the portions

4    that the Government was agreeing to get rid of or we had

5    mutually decided not to offer that was shaded in red.

6    Everything that's here that's on this list was something that

7    was presented to Judge Garaufis as something that was going to

8    be offered by the Government.

9          THE COURT:  Okay.  I just wondered if you trimmed

10   that down at all.

11         MR. PAULSEN:  We did trim it a little bit more.

12   There were certain words, for example, the word cuck appears a

13   lot.  We wanted to get rid of that.

14         THE COURT:  I can make this even easier.  I hold in

15   my hand a letter.  Is there anything on the letter that I

16   don't have to read out and ask you about?

17         MR. PAULSEN:  No, your Honor.

18         THE COURT:  Okay.  I know you've worked together to

19   try to resolve disagreements, and I appreciate it.  I think

20   that's the way things should work, but there's a lot of

21   material so obviously there are going to be some differences.

22         So let's begin with, on Mr. Frisch's letter, the

23   first request has to do with GX207.  And Mr. Frisch is -- this

24   is a -- I'm sorry.  Is this a tweet that we're talking about?

25         MR. PAULSEN:  Your Honor, this is -- at the top it

PROCEEDINGS                              285

1   says group message ID.  If it says that, this means it was a

2   group chat.  There were lots of members of it.  Under each, I

3   guess, sentence, there's a list of who sent it and the time.

4            THE COURT:  Right.  And I can tell that Mr. Mackey

5   are the ones that are in blue.

6            MR. PAULSEN:  Yes, your Honor.

7            THE COURT:  I got that.  I just wanted to make sure

8   I was calling it the right thing.

9            MR. PAULSEN:  And your Honor, conversely.  If it's

10  a direct message, so there's only two people, you'll see two

11  numbers with a dash in between it, and those are the two

12  numbers.

13           THE COURT:  I'll do my best to remember.  So this is

14  something, it's 207.  And the request is that -- 200-7.  And

15  the request is that the word terrorism be replaced with

16  warfare or some other less charged words and that, I'm not

17  going to try to pronounce this.  It's LOLDONGS be omitted.

18  And what's the Government's response to that?  I want to make

19  sure I have this right.

20           MR. PAULSEN:  Yes, your Honor.  We have, in many

21  cases, we've just deleted portions of messages, things that we

22  thought were overly inflammatory.  In this case, the person

23  that he is talking to, the defendant is talking to, saying

24  they should create a fucking manual for psychological LOLDONGS

25  terrorism --

PROCEEDINGS                    286

1        THE COURT:  Can you hold on for just a second?

2   What's confusing is just the numbering and the exhibits.  What

3   letter is that under?

4        MR. PAULSEN:  So, your Honor, I can give you those.

5   Your Honor, if you don't see a letter that's because there's

6   two different versions of it.  The materials are the same.

7        THE COURT:  Okay.  All right.  The confusing thing

8   is you have given me a document that says 2007 and that's got

9   a 6 next to it.  This is not due to my low information

10  position on all things internet, but this is just because I

11  think you're gaslighting me.

12        Anyway, so this is this exchange in which someone

13  says to hand people a colorful word manual for psychological

14  whatever that word is, LOLDONGS terrorism. And Mr. Mackey

15  replies, yes we've, I think that would be good.  And what

16  counsel is asking is that you change what the person said to

17  warfare and leave out that other word.  Thoughts?

18        MR. PAULSEN:  Your Honor, the Government's

19  inclination is we are willing to redact things that we think

20  are particularly inflammatory, but we have been trying not to

21  change the actual language of the conversations that the

22  defendant was involved in.  This language, warfare versus

23  terrorism, removing this LOLDONGS which is an internet

24  euphemism.

25        THE COURT:  Do I want to know what it means?

*ToniAnn Lucatorto RPR, RMR, CRR*

PROCEEDINGS                    287

1          MR. PAULSEN:  LOL is laugh out loud.  Dongs is

2   penis.

3          THE COURT:  Oh, nice.  So now we know what it

4   means.  So I'm not a believer in changing what somebody

5   actually said.  Are you going to --

6          MR. PAULSEN:  No, your Honor, we have changed many

7   things --

8          THE COURT:  You don't want to redact it or change

9   it, correct?

10         MR. PAULSEN:  Yes, your Honor.

11         THE COURT:   What's your position on this?

12         MR. FRISCH:  This comes ten months before, I guess

13   nine months before --

14         THE COURT:  Into the microphone.

15         MR. FRISCH:  This comes 8 or 9 months before the

16   charged conspiracy.  It's to the extent the Government wants

17   to use it because there was this purported strategy.  It's not

18   a crime, there's nothing illegal here, and if the Government

19   wants  to use this for whatever reason, it strikes me that

20   these inflammatory words shouldn't be apart of it.  The whole

21   thing shouldn't come in.

22         THE COURT:  Well, I mean, it does come before the,

23   before the conspiracy period.  But I think it's at least

24   somewhat probative as to the formation of the conspiracy or

25   the means and methods.   And I don't think the language is

PROCEEDINGS                              288

1    unduly prejudicial considering what else is in there.  So I'm

2    going to, you have an exception.  I'm going to leave that as

3    is.  You have an exception to that ruling.

4              The next one is 210, sorry.  GX200-10.  And he

5    objects -- I'm sorry, Mr. Frisch objects to the phrase

6    somebody says someone else says, you think people will care

7    about these kind of connections of people as the undecided

8    voters.  And Mr. Mackey replies yes, repetition is key.

9    Crooked Hillary Clinton created ISIS with Obama, that's in

10   quotes, repeated again and again.  And you've just said that

11   you object to it.  I'm not sure why.

12             MR. FRISCH:  Why do I object to this?

13             THE COURT:  It doesn't say in your letter.  It says

14   that you object.

15             MR. FRISCH:  Well, this is in the context of other

16   letters that I wrote to Judge Garaufis that I incorporated,

17   but I understand.  So I made the point in the prior letters

18   that there's a lot of speech within these chats, which is not

19   illegal.  And some of it is cumulative  of others, some is

20   inflammatory, and I believe when the Government can make its

21   point with something that doesn't fall on the wrong side of

22   403, they should use the other thing rather than the

23   inflammatory thing.  The probative value, this is the

24   repetition part which, by the way, existed in other chats.

25   The quoted phrase is just, it's, it's Constitutional protected

PROCEEDINGS                289

1   speech, it's irrelevant what he's saying needs to be repeated,

2   it's political and it's inflammatory.

3          THE COURT:  I didn't hear the last part.

4          MR. FRISCH:   It's inflammatory.

5          THE COURT:  What's your response?

6          MR. PAULSEN:  Your Honor, this is the defendant's --

7   this goes to the methods by which these statements which

8   continue from these early times through the conspiracy  period

9   of repeating things involving their political opponents and

10  trying to make sure its said over again.  The fact  that the

11  defendant didn't like Hillary Clinton and was supporting

12  Donald Trump is an omnibus fact in this case.  I don't think

13  this is inflammatory in the context of that.

14         THE COURT:  I don't think it's especially

15  inflammatory, but is it cumulative?Do you have other?  I mean,

16  there's also the concept of gilding the lily.  Do you have

17  other things that say the same thing?

18         MR. PAULSEN:  Your Honor, there are many things in

19  this direction.  My understanding is that the defendant's

20  argument in part is that he was not acting in concert of these

21  individuals when he sent out the memes.  And I think what's

22  fair is that we're introducing that there was this long

23  pattern and practice of him  acting in a certain way, and it's

24  frankly not credible and he wasn't when he acted regarding the

25  voter disinformation.

PROCEEDINGS                                    290

1          THE COURT:  So first of all, I don't think that just

2   because something is protected speech means it should be

3   excluded because I don't think that's a reason to exclude

4   evidence.  I assume most speech is protected in trials, but I

5   do take the point that it's Mr. Mackey instructing these other

6   people about how to get what's legally protected speech out

7   into the out into the public.  And I don't think there's

8   anything unduly prejudicial about it.  I mean, this was --

9   what do you think is prejudicial about it?  That -- he thought

10  that Hillary Clinton created ISIS with President Obama or is

11  it just --

12         MR. FRISCH:  So two things.  Number one; we briefed

13  for Judge Garaufis that there's case law that where -- the

14  fact that speech may be constitutionally protected does not

15  barr the Government from using it to prove a criminal case.

16         THE COURT:  Right.

17         MR. FRISCH:  However, it doesn't mean that it

18  automatically comes in and should be subject under proper

19  scrutiny under Rule 403.

20         THE COURT:  I heard that.

21         MR. FRISCH:  Which includes that if the Government

22  can prove something without speecbarh that is provocative and

23  is someone's right to say, the Government should do it.  It

24  seems to me that any reference to ISIS, any reference to this

25  motion that Ms. Clinton referred to as crooked created ISIS

*ToniAnn Lucatorto RPR, RMR, CRR*

PROCEEDINGS                                    291

1    with Obama, it just strikes me as something which is going to

2    strike the jurors the wrong way.

3            I might add, this is not an isolation.  We saw a

4    silhouette of Mr. Mackey in an interview from six months

5    before the conspiracy and I think the aggregate of all of

6    those things makes it very difficult for him to get a fair

7    trial.

8            THE COURT:  Well, I don't know how a silhouette

9    makes it hard for him to get a fair trial.  But you still

10   haven't said what you think is prejudicial.  Is this calling

11   Hillary Clinton crooked and saying she's created ISIS with

12   President Obama.

13           MR. FRISCH:  It's a quoted phrase.  If the

14   Government wishes to use the rest of it to draw its  inference

15   of conspiracy or repetition, I'm not objecting to that.  I'm

16   simply objecting to the quoted phrase.

17           THE COURT:  Okay.  The objection is overruled except

18   that I want to caution the Government that about the concern

19   that I have about things being cumulative and I'm at a little

20   bit of a disadvantage here because I don't know what other

21   things are coming in.  So it could be that I tell you you

22   can't introduce anymore of these similar things.  But I do not

23   find this particular phrase is unduly prejudicial.  It's

24   certainly not more inflammatory than the charged conduct.

25   It's probably statements and sentiments that A; people have a

PROCEEDINGS                        292

1    right to say.  And that were, I believe, probably were said

2    during the campaign.  It also is relevant because it goes,

3    again,  to the formation of the conspiracy and to the means

4    and methods.

5              The next think is we'll, there are two things.  71,

6    72, 73, and 74, which I think are pictures and references to

7    former President Trump.  And I think one of them is a

8    photograph of or photoshop of Trump with some reference to

9    Clinton defeats Trump.  I guess that's, in the defense's view,

10   that's a reference to Dewey defeats Truman.  And then there

11   are a couple of other photographs.  I'm just curious why it's

12   relevant.  I don't think it's particularly prejudicial, but I

13   wonder why it's relevant.

14             MR. PAULSEN:  Yes, your Honor.  So this is during

15   the conspiracy time period.  It shows the defendant --

16             THE COURT:  Can you speak into the microphone?

17             MR. PAULSEN:  Sure.  It shows the defendant working

18   with others and suggesting the creation of sort of political

19   memes, which is part of the conduct at question here.  We

20   expect that part of what the defendant is going to raise,

21   which he already raised in opening,  is that the defendant was

22   somewhat aloof from these at this time.

23             THE COURT:   Aloof from?

24             MR. PAULSEN:   Aloof from this type of conduct and

25   this is a little bit, it's about a month before the election

PROCEEDINGS                                    293

1    and four days before the election in which he is asking some

2    of his, the people on Twitter to create political memes of a

3    certain type and he's like soliciting the work.

4            THE COURT:  But what does that have to do with the

5    conspiracy?

6            MR. PAULSEN:  Well, it shows the operations and

7    methods of these group that essentially aggregated together to

8    create memes and propagate them in a coordinated way.

9            THE COURT:  All right.  My question for you,

10   Mr. Frisch is I don't understand what's really prejudicial

11   about it.

12           MR. FRISCH:  Well, there's -- first of all there's,

13   71 and 72, the objection is different from 73 and 74.  That's

14   first of all.

15           With regard to 71, the point of it is that the point

16   of it is the image memes, that is the proffered probative

17   value of this exhibit.  I don't know why -- I'm sorry, that's

18   71.  I don't know why 72, that's not a meme, that's an actual

19   picture.  I don't know why that should come in.  I don't know

20   why, apart from my other concern about current events this

21   week.  It's irrelevant.  We live in a politically polarized

22   time and some people have different opinions of different

23   candidates.  I don't see why that has to come in.

24           THE COURT:  I don't think it's a secret.  Everybody

25   opened on who was supporting who.  So I don't think the fact

PROCEEDINGS                                    294

1    -- I mean, he was the president, so a lot of people voted for

2    him.  So I don't think that just the fact that there's a quote

3    and a picture of the former president with his quote, I don't

4    really see what's inflammatory about that.

5         MR. FRISCH:  Well, you know, the Government's --

6    the theory of the Government's case is that the two memes at

7    issue are important because they're visual as opposed to

8    words.  That's what makes them so, of such great concern.

9    It's not that Mr. Trump's name is part of this case and is

10   part of these  tweets, it's the visual of it.  At a time when

11   there may be current events.  And again, it's not just this

12   one thing.  It's part of a, contributing to an aggregate.

13        MR. PAULSEN:  Your Honor, there have been a number

14   of occasions where there were photos of former President Trump

15   or candidate Clinton that we removed because they didn't, they

16   weren't necessary for the context of understanding what the

17   two parties were  talking about.  What I've told Mr. Frisch is

18   that we were inclined to leave in things when it would just be

19   hard for the jury to understand what exactly they were doing.

20   So if the defendant created a meme that had President Trump in

21   it or former candidate Clinton in it, we would leave it alone

22   or, in this case, where he solicited a meme that had the

23   president in it, we left alone.  We did omit lots of extra

24   pictures that were contextual that we didn't think were

25   strictly necessary.  But in this case, you've noticed, I'm

PROCEEDINGS                                    295

1   sure your Honor, that there's redaction boxes in lots of

2   places.  At some point it gets hard to read.

3        THE COURT:  Well, I just want to make sure we're

4   talking about, there's another picture which I really don't

5   think is necessary.  Maybe this is the same one.  The picture

6   of, its the former president standing on the neck of Hillary

7   Clinton.  Are you still offering that?

8        MR. PAULSEN:  Well --

9        THE COURT:  Maybe I'm confused.  Anyway, the other

10  thing that I was going to say about this.  To the extent that

11  anything is inflammatory, and I don't think these are

12  inflammatory, they, a jury charge on inflammatory statements

13  or pictures or about political views, there is an instruction

14  that can be given to the extent that there is you've heard

15  testimony and seen exhibits related to what might be the

16  defendant's political views that you should treat the evidence

17  with caution.  That it's not a reason to find the defendant

18  guilty of the offense charged in the indictment.  But that the

19  jury can consider it for limited purposes.  Including the

20  context in which the statements were made, what the defendant

21  intended in making this statement, and his expectations

22  regarding the effects of the statement.  But the charge would

23  also include that the jury cannot find the defendant guilty

24  because they disagree with his political views.  I think

25  that's probably an appropriate instruction anyway in the

PROCEEDINGS                          296

1    context of this case.  But I think that will cure the concern

2    that you have about the extent to which people have political

3    disagreements.

4           I didn't participate in jury select, you all did.  I

5    assume this was a topic that was discussed quite extensively

6    with the members of the jury to make sure that people who just

7    felt they couldn't be fair either for one side or the other

8    because of their own political views were questioned and, if

9    appropriate, excused.

10          MR. PAULSEN:  That's right, your Honor.

11          THE COURT:  So I think that just to put all of this

12   in context, I think a curative instruction is something that

13   can go along with this.  And I also will say just

14   provisionally, because it is somewhat difficult for me to see

15   how this is going to come in.  If the same thing keeps coming

16   in, I'll tell you not to keep putting in the same thing.  But

17   standing on its own, these things, I think, are relevant and

18   they do not, I don't think, that they're unduly prejudicial.

19          Then the next thing are two chats that are

20   government Exhibit 200-80 and 430-2 .

21          MR. FRISCH:  Your Honor skipped over 200-73 and 74.

22          THE COURT:  Oh, did I?  All right.  Well, those are

23   -- I did those together.  I thought those were more --

24          MR. FRISCH:  These are different?

25          THE COURT:  What.

*ToniAnn Lucatorto RPR, RMR, CRR*

PROCEEDINGS                    297

1        MR. FRISCH:  These are different.

2        THE COURT:  The reason I keep telling you to speak

3   up is I can't hear you and we have an overflow room and I

4   think just prior experience, the people don't use their

5   microphones and we hear about that.  Although that may not be

6   the issue here.

7        MR. FRISCH:  Here's the objection on 73 and 74.

8   It's November of 2016, November 4th, it's after the media

9   coverage, by the way, of the memes .  After they're shared to

10  be sure.  And it's talking about undisclosed memes  of some

11  sort and we went into --

12       THE COURT:  I see.

13       MR. FRISCH:   Got it?  And we went into the

14  Government's discovery and it is, we believe, a meme of the

15  former president holding up a newspaper that says Clinton

16  defeats Trump, which I can mark as an exhibit so the Court can

17  see it.  And I think that, in this context,  given that the

18  memes of issue have already been shared, it's already been

19  covered by Buzzfeed and other media outlets.  This is

20  confusing and misleading because this is an election in

21  advance of Election Day and it's a Thomas Dewey photo of the

22  former president holding up a newspaper.  I'm not sure what

23  the relevance of that is.  The fact that after this, there is

24  some discussion about a meme along these lines.

25       MR. PAULSEN:   Your Honor, this is actually one

PROCEEDINGS                        298

1    issue where our discussions are still open.  My understanding

2    is the 3 links listed in these two documents are dead, and we

3    were not able to recover the actual photo.  Where we left it

4    with Mr. Frisch is he believes he has figured out what the

5    underlying document is.  We don't wish to mischaracterize

6    anything.  We just, we're not of the understanding that there

7    was proof of what it was.

8              THE COURT:  I'm pretty sure that everybody knows

9    that Clinton did not defeat Trump.  I guess I take the

10   reference that I don't know how many students of history there

11   are on the jury.  But in terms of the Dewey Truman election, I

12   don't think that's prejudicial.  It sounds to me like you're

13   not going to put it in.

14             MR. PAULSEN:  We weren't going to put it that photo,

15   but --

16             THE COURT:  All right, good.  Then you agree.

17             MR. PAULSEN:  Yes.

18             THE COURT:  He's not putting in the photo.

19             MR. FRISCH:  That's not the point.  The point is is

20   that these two  sets of chats give the impression that this is

21   more deceptive image stuff and it's not.  And it doesn't

22   clarify, it just says here's two more memes that you can mock

23   up.  And if I'm a juror, I'm thinking jeez, they're still up

24   to this stuff, and it has nothing to do with it.

25             MR. PAULSEN:  Your Honor, if we are -- if these

PROCEEDINGS                              299

1   links are recoverable and they indicate what he says, we will

2   gladly give the proper context.  I just have not seen this

3   proof and we need to talk more on this.

4           THE COURT:  I'm inclined to keep them out because

5   they don't seem particularly relevant.

6           MR. PAULSEN:  Understood, your Honor.

7           THE COURT:  But if you can give me a better reason,

8   I'm going to keep those out.

9           The next one is 280, 432.  These are, in my view,

10  too long before the charge conduct to be relevant.  It's about

11  a year earlier.  So those are not going to come in.

12          The next one is 113.  This is something from April,

13  I think.  And it's a tweet that relates to low information

14  voters generally.  What's the relevance.

15          MR. PAULSEN:  Your Honor, part of the Government's

16  presentation is that evidence indicates that the defendant

17  thought that some of his political opponents frankly were just

18  gullible, not intelligent.

19          THE COURT:  I don't think -- first of all, I don't

20  think it's that prejudicial, but I don't think that's what

21  this says.  If it's the one I'm thinking if.

22          MR. PAULSEN:  I think it is that one, your Honor.

23  The defendant opened on the idea that the memes themselves

24  clearly couldn't have distracted somebody because they were

25  lacking various types of indicia of reality that didn't state

PROCEEDINGS                              300

1    what state it was from, it didn't state the time.  The

2    defendant stated that --

3              THE COURT:  Well, there's more later about that

4    that's directly relevant to the actual charge conduct.  I

5    thought there was more of that.  It doesn't say low

6    information voters but, hold on.

7              MR. FRISCH:   It looks like the author of this

8    letter did not properly cite the exhibit.  So the author  is

9    looking for the precise cite now.

10             MR. PAULSEN:  Which one are you looking for?

11             MR. FRISCH:   The one that is listed as GX113. I

12   forgot the prefix.

13             MR. PAULSEN:  It's 200.

14             MR. FRISCH:  It's 200, thank you.

15             MR. PAULSEN:   It's 200-113.

16             THE COURT:  Oh, that's right.  We actually did find

17   it yesterday.  Okay.  And this one, okay.  I was looking at

18   the wrong thing.  This one reads, it's a fools errand to

19   babble on complaining about low information voters.  Either

20   stay out of mass politics or play the game.  But it is correct

21   that it's from April of 2016.  So I'll tell you I think it's a

22   fair point of the concept of low information voters is raised

23   and I apologize for not referring back to whatever letter you

24   wrote to Judge Garaufis.  But the, I think it's relevant in

25   context of some of the other things that come afterwards.

PROCEEDINGS                           301

1    Your objection is that it's duly misleading and prejudicial.

2              MR. FRISCH:  Because it refers to low information,

3    it refers to low information voters of all types.  It's a

4    discussion of, you know, something that's discussed in these

5    campaigns and has nothing do with ultimately what the

6    Government describes as deceptive images 6, 8 months later.

7              THE COURT:  Well, you did open on the fact that

8    nobody would really be fooled by this.  And so I think that

9    it's relevant in that context that this idea of low

10   information voters was out there.  I also don't think it's

11   prejudicial so your application is denied on that one and you

12   have an exception.

13             The next ones are 405 and 406.  This is the one I

14   was talking about before.  This is the, the first one is

15   Mr. Mackey has a picture of, I guess it's supposed to be

16   Donald Trump with a green face holding some guns on the U.S.

17   border.  What's the point of that?   Isn't this a racist meme,

18   the frog with the --

19             MR. PAULSEN:  It's the Pepe the frog meme.  It's

20   used in a variety of contexts.

21             THE COURT:   Okay.  But what's the point?

22             MR. PAULSEN:  Your Honor, if you look at the

23   previous page, this is the onset of the war room, which is

24   probably the main group in which they discussed the

25   propagation of certain types of materials.  They are talking

PROCEEDINGS                                    302

1   about the use of memes on Twitter, and the defendant weighs in

2   and says, the best way to manipulate the anti-Trump hashtag

3   is to spin them into a positive.  Rather than wining or

4   complaining, here are some examples, and he gives two examples

5   of it.  This is an example, your Honor, as I mentioned before

6   where we have sanitized things where you can still get the

7   context of what he did.  But in this case this is what the

8   defendant shared with them.

9          THE COURT:  I know, but I don't think it's relevant.

10  I'm not permitting this.  The second one  is, you know, it

11  looks like he's in shining armor and stepping on the, oh.

12  Stabbing the former Secretary of State.  So you have an

13  exception to my ruling.  I'm not permitting that.

14         MR. PAULSEN:  So, your Honor, just to be clear --

15         THE COURT:  Are you going to argue with me about my

16  decision?

17         MR. PAULSEN:   No, no, no.  I just want to make sure

18  I know what we should do.  So we should redact out the photo,

19  but the fact that is he sharing something is acceptable.

20         THE COURT:   Yes, that's fine.  I don't think

21  counsel has any objection to that.

22         All right, the next one is the memes about drafting

23  daughters.  I think Judge Garaufis in one of those orders

24  expressed a concern about going overboard with that.

25         MR. PAULSEN:  Yes, your Honor.

*ToniAnn Lucatorto RPR, RMR, CRR*

PROCEEDINGS                                    303

1          THE COURT:  And I think that's a fair point.  And I

2     don't think any of these are or, at least some of them, were

3     not posted by Mr. Mackey.

4          MR. PAULSEN:  Yes, your Honor.

5          THE COURT:  So I think this is one of those that

6     you're going to have to pick and choose, and maybe not every

7     single one, and I'm sure you're going to say you've already

8     taken a bunch of them out.  But are there others besides this?

9     That's what I wasn't sure about.

10         MR. PAULSEN:  Your Honor, this is a smaller subset

11    of the original, much larger subset.  The reason that some of

12    these were chosen is that they are -- these are sent also by

13    the other individuals in the war room who were also pushing

14    the vote by text memes as well. The cooperator, an individual

15    NIA for Trump, an individual --

16         THE COURT:  I didn't hear what had you said.

17         MR. PAULSEN:  It shows the defendant days before the

18    vote by text operating in coordination with those same people

19    on a different kind of Twitter hashtag tactic.  We heard in

20    the, in the opening as well that the defendant suggested that

21    it was a problem for the Government that the specific memes

22    that the defendant grabbed were not the precise ones that were

23    in the group.  This is, again, evidence of how they operate

24    where they shared ideas and then they grab memes that are very

25    similar and send them all out.  We think this is important

PROCEEDINGS                                    304

1    evidence showing literally days before he does the charged

2    conduct with them operating with the same coconspirators in

3    the same exact way.

4            THE COURT:  Well, I mean, there are -- let me just

5    look to see.  I think there are, 1, 2, 3 -- are there -- no.

6    Five of them?   Those are the ones that you're objecting to,

7    right, Mr. Frisch?

8            MR. FRISCH:  Yes.  My hope was that I could help the

9    Government cull them out by highlighting them that seem too

10   far afield or the most problematic.  I think it's problematic

11   that there are little kids in these, the black lives matter

12   one seems to be problematic.  There are others to which they

13   can make this point.  They can't nail every, they might not be

14   able to hammer every nail in the coffin that they might like,

15   but there's plenty here without, you know, gilding the lily as

16   your Honor said

17           THE COURT:  Don't quote me.

18           MR. PAULSEN:  Your Honor, the variety here was just

19   precisely because of the involvement of many other individuals

20   in that room at the time.  So we would obviously click through

21   these very quickly, if that would help your Honor.

22           THE COURT:  No, that's not a thing.  It's still in

23   evidence so going fast doesn't help.  Let me just look at

24   these again.  And your position is someone else sent them,

25   draft our daughters.

PROCEEDINGS                                    305

1           MR. PAULSEN:  So, your Honor, the 4011 is him

2     retweeting the cooperating witness.

3           THE COURT:  Well that's his, so that --

4           MR. FRISCH:  I'm not objecting o that one.

5           THE COURT:  Oh, you know, I misread what your

6     objection -- because it says 401.  Okay, so it's just four of

7     them that you're objecting to.

8           MR. PAULSEN:  7 and 8.

9           THE COURT:  7 and 8.

10          MR. PAULSEN:   7 is, this is from one of the other

11    members of the war room who sent the vote by text memes to the

12    war room.  And she is retweeting  the cooperator.

13          THE COURT:  I don't think either one of them is

14    especially prejudicial.  I think there are, they also copy

15    what, they appear to look like they are from the Clinton

16    campaign.  And at least, maybe I'm missing something here, but

17    at least with respect to the goal of the conspiracy which if

18    I'm correct it's to keep certain groups of people from voting,

19    including African Americans and women, and these seem to be

20    designed to look like they came from the Clinton campaign and

21    they, the ones that you're concerned about, also appear to be

22    aimed at targeting those two groups of people.

23          I also just take the point that you've got to, in

24    terms of establishing who is in the conspiracy, they have to

25    show the usernames involved and the links in the conspiracy.

PROCEEDINGS                                    306

1   So I mean, I think that's relevant.  I don't think they're

2   unduly prejudicial either.  There's nothing -- it 's not

3   racist and it's not sexist.  I think it's an effort which I

4   don't think anybody is saying it's illegal to make it look

5   like the Clinton campaign was supporting and I think that's

6   one of the themes in the case.  So I don't see why that is

7   unduly prejudicial.  I take the point about things being

8   cumulative.  But I think it's relevant, at least to establish

9   who is, which people are exchanging these.  So I'm going to be

10  alert to the cumulative aspect of it, but I'm not precluding

11  it on this basis, so you have an exception to this ruling.

12          The next thing is 420-8.  Is this the one that has

13  mad man number one on the top.

14          MR. PAULSEN:  Yes, your Honor.

15          THE COURT:  I don't really want to read this into

16  the record, it's a little juvenile.  But it says please

17  retweet.  I want these guys to poop in their pants a little

18  bit.  And is that in the connection with something else?   Is

19  that, the page before, is that a continuation of the page

20  before?

21          MR. PAULSEN:  No, your Honor.  It's just more of

22  the, they use these war rooms as like they would flag an issue

23  and say we want everybody to do this thing.

24          THE COURT:  This is from April 2016 so this one is

25  out.  Also in the context of this, I do realize the Government

PROCEEDINGS                                    307

1    has, in response to some of the defense's concerns and  of

2    their own volition has taken steps to exclude them.  There are

3    huge numbers of communications here.  So I just didn't want

4    that to be in a vacuum.

5         420-18.  So this is the one from April  21st.  It

6    says, virtual campaign.  Who is the next target stump?  We

7    need new rumors.  Got to go for someone with dumb fans though.

8    This is trying to make the celebrities look like Trump

9    supporters.

10        MR. PAULSEN:  Yes, your Honor.

11        THE COURT:  I think this goes to the question of

12   whether they actually thought people would fall for it.  I

13   mean, I think that was one of the themes and since you opened,

14   again, on nobody would fall for it, I think it's appropriate

15   for that --

16        MR. FRISCH:   Well, except for a couple of things.

17   First of all, this  is, I suppose the Government's view is

18   everyone who participates or most everyone  that participates

19   in these various chats is a coconspirator,  even Though this

20   happens in April 2016, or it's background and context, or it

21   shows the formation of the conspiracy.  You know, the object

22   is to get this in evidence somehow.  This particular one, Mr.

23   Mackey is not there, this is not about the memes at issue.  If

24   this has probative value, it's hanging by a thread.  And it

25   seems to me it just shouldn't come in.

PROCEEDINGS                                    308

1          MR. PAULSEN:  Your Honor, he's there in the sense

2     that he's a member of this room.  He's not saying something at

3     that moment, if that's the distinction.  I think what your

4     Honor said is correct, there is a large number of statements

5     that express animus that we are not putting in.  But the

6     things that we asked Judge Garaufis to put in were things in

7     which he made statements about the intelligence or gullibility

8     or the ability to be tricked of various groups, or issues

9     where he talked about whether a group should be voting.  And

10    those two things, whether women should vote, whether black

11    people are gullible, anything of that sort, we asked for those

12    to go in.  It goes to the heart of where we thought our burden

13    of proof is in terms of intent.  He opened on that precise

14    point.

15          We would ask for latitude here where these groups

16    that are refining their memes, how to do this, are discussing

17    that we need to target groups that are dumb, is precisely on

18    the nose of what they were doing.

19          MR. FRISCH:  I think Mr. Paulsen just established

20    why this shouldn't come in.  He has others that are far more,

21    at least many in my view, probative, like the one about

22    gullibility with the people purported by these means.  I don't

23    know who Real Rocky Gold is.  The fact that this person is a

24    member of this group, as Mr. Paulsen says, if this is a

25    conspiracy, this person is on the far remote part of it, and

PROCEEDINGS                                              309

1    is expressing a point of view that Mr. Mackey is not

2    apparently aware of and has nothing to do with this case.

3               THE COURT:  I think it's relevant to the goal, which

4    is alleged by the Government, which is to hope that they'll

5    reach a group of people that are either gullible or naive, or

6    in this person's words, dumb.  I think it's relevant for that.

7    I don't think it's unduly prejudicial either.

8               Next is 430, is it eight through 13 that you're

9    objecting to?

10              MR. FRISCH:  Yes, that's right.

11              MR. PAULSEN:  Your Honor, if I may.  We can concede

12   to remove these.  We tried to redact them.

13              THE COURT:  Perfect.

14              MR. PAULSEN:  They are difficult to redact.

15              THE COURT:  They are out.

16              430-22, it's the defendant saying:  This image is

17   brilliant.  It's a picture of Tim Cane.  And it quotes

18   something that says:  Who needs a job when you have a female

19   president, let's give bankers their fair share too.

20              I don't even know what that means.

21              MR. FRISCH:  That's kind of my point.  This has -- I

22   don't know what this means.

23              Look, here is my view of 430-22, this has --

24   whatever the intention of the Government is, this has one

25   purpose, to inflame the jury and to prejudice the jury against

PROCEEDINGS                                    310

1    Mr. Mackey for making a reference to who needs a job when you

2    have a female president.

3              THE COURT:  What does that even mean?

4              MR. FRISCH:  I don't know, but it seems inflammatory

5    to me.

6              THE COURT:  I'm looking at it.  I'm trying to see

7    something.  It's kind of -- I don't know what it means.

8              MR. PAULSEN:  Your Honor, this is a tweet by

9    HalleyBorderCol, one of the identified co-conspirators in this

10   group.  She shared a meme with a fake Hillary logo on it,

11   which Ricky Vaughn then pushed back to the group saying:  This

12   is great.  Again, sharing the work of a co-conspirator on a

13   false Hillary Clinton ad, presumably for future propagation.

14             This is necessary background for what comes later,

15   it ties the defendant with a co-conspirator on the

16   distribution of memes that aided the campaign.  I think this

17   is fairly on the nose.  I don't think the content is

18   inflammatory.

19             THE COURT:  I don't think it's sexist.  I don't know

20   what it is.  It could be complementary, you don't need a job

21   because the female president is doing such a great job.  I

22   confess, maybe it's a failure of imagination on my part, or

23   maybe I'm not attuned to what is sexist about it, but I don't

24   get it.

25             MR. FRISCH:  This is July 2016 as well.  I'd like to

PROCEEDINGS                                    311

1    think I'm somewhat course about these things and don't get

2    unduly inflamed and have seen it all or a bunch of it.  If

3    something strikes me, if something makes me cringe, it makes

4    me -- Mrs. Clinton would have been the first female president.

5    She was defeated by Mr. Mackey's candidate of choice.  It

6    strikes me that it has an unduly prejudicial affect, which

7    outweighs the probative value.

8            THE COURT:  I don't think that's a reason to exclude

9    it.  She lost the election.  I don't think that's sexist or

10   not.  But I don't even -- sometimes in life I've had the

11   opportunity to consider whether something is gendered or not,

12   I don't think it is.

13           But I think it is relevant to the creation of these

14   fake memes that look like they are coming -- maybe I'm using

15   the wrong word -- looks like it's coming from the Clinton

16   campaign.  So I am going to deny, overrule that objection and

17   you have an exception.

18           The next one is 430-24.  The objection is to this

19   message which reads from Mr. Mackey:  Hillary Rotten Clinton

20   is now trending.  Push this one, this is hilarious,

21   misspelled.

22           What is it, the rotten?

23           MR. FRISCH:  First of all, it's cumulative.  There

24   is a lot of chats and memes, we've seen some just now.  There

25   are others when the summary witness testifies where there is

PROCEEDINGS                                              312

1    discussion of pushing and trending and putting this out there,

2    and making this meme, and so forth.  We don't know what this

3    is, what is being referred to.

4           Again, perhaps I'm unduly sensitive, but it's a

5    pejorative about Mrs. Clinton.  The word Hillariod (ph), maybe

6    it's a typo, maybe it was intended that way.  It has limited

7    probative value.  I think we have to be careful when we're

8    talking about people expressing opinions during the course of

9    a campaign and taking action which supports their candidate of

10   choice in a way that not illegal.  I think we have to be

11   careful with these types of statements.

12          MR. PAULSEN:  Your Honor, I guess I would only add

13   that although we have 19 witnesses, they are all fairly small

14   witnesses.  This is fundamentally a document case.  The

15   summary witness who is going to testify today is in many

16   respects the core you of our case.  It is several hours of

17   these the culling pieces of the defendant's statements over a

18   long period of time, in which he was, as we heard today,

19   tomorrow became this MIT certified, essentially, influencer

20   while involved in these groups.  His intent is on display, and

21   the tactics they used are on display.

22          I don't think there is anything particularly

23   problematic on this.  We would ask some latitude in proving

24   that up, it is our burden to prove up his intent.

25          THE COURT:  I always appreciate being reminded of

1    basic tenants of criminal law; but it's always good to be

2    reminded I don't mind.

3          I don't think it's unduly prejudicial.  I'm not

4    100 percent sure of the relevance.  I think it's certainly

5    part of the scheme to get your view out there, which as

6    counsel points out, is legal.  But I have to say, I'm not

7    concerned in the context of this case that particularly, since

8    as I said before, I'm sure jury selection was keyed to making

9    sure you didn't have people who couldn't consider this fairly.

10         But I have to say, I don't see the necessity for

11   this one.  You haven't explained to me, except that you have

12   to prove your case, which I know.

13         MR. PAULSEN:  Your Honor, I guess it would be one

14   more example of in the couple of months before the election of

15   the defendant saying, we should be pushing collectively

16   something, a disparaging meme.  We can redact that last

17   sentence.

18         THE COURT:  Why don't we leave this one out.  If

19   something happens, all of these rulings are subject if

20   something comes up during the trial that makes them either not

21   relevant or relevant, we can always revisit it.  So that one,

22   let's keep that one out.

23         The next one is 430-38.  This is something that

24   Mr. Mackey, I guess it's part of a conversation, and it's a

25   picture of the former Secretary of State looking like she's

PROCEEDINGS                                314

1    about ready to cough.  And it the objection is that it's

2    unflattering, cumulative, and unduly prejudicial.

3              MR. FRISCH:  And it's not a faux Clinton -- doesn't

4    have the appearance of mimicking a Clinton ad or a Clinton

5    posting.  It's just a disparaging picture of a candidate, who

6    I might remind the Court, had headquarters across the street.

7    I just think it's too much.

8              THE COURT:  What does that have to do with anything?

9              MR. FRISCH:  Because it's Brooklyn.

10             THE COURT:  I know.

11             MR. FRISCH:  I wasn't saying to remind your Honor of

12   that.  I think it's a disparaging picture of a popular

13   political figure in these parts.  It's unnecessary to prove

14   their case.

15             THE COURT:  That, I must say, I don't think is an

16   issue here, about whether it's Brooklyn or not.

17             But is this just another meme push?  I think I'm

18   going to exclude this one, not because it's prejudicial.  It

19   is somewhat cumulative.  And again, if that should change, if

20   there is some pressing reason to reevaluate that, I'll grant

21   that objection.

22             MR. PAULSEN:  Yes, your Honor.  We'll redact.

23             THE COURT:  The next one is 430-59.  The objection,

24   this is, I don't think there is a claim this is not relevant.

25   This is October 29, 2016.  And it's a picture of President

PROCEEDINGS                                    315

1    Biden then -- he was Vice President:  We are proud to announce

2    a partnership between the FEC and social media companies

3    Twitter and Facebook, which will finally allow voting online.

4    All you have to do is post ClintonKaine, no spaces, with the

5    hashtag presidential election on November 8 between eight and

6    6:00 p.m.  That's it.

7              And it's alleged have come from President Biden at a

8    Hillary for America rally.  It's got the Hillary Clinton,

9    whatever the H is, with the blue arrow.

10             Objection is that Mr. Mackey didn't send it.  What

11   is your position on this?

12             MR. PAULSEN:  Your Honor, this group had created

13   various iterations of this particular scam.  They did one with

14   Biden.

15             THE COURT:  I think it's relevant, so the objection

16   to that is overruled and you have an exception.

17             The next one is 30-66.  This is something -- who is

18   Fatty Vic Burger?  Is he alleged be a co-conspirator?

19             MR. PAULSEN:  No, your Honor, just a member of the

20   group who sends to everyone else information about what

21   happened.

22             THE COURT:  This looks like he's sending a tweet

23   from someone which reads:  LOL the awful band Ricky Vaughn

24   account tried to come back and is now suspended again for

25   spreading false voting information.

PROCEEDINGS                          316

1          Somebody else says:  I reported his new account so

2    many times.

3          MR. PAULSEN:  I think it's a screenshot, basically

4    they are sending pictures of people who are upset about Ricky

5    Vaughn.  They are enjoying that other people are celebrating

6    his removal.  We redacted that picture in it.

7          THE COURT:  What is the picture?

8          MR. PAULSEN:  I don't remember what it is at this

9    point.  It was a picture that Mr. Frisch didn't like.  The

10   fact that Ricky Vaughn was suspended for that reason comes out

11   in various other sources.  It was here mostly to show that the

12   individuals in the group were talking about his suspension.

13   The conclusions are not terribly relevant to the Government.

14   It's the mere fact of them talking that is relevant to us.

15         THE COURT:  What is the relevance of that?  The

16   affect on the listener or the reader?

17         MR. PAULSEN:  This is the group that the defendant

18   called attention to in his opening, that the defendant leaves

19   this group when he's suspended, then doesn't come back in

20   until about a week later.  So some of the discussion of this

21   happens before he leaves, but most of it happens after, while

22   other discussions are happening in other groups.

23         There was an objection before Judge Garaufis that

24   this shouldn't be included at all because the defendant wasn't

25   there at this precise time.  We've established through

PROCEEDINGS                               317

1    evidence there was linkages between the various groups.  And

2    that their constant interest in Ricky Vaughn while he's out,

3    suggests to us further linkages between the people in the

4    group and the defendant.  It was left in for that purpose,

5    your Honor.

6              MR. FRISCH:  I'm not sure I understand that.  These

7    are not -- so Mr. Mackey, Mr. Vaughn, is not in this, number

8    one.

9              Number two, these are not co-conspirators.

10             I can't, even putting on my former prosecutor's hat

11   on, I can't imagine how I could articulate a legitimate reason

12   for putting this in.  It's hearsay.  It doesn't -- they are

13   not conspirators.  He's not there.  I don't see what the basis

14   is.

15             MR. PAULSEN:  The room is filled with

16   co-conspirators, Fatty Vic Burger is on.

17             THE COURT:  I take the point that it's not hearsay

18   because it's not introduced for the truth but for the affect

19   on the listener.  But I don't see that that is particularly

20   relevant.  Maybe it's a failure of imagination on my part, at

21   least not whether he's -- I think we already had testimony

22   about him being banned.  So I don't think it's -- I'll sustain

23   the objection on that, and the Government has an objection to

24   the ruling.

25             The last one is 430-69, it's from Mr. Mackey.  And

PROCEEDINGS                                    318

1   it says:  LOL did we meme blacks into calling each other.  And

2   then there is -- I'm not familiar with the phrase but --

3           MR. PAULSEN:  It's a derogatory term.

4           THE COURT:  It's clearly a derogatory phrase.  But

5   according to the defense, it was used by an African American

6   pop star who supported the former president; is that correct?

7           MR. FRISCH:  Yes.  My objection to this is that it

8   comes after the posting.

9           THE COURT:  Is that two word --

10          MR. FRISCH:  It's just the two words.  It's an

11  extraordinarily inflammatory phrase, however, whatever the

12  origin of it is.  It's just, it's extraordinarily -- I want to

13  argue, it's an example of some sort of paradigmatic example of

14  why we have 403.  There are other things the Government can

15  point to to underscore what it believes is the targeting of

16  the memes.  This strikes me as being a bit much.

17          MR. PAULSEN:  Your Honor, we're fine with redacting

18  that word.

19          THE COURT:  I was just going to propose that you

20  redact the word.  Because the sentiment is, consistent with

21  what the Government is alleging, that the point of the

22  conspiracy was to target certain groups with the belief that

23  they would fall for whatever the defendant was doing.  If you

24  just want that word out, that's what they are going to do.

25          MR. FRISCH:  I would like the whole thing.  I think

PROCEEDINGS                          319

1   even without it, it creates, it invites imagination as to what

2   word is there.  I don't think -- I think the whole thing

3   should be out.  I certainly want the phrase out, but there is

4   so much the Government has to work with on this issue.  It

5   strikes me that this page, this particular exchange, coming

6   when it does and having such attenuated connection to their

7   theory should not come in at all.

8           THE COURT:  I think it has a direct connection to

9   their theory.  It's a word that your client used.  So it's his

10  statement.  We're taking steps to sanitize it in some respect,

11  but it's directly relevant.

12          And one of the things the jury will be instructed to

13  do is not to speculate.  So I trust that they will follow that

14  instruction.  You have an exception to that ruling.  I think

15  we've gone through the list.

16          MR. PAULSEN:  We have, your Honor.

17          MR. FRISCH:  We have.

18          THE COURT:  I will see you all back here at 2:30.

19  Have a good lunch everybody.

20          (Lunch recess.)

21

22

23

24

25

PROCEEDINGS

320

1          THE COURT:  Okay.  Are we ready for the jurors?

2          MR. PAULSEN:  Yes, your Honor.

3          THE COURT:  Mr. Frisch.

4          MR. FRISCH:  Yes.

5          THE COURT:  Okay.

6          (A brief pause in the proceedings was held.)

7          COURTROOM DEPUTY:  All rise.

8          (Jury enters courtroom.)

9          COURTROOM DEPUTY:  You may be seated.

10         THE COURT:  All right.  Ladies and gentlemen, I'm

11  sorry we got started a little bit late but I think we ended up

12  saving you some time.  So, anyway, we are ready to proceed.

13         Are you ready to call your next witness?

14         MR. PAULSEN:  Yes, your Honor.  The Government calls

15  Special  Agent Anthony Cunder.

16         (Witness takes the witness stand.)

17  **ANTHONY CUNDER**, called as a witness, having been first duly

18  sworn/affirmed, was examined and testified as follows:

19         COURTROOM DEPUTY:  State your name for the record.

20         THE WITNESS:  Anthony Cunder.  C-u -n-d-e-r.

21         THE COURT:  Couple of things before we get started.

22         I want to make sure everybody can hear you and don't

23  speak too quickly.  I don't want to be too hard on the Court

24  reporter.

25         If there is a question you don't understand or want

ANTHONY CUNDER – DIRECT – MR. PAULSEN          321

1   have to repeated, just tell me.  And just do your best to

2   answer the question you're being asked.

3              THE WITNESS:  Okay.

4              THE COURT:  Go ahead.

5              MR. PAULSEN:  Thank you, your Honor.

6   DIRECT EXAMINATION

7   BY MR. PAULSEN:

8   Q     What is your current position?

9   A     Special agent.

10   Q     Where do you work?

11   A     The U.S. Attorney's Office.

12   Q     And what are your duties as a special agent in the U.S.

13   Attorney's Office?

14   A     Investigating criminal activity, serving court orders,

15   search warrants, reviewing evidence, and testifying at trial.

16   Q     What's your background prior to being a special agent

17   with the U.S. Attorney's Office?

18   A     I was a special agent with the U.S. Secret Service for

19   about four years.

20   Q     Okay.  And prior to that?

21   A     I was a police officer in Union  City, New Jersey.

22              MR. PAULSEN:  Your Honor, in connection with this

23   witness, we'd like to read four stipulations at various

24   occasions.

25              Should I do what we did with the first one and just

ANTHONY CUNDER – DIRECT – MR. PAULSEN          322

1    read the text?

2          THE COURT:   Yes, I don't think you need to read the

3    caption so go right ahead.

4          MR. PAULSEN:  First stipulation is going to be

5    Government Exhibit 901.

6          The parties agree that if called as a witness at

7    trial, a custodian of records for Twitter Inc., (Twitter)

8    would testify that:

9          Twitter provided records to the Government from

10   numerous Twitter accounts (the Twitter records).  The Twitter

11   records consisted of true and accurate copies of records of

12   Twitter.  The Twitter records provided to the Government were

13   kept in the course  of business regularly conducted activity.

14          It is the regular course of Twitter's business to

15   generate these  records and Twitter records were made at other

16   near time of the condition, act, transaction, or event

17   described therein by or within a reasonable time thereafter.

18          The parties agree that Government Exhibits  100,

19   101, 102, 110, 111, 112, 120, and 121, and 130  are Twitter

20   records  are authentic business records and admissible into

21   evidence.

22          The parties further agree that Government Exhibits

23   assembled from tweets, direct messages, and group direct

24   messages including Government Exhibits 400, 401, 410, 411,

25   420, 430 to 431 and similar events containing materials from

ANTHONY CUNDER – DIRECT – MR. PAULSEN        323

1   the same sources collectively "the Twitter exhibits" are

2   compiled, and from accurately reflect the content of, the

3   Twitter records excepting modifications  made with the consent

4   of the parties and/or the Court.

5          To the extent that the Twitter exhibits contain

6   Twitter records, the parties therefore agree that the Twitter

7   exhibits are based on authentic business records of Twitter.

8          Your Honor, the Government moves this stipulation

9   marked 901 into evidence.

10         THE COURT:  It's a stipulation so I take it there is

11  no objection?

12         MR. FRISCH:  That's right.

13         THE COURT:  All right.  That's in evidence.

14         (Government Exhibit 901, was received in evidence.)

15         MR. PAULSEN:  And, your Honor, as a bit of

16  housekeeping.  There was an earlier stipulation 900 that was

17  read into evidence.  I don't believe we actually asked to have

18  the stipulation moved into evidence.

19         THE COURT:  That's in evidence, too.

20         MR. PAULSEN:  Okay.  Thank you very much.

21         (Government Exhibit 900, was received in evidence.)

22         MR. PAULSEN:  First off, Special Agent Cunder –– may

23  I approach?

24         THE COURT:  Yes.

25         MR. PAULSEN:  Your Honor, showing the documents

ANTHONY CUNDER – DIRECT – MR. PAULSEN          324

1    admitted into evidence through the prior stipulation.  100,

2    102, 110, 111, 112, 120, 121, and 131.

3                THE COURT:  They're all stipulated?

4                MR. FRISCH:  They're all stipulated.

5                THE COURT:  Those are in evidence.

6    EXAMINATION BY

7    MR. PAULSEN:

8    (Continuing.)

9    Q     Special Agent Cunder what are these documents?

10   A     These are records from Twitter pertaining to various

11   Twitter accounts.

12   Q     What kind of records are they?  What kind of information

13   do they contain?

14   A     They have an account creation timestamp, they have

15   e-mails associated with the account, they have the screen

16   names for the account, they have bio that's associated with

17   the accounts.

18   Q     Okay.  Are there also documents related to suspension

19   times?

20   A     Yes.

21   Q     The first three :  110, 111, and 112 -- I'm sorry.

22         100, 101, and 102 what account do those relate to?

23   A     It saysRicky_Vaughn 99.

24   Q     The next trio:  110, 111, and 112.  What account do those

25   refer to?

ANTHONY CUNDER – DIRECT – MR. PAULSEN          325

1    A    TheRickyVaughn.

2    Q    The next two :  120 and 121.  Which account do those

3    refer to?

4    A    ReturnofRV.

5    Q    And then, finally, the last one, 130.  What account does

6    that refer to?

7    A    AmyStephen.

8    Q    All right.

9            MR. PAULSEN:  Your Honor, I now would you like to

10   read the next stipulation, 902.

11           THE COURT:  Okay.

12           MR. PAULSEN:  The parties agree as follows:

13           The defendant Douglass Mackey controlled and used

14   the following Twitter  accounts during the periods:

15           @RickyVaughn 99 from at least July 2015 to,

16   approximately, October 5, 2016.

17           @TheRickyVaughn from October 8, 2016 to November 2,

18   2016.

19           And @ReturnOfRV from, approximately, November 2,

20   2016, to approximately, November 15, 2016.

21           The Government moves Government Exhibit 902 into

22   evidence.

23           THE COURT:  Okay.  No objection?

24           MR. FRISCH:  Yes.

25           THE COURT:  All right.  I take it there no objection

ANTHONY CUNDER – DIRECT – MR. PAULSEN          326

1    to any of these.

2              MR. FRISCH:  No.

3              THE COURT:  So that's in evidence.

4              (Government Exhibit 902, was received in evidence.)

5              MR. PAULSEN:  Thank you, your Honor.

6    EXAMINATION BY

7    MR. PAULSEN:

8    Q    Special Agent Cunder, you mentioned a moment ago that the

9    paper documents, the exhibits that are in front of you, they

10   indicate the time periods that the defendant was suspended

11   from Twitter; is that correct?

12   A    Yes.

13   Q    I'd like to focus your attention on the specific time

14   period, September 26th to November 8th.  This is the

15   approximate six weeks before the 2016 election.

16             And we have at your disposal Government Exhibit 902.

17   What account was the defendant using at the beginning of this

18   time period?

19   A    Ricky_Vaughn99.

20   Q    And in the middle section of that time period?

21   A    TheRickyVaughn.

22   Q    And what account was he using at the end?

23   A    ReturnofRV.

24   Q    Were there time periods during that stretch when the

25   defendant wasn't using Twitter?

ANTHONY CUNDER – DIRECT – MR. PAULSEN          327

1    A    Yes.

2    Q    What were those stretches?

3    A    The two account suspensions.  The first account

4    suspension was October  5th.  The second account suspension

5    was November 2nd.  There was also a third period in October

6    from about October 20th to October 25th and that immediately

7    follows a tweet where he references going on vacation.

8    Q    Okay.  So, in addition to the vacation, it was the gap of

9    time in between the accounts where the defendant wasn't on

10   Twitter?

11   A    Yes.

12   Q    The first stipulation I read referenced some other

13   exhibits.  It was Government Exhibits  200, 400, 401, 410 and

14   so on.

15        The stipulations stated that those are authenticate

16   Twitter records; is that right?

17   A    Yes.

18   Q    I'm going to show you some documents from those materials

19   and will be presenting them electronically  page by page and

20   publishing them piece by piece on the screen.

21        Are you familiar with those materials?

22   A    Yes.

23   Q    You've reviewed them?

24   A    Yes.

25   Q    What kind of Twitter materials went into those exhibits?

ANTHONY CUNDER – DIRECT – MR. PAULSEN          328

1   A     Various tweets, direct messages between Twitter users,

2   and group messages.

3   Q     Is there also information from Twitter obtained by a

4   subpoena and other process?

5   A     Yes.

6   Q     How were those materials generally obtained?

7   A     Through either search warrant or court order such as the

8   subpoena.

9   Q     Now, do the materials you're about to present to the jury

10  in Court, do those present everything that the Government got

11  from Twitter?

12  A     No, they don't.

13  Q     So these are selections from those materials?

14  A     Yes.

15  Q     Have you reviewed the accuracy of the materials at that

16  are about to be presented?

17  A     Yes.

18  Q     Do these materials fairly and accurately present the

19  materials that the Government received from Twitter with the

20  understanding that the parties and the Court have modified or

21  redacted certain circumstances --

22  A     Yes.

23  Q     -- certain portions.  Okay.

24        Do these materials include the statements of the

25  defendant?

ANTHONY CUNDER – DIRECT – MR. PAULSEN          329

1    A    Yes.

2    Q    Do they include the statements of other individuals

3    talking to the defendant?

4    A    Yes.

5    Q    And do these include some statements from groups when the

6    defendant was suspended from Twitter?

7    A    Yes.

8         MR. PAULSEN:  Your Honor, I'd like to begin by

9    showing the witness what's been marked as

10   Government Exhibit 200.

11        THE COURT:  Okay.

12        MR. PAULSEN:  And it's Subsection A.

13   Q    Have you reviewed 200-A, Special Agent Cunder ?

14   A    Yes.

15        MR. PAULSEN:  We're just showing for the witness

16   only, your Honor.

17        THE COURT:  Okay.

18   A    Yes, I see it.

19   Q    And these are some of the materials you've checked for

20   accuracy?

21   A    Yes.

22        MR. PAULSEN:  Your Honor, the Government moves

23   admission of 200-A.

24        THE COURT:  Any objection?

25        MR. FRISCH:  Only as discussed.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          330

1        THE COURT:  That's in evidence.

2        (Government Exhibit 200A, was received in evidence.)

3   Q    All right.  So, Special Agent  Cunder, in the first

4   document what I'd like for you to do is explain to the jury.

5   The materials that are at the top of each document, I

6   understand each document will be fairly similar but I'd like

7   you to kind of guide them for the first one what we're looking

8   at?

9   A    So this is a graphical rendering by the Government of the

10  raw data that Twitter provided.

11       This is a conversation between two Twitter users,

12  the user I.D.s are the numbers at the top next to the

13  conversation I.D. below that are the Twitterer screen flames

14  of the two Twitter users.  There's also a date and various

15  timestamps below the messages.

16  Q    All right.  So this is a conversation between

17  Ricky_Vaughn99 and AmericanMex67.

18       Special Agent Cunder, can you read this into the

19  record?

20  A    Would you mind zooming out?  The left side is cut off a

21  little bit.

22       So it's a conversation between AmericanMex and Ricky

23  Vaughn on May 10, 2016.

24       AmericanMex say:  Stupid question can a meme be

25  anything other than a picture with writing on it?

ANTHONY CUNDER - DIRECT - MR. PAULSEN                331

1          Defendant replies:  Yeah, definitely.

2          AmericanMex says, This is my understanding of a

3    meme.

4          And it includes a link.  Below it there's an image.

5          The defendant replies:  Meme is any kind of idea

6    that spreads from person to person.  Memes can be represent

7    visually, that pic is sort of a low effort meme.

8          AmericanMex replies:  And with well written tweets.

9    Yes, super logical effort.

10          Defendant replies:  A well written tweet can

11    definitely become a meme.  An example is lying Ted.  That's

12    now a meme.  Everyone understands it.  Really good memes go

13    viral.

14          AmericanMex replies:  Makes sense now.

15          Defendant says:  Really, really shall memes become

16    embedded in our consciousness.

17          AmericanMex says:  Thanks for the input.

18    Q    Special Agent Cunder, the next page has some follow-up

19    with those same two individuals can you read them?

20    A    Yes.

21    Q    AmericanMex says:  Whipped this up right quick.  Never

22    knew much about the meme until you boss man showed up on

23    Twitter.

24          Defendant says:  Hell yeah!  That's great.  Thanks.

25    Memes make the world go round.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          332

1    Q     Special Agent Cunder, did you review documents in which

2    the defendant broadly discussed how to use social media

3    including using things like memes?

4    A     Yes.

5              MR. PAULSEN:  Your Honor, I'd like to show the

6    witness what's been marked for identification as

7    Government Exhibit 200-B.

8              THE COURT:  Okay.

9              MR. PAULSEN:   And we moved this into evidence?

10             THE COURT:  I take it this is subject to any

11   discussions we had.

12             MR. FRISCH:  For all of this only subject of

13   discussions.

14             THE COURT:  That'll be in evidence.

15             (Government Exhibit 200B, was received in evidence.)

16             THE COURT:  And just, Counsel, is that going to be

17   the same response?

18             MR. FRISCH:  I think for everything that this

19   witness is going to testify to.

20             THE COURT:  Great.

21   Q     All right.  So Special Agent Cunder, if you could start

22   reading?

23   A     So this is a conversation between a Twitter user

24   Bidenshairplugs and the defendant.

25             Bidenshairplugs  says:  Nice work!  You're trolling

ANTHONY CUNDER – DIRECT – MR. PAULSEN          333

1    up a storm.

2              Defendant replies:  Excellent.  Thanks for the

3    support.

4              The goal is to  give people simple lines they can

5    share with family or around the water cooler.

6    Q    Turning to the next page.

7    A    Defendant continues so I aggregate content.

8    Q    Special Agent Cunder, if I could interrupt you for a

9    second.

10             The top of this says "group message I.D." and

11   there's just one number.  What does that indicate?

12   A    Yes.  So this is a group message between multiple Twitter

13   users.  Whenever there's a single number, that would indicate

14   a group message as opposed to the two numbers side by side.

15   Q    We'll get to this later, but do some groups have names?

16   A    Yes.

17   Q    We will see that at a later time; is that right?

18   A    Yes.

19             MR. FRISCH:  Your Honor, before we continue, can I

20   have a one quick word with Mr. Paulsen.

21             THE COURT:  Okay.

22             (A brief pause in the proceedings was held.)

23   Q    So, Special  Agent Cunder, for each one, if you could, if

24   you could read the date at the top before diving into the

25   text.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                334

1    A     So this is January  9, 2016.

2          The defendant says:  So I aggregate content, troll,

3    meme, and comment .

4          One thing that helped  was I decided to stop

5    tweeting from my phone.

6          You can collect a really good image meme collection

7    respond to high-profile characters with a perfect image meme

8    response.

9          Images work better than words.

10         400,000 impressions.

11         HelloRaspberry says:  That's the modern age for you.

12   Very visual.

13         Defendant says:  Planted a lot of seeds.

14   Q     Turning to the next page.

15   A     This is January 9, 2016.

16         Rabite says:  That shit works really effective.

17         I feel I'm really good at dialogue, closing an am

18   sale personal interaction.

19         KawaiiKraken says:  Yeah, I'm starting to feel a

20   mismatch in  my effective memes on here.

21         Rabite says:  We should collaboratively work on a

22   guide.

23         Like, step by step, each major aspect of the

24   ideological disruption toolkit.

25   Q     Turning to the next page, the continuation.

ANTHONY CUNDER – DIRECT – MR. PAULSEN           335

1   A    KawaiiKraken says:  Hell, Ricky, I  looked through your

2   feed and was admiring.  You're doing good with those methods.

3        Rabite says:  You could outline your methods of

4   commentary.

5        TOG it a bit on placement.

6        We could turn out a book like this.  Divide profits

7   and hand people a fucking manual for psychological loldongs

8   terrorism.

9        Defendant says:  Yes, weev, that would be good.

10       Rabite says:  I could do another chapter on

11  methodologies from the ads industry--shit like my twitter ads

12  stuff was very much the result of careful targeting, nobody's

13  managed to replicate it properly since.

14  Q    Continuing to the next page.

15  A    Still on January 9th.

16       Rabite says:  Honestly at this point i'vehand

17  converted so many shitlibs that like, iam absolutely sure we

18  can get anyone to do or believe anything as long as we come up

19  with the right rhetorical formula and have people actually try

20  to apply it consistently.

21       HelloRaspberry says:  People are bored right now,

22  the media and entertainment has gotten really stale.  Theresno

23  youth movements like punks or grunge or anything anymore, its

24  just how big of a slut you can be.  We are the only thing even

25  close.

ANTHONY CUNDER - DIRECT - MR. PAULSEN          336

 1          Defendant says:  Weev  I any you're right.

 2          I'm getting face-to-face, now converting people to

 3    Trump.  Part of that is, of course, Trump has become popular.

 4    But still I don't chicken out and hide my views.

 5    Q    Special Agent Cunder, can you turn to page -- and read

 6    the next day?

 7    A    So this is direct message between ReactionaryTree  and

 8    the defendant on January 26, 2016.

 9          Defendant says:  It's a good plan.  Trouble is that

10    it's hard to get hashtags to take off with effort, it usually

11    happens spontaneously.

12          We can hastags with memes,  though.

13          ReactionaryTree says:  I think the OP is suggesting

14    we hijack popular trending hashtags.

15          Defendant says:  Yep.  That's a good idea.

16    Q    Special Agent Cunder, do you know what OP tends to mean

17    in internet parlance?

18    A    Original poster.

19    Q    Before we go further, these conversations, direct

20    messages and group messages, were any of these publicly

21    available?

22    A    No.

23    Q    So these are the private conversations between the

24    defendant and other people; is that right?

25    A    Yes.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                337

1    Q    If you could turn the page it 200-B-7?

2    A    This is a direct message between the defendant and

3    AmericanMex  for June 22, 2016.

4         AmericanMex says:  You think people will care about

5    these kind of connections?  People as the undecided voters.

6         Defendant says:  Yes.  Repetition is key.  Cooked

7    Hillary created ISIS with Obama repeated again and again.

8         AmericanMex says:  Word.

9         Defendant says:  I just 1tweeted it .  Memes would

10   also be good perhaps.

11   Q    Okay.  The next page.

12   A    This is a direct message between BasedMel and the

13   defendant July 3, 2016.

14        Defendant says:  By the way, I'll be starting a meme

15   brainstorm group of talented people.  I'll invite you.

16        On July 4th, BasedMel says:  Okay.

17        Defendant says:  I retweet all your stuff, it's

18   terrific.

19   Q    Next page.

20   A    This is a direct message between the defendant and

21   Twitter user.

22        Defendant says:  A few a day is good.

23        Twitter user replies:  I can only do a few a day.

24   I'll hit you only once per graphic.  Thank you.

25        Defendant says:  Thanks.  I'll retweet these

ANTHONY CUNDER – DIRECT – MR. PAULSEN          338

1   tomorrow.

2   Q    And then one more.

3   A    Again, a direct message between the defendant and a

4   Twitter user, October 5, 2016.

5        Twitter user says:  Hey, Ricky thank you for all the

6   retweets.  You have true power of the retweet.  I saw many big

7   accounts on here but their tweets don't take off like yours.

8   You have a real crowd.  If you have any advice for me on how

9   to reach more people let mean know.

10       Defendant says:  Okay.  I'll give a few tips .  I

11   would says sigh use fewer hashtags.  Maybe only use one

12   hashtag and a simple short message.

13       Other than that, you're doing everything right.

14   I'll keep retweeting you.  Twitter user says:  Thank you man.

15       MR. PAULSEN:  I would like to show the witness what

16   has been marked as Government Exhibit 200-C.

17       THE COURT:  Okay.

18   Q    Special Agent Cunder, in reviewing documents, you saw

19   some references of the defendant retweeting others and moving

20   their things along; is that right?

21   A    Yes.

22   Q    And can you read the first page here?

23       MR. PAULSEN:  Your Honor, we ask that this be moved

24   into evidence subject to  the defendant's.

25       THE COURT:  All right.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          339

1          MR. PAULSEN:   Subject to our previous discussion.

2          THE COURT:   Subject to our previous discussions,

3     that's in evidence.

4          (Government Exhibit 200C, was received in evidence.)

5     Q    Special Agent Cunder, can you read this one?

6     A    This is a direct message between a Twitter user and the

7     defendant, December 6, 2015.

8          Twitter user says:   Could you tweet to your fans to

9     follow my page?   I want to get to 30,000 plus followers this

10    week.   You're on fire again today.

11         Defendant says:   Okay.   For sure.

12    Q    The next page.

13    A    This is a direct message between Western_Triumph and the

14    defendant December 6, 2015.

15         Western_Triumph says:   By the way, man.   My pinned

16    tweet was a winner, I knew it was but only had five retweets.

17    Needed that big one to put it out there.   You did it.   And now

18    24 hours later it's hitting 200 retweets.   Thank you.

19         Defendant says:   No fucking way, LOL, awesome.

20    Q    Let's skip ahead to Page 5, Ms. Parshad.

21    A    This is a direct message between Western_Triumph and

22    February 7, 2016.

23         Western_Triumph says:   Holy shit, Ricky, that tweet

24    of mine you tweeted out was just retweeted it by Ann Coulter.

25    She retweeted a second tweet of mine.   Thank you.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                340

1          Defendant says:  Hell, yeah.

2    Q    Turn to Page 7.

3    A    This is a direct message between the defendant and

4    TedBusiek, July 7, 2016.

5          TedBusiek says:  Appreciate it, brother.  Like I

6    said, you're a Twitter legend.

7          The next day the, defendant says:  Thanks a lot.

8    We'll throw you some support.

9    Q    The next page?

10   A    Direct message between of the defendant TedBusiek,

11   August 9, 2016.

12         Defendant says:  Going to try to boost your

13   followers.

14         Ted says:  You're one of my most key allies at this

15   point.  You have become Twitter kingmaker.

16         Defendant says:  LOL.  Thanks, bro.

17   Q    And then the last page in this series?

18   A    This is a direct message between SeanMichaelR and the

19   defendant, October 16, 2016.

20         SeanMichaelR says:  Hey, dude, can you follow

21   @NathanDamigo.  We may need your power to boost something

22   going on tomorrow.

23         Defendant says:  Got it.

24         SeanMichael says; thank you and thank you for your

25   work.  Thumbs up emoji.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          341

1   Q    Special Agent Cunder, in reviewing these documents, did

2   you review documents in which the defendant discussed his

3   sense of his own reach on Twitter how much his work was

4   spreading?

5   A    Yes.

6          MR. PAULSEN:  I would like to show the witness

7   Government Exhibit 200-D and move it into evidence subject to

8   the defendant's prior comments.

9          THE COURT:  All right.  Subject to the prior

10  discussions it's in evidence.

11         (Government Exhibit 200D, was received in evidence.)

12  Q    Special Agent Cunder, can you read this one from the

13  beginning?

14  A    So this is in a group message between various Twitter

15  users November  14, 2015.

16         The defendant says:  I had 600,000 impressions the

17  other day.  I'm friends with the account @OldRowOfficial.

18  When he retweets me, that is 30 to 50,000 impressions

19  immediately.

20  Q    Turn to the next page.

21  A    Again from the group message November 19, 2015.

22         Defendant says:  Thanks to weev, I'm improving my

23  rhetoric.  People love it.  My Twitter account is just

24  exploding.

25         BenedictKMiller  says:  You're taking off like a

ANTHONY CUNDER – DIRECT – MR. PAULSEN          342

1   rocket .  I remember when you had 900 followers.

2          Defendant says:  900 followers in ten days.  I used

3   to get 200,000 impressions  on a good day.  Now I'm averaging

4   300,000.

5          BenedictKMiller  says:  Bringing the heat.

6          Defendant says:  7.2 million impressions over

7   28 days.  I just hope all this shitlording goes real life.

8   Q    Special Agent Cunder, do you know what an impression is?

9   A    So that's when a Twitter post is basically visible on

10  another Twitter user's news feed.

11  Q    Can you pick up the next page, Page 3?

12  A    This is from a group message, November 19, 2015.

13         The defendant says:  I picked up a thousand

14  followers in the last ten days.

15  Q    The next page.

16  A    From a group message, November 21, 2015.

17         Defendant says:  Give him the memes,  boys.

18         SOBL says:  Holy shit, just checked Ricky's profile.

19  I remember when you had 300 followers.  Fucking A.

20         Rabite says:  Ricky's audience expands rapidly, he's

21  now a leading polemicist.

22  Q    The next page.

23  A    This is from a direct message between Twitter user and

24  the defendant November 23, 2015.

25         Defendant says:  Getting closer to just going all

ANTHONY CUNDER – DIRECT – MR. PAULSEN          343

1   out.  I have the personality and the ability to convince

2   people now.

3          Twitter user says:  How do you mean, "getting closer

4   to just going all out"?

5          Defendant says:  I mean all out, just mean stating

6   my opinion flat out.

7   Q    The next page.

8   A    This is from a group message December 5, 2015.

9          JBurtonXP says:  Hey, Plugs.  Good to have you in

10  the chat.  This is a pretty good spot to coordinate trolling

11  et cetera.

12         Defendant says:  We each have our own loyal band of

13  followers now.  This chat has birthed Twitter legends.

14  Q    All right.  Special Agent Cunder if you could turn the

15  page to Page 7 .

16         Who is this conversation with?

17  A    This is between AltRightInfo and the defendant.

18  Q    And that's the account of Amy Stephen; is that right?

19  A    Yes.

20  Q    If you could read this.

21  A    This is from January 7, 2016.

22         AltRightInfo says:  So what would it fake for you to

23  come out as yourself?

24         Defendant says:  I'm not coming out as myself.

25         Defendant says:  This identity is very powerful.  I

ANTHONY CUNDER – DIRECT – MR. PAULSEN          344

1  have something great going on.

2  Q    The next page.

3  A    Direct message between AltRightInfo and the defendant,

4  January 11, 2016.

5          Defendant says:  I'm going to start preparing myself

6  mentally, spiritually and physically to be a leader.

7          AltRightInfo says:  You're doing it already.

8          Defendant says:  I never asked or wanted to be a

9  leader, but so many people are asking it of me so I feel a

10  responsibility.

11  Q    The next page.

12  A    This is from a group message January 20, 2016.

13          SOBL says:  Ricky, you're getting insane publicity,

14  man.  The man behind the meme is a great description.

15  Q    Special Agent Cunder, can you turn to Page 10.  The next

16  one.

17  A    Direct message between AltRightInfo and the defendant

18  January 28, 2016.

19          AltRightInfo says:  Do you have goals?  A team?

20  Tasks?  Assignments?  Happy to take on something if it's

21  helpful.

22          Defendant says:  I should, right?  I have, like, the

23  most loyal army on Twitter I can get anything I want photo

24  shopped in an hour.  I have people offering to do web design

25  for me.  My Twitter account is just exploding.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                345

1    Q     The next page.

2    A     This is from a group message January 29, 2016.

3          Deutschephysi_k says:  Damn, Ricky, your followers

4    really watch your tweets.  Activity level when you retweet is

5    absurd.

6          Defendant says:  Yeah, JPL I have the most active

7    fans.

8    Q     Next page, Special Agent Cunder.

9    A     This is from a group message, March 16, 2016.

10         SOBL says:  Ricky Vaughn has transitioned from a

11   troll to a media institution himself.  CP has transitioned

12   from a troll to a form of stand-up social media comedian.

13   This is amazing to watch in real- time.

14         When I see Ricky tracking election results and

15   getting  hundreds of retweets which dwarfs legit journalists

16   discussing an election it is mind blowing.

17         JBurtonXP says:  When you look at the followers, all

18   these vocal Trump accounts are blowing up.  It really is a

19   movement even on here.

20         SOBL says:  Yes, the followers on our side are far

21   more sticky or engaged than regular media people.

22          March17, 2016.

23         Defendant says:  Thanks SOBL, great point.  Our

24   engagement is absolutely tremendous.  50 to 75,000 mentions

25   per month, that's insane.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          346

1    Q    Can you turn to the next page, Page 13.

2    A    This is from a group message, May 4, 2016.

3         Rabite says:  It's fucking astonishing how much

4    reach our little group here has between us, and it'll solidify

5    and grow after the general.

6         Defendant says:  Great work guys.  This is where it

7    all started.

8         We did it.

9         This little Twitter group is fucking legendary.

10        I feel a giant  sense of relief.  This sounds dumb

11   for the past six months, I sacrificed giant slight of my life

12   to shitposting.

13        Looking forward to  taking my foot off the gas.

14        JBurtonXP says:  No, I feel you Ricky.

15        (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

ANTHONY CUNDER – DIRECT – MR. PAULSEN          347

1   Q    It continues to the next page.

2   A    Again, group message, May 24, 2016.  Tim Burton says I'm

3   nowhere near at your volume.  And even I feel like I want to

4   take a few days off, but you did it my man.  Even MIT knows

5   that you did it?  Defendant says, MIT certified best poster.

6   Shit, I should put that in my bio.  PutinZooPark says it's

7   amusing how this group literally has every media segment

8   covered.  Social to blogs and online to international

9   mainstream LOL.

10         MR. PAULSEN:  The next page.

11  A    From a group message May 11, 2016, defendant says so by

12  the way, did you see my fucking meme in the Ann Coulter hit

13  piece?  SwiftOnEconomy says, well you're in the top 150

14  election influences.  Someone says Ricky, you're an influencer

15  now.  You literally cause more seismic activity than paid

16  professionals.

17  Q    Special Agent Cunder, if you can turn to the next page.

18  So this looks a little different.   This is looks like a

19  tweet; is that right?

20  A    Yes.

21  Q    Now, I think you mentioned this before, but the materials

22  that were provided by Twitter to the Government was just the

23  raw material of a tweet; is that right?

24  A    Correct.

25  Q    Is it fair to say that the Government created this to

ANTHONY CUNDER – DIRECT – MR. PAULSEN          348

1   look like a tweet?

2   A    Yes.

3   Q    And so the time is there, the date is there, the text is

4   there.  But the rest had to be created; is that right?

5   A    Correct.

6   Q    And one more thing, the time.  Do you know what time zone

7   Twitter materials are in?

8   A    Yes.  So Twitter provided materials in UTC, which is

9   Universal Coordinated Time.

10  Q    Where how far off for the Eastern Time Zone is that?

11  A    Five hours or 4 hours, depending on Daylight Savings

12  Time.

13  Q    If you can read this tweet.

14  A    This is a tweet from the defendant.  He says, I'm happy

15  to report that Ricky Vaughn is averaging  over 10,000

16  impressions per tweet in May.  Not sad.

17       MR. PAULSEN:  All right.  If we can skip to 12.  I'm

18  sorry, 18, Ms. Parshad.

19  A    Another tweet from the defendant.  National leaders

20  commence high level talks.  Panic as Vaughn hits 30,000

21  followers.

22       MR. PAULSEN:  Okay.  You can skip to two more pages

23  to 20.

24  A    Another tweet from the defendant.  RT@SD99 T.  When Ricky

25  Vaughn hits 50,000 followers, you're going to see some serious

ANTHONY CUNDER – DIRECT – MR. PAULSEN                349

1    shit.

2    Q     The next one.

3    A     Another tweet from the defendant.  Once people get a bite

4    of truth, they want the whole apple.  That's why my account

5    now has 34,000 followers.

6           MR. PAULSEN:  Ms. Parshad, if you can skip to 23.

7    Q     Can you read this, Special Agent Cunder?

8    A     This is a direct message between the defendant and Alex

9    Riley is cool.  July 25, 2016.  Defendant says I was in

10   Washington Post on July 15th.  Alex Riley says link me.  And

11   the defendant provides a link to a Washington Post article.

12   Q     The next page.  24.

13   A     This is from a group message July 27, 2016.  Defendant

14   says we are past the point of pundits having an influence on

15   the election .  Pundits have small audiences, their voices

16   will be drowned out my mass media.  The election from here on

17   out will be decided by 60 percent earned media, 30 percent

18   social media, ten percent paid media.

19   Q     The next page.

20   A     This is a tweet from the defendant.  If 7,000 followers

21   and 40 million impressions per month is considered

22   marginalization, I'll take it.  And there's a link.

23   Q     The next page, number 26.

24   A     This is a direct message between a Twitter user and the

25   defendant, August 1, 2016.  Defendant says it's like at any

ANTHONY CUNDER – DIRECT – MR. PAULSEN          350

1    one time there's an army of 100 of my followers ready to

2    swarm.

3              MR. PAULSEN:  All right.  Ms.  Parshad, if you can

4    skip to 28.

5    A    This is a direct message between the defendant and a

6    Twitter user, November 4, 2016.  Defendant says as long as I

7    can have an impact, I will be here.  My fans are very

8    dedicated and they want to hear my voice and laugh at my

9    trolls.

10             MR. PAULSEN:  And lastly, you can skip to 30.

11   A    This is a tweet from the defendant.  Your tweets earned

12   9,301,686 impressions over the last week.

13   Q    Okay.  Now, Special Agent Cunder, there was some

14   references to the MIT study in those documents; is that right?

15   A    Yes.

16   Q    Did the defendant frequently comment about that MIT

17   study?

18   A    Yes.

19             MR. PAULSEN:  I'd like to show you what's been

20   marked as Government Exhibit 200–E and move it into evidence.

21             THE COURT:  Subject to the prior discussions.

22             (Government Exhibit 200E, was received in evidence.)

23   Q    All right.  Can you start reading on number one?

24   A    This is a direct message between a Twitter user and the

25   defendant, March 25, 2016.  The Twitter user posts a link to

ANTHONY CUNDER – DIRECT – MR. PAULSEN          351

1    an article with the title who's influencing election 2016.

2    The Twitter user, again, says in the direct message who is

3    influencing election 2016, number 107, Ricky  Vaughn.

4    Defendant says holy shit, thanks.

5    Q    The next page.

6    A    A direct message between Bidenshairplugs and the

7    defendant, March 25, 2016.  Bidenshairplugs says you're on

8    this list of most important influencers on this election.

9    Number 107.  And it's another link to the article.  Defendant

10   says no shit, that's unreal.

11   Q    The next one.

12   A    A direct message between CherylRose and the defendant,

13   March 25, 2016.  CherylRose says you're more influential than

14   Glenn Beck.  Defendant says holy shit, wow, that's crazy.  I

15   love it.  CherylRose says I do, too.

16   Q    Is it fair to say that there's a number of communications

17   like this in his private messages?

18   A    Yes.

19   Q    I will just skip ahead to number five.

20   A    This say group message, March 25, 2016.  Bidenshairplugs

21   says Ricky Vaughn made the list of most important Twitter

22   influencers on the 2016 election, number 107.  Another link to

23   the article.  Cuckservative says Ricky is more powerful than

24   Chuck Todd.  Bidenshairplugs says more powerful than Glenn

25   Beck.  Putinzoopark says WTG Ricky.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          352

1   Q    And it continues to the next page.

2   A    Putinzoopark says Ricky Vaughn also as powerful as Cher.

3   Bidenshairplugs says and Cher has 3 million followers.  Ricky

4   did it with 22,000.  Putinzoopark says yes.

5   Q    All right.  Now, these were all in direct messages and

6   group messages, right?

7   A    Yes.

8   Q    Did he also repeatedly state this on Twitter as well?

9   A    Yes.

10          MR. PAULSEN:  Ms. Parshad, if you can skip to 15.

11   A    This is a tweet from the defendant.  It says the haters

12   are jealous that I am a higher ranker election influencer than

13   they are, as proven by MIT data, sad.

14   Q    Now Special Agent Cunder, in the course of your review,

15   did you also review documents where the defendant suggested

16   creating memes and other things to spread around?

17   A    Yes.

18          MR. PAULSEN:  I'm going to show you Government

19   Exhibit 200-F and move into evidence.

20          THE COURT:  For the same proviso.

21          MR. PAULSEN:  Yes, your Honor.

22          (Government Exhibit 200F, was received in evidence.)

23   A    This is a tweet from the defendant.  I'm looking for

24   roughly half a dozen Photoshop experts who wish to join a

25   team.  Please respond to this tweet with why you're qualified.

*ToniAnn Lucatorto RPR, RMR, CRR*

ANTHONY CUNDER – DIRECT – MR. PAULSEN          353

1    Q    Turning to text page.

2    A    Another tweet from the defendant.  I have an idea for a

3    hashtag that will appeal to the antiwar left.  This will be

4    our first project.

5    Q    Now, turning the page.  Did you review documents where he

6    would privately solicit the creation of memes that he thought

7    would he would be spreading?

8    A    Yes.

9    Q    Can you read number three?

10   A    This is a direct message between the defendant and a

11   Twitter user.  Defendant says this is a good quote for one of

12   your image memes.  And there's  a link to one of the

13   defendant's tweets where he quotes Donald Trump and it says

14   the arrogance of Washington D.C. will soon come face to face

15   with the righteous  verdict of the American voter.  Twitter

16   user says thank you, I will make it.

17   Q    Thank you.  On the next page, does it say that somebody

18   created it for him?

19   A    Yes.

20   Q

21            MR. PAULSEN:  Okay.  Now, I'd like to skip ahead to

22   200-G that the Government would ask to move into evidence.

23            THE COURT:  With the same proviso.

24            MR. PAULSEN:  Yes, your Honor.

25            (Government Exhibit 200G, was received in evidence.)

ANTHONY CUNDER - DIRECT - MR. PAULSEN          354

1   Q    Special Agent Cunder, did you review documents where the

2   defendant attempted to get a hashtag?

3   A    Yes.

4   Q    We'll get to that a bit more in the context of some of

5   the group direct messages, but did he discuss these things in

6   his regular direct messages, one-on-one?

7   A    Yes.

8   Q    I'd like to show you first page one of Document 200-G.

9   Can you please read that?

10  A    This is a direct message between Baked Alaska on May 12,

11  2016.  And the defendant says please help me trend

12  #InTrumpsAmerica.  New hashtag starting now.

13  Q    Now, does he then jump to a bunch of direct messages with

14  a bunch of different people on that same day?

15  A    Yes.

16       MR. PAULSEN:  Can you show us 1, 2, 3, 4, and?  5.

17  A    This a direct message, May 12, 2016.  Defendant says

18  please help me to trend a new hashtag.  In Trumps America.

19  Rockprincess says okay.  Love it.  This is a group message,

20  May 12, 2016.  Defendant says please help me trend a new

21  hashtag.  In Trumps America.  That one guy says, on it.

22       THE COURT:  I take it that the next ones have the

23  same thing at the top?  Probably don't need to keep reading

24  that, if that's okay.

25       MR. PAULSEN:   Sure, that's fine.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                355

1    Q    Special Agent Cunder there's a number of them like this;

2    is that right?

3    A    Yes.

4             MR. PAULSEN:  Your Honor, may I approach the

5    witness?

6             THE COURT:  Yes.

7             MR. PAULSEN:  And you can show just the witness on

8    the screen, but I'll bring a piece of paper as well.  It's

9    Government Exhibit 500.

10   Q    Special Agent Cunder, do you recognize that document?

11   A    Yes.

12   Q    What is that?

13   A    This is a chart that documents the various use of a

14   hashtag by two of the defendant's Twitter accounts.  And it

15   specifies a date range and a number of tweets that were posted

16   by the defendant using that hashtag.  Below that, there's

17   also retweets between the defendant and another Twitter  user.

18   Q    Focusing on the top half, did you review the statements

19   in this chart to make sure they were true and accurate?

20   A    Yes.

21   Q    So in each case where there was a hashtag used, you

22   looked to see what account pushed it, what the date range was,

23   and the number of times it happened; is that right?

24   A    Yes.

25             MR. PAULSEN:  Your Honor, we'd move to have this

ANTHONY CUNDER – DIRECT – MR. PAULSEN          356

1   exhibit admitted.

2              THE COURT:   Any objection?

3              MR. FRISCH:   Can I have a moment with Mr. Paulsen?

4              THE COURT:  Sure.

5              MR. FRISCH:  Thank you.

6              MR. PAULSEN:  Your Honor, we're  going to set this

7   aside for a moment and we'll come back to this portion.  Bear

8   with me for a second, your Honor.

9              THE COURT:  Sure.

10  Q    All right.  Special Agent Cunder, in addition to the

11  materials that you've reviewed with the Court today, did you

12  review any documents in which the defendant revealed some

13  personal facts about his identity?

14  A    Yes.

15  Q    This was within the three accounts that were in the

16  stipulation?  Ricky 99, the Ricky Vaughn.  And the return of

17  RV?

18  A    Yes.

19  Q    In the course of all of the documents you've seen, did

20  you ever see any documents where the defendant revealed his

21  actual true name?

22  A    No.

23  Q    Other than the true name though, did you see bits of

24  information that related to the defendant?

25  A    Yes.  He referenced his age, as being 27.  He referenced

*ToniAnn Lucatorto RPR, RMR, CRR*

ANTHONY CUNDER - DIRECT - MR. PAULSEN          357

1    the fact that he was originally from Vermont.  He mentioned

2    going to school at Middlebury.  He mentioned living in

3    Manhattan, specifically the Upper East Side.  And he also

4    referenced his best 800-meter time as being two  minutes and 1

5    second.

6    Q    So various facts about him, the person without his name?

7    A    Yes.

8    Q    Did he also discuss e-mail accounts or Facebook accounts

9    among the various Twitter accounts such that you could match

10   those up?

11   A    Yes.  He would reference sometimes a Facebook or another

12   account where users could connect with him.

13        MR. PAULSEN:  Now, your Honor, I'd like to read two

14   stipulations right now.

15        THE COURT:  Sure.

16        MR. PAULSEN:  The first one is Government

17   Exhibit 903.  The parties agree that Middlebury is a college

18   in Vermont.  Doug Mackey was a student at  Middlebury from

19   fall 2007 to spring 2011 .  And Douglass Mackey ran cross

20   country on Middlebury's track team.  Track and field team,

21   excuse me.  Among the events Mackey participated in was the

22   800-meter race, which he ran on multiple occasions.  His best

23   recorded time in the 800 meters was 202.13.

24        And your Honor, the Government moves admission of

25   Government Exhibit 903.

*ToniAnn Lucatorto RPR, RMR, CRR*

ANTHONY CUNDER – DIRECT – MR. PAULSEN                    358

1          THE COURT:  All right.  That's in evidence.

2          (Government Exhibit 903, was received in evidence.)

3          MR. PAULSEN:  And then second Government Exhibit

4   904.  The parties agree that on November 1, 2016, and

5   November 2, 2016, the defendant resided in an apartment

6   located on Lexington Avenue in Manhattan, New York City and

7   was physically present in Manhattan, New York City throughout

8   those same days.  And we move this into evidence as well.

9          THE COURT:  Okay.  That's in evidence.

10          (Government Exhibit 904, was received in evidence.)

11   Q    Okay.  Special  Agent Cunder, I'd like to show you some

12   different documents right now.  We're going to return back to

13   this Document 200 in a little bit.  But I'd first like to show

14   you now what's been marked as Government Exhibit 400, one of

15   the group messages.

16          Do you recognize this document?

17   A    Yes.

18   Q    Was the defendant a member of this group chat at the

19   place where you're about to start reading?

20   A    Yes.

21   Q    And so he was either a partici pant or a listener when,

22   for the time periods that you're about to describe; is that

23   right?

24   A    Yes.

25          MR. PAULSEN:   Your Honor, the Government moves

ANTHONY CUNDER – DIRECT – MR. PAULSEN          359

1    admission of Government Exhibit 400, subject to the previous

2    objections.

3          THE COURT:  All right.  Subject to the previous

4    discussions.

5          (Government Exhibit 400, was received in evidence.)

6    Q    Now, I'd like to show to this the jury.  What is this

7    group called, Special Agent Cunder?

8    A    War room.

9    Q    And when was this group message started ?

10   A    This shows August 1, 2016.

11   Q    Now, I'd like you to start reading from the top and I'll

12   ask you questions as we go forward.

13   A    Twitter user JaredWyand  says new game.  We're going to

14   get hit with anti-Trump hashtags every day.  And if we all

15   stay on defense, we'll lose.  We need to get a couple

16   defensive tweets into the hashtag top tweets, and then hijack

17   it going on offense to attack Hillary about anything and

18   everything.  We get dramatically more retweets than the other

19   side so we can take them over whenever we want.  And when you

20   see someone on our side in top tweets for a hashtag attacking,

21   retweet them so they stay there.  We'll have to work together

22   like a unit, so let's keep this group open and use it like our

23   strategic war room.  Republicanchick says deal.  I feel

24   special to be in such an elite group.  ImmigrationX says will

25   do.  Kinni  says you're on.  I agree 100 percent, she's paying

1    her trolls and Twitter is on her side.  Let's make sure we all

2    follow each other so we have each others back and all bases

3    are covered.

4    Q    Okay, the next page.

5    A    Republicanchick says, she is going to try to rig the

6    general elections like she did in the primaries.  We can't

7    allow that.  JaredWyand says let's keep this room free of

8    tweets, just strategy.  Twitter user says, I don't see top

9    tweets for a hashtag  on PC.  ImmigrationX says got it, Jared,

10   thanks for setting up.  How about this for the group photo

11   icon, and there 's a link to an image.

12   Q    Okay.  Next page.

13   A    JaredWyand says and top tweets means top tweets for

14   hashtag.  With another link.

15   Q    And what is the link that they' re showing?

16   A    Hashtag Trump debate excuses.

17   Q    Sent by who?

18   A    NIA4Trump.

19   Q    Okay.  Can you turn to the next page?

20   A    JaredWyand says another thing is don't waste time, don't

21   waste time starting hashtags unless you have everyone in on

22   it.  Twitter  is going to suppress them anyway.  And don't use

23   multiple  hashtags in a post.  You get docked relevancy for

24   that.  Really should be focusing our tweets on trends and

25   targeting them individually.  That's where the front lines are

ANTHONY CUNDER – DIRECT – MR. PAULSEN          361

1    and the people we need to sway.  Immigration X says thanks,

2    Jared.  I had no idea Twitter docks for multiple hashtags.

3    Republicanchick says, Jared give us an example of how we have

4    word it so we get the idea.  Defendant says the best way to

5    manipulate the anti Trump hashtags is just to spin them into a

6    positive rather than wining or complaining.  Example.

7    Republicanchick says got it.  Defendant posts a link to one of

8    his tweets where he hashtags Trump debate excuses and says

9    building a wall instead.  Immigration  X has a check mark.

10   Defendant says another example with another link for a hashtag

11   Trump sacrifices.  Irmahinojosa says thank you, makes sense.

12   Republicanchick says thank you.  JaredWyand says exactly

13   Ricky.  Defendant says no problem.

14   Q    If I can pause you there for a second.

15        MR. PAULSEN:  Your Honor, I'm going to go back to

16   the document that I showed the witness a moment ago,

17   Government Exhibit 500.  We move admission.

18        THE COURT:  No objection?

19        MR. FRISCH:  Correct.

20        THE COURT:  All right.  That's in evidence.

21        (Government Exhibit 500, was received in evidence.)

22   Q    Special Agent Cunder, to recapitulate a bit.  This was a

23   chart in which you would look at a specific hashtag  that was

24   discussed and to see what the defendant did; is that fair to

25   say?

*ToniAnn Lucatorto RPR, RMR, CRR*

ANTHONY CUNDER – DIRECT – MR. PAULSEN                362

1    A    Yes.

2    Q    The last two pages, there were two hashtags around

3    August 1st.  It was a Trump sacrifices and Trump debate

4    excuses.  Did you look those up?

5    A    Yes.

6    Q    What did you determine?

7    A    For Trump debate excuses between July 31, 2016, and

8    August 1st, the defendant used that hashtag in seven of his

9    tweets.  For Trump sacrifices between July 30th and July 31st,

10   the defendant used that hashtag in nine of his tweets.

11   Q    So this is kind of exact when the room is talking about

12   it, right?

13   A    Yes.

14   Q    A moment ago we skipped, but I'll just cut to the quick.

15   There was some documents, some direct messages where he

16   discussed the hashtag in Trumps America, right?

17   A    Yes.

18   Q    Did you look that one up?

19   A    Yes.

20   Q    That discussion was on May 12th?

21   A    Yes.

22   Q    When he was direct messaging a number of people?

23   A    Yes.

24   Q    Did the defendant use that hashtag that day?

25   A    Yes.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          363

1    Q    What did you determine?

2    A    He used it 25 times.

3         MR. PAULSEN:  All right.  I'd like go back to the

4    war room, Ms.  Parshad, and start on page seven.

5    A    This is from August 1, 2016.  AmericanMex says I notice

6    these bullshit hashtags and how we can dominate.  Defendant

7    says are already dominating them.  AmericanMex says targeting

8    lies about dems and minorities.  Kinni says what do you guys

9    think about addressing and attacking voter fraught?  I think

10   Trump will win, but this has me worried.  And I want us and

11   Trump to address it before it happens.  You know globalists

12   will push this to get the witch elected.  Defendants says it's

13   hard for us to attack voter fraud.  It has to be the job of

14   lawyers and state parties.  Kinni says this is what this group

15   is about will.  And it's a reiteration  of --

16   Q    This is the same passage that you read at the very

17   beginning?

18   A    Yes.

19        MR. PAULSEN:  Turn to the next page.

20   A    Also from August 1st war room.  It's about strategy and

21   ideas and how to combat the anti Trump hashtags and hijack

22   them.  AmericanMex says Microchip  get banned again?

23   VivaLaAmes says no, he's back.  I just talked to him

24   yesterday.  AmericanMex  says I noticed his followers are

25   down.  VivaLaAmes says yeah he was banned, ha.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                364

1   Q    Special Agent Cunder, is Microchip in this group?

2   A    Yes.

3   Q    We'll get to that no a moment.  You can continue to read.

4   A    Rockprincess says someone make sure to drop the hashtags

5   we're high jacking in here.  WDFX2EU5, which is a Microchip

6   account says sounds good, Jared.  We'll have more set up by

7   way of massive pushing here shortly.

8           MR. PAULSEN:  All right.  Next page.

9   A    Twitter user says wait, aren't we supposed to not push

10  tweets on here.  Microchip says yeah.  Not pushing  here, I'm

11  talking retweets  of our own tweets, and additional tweeters

12  in the hashtag.  And yes, I have to restart the big pushes,

13  not done any since about two and a half months ago.  Time to

14  start it again.  Vendetta says all right, I'll put some stuff

15  on that tag.  Microchip says you may not see this unless you

16  have full US nationwide trends up, but this is trending

17  nationwide.  Hashtag Trump debate excuses.  And he posts a

18  link.

19  Q    Is that one of the hashtag you just checked and confirmed

20  that the defendant was using at this moment?

21  A    Yes.

22           MR. PAULSEN:  Can you turn the page?

23  A    Microchip says you won't this in some local trends lists

24  , but that should probably be targeted right now, since it's

25  likely it's trending in the majority of areas in USA.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          365

1   Vendetta says I'm seeing Trump debate prep show up in auto

2   complete now.  A user says is trending hashtag Trump debate

3   excuses?  Vendetta says, yeah we're flooding that with our

4   stuff.  Doing pretty well.  Defendant says how did you make

5   the chart?  VivaLaAmes Says hey Ricky.  Screenwriter says just

6   caught up reading the backlog.  Love how @RickyVaughn99 turns

7   hashtags around on themselves.  A great strategy.  I'll push

8   some ideas.  If anyone needs some memes baked fresh, make

9   requests here.  Good group.

10          MR. PAULSEN:  All right.  Can you turn to the next

11   page?

12   Q    This is about week later on August 5th.  August 9th,

13   rather?

14   A    We need to really start the push for hashtag  Hillary

15   Clinton now.  Defendant says please follow shitlord candidate,

16   who is triggering his shitlib opponent.  MA State Senate head

17   said he is not welcome in the legislature, LOL.

18          MR. PAULSEN:  Okay.  Now jumping ahead a bit, can

19   you turn to page 12?

20   A    This is from December -- sorry.  September 2, 2016.

21   BasedMel says if our army would just get organized, we can

22   quickly trend something.  HalleyBorderCol says those two are

23   far  more popular than hashtag Hillary's memory.  Makada says

24   I will use hashtag Clinton's memory.  I was using hashtag sick

25   Hillary.  Halley says okay, well it's up to you guys.  I

ANTHONY CUNDER – DIRECT – MR. PAULSEN          366

1    thought I would mention it in case you wanted to add any more

2    people.  Those are some of the bigger accounts which I thought

3    may help out getting stuff trending, et cetera.  Number three

4    for me.  And a link.

5    Q    Now, I know it's a bit hard to read, but does that number

6    three says hashtag Clinton's memory?

7    A    It appears so, yes.

8    Q    Now, did you check --

9         MR. PAULSEN:   Let me rephrase.

10   Q    Did the defendant say anything at this moment in the

11   group?

12   A    No.

13   Q    So it would be under blue if he was talking; is that

14   right?

15   A    Yes.

16   Q    Did you see if he was pushing Clinton's memory at that

17   moment?

18   A    Yes.

19   Q    What did you determine?

20   A    Between September 2nd, and September 3, 2016, he used

21   that hashtag in 35 of his tweets.

22   Q    So he didn't say anything, but he was still using that

23   hashtag is that right?

24   A    Correct.

25        MR. PAULSEN:  All right turning the page to 13.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          367

1    A     This is from September  24, 2016.  Microchip says glad to

2    be back, they just banned me two times in three minutes.  Be

3    careful.  Irmahinojosa says glad you're back.  Microchip says

4    13th times is the charm.  I'll follow you back when I can.

5    They a limit that is auto detected for new accounts.  When you

6    follow too aggressively at the start, but it will catch up

7    soon.  BasedMel says just sent out a shout out for you, Micro.

8    Microchip says thanks, Mags.

9         MR. PAULSEN:  Turning the page.

10   A    This is from September 27th.  BasedMel says you see this

11   shit?  Only 2,300 tweets and it's number two.  Fucking

12   Twitter.  And another link.

13   Q    And which is the hashtag that's trending, they think

14   unfairly?

15   A    It's hard to see this.  I'm with her.

16   Q    Okay.

17        MR. PAULSEN:  If you can turn to page 15.

18   A    This is from September 30, 2016.  Defendant says ha, ha.

19   The MSM is so dumb.  They're throwing too many scandals at

20   Trump at once.  They're just confusing armies.

21   Q    Special Agent Cunder, if we can turn to page 16.  You had

22   testified earlier you gave a date range when the defendant got

23   kicked out Twitter the first time; is that right?

24   A    Yes.

25   Q    Do you have that stipulation on hand in front of you or

ANTHONY CUNDER – DIRECT – MR. PAULSEN          368

1  do you remember around when that time was?

2  A    October 5th.

3  Q    Can you read page 16?

4  A    It's from the group chat war room.  October 6, 2016,

5  Vendetta says RIP Ricky.  He's still on Facebook at deplorable

6  Vaughn.  One N.  Dochartdc says got to follow him on FB.

7  Q    I believe you testified earlier that the Facebook account

8  stayed somewhat consistent across all of the accounts; is that

9  right?

10  A    Yes.

11  Q    All right.  Now turning the page to 400-17.  The

12  defendant is not in the group again at this moment; is that

13  fair?

14  A    Correct.

15  Q    Can you read?

16  A    This is from October  8, 2016.  Kinni says let's hit it,

17  hashtag Podesta e-mails, and there's a link to United States

18  trends.  Makada  says will hammer Podesta more, didn't see it

19  trending.

20  Q    Turning the page.

21  A    BasedMel -- October 9, 2016.  BasedMel posts a link with

22  an image to a Deplorable Vaughn account.  Dochart says so

23  permanent ban, correct?  BasedMel says not sure, but we can

24  get him most his supporters that matter, once they know it's

25  him.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                369

1        MR. PAULSEN:   Ms. Parshad, can you zoom in on what

2    appears to be a screen shot of a conversation with the

3    defendant on his Facebook account?

4    Q    Can you read that?

5    A    Yes.  So it says hey, this is Mags, how have you been

6    bro?  So upset Twitter booted you.  Deplorable Vaughn users

7    says, hey Mags.  I'm good.  Been chilling the past few days.

8    Stay strong on there, brother.  The other user says totally.

9    When you get back on Twitter, I can invite you back on all of

10   the groups.  Just give me your handle.

11       MR. PAULSEN:  All right turning the next page.  At

12   the top, there's a continuation of that conversation.

13   Ms. Parshad, can you zoom in on that?

14   A    The Deplorable Vaughn user says will do.  I'm going to

15   have to figure out a way of doing this without getting banned.

16   I will keep you posted.  The Mags user says at the Ricky

17   Vaughn, you?  Deplorable Vaughn user says, yep, follow that

18   up.

19   Q    And what's said after that?

20   A    In the Twitter war room group chat from October 11, 2016,

21   BasedMel says Ricky Vaughn's new account.  Please add him.

22   Kinny says done.  Thumbs up emjoi.  Dochartdc says at the

23   Ricky Vaughn.

24   Q    And the top of the next page?

25   A    October 12, 2016.  BasedMel says okay, he's added.

*ToniAnn Lucatorto RPR, RMR, CRR*

ANTHONY CUNDER – DIRECT – MR. PAULSEN          370

1   Hrtablaze a says yo Ricky.  Fist pump emjoi.  PotusTrump says,

2   everyone, we need to come together and make hashtag Podesta

3   e-mails three trend.  Hrtablaze says news last night said that

4   the next 27 days is Trump and his social media army  versus

5   the mainstream media machine.  He said we must expose who the

6   real HRC is and that's what we will do.  MAGA team hashtag

7   patriots united, hashtag America first.  Kam says huge, I'm

8   going to take some of your tweets and add hashtags to them.

9   Microchip says don't hashtag them.  If you break the info,

10  that takes up whole space, the meaning is lost.  If you

11  hashtag them, quote tweet them.  These are autistic detailed

12  tweets.  The information and spin I'm laying into them.

13  Q    Special Agent Cunder, there was a hashtag that was

14  suggested a moment ago it was Podesta e-mails during the time

15  when the defendant was briefly out.  Did you check to see

16  whether the defendant ended up pushing that one as well?

17  A    Yes.

18  Q    What did you determine?

19  A    From October 12th to October 13th, the defendant used

20  that hashtag in 18 of his tweets.

21       MR. PAULSEN:  Okay.  All right turning the page to

22  21.

23  A    From October 12, 2016, Microchip says oh, I'm getting

24  coverage.  There's no trending tags right now /I'm not sure

25  what you plan on trending.  We have not trended in days.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          371

1   BasedMel says, I think if we just keep talking about it, it

2   leak to the general Twitter-verse.  PotusTrump says yeah.  But

3   if those people who see your  tweets majority are already

4   voting Trump.  I'm saying we need CNN and liberal news forced

5   to cover it for dems and independents to see.  Microchip says

6   yep.  I'm using the top tag now.  PotusTrump says operation

7   make hashtag Podesta e-mails four trend.  If we all focus on

8   making a friend and telling our followers to make a trend,

9   it's cake from there.

10  Q    Special Agent Cunder, is the defendant says anything

11  right now in this conversation; to your knowledge?

12  A    No.

13  Q    They just said make Podesta e-mails four a trend; is that

14  right?

15  A    Yes.

16  Q    And this is October 12th?

17  A    Yes.

18  Q    Did you check to see if he did anything with Podesta

19  e-mails four?

20  A    Yes.

21  Q    Did he trend it on that -- did he push it on that day?

22  A    Yes.

23  Q    How many times?

24  A    Four.

25  Q    Turning to the next page.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          372

1          THE COURT:  You've got to slow down a little bit on

2     your read.  It's just very hard on the court reporter.

3          MR. PAULSEN:   Apologies, your Honor.  So we're on

4     page 22 .

5     A    This is from October 12, 2016.  KAMTV says Hillary's

6     campaign slogan was going to be hashtag  forward together.  We

7     should use it.  Microchip says we're hitting levels  that have

8     never been reached before.  Keep pushing hard, and there's a

9     link to your tweet activity.  Microchip says this is spreading

10    everywhere.  Trying it hit five million today.  You guys

11    should see a massive uptick in your impressions as well.

12    Q    Okay.  Turning to the next page.

13    A    From October 12, 2016.  Viva says love that blacks for

14    Trump is trending.  HalleyBorderCol posts a link to United

15    States trends.  Push it.  Let's get it higher up.

16    Michelle4trump says we should post all of the Wikileaks.

17    Everyone is forced to see them.  There goes their lame attempt

18    to distract from the e-mails.

19    Q    Okay.  The next page, 24.

20    A    From October 13, 2016.  PotusTrump says tell every group

21    you're in to push that hashtag Wikileaks trend.  Literally

22    tell your followers to help us trend it.

23    Q    Pausing you there, Special Agent Cunder.  Did you check

24    to see whether on or and that day, the defendant was pushing

25    the hashtag Wikileaks trend?

ANTHONY CUNDER – DIRECT – MR. PAULSEN          373

1    A    Yes.

2    Q    Who did you determine?

3    A    He used it five times.

4    Q    On that day?

5    A    Yes.

6         THE COURT:  Don't forget about the microphone there.

7         MR. PAULSEN:  Sorry, your Honor.  You can go on,

8    Special Agent Cunder.

9    A    HalleyBorderCol posts let's push hashtag next fake Trump

10   victim.  Okay.  Telling other rooms now, let's get it

11   trending.

12   Q    Pausing you again, Special Agent Cunder.  Did he act on

13   that one?

14   A    Yes.

15   Q    How many times did he push that one?

16   A    20.

17   Q    Also that same day?

18   A    Yes.

19   Q    Is he saying anything at this moment?

20   A    No.

21   Q    Can you please go on.

22   A    Microchip says just keep sowing doubt.  That's all that

23   needs to happen.  BasedMel says that should be the next push

24   tomorrow.  Microchip says this will not only piss off

25   liberals, but will also calm everyone else down.  The Trump

ANTHONY CUNDER – DIRECT – MR. PAULSEN          374

1   tapes.  Tell people that this leak today was the same as the

2   Trump tapes leaks.

3   Q    Okay.  Next page.

4   A    Still from Microchip.  When you show the similarities,

5   the mind will take the easiest path and say heh, yeah, same

6   damn thing.  Kam says you do.  We strategize Trump ground game

7   and put tweets in.  Plus, we have professional meme makers in

8   there and some campaign.  HalleyBorderCol says we haven't been

9   able to get anything to trend for ages.  Unless they change

10  their algorithms, they must be watching what we're doing.

11  I'll say I'm new to Twitter and only signed up to help get

12  Hillary elected.  This person inspired me.  They act like they

13  support Stein, but really support Trump and there's a screen

14  shot.

15  Q    Turning to the next page, 26.

16  A    From October 17, 2016.  HalleyBorderCol says so many

17  others all sending classified info to and from an unsecured

18  private server.  Microchip says I don't think.  Posts a link.

19  This is anon, but they have not been right yet, so I doubt it.

20  Here's the files.  Download files and unzip.  Check with hash

21  before hand, but if this is the case, I'll tell you.  Keeping

22  my eyes peeled.  Defendant says, so tired of anons and other

23  spreading unconfirmed rumors.

24  Q    So this is the defendant responding to Microchip?

25  A    Yes.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          375

1          (Continued on the next page.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ANTHONY CUNDER – DIRECT – MR. PAULSEN          376

1   BY MR. PAULSEN:

2   Q    Can you turn to page 27?

3   A    From October 27, 2016, still in the group chat War Room.

4   HalleyBorderCol says:  Let's depress illegal voter turnout

5   with a nice hoax.

6           POTUSTrump says:  I like that idea Halley, but I

7   think we should wait for the day before or day of.  That way

8   they don't have time to debunk that rumor.

9           Vendetta says:  Needs to be earlier than that.

10  People vote early and we need time for rumor to spread.

11          HalleyBorderCol says:  Donald, I don't think that

12  makes any difference.  People aren't rational.  A significant

13  portion of people who hear the rumor will not hear that the

14  rumor has been debunked, and even if they do, they might not

15  trust it.  Big risk to take.

16  Q    Pausing there for a second.  So the person who is saying

17  the people aren't rational, and people hear the rumor will not

18  necessarily hear it's debunked, that's HalleyBorderCol,

19  correct?

20  A    Yes.

21  Q    If you could read the next part?

22  A    Microchip says:  There is a whole series of 4chan

23  tactical nuke memes like this, and a link.

24  Q    What is 4chan?

25  A    A messaging board.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          377

1    Q     Turning the page to 28.

2    A     October 27, 2016.

3    Q     Yes, that's right, page 28, but October 27.

4    A     Microchip says:  #DraftOurDaughters, are you ready for a

5    3,000 year nuclear winter?  #ImWithHer #EnlistForHer

6    #FightForHer via @RobbyMook and @HillaryClinton.  It's all

7    part of the deep psyops meme war.  It scares the shit out of

8    people, including the White House too.

9          The next day ShawnMichaelR posts:  @Microchip

10   account:  For you Micro, with a link.  There is an image of a

11   meme, it says:  Only Hillary is strong enough to tackle

12   Russian aggression.  Preregister for the draft today.

13   #FightForHer #EnlistForHer.

14         Microchip says:  Yeah 4chan rocked this.

15   Q     This is the same 4chan you mentioned a moment ago?

16   A     Yes.

17   Q     If you could read one more page?

18   A     From October 28, 2016.  Microchip says yeah:  That's

19   true.  I like the warmonger angle.  Some of these memes

20   alienate women, so sift through them.  We want the war

21   message, not the female shouldn't be what they want to be

22   angle, at least in my opinion.  I'm a dude, so I have no idea.

23   Memes*, they are popping everywhere.

24         Twitter user says:  #DraftOurDaughters trending.

25   Let's hit her hard as a war hawk.

PROCEEDINGS                                    378

1          NeilTurner posts a link.  There is an image

2     underneath it.

3          BasedMel says:  I'm going to be ninja today.  Not

4     much tweeting.  I need to design some memes and shit.

5          THE COURT:  This might be a good time to break, to

6     give the jurors a little opportunity to stretch their legs.

7          We'll break for ten minutes.  Don't talk about the

8     case at all, about anything to do with the testimony.  We'll

9     see you in ten minutes.

10          (Jury exits the courtroom.)

11          THE COURT:  Everyone can have a seat.  You can step

12     down.

13          (Whereupon, the witness steps down.)

14          THE COURT:  I think my law clerks gave everybody a

15     copy of the charge.  I don't think it's especially realistic

16     to try to talk about it today.  I feel like you might be

17     concentrating on other things.  So I think it might make more

18     sense for you to be able to take time to look at it and we can

19     talk about it tomorrow.  We'll figure out a time.  Does that

20     sound like a good plan?

21          MR. PAULSEN:  That's our preference too.

22          MR. FRISCH:  I do have an application, Judge.

23          THE COURT:  Okay.

24          MR. FRISCH:  I didn't want to interrupt Mr. Paulsen.

25     Early on in the witness's testimony he testified about --

PROCEEDINGS                                    379

1          MR. PAULSEN:  Your Honor, the witness is still here.

2          THE COURT:  He should probably step out.  It would

3     not be a problem, but go ahead.

4          MR. FRISCH:  He testified to, I think he testified

5     to, Twitter's use of the UTC time stamp.  He just was asked

6     and he said, that's the use, the time stamp, without any

7     foundation.  He's not a Twitter witness, he's a FBI Special

8     Agent.  I move to strike the testimony.

9          THE COURT:  Didn't the Twitter person testify about

10    that yesterday?

11         MR. PAULSEN:  My recollection is that Mr. Frisch

12    asked her and she didn't know.

13         THE COURT:  Okay.

14         MR. PAULSEN:  Your Honor, I can ask a better

15    foundational question.  The raw materials state that it is,

16    it's written in UTC format.

17         THE COURT:  I mean, I don't know why you couldn't

18    stipulate to what it is.  Do you happen to know what the

19    answer is?

20         MR. FRISCH:  I don't.

21         MR. PAULSEN:  It's UTC.  Your Honor, I asked the

22    question because my review of the records with Special Agent

23    Cunder is that is the case.  I can point out to the defense

24    counsel how one figures that out.

25         THE COURT:  See if you can work it out.  If you

A. CUNDER - DIRECT - MR. PAULSEN          380

1    can't, we'll figure something else out.

2             (Brief recess.)

3             THE COURT:  Please be seated.  Are we ready for the

4    jury?

5             MR. PAULSEN:  Yes, your Honor.

6             (Jury enters the courtroom.)

7             THE COURT:  You may be seated.  We are ready to

8    proceed.

9             One thing I meant to mention to you because we

10   didn't start in this courtroom, I cannot control the

11   temperature in here.  It's either really hot or really cold.

12   I think it's better to have it cooler so you're not falling

13   asleep.  I don't have a whole lot of control over it.  It's a

14   good thing to prepare, if you need a coat, if you feel a

15   little bit chilly.  Sorry about that.

16            Go ahead.

17            MR. PAULSEN:  Thank you, your Honor.

18            THE COURTROOM DEPUTY:  The witness is reminded he's

19   still under oath.

20            THE WITNESS:  Yes.

21   BY MR. PAULSEN:

22   Q    Special Agent Cunder, I think we left off on page 29 of

23   Government Exhibit 400.  So just in the middle where it starts

24   with the hashtag.

25   A    Twitter user says :#DraftOurDaughters is trending.  Let's

A. CUNDER - DIRECT - MR. PAULSEN               381

1   hit her hard as a war hawk.

2             NeilTurner posts a link with an image underneath it.

3             BasedMel says:  I'm going to be a ninja today.  Not

4   much tweeting.  I need to design some memes and shit.

5   Q    Can you zoom in on the picture that is shared,

6   Ms. Parshad?

7             Is that the #DraftOurDaughters that you're looking

8   at?

9   A    Yes.

10  Q    In addition to the messages in this group chat, did you

11  look to see if pursuant to the chart that we talked about

12  before, whether the defendant had sent any Draft Our Daughters

13  materials around that time?

14  A    Yes.

15  Q    What did you find out?

16  A    From October 28 to October 31 he used that hashtag in 39

17  in his tweets.

18  Q    So 39 times over the next three days?

19  A    Yes.

20  Q    Did you review some of the instances of those?

21  A    Yes.

22  Q    Are some of the instances I'm about to show you, are

23  these just a sample of the ones that came up?

24  A    Yes.

25             MR. PAULSEN:  If I could show the jury Exhibit 401

A. CUNDER – DIRECT – MR. PAULSEN          382

1    subject to the prior understandings?

2              THE COURT:  Subject to our prior discussions.

3    Q    If you could read this Special Agent Cunder?

4    A    This is a retweet from the defendant.  He's retweeting

5    one of the Microchip's tweets.  It says:  We voted for her,

6    now we fight for her, nuclear war is our future.

7    #DraftOurDaughters #ImWithHer, via @RobbyMook and

8    @HillaryClinton.

9    Q    The next page?

10   A    This is another retweet from the defendant retweeting

11   @Altright_Anew.  The tweet says:  Nice home, husband and kids?

12   Not for us war  #DraftOurDaughters.  Below is an image of four

13   women.  It says:  They are ready to go for her, are you?

14   Q    The next one?

15   A    Retweet by the defendant of @Mia4_trump

16   #DraftOurDaughters in Hillary's America it's our turn, women's

17   rights and all, so go ahead #ImWithHer.  Preregister your

18   little girls today.  There is an image underneath.

19              A retweet of the defendant @Raisin:  Just saw this

20   at Uni #DraftOurDaughters.  And there is a link and an image.

21   Q    Jumping to the next, page five?

22   A    Retweet by the defendant of @Rockum_sockum:  Are you

23   woman enough to die for your country?  Show your support

24   #DraftOurDaughters, with a link and image.

25   Q    The next page, number six?

A. CUNDER - DIRECT - MR. PAULSEN          383

1    A    This is a tweet from the defendant.  It says:  Did you

2    know that women are only 2 percent of combat troops.  End the

3    gender gap #DraftOurDaughters today.

4    Q    We'll do the next two, then we'll skip.  If i can show

5    seven and eight?

6    A    This is a retweet of Microchip:  Soon #DraftOurDaughters

7    #enlistforher #fightforher #imwithher

8    #nuclearwarwithRussianow.

9    Q    And the finally, if you can do number eight?

10   A    Retweet of @anonie3rd.  It's referencing Microchip's

11   account, HalleyBorderCol's account, and Buzzfeed with a link.

12   An image that says:  Black lives never mattered more

13   #DraftOurDaughters.

14   Q    Special Agent Cunder, this is actually a tweet from

15   HalleyBorderCol; is that right?

16   A    Yes.

17   Q    So she's also -- the last two were HalleyBorderCol

18   sending things to retweeting Microchip; is that right?

19   A    Yes.

20   Q    There is several more from the defendant; is that right?

21   A    Yes.

22   Q    Skipping ahead to page 11.  Can you read this one?

23   A    This is a tweet from Microchip.  It says

24   #DraftOurDaughters keep it trending until November 9.  It's

25   working.  Production guide and resources inside.  There is a

A. CUNDER - DIRECT - MR. PAULSEN                384

1   link.

2   Q     Ms. Parshad, can you zoom in on the top?

3         If you can read that as best you can the top?

4   A     If you move it over to the left, it's cut off.

5   DraftOurDaughters thread keep them coming like a fire hose.

6   Now is the time we have only a little over a week remaining.

7   Download official font, there is the link.  Then it says

8   colors red, a number; light blue, number; dark blue, number.

9   Reminder, this is not a forced meme, this is real life.

10  Q     If I could turn back to document 400.  In summary Special

11  Agent Cunder, the ones you showed involved retweets or

12  references to Mia4trump, HalleyBorderCol, Microchip and the

13  defendant of course; is that right?

14  A     Yes.

15  Q     If you can turn to page 30?

16        THE COURT:  Make sure you don't drop your voice.

17        MR. PAULSEN:  Yes, your Honor.

18  Q     Turn to page 30.  What is this?

19  A     This is from the War Room group chat, October 29, 2016.

20  NeilTurner says:  Holy shit, LOL.  There is a link to an

21  article from the Independent.  The headline for that article

22  is ProTrump Twitter bot Neil Turner posts fake image of

23  immigration officer arresting Latino voter.  There is an image

24  underneath it.

25  Q     Turn to page 31.

A. CUNDER - DIRECT - MR. PAULSEN                385

1    A     From the War Room group chat.  HalleyBorderCol posts a

2    link.  There is an image and the image has texts that says:

3    Vote for her.  Post Hillary using #PresidentialElection.  On

4    November 8 tweet and post the word Hillary using the -- I

5    can't quite make that out.

6    Q     If you can zoom in, Ms. Parshad?

7    A     Using the #PresidentialElection on Facebook or Twitter

8    between 7:00 a.m. and 9:00 p.m. eastern to cast your vote for

9    Hillary.  Stronger together.  HillaryClinton.com.

10   Q     That's from HalleyBorderCol?

11   A     Yes.

12   Q     She sends another one?

13   A     Yes.  She posts an image.  The text says:  Vote early,

14   text Hillary to 59925 today.  There is the Hillary Clinton

15   campaign logo.  It says:  Paid for by Hillary for President.

16   There is an image of Hillary Clinton as well.

17   Q     What does it say on the bottom?

18   A     ImmigrationX says in the War Room chat:  I see Jack in

19   full force today suppressing hashtags.

20   Q     On the next, on this day after the last two, did you

21   review any tweets of the defendant around that time?

22   A     Yes.

23   Q     I'd like to show you, Ms. Parshad, page 13 of 401.

24   A     A retweet which says:  I'm hearing rumors that ICE agents

25   are going rogue and will be deporting Mexicans who attempt to

A. CUNDER - DIRECT - MR. PAULSEN          386

1   vote November 8.

2   Q    The vote by text means that the -- the vote by text means

3   that the defendant posted to Twitter, they happened shortly

4   after the two memes that you saw from HalleyBorderCol?

5   A    Yes.

6   Q    Are these them?

7   A    Yes.  This is a tweet from the defendant on November 1st

8   2016 #ImWithHer #GoHillary.  There is an image with the text

9   that says:  Avoid the line, vote from home.  Text Hillary to

10  59925.  Vote for Hillary and be a part of history.  And there

11  is the Hillary Clinton campaign logo.

12  Q    Before these were sent, Special Agent Cunder, was there a

13  discussion in the War Room about the efficacy about these

14  memes?

15  A    Yes.

16  Q    Showing you page 32.  Can you read this?

17  A    This is from the War Room group chat on October 30, 2016.

18  Microchip posts a link to one of his own tweets which says:

19  Remember @HillaryClinton voters, on November 8 you can vote

20  from home by #Tweeting #Hillary, this is only set up for

21  @HillaryClinton voters.

22       UnityActivist says:  Micro, I like that idea.  But

23  what if we made it more believable by acting that it's unfair

24  that they can text and vote and we can't.

25       Twitter user says:  Fuck yeah, Greg.  Smart.

A. CUNDER – DIRECT – MR. PAULSEN          387

1    Microchip says:  Yeah, true.  Greg, I'm working on

2  it.  Let me see what I can come up with.

3  Q    Turning to the next page,?

4  A    From the War Room group chat October 30, 2016.  Microchip

5  says:  Here's what I'm worried about, Greg, people on Trump

6  side thinking this is legit and they stay home.  I'm plotting.

7  We'll have something soon.

8  Q    What is it that Microchip sent to the group that made him

9  concerned and worried about?

10    MR. FRISCH:  Objection to form.

11    THE COURT:  Sustained as to form.  Is there, do you

12  know what it is that he's referring to there?

13  BY MR. PAULSEN:

14  Q    Special Agent Cunder, what is it he's referring to when

15  he makes that comment?

16  A    This image here?

17  Q    Yes.

18  A    It's a screenshot of another Twitter user mentioning

19  Microchip's account and that tweet from the Twitter user

20  LaurenNann says:  We should do our own for @realDonaldTrump.

21  Q    What is sent next by the people in the group?

22  A    UnionActivist says:  Micro, what if we say something

23  about it's too late because we didn't register for it.  We

24  have to do it next election or some election.

25    Microchip says:  Yep, I think so, Greg.

1   Q    The defendant is in the group at this point; is that

2   right?

3   A    Yes.

4   Q    His tweets that you showed a moment ago happened a couple

5   days after this?

6   A    Yes.

7   Q    Can you turn to page 34?  What happens next?

8   A    On October 30, 2016, Microchip says:  This goes cross

9   site, so it should be big.  Just like the #DraftOurDaughters

10  took off.  There is a link to one of his own tweets.

11  Q    What is down below?

12  A    Microchip says:  Some folks are being banned right now

13  apparently, so if I'm banned for some reason, I'll be right

14  back.  I'll message a few of you and let you know.

15  Q    The next page?

16  A    November 2, 2016, in the War Room group chat.  Hrtablaze

17  says:  Chip, be good until November 9, brother.  We need your

18  ass.

19       Microchip says:  I will.  Interesting, didn't know I

20  was flying that high.  There is a link to a website.

21  Q    Fair to say this website suggests that Microchip's tweets

22  were doing quite well?

23  A    Yes.

24  Q    If you could turn the page to 36?

25  A    From November 2 in the War Room group chat.  VivaLaAmes

A. CUNDER – DIRECT – MR. PAULSEN                389

1    says:  Fuck.  Ricky is suspended again.  Damn it.  I don't

2    want to do this without him here.  There is a link to the

3    image and it says account suspended.

4            HalleyBorderCol says:  This guy got Ricky Vaughn

5    banned again.

6    Q    If you can pause there, Special Agent Cunder.  I believe

7    you had testified earlier that November 2 was around about

8    when the defendant got suspended; is that right?

9    A    Yes.

10   Q    We showed you a moment ago the two tweets that the

11   defendant sent out.  I'd like to also show you what has been

12   previously admitted as Government Exhibit I believe 722.  Have

13   you reviewed this 2023 before?

14   A    Yes.

15   Q    Is it correct that the top says Publius Gaius, the name

16   Ricky Vaughn retweeted it?

17   A    Yes.

18   Q    Were you able to find this retweet in the Twitter

19   materials that Twitter provided?

20   A    No.

21   Q    Were you able to find either Mia's tweet or the retweet?

22   A    No.

23   Q    November 3rd, moving on to the rest of the document on

24   page 36, can you read there?

25   A    November 3rd in the War Room group chat BasedMel says:

A. CUNDER - DIRECT - MR. PAULSEN                390

1   Did Micro get banned?  BasedMel says:  Sup Ricky.

2           Dochartdc says: Ricky.  Ricky is in here, right?

3   Dochartdc posts an eye emoji.

4   Q    Next page?

5   A    Also from the War Room group chat, November 3rd.

6   YoungDems4Trump sas:  He better be.

7           VivaLaAmes11 says:  Yay Ricky.  I was on a mission

8   to bring you back.

9           Vendetta says:  I added him.  Busy guy, though.  He

10  might check in later.

11          The defendant on November 4 says:  Thanks fam.

12          Hrtablaze says:  Welcome back, bro.

13          Makada says:  Welcome back, Ricky.

14          THE COURT:  Slow down.

15          Do we have to go through each one of these?

16  Q    Fair to say they are congratulations and happy that Ricky

17  Vaughn is back in?

18  A    Yes.

19          THE COURT:  I'm going to remind you jurors that all

20  of this evidence will be available during your deliberations,

21  but there is no harm in reading some of it.

22          I just wanted to slow you down and just if there are

23  things that we don't need to repeat?

24          MR. PAULSEN:  Yes, your Honor we will try to cull it

25  as we go forward.

A. CUNDER - DIRECT - MR. PAULSEN          391

1   Q    Skipping ahead to page 39 later that day.  What is this?

2   A    November 4, in the War Room group chat.  The defendant

3   posts a link to one of his tweets where he says:  TFW you

4   haphazardly post a poll meme and you winds up on CNN.  There

5   is a link to a photo of a CNN, it looks like a CNN on the TV.

6   Q    So some coverage of what the defendant had done on CNN?

7   A    Yes.

8   Q    What did the people say afterwards?

9   A    VivaLaAmes says:  Ricky, that meme.  Ha ha ha.

10          Hrtablaze says:  Jorge fist emoji.

11          Defendant says:  LOL.

12          NeilTurner says:  Wait, is that really you, Ricky?

13  Q    Skipping ahead to page 41.  There is more

14  congratulations; is that fair?

15  A    Yes.

16  Q    Just on 41?

17  A    November 4 defendant posts a link.  VivaLaAmes says:

18  OMG, Ricky.  You know this kicks my Twitter love for you into

19  the orbit.  Voter misinformation LOL.

20          Twitter user says:  Ricky.  Ha ha ha ha, so awesome.

21          Defendant says:  LOL LOL, LOL.

22  Q    Turning the page, are there a couple of images that

23  suggests Microchip got suspended again and got back on; is

24  that correct?

25  A    Yes.

1  Q     Does Micro then return back to the room?

2  A     Yes.

3  Q     Can you skip ahead to page 45?

4  A     This is from the War Room group chat, November 8, 2016.

5  Microchip posts a link.  There is an image underneath it.

6  Someone holding up a sign that says:  Save time.  Avoid the

7  line.  Vote from home.  Tweet ClintonKaine with the

8  #PresidentialElection on November 8, 2016, between 8:00 a.m.

9  and 6:00 p.m. to cast your vote.

10         Mia4_trump says:  I got suspended, Micro for posting

11  a text vote meme.

12         Microchip says:  Yeah, I guess don't post those

13  then.

14         Mia4trump says:  No, don't.  Ricky and I got

15  suspended for that.

16  Q    If I could pause you there for a second.  A moment ago I

17  asked you to look at Government Exhibit 722; is that right?

18  A     Yes.

19  Q     That was the one that Mia4_trump sent, the defendant

20  retweeted?

21  A     Yes.

22  Q     That one you couldn't find in the database of materials

23  that Twitter provided is that, right?

24  A     That's correct.

25  Q     Is that the same Mia4_trump who said:  Don't, Ricky and I

A. CUNDER - DIRECT - MR. PAULSEN          393

1   got suspended for it?

2   A    Yes.

3   Q    Go on.

4   A    Mia4_trump continues:  Actually, I think Ricky got Milo'd

5   or Micro'd.  I got put in time out.

6   Q    Does the defendant -- turning the page, we can skip

7   ahead.  Does he continue to engage with the group?

8   A    Yes.

9   Q    Turning to the last page, 47.  This is some statements

10  from Microchip?

11  A    This is in the War Room group chat, November 9, 2016.

12  Microchip says:  We are making fucking history.  Maybe an EU

13  election is coming up, we can flip or something.  I think I'm

14  going to do this differently for 2020.  I may start working on

15  building a bigger bot army over the next four years, better

16  than this last minute stuff.  We still have a lot of work to

17  do in order to push Trump to the top and back his policies,

18  but I never want the need to fight this hard again.  It was

19  good, but we can get more done with planning.  We can keep on

20  raging and taking people down.  It's amazing they still

21  haven't figured this out, but right before our eyes, the media

22  is completely clueless.  I cannot believe they have not

23  figured out what we did or what I'm doing behind the scenes.

24  Q    Special Agent Cunder, I'd like to -- having finished that

25  group chat, I'd like to turn to Exhibit 200 that we discussed

A. CUNDER - DIRECT - MR. PAULSEN          394

1    before.

2            The defendant discusses his ability to get back on

3    to Twitter after suspensions?

4    A    Yes.

5    Q    You reviewed documents to that affect?

6    A    Yes.

7    Q    I'd like to show you 200-I.

8    A    This is a direct message between Twitter user and the

9    defendant November 1st, 2016.  Twitter user:  Says Ricky.

10   Follow me back again bro.

11           November 2 defendant says:  Of course.

12           Twitter user says:  Ha ha, thanks man.  It's such

13   bullshit that you got suspended.  But you have ten thousand

14   already, so it's not that bad.  I had 5,000 before they killed

15   me.

16   Q    The next page.

17   A    November 5, this is a direct message between the

18   defendant and Twitter user.  Twitter user says:  Ricky we all

19   know this account is you.  Might not be a bad idea to use a

20   different name for a while.  Or our enemies will go after you

21   and get you banded again.

22           Defendant says:  Who cares.  I get banned, start a

23   new account, I have 5,000 followers in two days.

24           Twitter user says:  I find it annoying that I get

25   banned but I don't have bunch of burner e-mails or cellphones,

A. CUNDER - DIRECT - MR. PAULSEN          395

1    nor do I know much about such things, so that's just me.  You

2    do you, brother.

3    Q    Turn the page to number three?

4    A    Direct message between the defendant and the Twitter user

5    November 6, 2016.  Defendant says:  Thanks friend.  Yeah, I

6    just have other people create new accounts for me.  Works out

7    that way.  What you should do is start three other accounts

8    now for later.

9    Q    Then finally the next one.

10   A    That was the end.

11   Q    I'm sorry.  If you turn to J1?

12   A    This is a direct message between the defendant and

13   Twitter user November 12, 2016.  Twitter user says:  Are you

14   the real Ricky?  The guy that got suspended multiple times?

15        Defendant says:  Yeah.  It's me.

16        Twitter user says:  The original Ricky.  What did

17   you do that got you suspended so many times?

18        Defendant says:  Not sure.  The first time was given

19   no reason.  The second time it was because I posted a meme

20   that told Hillary supporters they could text to vote LOL.

21        Twitter user says:  Twitter is so petty.

22   Q    Now in the lead up to the -- in the time period that was

23   leading up to the 2016, did you review any documents from the

24   defendant in which he indicated whether he thought it would be

25   a close election or -- whether it would be close?

A. CUNDER – DIRECT – MR. PAULSEN          396

1   A    Yes.

2   Q    I'd like to you to read Government Exhibit 200K?

3   A    This is a tweet from the defendant September 4, 2016:

4   @kingrera no definitely not crushing.  It's a close race.

5   Consider it a tie, overall.

6   Q    The next page?

7   A    This is a direct message between Twitter user and the

8   defendant October 31, 2016.  Twitter user says:  Jesus Christ,

9   Ricky.  Any ways, LOL.  I think it's all but over.  I can't

10  say I'm a little concerned about voter fraud, but I think he's

11  got it locked up.

12       Defendant says:  I hope my friend.  I'm thinking

13  it's going to be a nail biter.

14  Q    This is Special Agent Cunder, am I right this is a day or

15  so before the defendant posted the memes in question in this

16  case?

17  A    Yes.

18  Q    The next page K3?

19  A    This is a tweet from the defendant on November 6.  He

20  says:  We are in a solid position to win this election.  But

21  no one knows who is going to win.  Anyone who tells you they

22  do, is a charlatan.

23       (Continued on next page.)

24

25

A. CUNDER – DIRECT – MR. PAULSEN          397

1    BY MR. PAULSEN:

2    Q     The next page.

3    A     Tweet from the defendant on November 7th.

4          The election stands on a knife's edge, don't let

5    anyone tell you otherwise.

6    Q     The next one.

7    A     Tweet from the defendant on November  7th.

8          There are so many different ways this election can

9    swing.  It really does stand on a knife's edge.

10   Q     And one more.

11   A     Tweet from the defendant on November  7th.

12         @RealTeflonDon :  No way, man and it would be a

13   futile endeavor.  Eight states are on a knife's edge.

14   Q   I don't want have you read all of them, but does he use

15   this "knife's edge" analogy over and over again in describing

16   how close he thought the election was?

17   A     Yes.

18   Q   Now, during this time, did the defendant make any

19   statements in which he was just generally interested in

20   turnout and turnout of specific populations?

21   A     Yes.

22   Q   I would like to show you Government  Exhibit 200-L.

23   A     This is a tweet from the defendant March 19th.

24         Hillary's team is in a panic because black voter

25   turnout in Ohio and Florida primaries was down 40 percent.

A. CUNDER - DIRECT - MR. PAULSEN                398

1    Q    Next page.

2    A    Tweet from the defendant on July 25, 2016.

3              All of these polls assume the electorate will be 52

4    or 53 percent female, while all data indicates female turnout

5    will be lackluster.

6    Q    The next page.

7    A    Tweet from the defendant on August 30th.

8              There are a lot of ways Hillary can lose this thing.

9    If the electorate skews, older, whiter, more GOP, she's going

10   to be in big trouble.

11   Q    Skipping to Page 5.

12   A    Tweet from the defendant on September 2nd.

13             The only thing standing in Trump's path is black

14   voters.

15   Q    The next page.

16   A    Another tweet from the defendant on September 7th.

17             If the Florida electorate becomes more white, more

18   conservative, and more male in 2016 than 2012, Trump will win

19   this thing in a landslide.

20   Q    The next page.

21   A    Tweet from the defendant on October 17th.

22             Don't be overconfident.  Realty is, if HRC gets

23   turnout and if electorate really is heavily democratic, we

24   lose in a landslide doubtful.

25             Tweet from the defendant October 17.

A. CUNDER - DIRECT - MR. PAULSEN          399

1          If electorate is Democratic and dems turnout their

2     people, HRC wins.

3     Q     Just skipping to Page 12.  Is it fair to say there are

4     several more like this?

5     A     Yes.

6     Q     Page  12.

7     A     The defendant tweets on November 2nd.

8          Obviously, we can win Pennsylvania.  The key is to

9     drive up turnout with non-college whites and limit black

10    turnout.

11    Q     Now, Special Agent Cunder, also around about this time in

12    the lead-up to the election did the defendant just talk

13    generally about using memes for political-related ends?

14    A     Yes.

15    Q     And Government Exhibit 200-M.

16    A     This is a tweet from the defendant June 6th.

17          We're going to need seize memetics to derail the

18    coming mainstream narrative.  Get on it, folks.

19          And there's a link.

20    Q     The next one?

21    A     Tweet from the defendant July 29th.

22          One way to depress turnout is to use meme magic to

23    make not voting for Hillary a cool way for a young people of

24    color and progressives to protest.

25    Q     The next one.

A. CUNDER - DIRECT - MR. PAULSEN          400

1    A    Tweet from the defendant July 29th.

2         A 25-year-old Latino progressive will probably never

3    vote for Trump, but we can depress her enough to stay home, or

4    vote for Jill or Gary.

5    Q    All right.  The next page.

6    A    Tweet from the defendant, July  31st.

7         Very few persuadable voters remain.  A lot of what

8    we're doing is just keeping our own team fired up, and trying

9    to demoralize the other team.

10   Q    Special Agent Cunder, if you could read pages -- the next

11   page, 5 and 6?

12   A    Tweet from the defendant, September  5th.

13        Idea:  Create #woke, #BlackTwitter, #nevervote

14   memes, seed them in black social media spaces.

15   Q    Did he then do one?  There can you read the next  page,

16   Special Agent Cunder?

17   A    Tweet from the defendant.  September  5th.

18        A vote for Hillary just means four more years of

19   Hillary Clinton taking black vote for granted.  Send her a

20   message, fam.  #nevervote.

21   Q    Special Agent Cunder, did you review any Twitter

22   documents in which the defendant stated that he thought some

23   groups were particularly gullible?

24   A    Yes.

25   Q    Can you show Government Exhibit 200-N?

A. CUNDER - DIRECT - MR. PAULSEN          401

1    A    This is a direct message between AltRightInfo and the

2    defendant.

3           The defendant says:  Exposed how gullible black

4    people are.  He was banned for it.  Black people literally

5    believed that the KKK was Marching on Mizzou.  Most gullible

6    people ever.

7    Q    Special Agent Cunder, did he make any comments just

8    generally about low-information  voters?

9    A    Yes.

10   Q    Can you read Government Exhibit 200-N, No. 2?

11   A    This is the tweet from the defendant, April 10th of 2016.

12          It's a fool's errand to babble on complaining about

13   low-information voters.  Either stay out of mass politics or

14   play the game.

15   Q    Finally, did you review any recordings in which the

16   defendant expressed a preference that certain people shouldn't

17   vote?

18   A    Yes.

19          MR. PAULSEN:  Your Honor, the Government wishes to

20   play about 45-second clip that was discussed earlier.

21          THE COURT:  Okay.

22          MR. PAULSEN:  It's 1003 -A.  This is the --

23          THE COURT:  I know what it is.  You can play it .  I

24   think it's already in evidence.

25          *** Proceedings MR. PAULSEN:  It was only

A. CUNDER - DIRECT - MR. PAULSEN          402

1    authenticated through Ms. Stephen so we are looking to put it

2    in evidence.

3              THE COURT:  All right.  Anything you want to say

4    about that?

5              MR. FRISCH:  Subject to our prior discussion.

6              THE COURT:  Okay.

7              (Video file played in open court.)

8              (Video file concludes.)

9              MR. PAULSEN:  So, your Honor, we are now going to

10   move to a second group chat that's smaller but it's still --

11             THE COURT:  I think this is probably a good time to

12   break for the day because it's about 5:00 o'clock.

13             So there will be a couple days where we might have

14   to stay a little bit later but I think this is probably a good

15   time to break now.

16             So I don't know if the traffic is going to be like

17   today but I think we should all probably factor to into our

18   plans which I can't control that either, but we can't get

19   started until serve here.

20             I realize that some of you are coming from a good

21   distance away but I really do appreciate your efforts to be

22   here.  So please let's shoot for 9:30 tomorrow and please

23   don't talk about the case.

24             Please do not let anyone approach you to speak about

25   the case.  Don't read any accounts of this in any form

A. CUNDER - DIRECT - MR. PAULSEN          403

1   whatsoever but do have a good night and I'll see you tomorrow.

2            COURTROOM DEPUTY:  All rise.

3            (Jury exits courtroom.)

4            THE COURT:  Okay.  Everybody can sit down.  If you

5   can step down.

6            (Witness leaves the witness stand.)

7            THE COURT:  All right.  Anything before we break for

8   today?  Do you know about how much longer you're going to be

9   with this witness.

10           MR. PAULSEN:  Is, your Honor, I'm more than half

11   done probably closer to two-thirds done.

12           I can go faster if it's okay to lead him a little

13   bit and skip over things and paraphrase what's happening.

14           THE COURT:  Skipping over things is fine.  But, he

15   why, I don't want to ask Mr. Frisch to make a blanket

16   agreement that he'll --  if he doesn't have any problem with

17   leading.  But I think in sort of noncontroversial ways, I

18   guess you'll agree if you don't agree with it, right?

19           MR. FRISCH:  I'm a very reasonable objective if it

20   sounds like it's going to move things along.  I'm not going to

21   say thing but I may object if it seems to be over the line.

22           THE COURT:  That's fine.  I mean, I just think, you

23   know, it's definitely fine to be reading these different

24   things into evidence.

25           I would just be mindful of the extent to which some

A. CUNDER – DIRECT – MR. PAULSEN          404

1    of them are repetitive if they, you know, if ten people say,

2    you know, "go," I don't know that we need to hear all of that

3    and they can read it, but I'm not precluding you from reading

4    the things that you think are important.  I'm just suggesting

5    just thinking about it a little bit.  That's fine.  I'm not

6    criticizing.

7              MR. PAULSEN:  I appreciate that, your Honor, but we

8    will endeavor to streamline it as best we can.

9              THE COURT:  That's fine.  Anything else before we

10   break for the day?

11             MR. PAULSEN:  No, Your Honor.

12             THE COURT:  I will probably send you a little bit of

13   an updated charge just to as I go through it I make some

14   changes so the gist of it won't change it's just that if I go

15   through and try to cross out the passive voice and the overly

16   formal language the charge is difficult enough I don't think

17   we can make it a little more understandable to the jurors.

18             Anything else?

19             MR. PAULSEN:  No, Your Honor.  Thank you.

20             THE COURT:  Thanks so much.  See you tomorrow.

21             (WHEREUPON, this matter was adjourned.)

22

23                        *   *   *

24

25

405

1                            I N D E X

2    WITNESS                                    PAGE

3    **MICHAEL RYAN**

4    DIRECT EXAMINATION     BY MR. BUFORD      239

5

6    **JOHN HENDRICKSON**

     DIRECT EXAMINATION     BY MR. BUFORD      248

7

8    **WILLIAM POWERS**

9    DIRECT EXAMINATION     BY MR. PAULSEN     254

10   CROSS-EXAMINATION      BY MR. FRISCH      264

11

12   **ERIC CHU**

     DIRECT EXAMINATION     BY MR. PAULSEN     267

13

14   **LOREN FELDMAN**

15   DIRECT EXAMINATION     BY MR. PAULSEN     274

16

     **ANTHONY CUNDER**

17

     DIRECT EXAMINATION     BY MR. PAULSEN     321

18

19

20

21

22

23

24

25

*Rivka Teich CSR RPR RMR FCRR*
*Official Court Reporter*

406

1                           E X H I B I T S

2       GOVERNMENT                              PAGE

3       1000, page 9                            245

4       1001                                    264

5       712                                     278

6       901                                     323

7       900                                     323

8       902                                     326

9       200A                                    330

10      200B                                    332

11      200C                                    339

12      200D                                    341

13      200E                                    350

14      200F                                    352

15      200G                                    353

16      903                                     358

17      904                                     358

18      400                                     359

19      500                                     361

20

21

22

23

24

25