1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2   ------------------------------x
                                        21-CR-80(AMD)
3   UNITED STATES OF AMERICA,
                                        United States Courthouse
4                                       Brooklyn, New York

5           -versus-                    March 22, 2023
                                        9:30 a.m.
6   DOUGLASS MACKEY,

7           Defendant.

8   ------------------------------x

9           TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
              BEFORE THE HONORABLE ANN M. DONNELLY
10               UNITED STATES DISTRICT JUDGE
                        BEFORE A JURY

11

12  APPEARANCES

13  For the Government:      UNITED STATES ATTORNEY'S OFFICE
                             Eastern District of New York
14                           271 Cadman Plaza East
                             Brooklyn, New York 11201
15                           BY:  ERIK PAULSON, ESQ.
                                  TURNER BUFORD, ESQ.
16                                WILLIAM J. GULLOTTA, ESQ.
                             Assistant United States Attorneys
17

18
    For the Defendant:       BY:  ANDREW J. FRISCH, ESQ.
19                           40 Fulton Street
                             New York, New York 10030
20

21
    Court Reporter:          Rivka Teich, CSR, RPR, RMR, FCRR
22                           Phone:  718-613-2268
                             Email:  RivkaTeich@gmail.com
23
    Proceedings recorded by mechanical stenography.  Transcript
24  produced by computer-aided transcription.

25

PROCEEDINGS                                    408

1                    (In open court.)

2              THE COURTROOM DEPUTY:  All Rise.

3              THE COURT:  I received at 7:30 this morning a

4     request for a continuance.  My suggestion is, we haven't had a

5     chance to look at any of these materials, although we did put

6     up an order that we'd been given them.  What I would like to

7     do is continue with the witness since we have all the jurors

8     here.  When we finish the witness, we can talk about next

9     steps.  Unless anybody has any burning issues that they have

10    to raise, other than what has come up in the letters from

11    today, I think we'll just proceed.

12             MR. PAULSEN:  That's fine, your Honor.

13             MR. FRISCH:  Nothing with regard to this witness,

14    that makes sense.

15             THE COURT:  Let's have the witness back up on the

16    stand and get the jurors.

17             (Whereupon, the witness resumes the stand.)

18             THE COURT:  Before we get the jury, do you have

19    copies of the reports that are referenced in the letter, paper

20    copies?

21             MR. BUFORD:  We can have them brought, your Honor.

22    I was going to file it pursuant to the Court's directions.

23             THE COURT:  I like a paper document, so that would

24    be great.

25             MR. PAULSEN:  Your Honor, in the interim we can send

ANTHONY CUNDER – DIRECT – MR. PAULSEN          409

1   an e-mail with all of them to your clerks.

2          THE COURT:  That's the easiest why don't you just do

3   that.

4          Again while we're waiting for the jury, I assume

5   everybody got a chance to review the charge?  I see nodding

6   from the defense table.

7          Did you all review it as well?

8          MR. FRISCH:  That was an almost nod, but I'll be

9   able to.

10         THE COURT:  I don't think there is a whole lot in it

11  that's is controversial, but you'll let me know.

12         (Jury enters the courtroom.)

13         THE COURTROOM DEPUTY:  You may be seated.

14         THE COURT:  Good morning, ladies and gentlemen.

15  Sorry to keep you waiting.  We had a couple of little things

16  to iron out, but we're ready to continue with the testimony of

17  the witness.

18         THE COURTROOM DEPUTY:  The witness is reminded he's

19  still under oath.

20         (Witness takes the witness stand.)

21  **ANTHONY CUNDER**, called as a witness, having been previously

22  first duly sworn/affirmed, was examined and testified further

23  as follows:

24  DIRECT EXAMINATION

25  BY MR. PAULSEN:

ANTHONY CUNDER – DIRECT – MR. PAULSEN          410

1    Q    Good morning Special, Agent Cunder.

2    A    Good morning.

3    Q    When we finished last, I believe we played a recording;

4    is that right?

5    A    Yes.

6    Q    I want to ask some clarifying questions about the role

7    you're playing here.  Are you part of the investigation in

8    this case?

9    A    No.

10   Q    What role are you playing in context of this particular

11   case?

12   A    So I was asked by the Government to review certain

13   evidentiary documents, particularly from Twitter.  But I did

14   not play a role in the initial investigation of this case.

15   Q    Do I have this right, that you were helping prepare and

16   authenticate and check the accuracy of the materials that the

17   jury sees?

18   A    Yes.

19   Q    But you weren't part of the team that presented this

20   case?

21   A    Correct.

22   Q    Is this part of your job as a Special Agent in the United

23   States Attorney's Office?

24   A    Yes.

25   Q    I'd like to pivot to another group chat.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          411

1          MR. PAULSEN:  Showing to the witness Government

2    Exhibit 410.

3          THE COURT:  Okay.

4          MR. PAULSEN:  Government and defense counsel had a

5    conversation today.  If it streamlines things, we can move all

6    these into evidence subject to the prior discussions.

7          MR. FRISCH:  Correct, the prior discussions with

8    your Honor and Judge Garaufis.

9          THE COURT:  Okay.  Do you want to put on the record

10   what numbers you're talking about?

11         MR. PAULSEN:  Sure.  It's the entirety of 410, 420,

12   430, the remaining pieces of 200, and I believe 421.

13         THE COURT:  Okay, those are in evidence.

14         (Government Exhibit 410, 420, 430, 200, 421, were

15   received in evidence.)

16   BY MR. PAULSEN:

17   Q    Special Agent Cunder, what is the name of this group?

18   A    This is group chat labeled Micro Chat.

19   Q    Is the defendant in this group as well?

20   A    Yes.

21   Q    Can you begin reading, please?

22   A    This is on July 19, 2016.  ShawnMichael says:  Glad to

23   serve with you guys, meme team six.

24         8bitsofsound says:  Meme magic will dominate the

25   earth.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          412

1    Q    Turn the page.

2    A    From July 24, 2016.  Micro says:  Good job, Ben and

3    everyone.  There is a link and an image with United States

4    trends.

5         Micro says:  It's trending in U.S.A. keep pushing

6    that 16,000 per hour.

7    Q    Special Agent Cunder, does the defendant say anything on

8    this particular moment?

9    A    No.

10   Q    Is there a hashtag that the group is pushing at the

11   moment?

12   A    Yes BernieMustDisavow.

13        MR. PAULSEN:  Your Honor, may I approach?

14        THE COURT:  Yes.

15   Q    Special Agent Cunder, do you recall this document from

16   yesterday?

17   A    Yes.

18   Q    This is the summary chart you made summarizing how often

19   the defendant used a particular hashtag; is that right?

20   A    Yes.

21   Q    Did you look up this #BernieMustDisavow hashtag on or

22   about July 24?

23   A    Yes.

24   Q    What did you determine?

25   A    Between July 23 and July 24 the defendant used that

ANTHONY CUNDER – DIRECT – MR. PAULSEN          413

1   hashtag in 25 of his tweets.

2   Q    Can you turn the page?

3   A    This is the Micro Chat, August 15, 2016.  8bitsofsound:

4   Watching Trump's Youngstown speech.  He's speaking with a very

5   low, controlled voice, different than previous speeches.

6         The defendant says:  Sounds really good.  Last two

7   months of the campaign will be more like seduction, wooing

8   wavering voters.

9   Q    Next page?

10  A    Defendant says, this is from September 8, 2016, Micro

11  Chat, the defendant says:  Let's flip his poll, going to need

12  about 3,000 votes to do it.  Easy.  There is a link with an

13  image of a Twitter poll.

14        MrCharlieCoker says:  Voted.

15        Twitter user says:  Voted.

16        Twitter user says:  Voted.

17        8bitsofsound says:  Voted.

18  Q    Special Agent Cunder I'll skip ahead to the next page,

19  Government 410, page five.  Did you testify yesterday that the

20  defendant first got kicked out of Twitter around October 5,

21  2016; is that right?

22  A    Yes.

23  Q    Can you read the next page, page five?

24  A    From October 7, 2016, Twitter user says:  Anyone hear

25  from Ricky?  He's still in this chat but not on his other.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          414

1          DJTurboNips says:  He's been active on Facebook.

2          Vendetta says:  He replied to a message from me on

3   there.  I was showing some of the fan art and the memes.

4   Facebook is Deplorable Vaughn.

5   Q    Special Agent Cunder, I'd like to jump ahead to

6   October 28.  Can you describe what we see here.

7          8bitsofsound says:  Also this one is pretty good.

8   There is an image a woman lying on the ground --

9          THE COURT:  I think the jury can see it.  I don't

10  think we need to read every word.

11  Q    For photos you can just reference the photo and move on.

12  A    8bitsofsound says:  Remember to vote November 12.

13         Twitter user says:  That's my fave so far.  There is

14  a link and an image.

15  Q    Special Agent Cunder, do you recall yesterday that you

16  shown DraftOurDaughters memes in the other chat, the War Room?

17  A    Yes.

18  Q    Was that about the same time?

19  A    Yes.

20  Q    You also showed a number of tweets from the defendant and

21  other members of the War Room; is that right?

22  A    Yes.

23  Q    Can you go to the next page?

24  A    October 28, 2016.  DonaldJBismarck says:  Meme magic is

25  real.  A link to a Twitter post.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                415

1          Micro says:  Bismark, ha ha ha.  OMFG, we need GTO

2     push that even more now.  That's hawt.

3          Twitter user says:  En fuego.

4     Q    What does the tweet that was shared say?

5     A    From DonaldJBismarck, it says:  Word from a friend, ICE

6     agents will be outside polling places looking for illegals to

7     deport.  Spread the word.

8     Q    Do you recall sharing or describing for the jury one of

9     the defendant's tweets with a similar phonetic issue?

10    A    Yes.

11    Q    Can you turn the page, please.

12    A    On October 28, Micro Chat NeilTurner says:  Ha ha, it did

13    work quite well.  There is a link to a post.

14          Twitter user says:  Go ICE.

15    Q    Is this the same NeilTurner from the War Room chat?

16    A    Yes.

17    Q    And the Micro, that's the same Micro from that chat as

18    well?

19    A    Yes.

20    Q    The defendant is not in this room at this point?

21    A    Correct.

22    Q    He hasn't reentered?

23    A    Correct.

24    Q    Can you turn the page, page nine?

25    A    On October 29, Micro Chat, Twitter user says:  I think he

ANTHONY CUNDER – DIRECT – MR. PAULSEN                416

1   #DraftOurDaughters meme should continue as well, a lot of

2   traction so far.

3             HalleyBorderCol posts a link to a meme with the post

4   Hillary using #PresidentialElection.

5             HalleyBorderCol posts another link with an image

6   says:  Vote early, text Hillary to a number.

7             THE COURT:  I'm not trying to involve myself too

8   much.  I don't think it's necessary to describe pictures --

9             MR. PAULSEN:  Yes, your Honor.

10            THE COURT:  -- that the jury can see okay.

11            MR. PAULSEN:  Yes, your Honor.

12  BY MR. PAULSEN:

13  Q    Special Agent Cunder, for all the pictures -- on these,

14  though, these are the same two pictures that were in the War

15  Room chat?

16  A    Yes.

17  Q    These were also posted by the same person

18  HalleyBorderCol?

19  A    Yes.

20  Q    If you can turn the page and reference the photos and

21  we'll move on.

22  A    October 30, Johnny_nimble says:  There was talk a while

23  ago of winning women through emotional memes.  I think this

24  series of memes, be it the ones above or the earlier

25  DraftOurDaughters are master strokes.  I didn't know how they

ANTHONY CUNDER – DIRECT – MR. PAULSEN          417

1    did it, but whoever did gets a high five.

2              8bitsofsound says:  This new fake campaign ads are

3    brilliant.

4              Le_skooks says:  They are fucking perfect.  There is

5    a link and image.

6              Twitter user says:  Yeah a bunch of people started

7    threads and presumably are still making for #DraftOurDaughters

8    OC.

9    Q    Next page?

10   A    Le_skooks posts link and image.  Buzzfeed took the bait

11   LOL.

12             Twitter user says:  I really think the ones that

13   them crying on the grave stones or little girls or other

14   sympathetic characters are better optics.  The ones with

15   chicks with guns like that can have the opposite emotional

16   effect we want.  It can give women the, yeah tough chicks

17   feeling, because they can't read into it far.  Just my two

18   cents.

19   Q    Next pages?

20   A    Twitter user says:  These last two picks, while the

21   layout et cetera is good, can inspire women a bit I think.

22   There is a link and image.  Like that one is good still.

23   Stuff like that, IMO.  A lot of normies probably do think

24   chicks in the army is possible and cool.  That's what I'm

25   saying.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          418

1    Q    The next page?

2    A    Le_skooks says:  It's supposed to be subtle, that way

3    those crazy rawr rawr girl power women, few in number, can be

4    scrutinized for being pro-war.  Most of those normies just

5    talk a good game.  They wouldn't go.  They know they wouldn't

6    go.  Anything else is a lie or a front.  Most women don't want

7    to go to war, nor do they support a mandatory draft for women.

8              Twitter user says:  No, they wouldn't.  But I think

9    it just may galvanize their tough women vote Hillary meme.

10   Please smash this one.  There is a link.

11   Q    Turning the page, there is another picture from Micro?

12   A    Yes.

13   Q    Turning the next page?

14   A    Micro says:  This goes cross site, so it should be big,

15   just like the #DraftOurDaughters took off.

16   Q    Special Agent Cunder, is this the same photo we saw in

17   the other group?

18   A    Yes.

19   Q    Read to the text in the bottom?

20   A    Twitter user says:  Awesome plan.

21             Micro says:  If you're on 4chan or know the thread,

22   I don't.  Someone should post that we have Twitter and Reddit

23   involved.  It's up on rising on Reddit, just getting this out

24   there on Twitter now.

25   Q    I'd like to pause for a second.  I asked you this

ANTHONY CUNDER – DIRECT – MR. PAULSEN          419

1    yesterday, what is 4chan again?

2    A    A messaging board.

3    Q    Fair to say spreading these over various places?

4    A    Yes.

5    Q    If you can go on?

6    A    Twitter user says:  Cool, I'm ready, have several links

7    on that.

8            Johnnynimble says:  I'm comfortable with this.

9    Q    Turn the page?

10   A    November 1st, Micro Chat.  Twitter user says:  Anyone

11   have that meme that said, when no one retweet us Ricky would.

12           Twitter user posts a link to an image of the

13   defendant's profile Twitter user says, he he.

14   Q    Turning the page.

15   A    Twitter user posts a link and image.

16   Q    The link says:  When no one would retweet us Ricky would?

17   A    Yes.

18   Q    Turning to page 18.

19   A    November 2, in the Micro Chat, DonaldJBismarck says:  I

20   know when why Ricky was suspended.  He was posting this shit

21   and people freaked out.

22   Q    Special Agent Cunder, is that one of the images that the

23   defendant spread?

24   A    Yes.

25           DonaldJBismarck continued:  I guarantee he had a 100

ANTHONY CUNDER – DIRECT – MR. PAULSEN          420

1    plus people reporting him.  He had black ones too.

2    Q    Turn one more page.

3    A    November 2, DonaldJBismarck says:  I saw his page and all

4    the responses.  There was and all out assault on him from

5    lefties posting that picture.

6         Micro says:  This is single sample size time, not

7    proof, just saying, own experience they don't touch me any

8    more.

9    Q    Turning to page 20.

10   A    November 4, in the Micro Chat, DonaldJBismarck says:

11   Demp, I think it was CTR.  There were some libs that were

12   really pissed I was tweeting these pics.  There is a link and

13   image.

14        8bitsofsound says:  #DraftOurDaughters is still my

15   fave.

16   Q    So this DonaldJBismarck says he was sending this around

17   as well?

18   A    Yes.

19   Q    Turning to the next page.

20   A    November 5 DJTurboNips posts a link and image.

21        Twitter user says:  At Micro chat's Twitter handle.

22   Q    Is this the same image we saw on the last group where

23   Microchip's new account was advertised to the group?

24   A    Yes.

25   Q    Fair to say he gets kicked off Twitter periodically?

ANTHONY CUNDER – DIRECT – MR. PAULSEN                421

1    A    Yes.

2    Q    Microchip says:  Not sure why, I didn't say anything

3    fucked up.  Oh, whatever.

4         TazelTov says:  Send me a DM Micro.  I'll craft you

5    a refollow tweet.

6         Microchip says:  Thanks.

7    Q    Then the last page?

8    A    Microchip says:  Remember.  There is a link and an image.

9         MrCharlieCoker says:  I hope some stoners fall for

10   in, especially somewhere like Colorado.

11   Q    That image, the one with the individual holding the sign,

12   do you know who that is a picture of?

13   A    No.

14   Q    That's the same image that is in the other group; is that

15   right?

16   A    Yes.

17   Q    Special Agent Cunder, we're done with the Micro Chat.

18   I'd like to ask you some other questions about Government

19   Exhibit 200 again, which we were talking about last time.

20        Did you review any other materials in which the

21   defendant and Microchip just referenced each other as they

22   were tweeting?

23   A    Yes.

24        MR. PAULSEN:  Your Honor, may I show Government

25   200-O to the witness and jury?

ANTHONY CUNDER – DIRECT – MR. PAULSEN        422

```
 1              THE COURT:  Yes.

 2   BY MR. PAULSEN:

 3   Q    Can you please read?

 4   A    This is a tweet from the defendant, May 13.  Retweet

 5   @KamVTV:  Microchip got suspended for posting Hillary videos.

 6   Add him back.  Liberals will not win.  There is a link.

 7   Q    The next one?

 8   A    Tweet from the defendant on October 5.  Retweet

 9   @Ricky_Vaughn99:  Please block clone accounts @RealRickyVaughn

10   and @RickyVaughn_99.

11   Q    So Special Agent, in this tweet is the defendant telling

12   certain people some accounts are not his?

13   A    Yes.

14   Q    What happens on the next page?

15              MR. FRISCH:  Your Honor, can I just -- object to the

16   question.  I ask that the answer be struck.

17              THE COURT:  I'll sustain it as to form.

18              MR. PAULSEN:  It's unnecessary, your Honor.

19              THE COURT:  You're withdrawing it; then the

20   testimony is stricken.

21   BY MR. PAULSEN:

22   Q    Special Agent Cunder, what happens on the next tweet?

23   A    This is from Microchip where he's retweeting

24   @RickyVaughn_99:  Please block clone accounts @RealRickyVaughn

25   and @RickyVaughn_99.
```

ANTHONY CUNDER – DIRECT – MR. PAULSEN           423

1   Q    Fair to say Microchip is retweeting what Ricky Vaughn

2   just sent?

3   A    Yes.

4   Q    That picture, is that Microchip's avatar around that

5   time?

6   A    At that time, yes.

7   Q    The next one?

8   A    Tweet from Microchip.  It says:  If they don't #FreeRicky

9   within two hours, I'm going to choke myself out on

10  #periscopeco.  This is on October 6.

11  Q    Special Agent Cunder, this is October 6, right?

12  A    Yes.

13  Q    Is that the day after he was kicked off Twitter?

14  A    Yes.

15  Q    The next one?

16  A    This is a tweet from Microchip.  #FreeRicky.  There is a

17  link and an image of United States trends on October 5.

18  Q    The next page?

19  A    A tweet from Microchip on October 6.  It says:  Irony

20  overload #FreeRicky trends to number two in U.S. but we've not

21  been able to do same with #Trump content, as #TrumpTrain since

22  #CruzSexScandal.  There is a link and an image.

23  Q    The next one?

24  A    Tweet from Microchip retweeting the defendant.  The fire

25  is indeed rising.  There is a link.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          424

1    Q    Special Agent Cunder, this account, @TheRickyVaughn, is

2    that the defendant's new account around that time?

3    A    Yes.

4    Q    Turning the page?

5    A    This is a tweet from the defendant on November 4:  TFW

6    you haphazardly post a poll/meme it winds up on CNN.  A link

7    and image.

8    Q    Special Agent Cunder, we saw this tweet before, right?

9    A    Yes.

10   Q    The defendant had then sent this to the War Room as well;

11   is that right?

12   A    Yes.

13   Q    So what happened in the next one?

14   A    Microchip retweets the defendant that says:  TFW you

15   haphazardly post a poll/meme it winds up on CNN.  The link and

16   the same image.

17   Q    The final one, page ten?

18   A    This is a tweet from the defendant, retweeting Microchip.

19   It says:  Heard from Hillary, they have so many voters out

20   there that if you plan on voting for Hillary just stay home,

21   you're not needed #ElectionDay.

22   Q    Special Agent Cunder, in addition to these did you review

23   any direct message statements involving Microchip between

24   September 26 and November 8 in which he referenced either the

25   defendant or the groups that they were in together?

ANTHONY CUNDER – DIRECT – MR. PAULSEN                425

1    A     Yes.

2    Q     Can you read 200P please, page one?

3    A     This is a direct message between a Twitter user and

4    Microchip from October 11, 2016.  Twitter user says:  For

5    sure.  Thank you.  Glad you keep coming back.  First Milo then

6    Ricky.  We need more accounts.  There are big Trump accounts

7    but they don't produce content streams like you do.

8          Microchip says:  Ricky is back.  I can't remember

9    his account name, I'll send it to you sometime.

10         Twitter user says:  It's definitely him?  That's

11   great news.  Gab.ai is dead.

12         Microchip says:  Yep, gab is dead.  They jacked up

13   on the launching of it.

14         Twitter user says:  Looks like the Ricky account

15   isn't real.  There is a link.

16         Microchip says:  Well, us big groups are in contact

17   with him.

18   Q     Next page?

19   A     Microchip continues:  I can't believe I've gotten away

20   with what I'm doing for so long.  We have a million dollar

21   campaign in Hillary and they have no idea how I spread like

22   cancer.

23   Q     Turn to page three?

24   A     A direct message between Ms. Patriarch and Microchip from

25   October 13, 2016.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          426

1          Ms. Patriarch says:  By the way @TheRickyVaughn is

2     actual Ricky.  100 percent confirmed.

3          Microchip says:  Yep, yep.  He's being just as weird

4     as the real Ricky Vaughn too.  I think the kid is socially

5     awkward or something.  He barely talks in DMS.

6          Ms. Patriarch:  He's being cagey because he knows

7     he's being watched.  So we're running three or four accounts

8     simultaneously all pretending to be Ricky.

9          Microchip:  Ah, I see.

10         October 14, Microchip says:  Bound to happen

11    sometime that academia must understand how this election was

12    rocked by shit posting.

13         Ms. Patriarch says:  It's important.

14    Q    Then the final one?

15    A    A direct message between Ms. Patriarch and Microchip from

16    November 2.  Ms. Patriarch says:  Hey Micro, do you know of

17    any retweet groups like the War Room that I can use to retweet

18    content?

19         Microchip says:  Not right now.  The War Room is the

20    most active.  The others are just shit really.  And not ones

21    where I could get anyone in, I don't own them or make them.

22    Q    That's what you had read earlier yesterday from documents

23    from the War Room; is that true?

24    A    Yes.

25    Q    Okay.  Referring to Government Exhibit 500 the chart that

ANTHONY CUNDER – DIRECT – MR. PAULSEN                427

1    you have in front of you.  Did you look into whether the

2    defendant retweeted Microchip, and conversely, whether

3    Microchip retweeted the defendant between September 16 and

4    November 8?

5    A    Yes.

6    Q    Did you record those findings on to the chart that was

7    previously admitted into evidence?

8    A    Yes.

9    Q    You checked those statements were true and accurate?

10   A    Yes.

11   Q    During that time period the approximate six weeks before

12   the election, how many times did Microchip retweet Ricky

13   Vaughn?

14   A    Twenty-one.

15   Q    During that time period, how often did the defendant

16   retweet Microchip?

17   A    About 160.

18   Q    Special Agent Cunder, I'd like to pivot to a pair of

19   group chats that both go by the name Madman, that's the last

20   two that I'll do today.  Have you reviewed these before?

21   A    Yes.

22   Q    Starting with Madman #1, is the defendant in this group?

23   A    Yes.

24   Q    Can you start in the beginning, page one?

25   A    This is the group chat called Madman, March 3rd, 2016.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          428

1    PizzaPartyBen says:  Official Trump GC, group chat, if any of

2    you don't want to be a part, just let me know.

3              March 11 the defendant says:  Holy shit, Dobbs

4    retweet me, LOL.

5              On March 14, OldRowOfficial says:  Ricky you need to

6    tell your shit lord army to post on Instagram more.  It's easy

7    to raid comment section on Insta.  And you can gain a ton of

8    followers just reposting dank Trump memes and using common

9    searched hashtags.

10             Defendant says:  Interesting idea about Instagram.

11             Nero says:  Ricky that MVP.

12   Q    Next page?

13   A    March 21, PizzaPartyBen says:  Where has Ricky been?

14             Defendant says:  Sup fam.  You rang?

15             PizzaPartyBen says:  Dad I miss you.

16             Alexrileyiscool:  Ricky Vaughn is a leader of the

17   movement.

18             Defendant says:  LMAO.  This is a movement, I'm just

19   the messenger fam.

20   Q    We can skip the next page and go to page five.

21   A    March 25, the defendant says:  I did it fam, I made the

22   list.  And there is a link to an article.

23             PizzaPartyBen says:  Huge.  Congrats man.

24             BakedAlaska:  Grats Ricky.

25             PizzaPartyBen says:  Holy shit.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          429

1   Q     BakedAlaska, that individual, he was also a member of the

2   War Room; is that right?

3   A     Yes.

4   Q     You confirmed that?

5   A     Yes.

6   Q     We can skip the next page, moving on to page seven.

7   A     On April 5, the defendant says:  Dude there are some moms

8   in my mentions.  They love the memes.

9         GranTorino says:  Our memes have more appeal to

10  normies than we originally thought.  They are breaking the

11  conditioning.

12        Defendant says:  The troll army is fucking huge.  I

13  like one tweet and a thousand people start trolling nick

14  searcy.

15        PizzaPartyBen says:  Amazing.

16        Defendant posts a link.

17        BakedAlaska says:  Fuck.

18        Defendant says:  My followers just won't stop

19  trolling him.

20        PizzaPartyBen says:  Everyone please welcome Jeffrey

21  T, a very important Trump train member that is making America

22  sexy again.

23  Q     Turning the page.

24  A     On April 20, BakedAlaska says:  As bad as you want to

25  roast Bernie supporters, right now to be honest, you should

ANTHONY CUNDER – DIRECT – MR. PAULSEN          430

1   being like, yeah Bernie was cheated.  Because the more hatred

2   they have for Hillary, the more likely they will join us in

3   national or not vote at all.

4           Defendant says:  Fam, fam.

5           BenGurgenHoffe says:  That is very true.  Great

6   idea.

7           BakedAlaska says:  Don't piss off too much.  We

8   actually need a big portion of them to win general.  Just stir

9   up their madness.

10          Defendant says:  Trump is playing up the "Bernie was

11  cheated" angle big right now.

12          BakedAlaska says:  Yes, exactly Ricky.

13  Q    This conversation continues on the next page?

14  A    Yes.  April 20, GranTorino says:  Essentially it boiled

15  down to not necessarily increasing their favorability of

16  Trump, but increasing their hatred for Hillary.  We must

17  ensure that they don't capitulate and vote Hillary.

18          BakedAlaska says:  He has a new smart team.  He

19  knows Hillary is going to win nom, so he's pointing out truths

20  of Bernie getting screwed.  Imagine if we got even 25 percent

21  of Bernie supporters to rage vote for Trump.  Huge.

22          GranTorino says:  I think the trick is make them

23  hate not just Hillary but the democratic party itself.

24  Q    Turning to the next page.  Special Agent Cunder, I think

25  we can speed through this, but there is a long discussion that

ANTHONY CUNDER – DIRECT – MR. PAULSEN          431

1    happens here in which they talk about doing photoshops that

2    make certain celebrities look like Trump supports, right?

3    A     Yes.

4    Q     It starts with Lana Delray; is that right?

5    A     Yes.

6    Q     Turning the page, Justin Bieber?

7    A     Yes.

8    Q     If you could start in the middle, bottom of number 12?

9    A     RealRockieGold:  Let Lana be the topic of discussion for

10   a while.  And hit them with Bieber.

11          BakedAlaska says:  Yeah we need to be coordinated.

12   Trust me, it's working.  All be on the same target together

13   spreading these rumors.

14   Q     Continue to the next page.

15   A     BakedAlaska says:  Way more effective.

16          RealRockieGold says:  Yeah, exactly.  I'm working on

17   Lana one right now.

18          BakedAlaska says:  It's Lana until CantStump says

19   otherwise.  He's the madman Twitter leader.

20          RealRockieGold says:  Yes, sir.

21          BakedAlaska says:  Bae.  And there is a link.

22          RealRockieGold says:  I fucking love that so much.

23   Breaking, Justin Bieber caught in public supporting Trump with

24   sweatshirt.

25   Q     Turning to the next page.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          432

1   A    On April 20, RealRockieGold says:  People will go nuts.

2              Defendant says:  Brilliant.  Baked, I really like

3   this idea.  We have to out meme the Bernie generation.

4              Unspectateur says:  Let me get it right.  And a link

5   and image.

6              BakedAlaska says:  Holy fuck, yes.

7   A    April 20, BakedAlaska says:  I say keep up the Lana until

8   she responds.

9              RealRockieGold says:  Ha ha, okay.  We have JB at

10  our disposal whenever we want.

11             BakedAlaska says:  Yeah but we can't jump the shark.

12  It's better to stick to one narrative at a time than to

13  declare ten different celebs endorsing him at once.  That's

14  not believable.  We got to orchestrate it so good that some

15  shitty tabloid even picks it up.

16  Q    The next page has one of the pictures.  Skip to number

17  17.

18  A    BakedAlaska says:  Madman Twitter prevails.

19             RealRockieGold says:  Madman take over.

20             BakedAlaska:  We got to make it more convincing for

21  next time.

22             Jeffytee says:  Legendary.

23             RealRockieGold says:  Yeah, we could really pull the

24  biggest foolery of 2016 if we make the next one spot on.

25             Unspectateur says:  I didn't even know it was fake,

ANTHONY CUNDER – DIRECT – MR. PAULSEN          433

1   LOL.  Are you going to tweet the photo later?

2          BakedAlaska says:  You guys work on the images, I'll

3   tweet them out.

4   Q    Special Agent Cunder, the defendant is in this room this

5   entire time; is that right?

6   A    Yes.

7   Q    He just isn't saying anything in the moment; is that

8   fair?

9   A    Correct.

10  Q    Turn to the next page.

11  A    1080P posts a link.  Can you all retweet this.  I want to

12  make it a big meme.

13         PizzaPartyBen says:  Do it guys.

14         BenGurgenHoffe says:  Oh, I did.

15         1080P says:  Old row, can you smash that retweet

16  button on my latest tweet.

17  Q    1080P, the name that you just read three times, that name

18  comes up quite a bit later in this chat; is that right?

19  A    Yes.

20  Q    Go on.

21  A    On April 21, Unspectateur says:  Virtual campaign.

22         BakedAlaska says:  Who is the next target, stump?

23  We need new rumors.

24         RealRockieGold:  Got to go with someone with dumb

25  fans though.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          434

1   Q    The next page, do you know who that is?  You're showing

2   you're age here.

3   A    No.  I don't remember the name, I recognize the face.

4        MR. PAULSEN:  I think you can take judicial notice,

5   it's Ariana Grande.

6        THE COURT:  You're asking me?  I do recognize her.

7        Do you have any objection?

8        MR. FRISCH:  No.

9   BY MR. PAULSEN:

10  Q    Special Agent Cunder, if you can go forward?

11  A    Unspectateur posts a link and image.

12       RealRockieGold says:  Good job, dude.  Your shop

13  skills are A1.

14  Q    Okay.  So that's the last page of this group.  This is

15  entitled Madman #1, right?

16  A    Yes.

17  Q    The defendant is in this group the entire time; is that

18  right?

19  A    Yes.

20  Q    At the same time, does a parallel second Madman group

21  with some overlapping, or mostly overlapping membership, start

22  up?

23  A    That's correct.

24  Q    Around this time did you look to see if the defendant,

25  what he was doing on Twitter while this was happening?

ANTHONY CUNDER – DIRECT – MR. PAULSEN                435

1    A     Yes.

2    Q     While they were talking about the various celebrities?

3    A     Yes.

4    Q     Showing you what is marked for identification as 421.

5    A     This is a tweet from BakedAlaska.  It says:  Breaking

6    news, Lana Del Rey joins the #TrumpTrain.

7              MR. PAULSEN:  421 is one of the ones we'd like to

8    put into evidence as well.

9              THE COURT:  Any objection?

10             MR. FRISCH:  No.

11             THE COURT:  That's in evidence.

12             (Government Exhibit 421, was received in evidence.)

13   BY MR. PAULSEN:

14   Q     Read that again?

15   A     This is a tweet from BakedAlaska.  It says:  Breaking

16   news Lana Del Rey joins the #TrumpTrain.  There is a link and

17   image.

18   Q     That's the BakedAlaska that was in the conversation a

19   moment ago?

20   A     Yes.  Another tweet from BakedAlaska:  Breaking, Lana

21   caught in public celebrating Trump's NY primary landslide.

22   There is a link and image.

23   Q     Next one?

24             THE COURT:  I don't think we have -- it seems to say

25   the same thing.  You can show them, but I don't think it's

ANTHONY CUNDER – DIRECT – MR. PAULSEN                436

1    necessary to read it.

2              MR. PAULSEN:  Thank you, your Honor.

3    BY MR. PAULSEN:

4    Q    Special Agent Cunder, is this the defendant doing the

5    same one?

6    A    This is a defendant retweeting one of the previous tweets

7    from BakedAlaska.

8    Q    The next one, is this the defendant retweeting the

9    BakedAlaska tweet?

10   A    Yes.

11   Q    And then?

12   A    This is BakedAlaska tweet referencing:  Ariana spotted

13   outside her Hollywood home wearing a Trump 2016 hat.

14   Q    Next page.  Is this the defendant retweeting that one as

15   well?

16   A    Yes.

17   Q    This is all about the same time the conversation is

18   happening?

19   A    Yes.

20   Q    Then this is a -- did you look at direct messages as well

21   around this time?

22   A    Yes.

23   Q    Who is this direct messaging between?

24   A    BakedAlaska and the defendant.

25   Q    Can you read this for the jury?

ANTHONY CUNDER – DIRECT – MR. PAULSEN          437

1   A    April 22, BakedAlaska sends a link to one of the tweets.

2   BakedAlaska says:  New target.

3          On April 23, BakedAlaska says:  You want to join the

4   Trump HQ slack for more coordinated efforts?

5          April 28, the defendant says:  By the way I have

6   Iggy Azalea with a MAGA hat.

7   Q    Did you then review any documents in which the defendant

8   and BakedAlaska push pictures of Iggy Azalea in a MAGA cap?

9   A    Yes.

10  Q    Is that one such image?

11  A    Yes.

12  Q    Then the next one, is that BakedAlaska reforwarding?

13  A    Yes, BakedAlaska is retweeting.

14  Q    Special Agent Cunder, I'd like to pivot to the final

15  group.  You mentioned a moment ago that Madman restarted as a

16  second iteration; is that right?

17  A    Yes.

18  Q    Can you read Government Exhibit 430, already in evidence?

19  A    This is in the second Madman chat.  On April 4, defendant

20  says:  Honored to be in this group fam.

21          Twitter user says:  Ricky, you the realist.

22          PaulTown says:  It's just Ricky and me.  Ricky, you

23  missed a good Skype call yesterday.

24          Defendant says:  I got to get in on this Skype.

25  Q    We're going to skip to page three.

ANTHONY CUNDER – DIRECT – MR. PAULSEN        438

1    A    April 19, GranTorino says:  I think we have a new member

2    of #MadmanTwitter.  There is an image.

3         BakedAlaska says:  Yo, let's make of Lana MAGA

4    memes.

5    Q    Special Agent Cunder, the next few pages, we can skip

6    them, do they essentially incorporate a parallel conversation

7    involving all the same images you saw a moment ago?

8    A    Yes.

9    Q    So with the same sort of activity that you just showed in

10   Madman #1?

11   A    Correct.

12   Q    Let's skip to page six.

13   A    On May 2, the defendant says:  Can't strump, did you make

14   this?  This is topkek.  A link to the defendant's tweets.

15   Q    Turning to the next page, to page 14 I believe.

16   A    On May 8, the defendant says:  Madman.  Posts a link.

17   That bruise is the cruz thing, fucking hilarious.  Did you

18   post that?

19   Q    Then following up, the next day -- next page rather.

20   A    Defendant continues:  Cruzies can't meme due to

21   underdeveloped sense of humor and sense of empathy.

22   Q    Page 16, what do we see here?

23   A    On May 9, Frog_tay says:  There is a thread about Ricky

24   LOL.  There is a link and image.

25   Q    Can you zoom in where the link is from, Ms. Parshad?

ANTHONY CUNDER – DIRECT – MR. PAULSEN          439

1            Can you see, Special Agent Cunder, what website it

2   was from?

3   A    It looks like a 4chan board.

4   Q    There was a 4chan discussion about the defendant shared

5   in this group?

6   A    Yes.

7   Q    Turning to page 17.  What is the hashtag on this is that

8   the defendant is sharing?

9   A    #InTrumpsAmerica.

10  Q    Is this one of the hashtags earlier that he spread

11  through various direct message groups?

12  A    Yes.

13  Q    So he's putting it here as well?

14  A    Yes.

15  Q    What is the conversation after that?

16  A    May 20, OldRowSwig says:  Sometimes not being full shit

17  lord is more effective in converting normies.  My opinion at

18  least.

19            PaulTown says:  True.

20            OldRowSwig says:  Ricky kind of gets it.

21  Q    The next page?

22  A    On July 1st, Twitter user says:  Ricky is the best nerve

23  center for info.

24  Q    Next page?

25  A    July 17, Unspectateur says:  Ricky needs to see this

ANTHONY CUNDER – DIRECT – MR. PAULSEN          440

1    LMAO.  His engagement rate is crazy.

2              KeyStoneSmooth says:  Sheet, I'm been about to text

3    him right now.

4              Twitter user says:  Already done it mang.  He's

5    replying too.

6              KeyStonesmooth says:  Ha ha wew.

7    Q    Special Agent Cunder, the defendant is not specifically

8    responding to them at this moment; is that right?

9    A    Not in this.

10   Q    But he's still in the group and is being talked about; is

11   that fair?

12   A    Yes.

13   Q    The next, on July 18?

14   A    BakedAlaska says:  Just provide banter and memes for us

15   please.  We need the Madman to deliver.

16   Q    Next page?

17   A    July 21, GranTorino says:  Shocked that Ricky Vaughn

18   hasn't been axed by Twitter yet.

19             Twitter user says:  Soon, unfortunately.

20   Q    Next page?

21   A    July 23, defendant says:  Please contribute a tweet to

22   #KaineandUnable2016, maybe we can trend it.

23   Q    Special Agent Cunder, did you look at that hashtag on

24   your chart?

25   A    Yes.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          441

1    Q     What did you find out?

2    A     Between July 23 and July 24 defendant used that hashtag

3    in 19 of his tweets.

4    Q     Turning the page, page 22?

5    A     July 23, defendant says:  This image is brilliant.  "Who

6    needs as job when you have a female president."

7    Q     There is a picture below?

8    A     Yes.

9    Q     Is that picture shared by HalleyBorderCol; is that right?

10   A     Yes.

11   Q     Fair to say HalleyBorderCol was a member of the Madman

12   group and the Micro group, the two that you had went through

13   prior to this?

14   A     Yes.

15   Q     Next page?

16   A     On July 24, BakedAlaska says:  Guys we are controlling

17   the narrative.  This is amazing.

18         Defendant says:  We are running Twitter right now.

19   Okay, I have a new hashtag I think we should push.  Purpose is

20   to mock the neocons and democrats.

21   #ClintonConspiracyTheories.  Format look like this.

22   Q     Special Agent Cunder, did you look up that hashtag on

23   your chart?

24   A     Yes.

25   Q     What did you learn?

ANTHONY CUNDER – DIRECT – MR. PAULSEN          442

1    A     On July 24 the defendant used that hashtag in 31 of his

2    tweets.

3    Q     That's the day he just shared it with the group?

4    A     Yes.

5    Q     Next page?

6    A     July 25, PizzaPartyBen says:  We're now meeting at levels

7    that scientists haven't even predicted any more.

8              Defendant says:  I'm pushing #WriteInBernie.

9              PizzaPartyBen says:  Yes.

10   Q     Did you look up that hacker tag on your chart, Special

11   Agent Cunder?

12   A     Yes.

13              (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

ANTHONY CUNDER – DIRECT – MR. PAULSEN                443

1    BY MR. PAULSEN:  (Continuing.)

2    Q     What did you find?

3    A     July 25th he used that hashtag six times.

4    Q     Okay.

5          Moving on to page 25.

6    A     On July 27th, GranTorino says:  You know considering the

7    influence of meme magic this election cycle, you'd think that

8    pundits would be more careful when it comes to comparing Trump

9    to other regimes lest they meme him into one.  Hehe.

10         MikeMa says:  The meme magic is already flowing.

11         1080p says:  Pulled from Hillary Clinton ad.  I need

12   to know what font this is.

13         There's a link.

14         VeyTheBae says:  It looks like a font from the

15   Futura  family.

16         Mike ma says:  No, it's not Futura, it's on the tip

17   of my tongue, though.

18         MikeMa posts a link to fonts.  That's not the exact

19   font, but it's similar.

20   Q     This is the 1080p that I asked you about earlier?

21   A     Yes.

22   Q     And the 1080p is going to come up a little bit later?

23   A     Yes.

24   Q     Is it fair to say 1080p is talking about pulling fonts

25   from a Hillary Clinton ad?

ANTHONY CUNDER – DIRECT – MR. PAULSEN          444

1    A     Yes.

2               THE COURT:  Just don't talk too fast, okay?

3               MR. PAULSEN:  Yes, Your Honor, I apologize.

4    BY MR. PAULSEN:

5    Q     If you can turn to page 27.

6    A     July 28th, the defendant says:  Roseanne retweeted me,

7    too, LOL.

8               JoshLekach says:  She retweeted me.  She retweeted

9    my Bernie tweet from two days ago.

10   Q     I'm going to skip a few, Special Agent Cunder.

11              Skipping ahead to page [sic] 430, page 31.

12   A     On August 5th, MikeMa says:  I can we need to facelift of

13   the Trump memes and start being more positive.  The comp thing

14   left a negative spin on things, obviously.

15              VeyTheBae says:  Good idea Mike.  I will see if I

16   can't come up with some stuff later tonight.  Even if he

17   fucked up, morale must be kept up.

18              MikeMa says:  Some positive meme  magic.

19              VeyTheBae says:  He's come back from far worse.  He

20   can again.  Gotta believe in meme magic.

21   Q     And then the defendant responds, but it's redacted; is

22   that right?

23   A     Correct.

24   Q     All right.

25              Moving on to -- skipping two pages ahead, let's move

ANTHONY CUNDER – DIRECT – MR. PAULSEN          445

1   to 34.

2   A     On August 19th, Jakekass says:  Anyone know the Trump

3   campaign font?

4           Keystonesmooth says:  Titles are using old standard

5   TT on his sight.  Text is Montserrat.  I don't know how to

6   figure out signs, though.

7   Q     So it's more discussions about what text -- fonts to use;

8   is that right?

9   A     (No verbal response.)

10  Q     All right.

11          The next page.

12  A     August -- on August 21st, Urpochan posts a link and an

13  image.

14          Jeffytee says:  Solid follow, love Ricky, can't

15  follow for optics.

16  Q     Special Agent Cunder, the name Urpochan.  Did you check

17  to see whether that account was also a member of the Micro

18  Chat we just reviewed?

19  A     Yes.

20  Q     And was he or she?

21  A     Yes.

22  Q     Turning the page.

23  A     On August 24th, GranTorino says:  Disgusted that Trump

24  campaign hasn't officially reached out to #MadmanTwitter.

25  Q     Okay.  The next page.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          446

1   A      September 1st.  GranTorino says:  #MadmanTwitter on the

2   rise.

3   Q      The next page?

4   A      September 5th, there's a redacted image from the

5   defendant and says:  This one is for #MadmanTwitter.

6          PizzaPartyBen says:  ILY.

7          BeardsonBeardly  says:  WEW.

8          Jakekass says:  #HackingHillary top kek.

9          PaulTown:  Says LOL.

10  Q      Did you check to see if HackingHillary was one that he

11  had used around that time?

12  A      Yes.

13  Q      What did you find out?

14  A      Between September 5th and September 6th, he used that

15  hashtag 66 times.

16  Q      Okay.

17         And then on the bottom, the name PaulTown _, was

18  that individual also a member of the Micro Chat that we did a

19  little bit earlier.

20  A      Yes.

21  Q      In addition to Urpochan and PaulTown, were there other

22  individuals that you saw that were in both this chat and

23  microchat?

24  A      Yes.

25  Q      Did that include AlwaysSmooth?

ANTHONY CUNDER - DIRECT - MR. PAULSEN                447

1    A    Yes.

2    Q    All right.

3         Moving to the next page, 39.

4    A    On September 5th, the defendant posts a link.

5         Urpochan posts another link.

6         PartyGoy says:  Teehee.

7    Q    I think we can skip -- we can skip now to page 41?

8    A    On settlement 15th, GranTorino  says:  The killer of all

9    memes with a link.

10        Defendant says:  LOL.

11        Jeffytee says:  Yepppp, they'll beat Harambe into

12   the ground for another month thinking they're cutting edge.

13        Frog_tay says:  Meme team supreme in this bitch.  We

14   run it.

15   Q    And then finally, on page 42.

16   A    September 15th, defendant posts a link.

17        Kek continues to bless us with another link.

18   Q    Okay.  So the defendant is in the group at this point

19   still; is that correct?

20   A    Yes.

21   Q    Moving to page 43.

22        MR. PAULSEN:  And if Your Honor -- if the defendant

23   could read this particular image.

24        THE COURT:  That's fine.

25   BY MR. PAULSEN:

ANTHONY CUNDER – DIRECT – MR. PAULSEN          448

1    A     On September 26th, Urpochan says:  Can we fix something

2    like this for Hillary?  Laughing face emoji.  November 8.th

3    there's a link and then an image.

4              MR. PAULSEN:   Ms.  Parshad, can you Zoom in on the

5    red part first.

6    A     This image says:  Save yourself a trip.  You can now vote

7    online via social media.  Simply post -- in quotes -- "vote

8    remain" on your Facebook or Twitter account with the following

9    hashtag:  #EUReferendum on the 23rd June, between 7:00 a.m.

10   and 10:00 p.m.

11             And there's an image again.  It says:  Vote remain

12   23 June.

13   Q     And it has some fine print on the bottom, logo of the

14   Labor Party?

15   A     Yes.

16   Q     Did this relate to the Brexit earlier that summer?

17   A     My understanding, yes.

18   Q     And can you read some of the responses?

19   A     Various posts from different users saying:  I am voting

20   remain in EU Referendum, vote remain, #EUReferendum.

21             Another --

22             THE COURT:  You don't have to read them all.

23             MR. PAULSEN:  Okay.

24   BY MR. PAULSEN:

25   Q     There are several individuals who just vote:  Vote

ANTHONY CUNDER – DIRECT – MR. PAULSEN                449

1   remain; is that right?

2   A     Yes.

3   Q     Who sent this again?

4   A     Could you Zoom out?

5         Urpochan.

6   Q     This is the Urpochan from microchat as well?

7   A     Yes.

8   Q     Okay.

9         What are the responses to this.

10  A     GranTorino says:  Typical that all dopey minorities fell

11  for it.

12  Q     Now, this is September 26th; is that right, Special Agent

13  Cunder?

14  A     Yes.

15  Q     Turning to the next page, page 44.

16  A     October 5th, GranTorino says:  Twitter axed Ricky Vaughn.

17        CurveMe says:  Why.

18        Jeffytee says: Damn.  I loved reading Ricky.

19  Q     For the next, a little more than a month, the defendant

20  is not in this group; is that right?

21        He doesn't return until little bit later.

22  A     Correct.

23  Q     Okay.

24        Can you read forward.

25  A     October 6th , CurveMe says:  #freericky.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          450

1          Twitter user says:  This is like when Milo got axed.

2     The whole TL is Ricky avatars.

3     Q     Does "TL" stand for timeline?

4     A     Yes.

5     Q     Okay.

6          The next page.

7     A     On October  6th, unspectateur  says:  What happened to

8     Ricky?

9          Twitter user says:  Banned for life.

10    Q     The next page?

11    A     October 14th, Jakekass says:  Imagine if we had a hashtag

12    for minorities to convince them to vote for Trump and it

13    trended.

14         Baked Alaska says:  Yea, slater , just make them

15    hate Hillary.  Don't even need to mention Trump.

16         October 15th, unspectateur says:  Is @TheRickyVaughn

17    really Ricky.

18         Urpochan says:  Yup.

19    Q     Okay.

20         The next page.

21    A     October 16th, unspectateur says:  Someone add Ricky back

22    in here.

23         1080p posted a link and an image.

24    Q     Okay.

25         This is one of the vote by hashtag links.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                451

1    A     Yes.

2    Q     And who sends this?

3    A     1080p.

4    Q     Is 1080p the individual who is talking about stealing or

5    getting Hillary fonts earlier?

6    A     Yes.

7    Q     Okay.

8          Go on.  Page 49.

9    A     On October 16th, 1080p says:  How is this?

10         Frog_tay says:  Beautiful.

11         Unspectateur posts some emojis.  Don't post it yet

12   though.  A week or less before the election.  I'm making a

13   version for myself.

14         1080p says:  Make sure to use the latest color

15   schemes they have.

16         PartyGoy says:  Ha-ha, fuck that's good.

17         Jeffytee says:  Well done.

18   Q     The next page?

19   A     October 16th, jeffytee says:  I would get rid of the, in

20   quotes, "and elect Hillary" part at the bottom though.

21   Together we can defeat Donald Trump is more assertive.

22         Bakedalaska says:  @gabe, you need to make a text

23   message version of that too.

24         1080p says:  @bakedalaska, hold on.

25   Q     Special Agent Cunder, bakedalaska was not in the micro

ANTHONY CUNDER – DIRECT – MR. PAULSEN                452

1    group, but he was in the War Room group, is that right?

2    A    Correct.

3    Q    Please, go on.

4    A    1080p posts a link to an image.

5    Q    Okay.

6         The next page.

7    A    October 17th, 1080p posts a link to another image.

8         GranTorino  says:  That's fantastic.

9         Frog_tay says:  I love these.  Hahaha.

10        Jeffytee says:  So good.

11        Keystonesmooth says:  Hehe #keystonesmooth.

12   Q    Next page, page 52?

13   A    October 17, 1080p, another link and image.  Another link

14   and an image.

15   Q    Okay.

16        Turning the page to the next one.

17   A    Another link and an image.

18   Q    Also from 1080p?

19   A    Yes.

20   Q    Okay.

21        The next page, 54.

22   A    October 28th, Jakekass says:  Hot oc meme alert and a

23   link.  Feel free to distribute.

24        GranTorino says:  Stealing now.

25        Jakekass says:  I'm making a few more.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                    453

1   Q    Okay.

2        Turning to page 55.

3   A    October 28th Jakekass posts a link and an image.

4        1080p says:  Jake, you're not as good of a meme king

5   as I am, but you're getting there.

6   Q    And this is one of the Draft Our Daughters things that

7   we've seen in all the other groups?

8   A    Yes.

9   Q    Okay.

10        Next page.

11   A    October 28th, 1080p says:  I will send you some pointers.

12   And there's a link and an image.

13   Q    Okay.

14        Next page.

15   A    October 28th, Twitter user says:  Ha-ha.

16        Jakekass says:  That's okay.  But if you want some

17   help with the next one, DM me.

18        GranTorino says:  That's tremendous, Gabe.  Dopey

19   shitlibs will fall  for it, too.

20        Twitter user says:  They absolutely will.  That's

21   awesome.

22   Q    All right.

23        The next page.

24   A    October 28th, 1080p posts another link with an image.

25        Jakekass posts a link and an image.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                454

1    Q    Okay.

2             Page 59.

3    A    October 29th, GranTorino says:  Kek, he used one of

4    Jakes.  There's a link.

5             OldRowSwig says:  Get out the vote.

6             1080p posts a link and an image.

7    Q    So he posts another one of these sort of images.

8    A    Yes.

9    Q    Okay.

10            The next page.  Page 60.

11   A    October 29th, Jakekass says Wew.

12            1080p posts a link and another image.

13   Q    Okay.

14            Turning to the next page.

15   A    October  29, 1080p says:  You have to use old Twitter

16   accounts when doing edgy shit.  Old ones don't get suspended

17   easily.  Mine's from May 2007.  I can say whatever I want.

18            PaulTown says:  Aren't follower numbers also a

19   factor.

20            GranTorino says:  That might explain why it took

21   Ricky Vaughn so long to be axed by Jack.  Shocked he lasted as

22   long as he did.

23   Q    Okay.

24            Turning the page to page 62.

25   A    November 2nd, 1080p posts a link and an image.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          455

1          Keystonesmooth says:  Hehe.

2          CurveMe posts a link and there's an image.

3    Q    All right.

4          So the -- just on this one, the top picture, is that

5    the same one that we saw Microchip share in the madman group

6    and in the Micro chat.

7    A    Yes.

8          MR. PAULSEN:  Now, Ms. Parshad, if you  could zoom

9    in on the bottom picture.

10   Q    You can read what is said there, Special Agent Cunder?

11   A    CurveMe tweets out that image.

12          A Twitter user Pimp_Lord says:  @ CurveMe:  Wait.

13   Is this a real thing?

14   Q    Now, turning the page, page 63?

15   A    November 2nd, jeffytee says:  This is legit too.  Link

16   and an image.

17          1080p says:  Hehe.  Link, and an image.

18   Q    Special Agent Cunder, have we seen that top one before?

19   A    Yes.

20          MR. PAULSEN:  Ms. Parshad, can you show the witness

21   what's -- I think it's 722.

22          (Exhibit published.)

23   BY MR. PAULSEN:

24   Q    Is that the same image, the one that the defendant

25   tweeted out on November 2nd?

ANTHONY CUNDER - DIRECT - MR. PAULSEN          456

1    A    He retweeted this one from nia4_trump.

2         MR. PAULSEN:  And then going back to the -- going

3    back to the previous page, on page 63 of 430.

4    Q    This is November 2nd; is that right?

5    A    Yes.

6    Q    Okay.

7         MR. PAULSEN:  Turn the page.

8    A    November 2nd, 1080p posts a link to a BuzzFeed article

9    with the title:  Twitter Finally Blocks Attempt to

10   Disenfranchise Voters.

11        1080p says:  Ha-ha.

12   Q    Okay.

13        The -- and this is an article about -- in part,

14   about the defendant being kicked off Twitter.

15   A    Yes.

16   Q    Turning the page to 65.

17   A    November 3rd, OldRowSwig says:  LOL Ricky.

18        Twitter user says:  P sure I got a 12 hour

19   suspension for posting that, quote, "vote for Hillary in the

20   comfort of your home" shit.  Ha-ha.

21        Twitter user says:  Like 80 percent sure.

22        CurveMe says:  Yeah, you did.  It's a violation of

23   Twitter rules now.

24        Twitter user says:  Lame.

25   Q    Now, jumping to the final few pages, page 67.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          457

1   A    November 9th, Twitter user says:  All you influencers

2   deserve a pat on the back fam.  Meme warfare prevails.

3   Q    Special Agent Cunder, I will pause you for a second.

4        Does the defendant get back in the room around this

5   time.

6   A    Yes.

7   Q    If you can continue.

8   A    Frog_tay says:  Seriously, hats off to PPB, Baked, Swig

9   and everyone.  Good work.

10       Unspectateur says:  The madman did great work.

11  Congratulations to all of us.

12       GranTorino says:  We did it, you sons of bitches.

13  Freaking madman.

14       MikeMa says:  I love everyone in here.  We've been

15  doing this shit for a year and it actually happened.  We all

16  contributed via memes and shit posting.

17       Twitter user says:  Y'all influencers just memed

18  reality.  Shit is fucking lit.  Tonight you are kings.

19  Q    And the next?  The next two pages.

20  A    November 9th, bakedalaska says:  Tonight we memed realty.

21  Thank you all, comrades, I love you so much.

22       Unspectateur says:  Congrats, baked, thanks for the

23  hard work.

24       PartyGoy says:  Jesus Christ we memed the election

25  to our favor.  We truly did.  Be proud.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                458

1          PizzaPartyBen says:  We did it.

2          November 11th, unspectateur says:  I didn't actually

3    make any of the stuff I posted.  I had our graphics team do it

4    for me.

5          The defendant says:  LOL, did we meme blacks into

6    calling each other.

7    Q    So Special Agent Cunder, in addition to these, I

8    mentioned 1080p a moment ago; is that right?

9    A    Yes.

10   Q    Did you look at any private conversations that 1080p had

11   relating to this around the same time?

12   A    Yes.

13         MR. PAULSEN:  I would like to show the witness the

14   final piece here.  It's Government's Exhibit  200-Q.

15         (Exhibit published.)

16   BY MR. PAULSEN:

17   Q    What is this, Special Agent Cunder?

18   A    This is a direct message between 1080p and Jakekass from

19   October 11th.

20   Q    And pausing you for a second.

21         Were both of those individuals that were in the

22   conversation we just read.

23   A    Yes.

24   Q    Okay.

25         What did they say.

ANTHONY CUNDER – DIRECT – MR. PAULSEN          459

1    A    Jakekass says:  Hey, do you have any idea what the Trump

2    campaign uses for their font?  I know you snatched the Hillary

3    one.

4         1080p says:  I will check in a bit.

5         Jakekass says:  Cool, thanks dude.  Working on some

6    graphics for the sub-Reddit.

7    BY MR. PAULSEN:

8    Q    Next page of Q.  Page 2.

9    A    October 19th -- this is a direct message between 1080 p

10   and MsRachelDodson.

11        October 19th, 1080p posts a link and an image.  When

12   do you think we should start posting these.

13        MsRachelDodson  says:  November  1 when the hype is

14   getting hyper.

15   Q    And then the next page?

16   A    Direct message between 1080p and Jakekass, October 28th.

17        Jakekass says:  I will help you make ads for that

18   vote thing.  Such a fucking awesome idea LMAO.

19        1080p says:  Hell yeah.

20   Q    And then the final two pages?

21   A    October -- a direct message between 1080p and Jakekass .

22        October 29th, 1080p says:  Do you want to work on a

23   new fake ad campaign together.

24        Jakekass says:  Absolutely dude, let's talk about it

25   more tomorrow.

ANTHONY CUNDER – DIRECT – MR. PAULSEN                460

1        1080p posts a link and an image.

2        Jakekass says:  LMAI.  Libs are so fucking stupid.

3   We'll definitely work together here.  I kind of want to start

4   making videos, but we need someone with a good radio voice

5   microphone to do the voice-over.

6   Q    Next page.  The final page.

7   A    On October 29th, direct message between 1080 p and

8   Jakekass.

9        Jakekass says:  Do you have any idea who would be

10  able to help us -- help us out there.  I want someone who

11  could provide a professional voice-over.  I know one guy, but

12  he has a meaner voice.

13       That was from 1080 p.

14       Jakekass says:  If we made a fake video ad, that

15  would be so mad.

16       1080p says:  I have a shit ton of fake ads ready to

17  be released.  He posts a bunch of links.  So far I have those.

18  Q    All right.  Special Agent Cunder.  That's the end of the

19  documents.  I just have a few final questions for you.

20       In addition to reviewing the documents, did you have

21  an opportunity to review the defendant's just general Twitter

22  activity during the time period that we've been discussing,

23  September 26th to November 8th.

24  A    Yes.

25  Q    And this is across the multiple Twitter accounts that

Cunder - cross - Frisch                    461

1    were discussed in the stipulation, Government's Exhibit 901 ?

2    A    Correct.

3    Q    Now, I think you had testified earlier that during that

4    time period, there were three occasions when the defendant was

5    off Twitter; is that right?

6    A    Yes.

7    Q    What were those approximate occasions ?

8    A    Approximately October 5th to October 8th; around

9    November 2nd, and then -- those were the two suspensions, and

10   then; October 20th to the 25th after the -- after tweet

11   mentioning going on vacation.

12   Q    Okay.

13        Now, other than those three time periods, did you

14   look at his general Twitter activity during that overall time

15   period, the 26th of September to November 8th.

16   A    Yes.

17   Q    Was he on Twitter during that period?

18   A    Yes.

19   Q    Was he on Twitter every day?

20   A    Yes.

21   Q    And was he -- what -- did you have a general sense of the

22   output that he was doing at the time?

23   A    The tweets were consistent, frequent, and voluminous.

24   Q    Okay.

25

     Official Court Reporter

*Denise Parisi, RPR, CRR*

1

2          MR. PAULSEN:  Thank you, Special Agent Cunder.

3          No further questions.

4          THE COURT:  All right.

5          Are you ready to cross or do you want a break?

6          MR. FRISCH:  I can do it from here.  It's going to

7   be fast.

8          THE COURT:  Okay.

9   CROSS-EXAMINATION

10  CROSS-EXAMINATION

11  BY MR. FRISCH:

12  Q     Agent, good morning.

13         In your testimony this morning, you explained to the

14  jury that you are not the investigating agent; correct.

15  A     Correct.

16  Q     Essentially, what the lawyers call your testimony today

17  is a summary witness; correct?

18  A     Correct.

19  Q     You take the Government's evidence and you package it and

20  present it to the jury so one person can do that; correct?

21  A     Yes.

22  Q     In FBI parlance, is there something called a case agent?

23  A     I believe that's a general investigative term.

24  Q     And in FBI parlance, what does "case agent" mean?

25         What does the case agent do.

A. CUNDER - CROSS - MR. FRISCH                    463

1    A     That would just be the primary agent that's assigned to

2    handle the case.

3    Q     Essentially, the agent who is in charge of the

4    investigation when -- essentially, the agent who is in charge

5    of the investigation; is that fair?

6    A     Yes, that's correct.

7    Q     You are not the case agent; correct?

8    A     Correct.

9    Q     Is it true that for this investigation there has been

10   more than one case agent?

11   A     That, I can't testify to.  I'm not aware of that.

12   Q     Do you know whether an agent named Dvosrky -- D-V-O-R

13   -S-K-Y -- was one -- has been one of the case agents in this

14   case?

15   A     I'm not aware of that.

16   Q     Do you know whether an agent named Maegan Rees --

17   R-E-E-S -- has been one of the case agents in this case?

18            MR. PAULSEN:  Objection, Your Honor.

19            THE COURT:  Overruled.

20            Do you know.

21   A     I do recognize the name Maegan, yes.

22   BY MR. FRISCH:

23   Q     And when you said you recognize the name Maegan Rees, I

24   think she married and her name may now be Maegan Rees

25   O'Rourke?

PROCEEDINGS                                    464

1            If you know?  You may not know.

2    A    That, I don't know.

3
     Official Court Reporter
4

5    Q    In any event, do you know that Agent  Rees, at some

6    point, was the case agent in this case?

7    A    I believe I can say yes, she was.

8    Q    And Agent Granberg is seated here having a sip of water.

9            And she is currently the case agent in the case;

10   correct?

11   A    Yes, that's my understanding.

12   Q    And is it fair to say, based on your role in this case,

13   you are not aware of any other agent who may have served as

14   case agent in this case; correct?

15   A    Correct.  I am not aware.

16            MR. FRISCH:  Thank you.

17            THE COURT:  Any redirect?

18            MR. PAULSEN:  No, Your Honor.

19            THE COURT:  All right.

20            Thank you so much.  You can step down.

21            (Witness excused.)

22            THE COURT:  I just want to check with the parties

23   about scheduling over at the side.

24            So if I can have the court reporter come over for a

25   second.

PROCEEDINGS                                    465

1          (Continued on the next page.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    466

1          (Sidebar conference.)

2          THE COURT:  Do you have any other witnesses to call

3    this morning?

4          MR. PAULSEN:  Your Honor, our next witness is our

5    cooperating witness who I think will be somewhat extensive

6    both on direct and cross.

7          THE COURT:  All right.  I'm just trying to figure

8    out when to address this question that was raised this

9    morning.

10          Does it make sense to start the direct?  I don't

11    understand your concerns that you've expressed have anything

12    to do with this witness.  And I would just like to use our

13    time as efficiently as we can, so I think that's what we'll do

14    is we'll just start with the witness.  Maybe we'll give them a

15    break now, and then we'll start with the witness.  I promise

16    I'll get to it.

17          MR. FRISCH:  No, I --  what I was going to say was

18    this.  Number one -- and this is in reverse logical order, so

19    forgive me -- to the extent that we finish -- to the extent

20    that we begin and finish with this witness today, I will not

21    be prepared to start with Mr. Mackey today --

22          THE COURT:  Okay.  That's completely fine.  What I

23    was going to suggest is that -- I've been multitasking a

24    little bit and took a little look at some of those things, and

25    I think I understand what's in them, but if you just need some

1   more time generally, I mean, we could take the morning off

2   tomorrow and you could take what -- if there's more that you

3   need to synthesize, I don't think anybody has any problem with

4   that.

5           I'm also assuming he will be the only -- I mean, I'm

6   not holding you to this, but my recollection was you said he

7   would be your only witness.

8           MR. FRISCH:  Apart from Ariana Grande, yes.

9           The one thing I just  want to say for the record,

10  and I say this in an abundance of caution, I really have not

11  had an opportunity to read the 16 reports.

12          THE COURT:  Okay.

13          MR. FRISCH:  I'm working hard, and I don't have the

14  -- I'm one.  They're five.  I just haven't been able to do it.

15          THE COURT:  I'm putting away my violin.

16          MR. FRISCH:  In an over abundance of caution, as I

17  stand here, I don't know that there's -- I don't want to put

18  too many double negatives in this sentence -- it makes sense

19  to me, based on the knowledge I have, to begin with

20  Mr. Microchip.  At the time I haven't read the reports.  So in

21  a perfect world, if we had this jury forever, I would say

22  let's adjourn now and have that time.  At the same time, I

23  don't have anything specific to tell Your Honor about the

24  overlap because  I haven't looked at the them yet.

25          THE COURT:  I think we will begin, but after the

SIDEBAR CONFERENCE                      468

1   break -- and I think what we'll take is 15 minutes.   Another

2   shock, I do have a couple other things going on, but not until

3   1:00.

4           Donna, sorry, those status conferences are at 1:  00

5   , right.

6           THE COURTROOM DEPUTY:  Yes.

7           THE COURT:  Okay.

8           So that's it.  I'm going to give them 15 minutes and

9   then we'll start with the next witness.

10          MR. FRISCH:  Sorry, one other thing.  You proposed

11  to the parties a draft few sentences to say about a witness

12  testifying through pseudonym.

13          THE COURT:  Right.

14          MR. FRISCH:  I wanted to address that.  And also I

15  wanted to address, when it's convenient, maybe after he

16  testifies on direct, things that we've talked about before,

17  like his work for the FBI and things of that nature.

18          THE COURT:  I thought we -- well --

19          MR. FRISCH:  I think if I can just be heard on that.

20          THE COURT:  Yes --

21          MR. FRISCH:  So there's two issues.

22          THE COURT:  Well, let's do it after I send them out.

23          MR. FRISCH:  Sure.

24          (End of sidebar conference.)

25

PROCEEDINGS                                    469

1          (In open court.)

2          THE COURT:  I'm sorry for that sound.  Believe me,

3     you're not missing anything.

4          So before we call the next witness, I'm just going

5     to give you about a 15-minute break.  Please don't talk about

6     the case at all or anything having to do with the case, but

7     we'll see you in about 15 minutes.

8          Thank you.

9          THE COURTROOM DEPUTY:  All rise.

10         (Jury exits.)

11         THE COURT:  All right.  Everybody can sit down.

12    Just one second.

13         All right.  Mr. Frisch, you wanted to discuss the

14    question of your cross-examination of the next witness insofar

15    as it relates to his unrelated cooperation with the FBI and

16    just to set the stage.

17         I think -- I know you referenced a sealed letter

18    which, in my view, has no relevance to this discussion.  And

19    then Judge Garaufis had denied the application to go into the

20    specifics of the unrelated investigation, although he

21    permitted questions about the fact of it.  He said he would

22    revisit it if you raised anything new, and, to date -- at

23    least unless I've missed it -- I don't know what the new

24    information that would have changed that decision.

25         I'll just say that I don't -- I think that the law

PROCEEDINGS                                    470

1   is pretty clear that, absent some compelling circumstance,

2   details of an unrelated investigation to a cooperator are

3   almost never permitted because it could endanger the

4   cooperator.  It could endanger ongoing cases.  And maybe you

5   all have come to some kind of an agreement.

6              MR. FRISCH:  Two things.

7              Number one, I think yesterday or the day before,

8   whenever we discussed this with the Court, I think Your Honor

9   and me may have been speaking past each other.

10             THE COURT:  It happens.

11             MR. FRISCH:  I'm not -- I have no intention, no

12   interest, and no purpose in going into the details of whatever

13   he's doing.

14             THE COURT:  Okay.

15             MR. FRISCH:  What I was trying to say -- and maybe I

16   just didn't say it in the most cogent way -- was that I think

17   I do have a right and I think Judge Garaufis recognizes it --

18   I think the Government acknowledges it -- I have a right to go

19   into just the general nature of the relationship with the FBI;

20   how it started; the degree of contact; the fact that he's not

21   getting paid, for example.  That's my intention.  Those kinds

22   of things.

23             I'm fully aware of the general concerns in this type

24   of situation.  If I think that I'm about to pierce that veil,

25   so-to-speak, I don't think I will, but if I do, hopefully

PROCEEDINGS                    471

1    I'll --

2              THE COURT:  You will hear from me if you do.

3              MR. FRISCH:  And the second thing is -- and this

4    goes to the instruction that Your Honor proposed -- it's plain

5    to me from the Government's application for the protective

6    measures that the anonymity with which the witness will

7    testify is a benefit to him, and I think that's fair game.  So

8    I do intend to go into that, to some extent, to establish

9    that.

10             THE COURT:  I just don't understand.  It's a

11   benefit?

12             MR. FRISCH:  Yes.  Well, I don't want -- it is -- it

13   is absolutely a benefit to this witness that he's testifying

14   without providing his identity.

15             THE COURT:  Well, you have it.  I mean, I think it

16   was for attorneys' eyes only, wasn't it?

17             MR. FRISCH:  No, no, no, no.  Again --

18             THE COURT:  I'm not misunderstanding it, but I want

19   the record to be clear that you are talking about in front of

20   the jury.

21             What case says that you are permitted to ask

22   somebody about testifying anonymously?  I mean, the whole

23   point of this is -- at least in the times where I've done it

24   before --  is to give a fairly -- an instruction like the one

25   I have proposed, that it's a ruling that the Court has made,

*Denise Parisi, RPR, CRR*

PROCEEDINGS                         472

1   that they're not to speculate about the reasons why, and that

2   it is not uncommon in a case like this, particularly where

3   there's public attention to the case.

4           I am not aware of any cases, and, you know, it's --

5   I'm sure maybe there are and I haven't seen them, in which

6   that's then a fit subject for cross-examination  unless

7   there's some -- again, maybe we are talking past each other.

8           MR. FRISCH:  We might be.

9           This has been -- and let me try and say this as

10  cogently as I can muster, because from my perspective, this is

11  not a controversial  point, and it's for this reason:

12  Typically -- first, I disagree that this is not unusual.  I

13  think that it may not be unusual for witnesses sometimes to

14  testify anonymously, but I think this is.

15          The benefit to this gentleman is that he was online

16  anonymously, and he has an interest in not having his identity

17  disclosed to protect his reputation.  The Government -- that's

18  part of what the Government's application is.  He has an

19  interest in not having people outside of his particular circle

20  know who he is because of what he perceives to be the

21  repercussions to him personally.  Not safety.  I get that.

22  And that's -- and that's fair.  But there's an element of it

23  where he's getting a benefit because he gets to continue

24  anonymously without the public at large, or without people

25  outside his circle, knowing who he is.

PROCEEDINGS                            473

1           Now, Your Honor --

2           THE COURT:  I'm sorry.  This happens any time a

3  witness testifies, either with a pseudonym or anonymously.

4  That's -- people don't get to find out who they are.  To the

5  extent it's a benefit, I mean I guess --

6           MR. FRISCH:  Can I be heard on this?

7           THE COURT:  Yes, sure.

8           MR. FRISCH:  Judge, I don't think this is a

9  situation where there is a cooperator who is testifying

10 against a cartel or testifying against a terrorist

11 organization.  I get that.  And the Government has proffered

12 information that maybe there's some degree of that here, and

13 that's -- and that's fair --

14          THE COURT:  And I think that is what Judge Garaufis

15 found.

16          MR. FRISCH:  However -- but I don't think he ruled

17 that one could not go into -- what he ruled is that his name

18 stays out of the public eye.  And he can testify anonymously.

19 That's the extent of Judge Garaufis's rulings.

20          What he did not address -- and I didn't understand

21 to be part of his ruling -- is that I can cross- examine him

22 about his personal interest in remaining anonymous so that his

23 friends and family don't know that he's the guy who was online

24 saying the kinds of things that he said.  I think that's fair

25 game.  And that's a benefit to him.

PROCEEDINGS                                474

1        There may be other reasons why he can be anonymous,

2   and those I get are -- and the Government -- I'm not quite

3   sure how they are going to present this, and we'll find out,

4   and I get that these other types of things where he's

5   analogous  to someone testifying against a terrorist

6   organization or cartel, I get it, that's what Judge Garaufis

7   ruled.  I think I have an absolute right to -- to some

8   extent -- I'm not going to go overboard with it -- establish

9   that he has an interest, a personal interest.

10        For example, what if the arrangement with the

11   Government is:  Guys, I'm not testifying for you if I have to

12   give my true name.  You have to assure me.  I have a right to

13   go into that.

14        THE COURT:  Here's what I will do.  If you want to

15   ask him about those questions -- first of all, I am going to

16   give that instruction that they are not to speculate, and that

17   they're not to -- that that's the ruling that has been made by

18   the Court; that he is permitted to testify without giving his

19   name.  But I suppose if you want to ask those kinds of

20   questions, then the Government should be permitted to ask the

21   other types of questions, which is the risk that he faces if

22   his name comes out, to the extent there is any.

23        My recollection from Judge Garaufis's opinion was

24   that there is a concern, a legitimate concern, particularly in

25   the climate we live today, that retribution against somebody

PROCEEDINGS                                          475

1    in this situation is a very real threat.  So, you know, sauce

2    for the goose and sauce for the gander.

3              If you want to ask it, I guess the Government can

4    respond.

5              MR. GULLOTTA:  Your Honor, can we be heard on this?

6              THE COURT:  Sure.

7              MR. GULLOTTA:  The Court is correct that

8    Judge Garaufis did find that the Government made an adequate

9    showing that -- and I can read from this --

10             THE COURT:   You don't have to.

11             Can you just speak into the microphone.

12             MR. GULLOTTA:  Sorry Your Honor.

13             THE COURT:  That's all right.

14             MR. GULLOTTA:  There's a real, nonspeculative

15   concern that revealing his identity could lead to online or

16   physical harassment or danger.  So that is absolutely an issue

17   and the arguments  that the defense is making about

18   analogizing this to a cartel or some other type of case, the

19   arguments he made -- prior to the Court's ruling - -

20             THE COURT:  I don't think he's disputing that these

21   are real concerns.  He just wants to ask if there are other

22   benefits to him.  And if he wants to do that, then you can

23   ask - - then you can ask the -- or -- well -- let's just see

24   how it goes.

25             MR. GULLOTTA:  Can I add one more thing?

*Denise Parisi, RPR, CRR*

PROCEEDINGS                        476

1            THE COURT:  Sure.

2            MR. GULLOTTA:   I believe it's being sort of

3    mischaracterized that this is a benefit conferred in exchange

4    for the witness's cooperation.  It is not.

5            THE COURT:  Well, he's saying can he ask that

6    question.  He can ask the question, and the witness can

7    answer, but -- I mean, I guess it -- you can counter whatever

8    he says.

9            My concern is the witness's identity not be revealed

10   and I don't understand you to be seeking that.

11           MR. FRISCH:  That's correct.

12           THE COURT:  So if you want to ask him questions

13   about a benefit he gets from not having his name revealed,

14   that's fine.  I mean, I -- and the Government can respond.

15           So I'm going to, again, have been untruthful to the

16   jury since I said I would give them a 15-minute break and that

17   has passed, so I do just want to take a few minutes and then

18   let's just meet back here at 11 :30:

19           (A recess in the proceedings was taken.)

20           THE COURTROOM DEPUTY:  All rise.

21           THE COURT:  Hi.  Everyone can sit down.

22           Just one logistical question.  Does the witness's

23   counsel -- do you need a place for that counsel to sit, or is

24   it not a --

25           MR. BUFORD:  She's here, Your Honor.

PROCEEDINGS                          477

1            THE COURT:  Okay.

2            Anything before we get started?

3            MR. GULLOTTA:  No, Your Honor.

4            MR. FRISCH:  No.

5            THE COURT:  All right.

6            Do we need to bring the witness out before we bring

7     the jury in?

8            MR. BUFORD:  I think either/or.

9            MR. GULLOTTA:  It will be a few-minute walk for him

10    to come out.  Otherwise, we're ready.

11           We're ready to proceed --

12           THE COURT:  I know we're ready to proceed.  I just

13    want to know if we should bring the jury out first or the

14    witness out first.

15           MR. GULLOTTA:   Probably the jury.

16           THE COURT:  Okay.

17           THE COURTROOM DEPUTY:  All rise.

18           (Jury enters.)

19           THE COURTROOM DEPUTY:  You may be seated.

20           THE COURT:  All right.  We are ready to resume with

21    the next witness.

22           Before the Government calls this witness, I want you

23    to know that this is a witness who will testify using his

24    online identity or moniker instead of his true name.  This is

25    something that the Court is permitting, and it is not an

PROCEEDINGS                                478

1   unusual practice, especially when there's some press attention

2   given to a case, and so you shouldn't be concerned about the

3   reasons why I am permitting the witness to testify using the

4   online name and keeping his identity confidential.

5          All right.  Are you ready to call your next witness?

6          MR. GULLOTTA:  Yes, Your Honor, the Government calls

7   Microchip.

8          (Witness takes the witness stand.)

9   **MICROCHIP**, called as a witness, having been first duly

10  sworn/affirmed, was examined and testified as follows:

11         THE COURTROOM DEPUTY:  Thank you.  You may be

12  seated.

13         THE COURT:  All right.  Just before we begin, I want

14  to give you some instructions about your testimony.

15         The first thing is that everybody in the jury and at

16  both tables has to hear what you're saying, and that's why we

17  have the microphone.  The chair doesn't move, but the

18  microphone does.

19         Our court reporter takes down everything that you

20  say, so please don't speak too quickly.  Don't speak over

21  anyone who is asking you questions, because it just makes

22  their job so much more difficult.

23         If there's a question that you don't understand or

24  want to have repeated, let me know, and do your best to answer

25  only the question that you are being asked.  Don't volunteer

MICROCHIP – DIRECT – MR. GULLOTTA                479

1    any information.

2              Okay?

3              THE WITNESS:  Okay.

4              THE COURT:  All right.

5              Go ahead.

6              MR. GULLOTTA:  Thank you, Your Honor.

7    DIRECT EXAMINATION

8    BY MR. GULLOTTA:

9    Q    Good morning, sir.

10             It do you use the alias "Microchip."

11   A    I do.

12   Q    Do you also use the alias "Micro?"

13   A    Yes.

14   Q    Are these names you've used online?

15   A    They are.

16   Q    And why do you use these names online?

17   A    To stay anonymous.

18   Q    Are you currently employed?

19   A    I am.

20   Q    Do you work for someone or are you self-employed?

21   A    Self-employed .

22   Q    What do you do?

23   A    I'm a mobile application developer.

24   Q    Micro, have we met before?

25   A    We have.

MICROCHIP – DIRECT – MR. GULLOTTA                480

1    Q    Have we met multiple times?

2    A    Many times, yes.

3    Q    Have you met everybody at the Government's table here?

4    A    I have.

5    Q    Multiple times?

6    A    Yes.

7    Q    Including the FBI agent?

8    A    Yes.

9    Q    Is that because you're cooperating with the Government in

10   this case?

11   A    I am.

12   Q    Have you had an attorney to represent you throughout your

13   dealings with the Government?

14   A    I have.

15   Q    You signed a cooperation agreement with the Government?

16   A    I did.

17   Q    What did you agree to do in that cooperation agreement?

18   A    I agreed to possibly be a witness on the case.  I agreed

19   to help them on other cases.

20   Q    In connection with that agreement, did you plead guilty

21   to a crime?

22   A    I did.

23   Q    What did you plead guilty to?

24   A    Conspiracy against rights, the end of 241.

25   Q    Thank you.

MICROCHIP - DIRECT - MR. GULLOTTA        481

1          What does your agreement say that the Government

2    will do in return for your cooperation.

3    A    In return for the cooperation I get some discounted

4    points, something like that, on sentencing.  They won't charge

5    me for other crimes connected to this crime and I think that's

6    it.

7    Q    Who will ultimately sentence you in your case?

8    A    Judge Donnelly or Judge Garaufis.

9    Q    So the Government doesn't sentence you; is that correct?

10   A    That's right.

11   Q    Is it your hope that the Government will file a letter

12   with the judge on your behalf?

13   A    Yeah, that would be great.

14   Q    All right.

15          We're going to get into your life online in a

16   moment, but before we do that, can you provide a summary for

17   the jury of what you did that caused you to plead guilty.

18   A    Yeah.  So I was in a group -- I was in many group DMs,

19   and in one of those group DMs we  crafted memes, and one of

20   the memes that was crafted there dealt with voting the

21   incorrect way; voting by text or hashtag.  And then I

22   intentionally spread those memes to defraud voters of their

23   right to vote.

24   Q    And is it fair to say that sometimes there was a meme and

25   sometimes it was just a text tweet?

MICROCHIP – DIRECT – MR. GULLOTTA                482

1    A    Correct.

2              MR. GULLOTTA:  I would like to show you what's

3    already been admitted as Government's Exhibit 400-33.  So

4    there's a tweet on this page and Ms. Parshad, if you can zero

5    in to just the tweet.

6              THE WITNESS:  Is this supposed to show up here?

7    There we go.

8              THE COURT:  Got it?

9              THE WITNESS:  Yes.

10   BY MR. GULLOTTA:

11   Q    Just the top part, please.

12   A    Read it?

13   Q    Yes.  So can you read this, please?

14   A    Yeah, it says:  Remember Hillary Clinton voters on

15   November 8th you can vote from home by twee ting #Hillary.

16   This is only set up for Hillary Clinton voters.

17   Q    Is that your profile picture?

18   A    It is.

19   Q    Is that you in the profile picture?

20   A    It is not.

21   Q    What's the screen name next to the picture?

22   A    MicroSpookyLeaks.

23   Q    Is that a screen name you used on Twitter?

24   A    Yeah, this one was crafted to celebrate Halloween.

25   Q    So some variation of Micro?

MICROCHIP - DIRECT - MR. GULLOTTA                    483

1    A      Oh, yeah.

2    Q      Next to that there's an account WDFX2EU7.

3           Is that your -- was that one of your Twitter

4    accounts.

5    A      Oh, yeah, mm-mm.

6    Q      So you posted this tweet?

7    A      Yes, I did.

8    Q      Does this tweet contain any information about a

9    candidate?

10   A      No, nothing like that.

11   Q      Does it contain any information about a political issue?

12   A      No, not at all.

13   Q      So it's just information -- false information about how

14   to vote?

15   A      Yeah, just false information about how to vote.

16   Q      So why did you tweet this?

17   A      Because the hope would be that Hillary Clinton voters see

18   this and then vote incorrectly.

19          MR. GULLOTTA:   Can we show the witness Government's

20   Exhibit 400-45, please?  And if we can zoom in on the image.

21          (Exhibit published.)

22   BY MR. GULLOTTA:

23   Q      Okay.

24          Do you recognize this image Micro.

25   A      I do.  It's Aziz Ansari.

*Denise Parisi, RPR, CRR*

MICROCHIP – DIRECT – MR. GULLOTTA                484

1    Q    What does it say in the white box?

2    A    Yeah, it says:  Save time.  Avoid the line.  Vote from

3    home.  Tweet ClintonKaine with the hashtag,

4    PresidentialElection on November 8, 2015, between 8:00 a.m.

5    and 5:00 p.m. to cast your vote.

6    Q    Did you post this image to Twitter?

7              Did you tweet this.

8    A    I did.

9    Q    Do you remember what day you tweeted it?

10   A    That was on Election Day, yeah.

11   Q    In 2016 ?

12   A    Mm-hmm.

13   Q    And what was the purpose for this?  Why did you do that?

14   A    Same reason as the other one.  This is on Election Day to

15   get somebody if -- well, a Hillary Clinton voter to look at

16   this and then, possibly, hashtag to vote, yeah.

17   Q    State the obvious, did you think that was a valid way of

18   voting?

19   A    Not at all.

20   Q    When did you start using Twitter?

21   A    Back in around July of 2015.

22   Q    When did you start using the alias Microchip on Twitter?

23   A    Anywhere from November 2015 through March 2016, somewhere

24   around there.

25   Q    To the best of your knowledge, what is a tweet?

MICROCHIP - DIRECT - MR. GULLOTTA              485

1    A    It's a snippet of information, an idea, something that

2    you want to project out to the public.  Feelings.  Could be

3    anything.  Limited by, obviously, character count.

4    Q    Did you review your tweets from 2015 and 2016 in

5    preparation for this trial?

6    A    I did, yes.

7    Q    In the summer and the fall of 2016, were you active on

8    Twitter?

9    A    Yes.

10   Q    On average, how many times a day were you tweeting?

11   A    Anywhere from 300 to 500 times a day.

12   Q    So thousands of times per week?

13   A    Oh, yeah.

14   Q    On Twitter, what is a follower?

15   A    Somebody who is interested in what you're posting, so

16   they click a "follow" button and then your tweets will show up

17   in their home feed, and they can also get a notification if

18   they would like.

19   Q    At the height of your following, how many followers did

20   you have?

21   A    On this account, 134,000.  On other accounts, 80,000,

22   30,000.  Probably comes out to millions over  time.

23   Q    How did you build up your following?

24   A    The first phase of building up the following would be

25   through bot -- bots.  The first step --

1    Q    Let me stop you there.  Sorry.

2              What's a bot.

3    A    Yeah, it's basically -- well, it's a Twitter account that

4    is created either by human or through an automated process and

5    that account is then used to, you know, retweet, like, reply,

6    to people on Twitter.

7    Q    Okay.

8              Were there specific services that you used to build

9    your following.

10   A    Oh, yeah.

11   Q    Can you describe those?

12   A    Yeah, so one of the first services to kind of seed the

13   followers was a service called Add Me Fast, A-D-D, M-E,

14   F-A-S-T, and that service is kind of like a peer networking

15   service where I would insert the tweet into that service,

16   somebody else would insert a tweet and then, we would retweet

17   each other's information, right?  And you could gain points

18   doing that and, if you accumulate points, you can then expend

19   those on likes, followers, retweets.

20              So that service, I would spend sometimes $300 a

21   month on it.  That would give you around a thousand to three

22   thousand retweets, likes, or follows.

23   Q    And so this is a system in which other actual human

24   beings log in, and they will see a tweet that another member

25   has posted, and they will either follow it, follow the person,

1    or retweet the tweet?

2    A    That's right.

3    Q    And then you would do the same thing for other members.

4    A    And you can get points and then you can expend those,

5    also.  The $300 is, you're basically buying points to have

6    people do that or you can sit there and retweet their stuff to

7    get points, so you can do that.  That was the first step.

8          Another step is using Fast Followerz and that's

9    F-A-S-T and then F-O-L-L - -

10    Q    O-W-E-R-S?

11    A    Yeah, but it's with a "Z," it's with a Z at the end.

12    .com, yeah.

13          And that service you spends like, a monthly fee of,

14    you know, a hundred to two hundred, sometimes three hundred

15    bucks a month.  And they have control of all the bots, so you

16    don't actually retweet anything, but you put in your Twitter

17    handle or you put in a tweet that you want to get retweeted,

18    and the service that I would use would be 50 to a hundred

19    followers, something like that, a day, and then those

20    followers would also retweet or "like" my tweets anywhere from

21    three to five times.

22    Q    Did you build your following organically, too, without

23    the use of bots?

24    A    Oh, yeah.  The bots were there only to accumulate

25    anywhere from a thousand to 5,000 followers, at which point

MICROCHIP – DIRECT – MR. GULLOTTA          488

1   people would see that account and then say, oh, maybe this

2   person has something interesting to say, he has a lot of

3   followers, and so then it would organically take off from

4   there.

5   Q    Okay.

6        So the bot sort of kick-starts the account and it

7   goes from there.

8   A    Yeah.

9   Q    Why is it important to have followers?

10  A    Because there's that human inclination that when you see

11  somebody as being followed by a lot of people, that they might

12  have something interesting to say, so it's a -- it's basically

13  taking advantage of that -- of that human trait.

14  Q    And then your popularity?

15  A    Yes.

16  Q    What happens if you start a new account; can you transfer

17  your followers from the new account to the old one or you have

18  to start all over?

19  A    You have to start all over.

20  Q    Did you have to do that from time to time?

21  A    All the time, yeah.

22  Q    Why?

23  A    Because I kept on being banned from Twitter.

24  Q    And why were you banned from Twitter?

25  A    Because of violations of terms of service.

MICROCHIP - DIRECT - MR. GULLOTTA          489

1    Q    When you would set up your accounts, did you set them up

2    anonymously?

3    A    I did.

4    Q    How do you go about doing that?

5    A    Using virtual private networks or proxy IP address

6    services.

7    Q    What's a virtual private network?

8    A    It's, basically, somebody who sets up servers across the

9    world in different locations and then you can tie into that

10   service so you appear as if you are at that location and then

11   they feed the internet through that.

12   Q    So it would mask your true location from Twitter?

13   A    That's right.

14   Q    What other information did you need to provide to Twitter

15   to set up a new account?

16   A    Yes, you need an email address or a phone number or both.

17   Q    So would you just set up anonymous email addresses --

18   A    Oh, yeah, through Google, Gmail, you set up a account and

19   then you set up a Google Voice account and then if you need to

20   change a phone number on that, you pay ten bucks and you get a

21   new phone Number.

22   Q    In addition to tweeting, did you use Twitter to

23   communicate with others directly?

24   A    I did.

25   Q    What's a direct message?

MICROCHIP – DIRECT – MR. GULLOTTA          490

1   A     A direct message is a one-on-one  message or group

2   message, kind of like you would have in your iPhone, texting

3   back and forth in the iMessenger.

4   Q     Okay.

5         And so the group message is like a group chat.

6   A     Yeah, that's kind of like if you have a group chat on

7   iMessenger.

8   Q     How does a person get into a direct message group?

9   A     You have to be invited by somebody who is part of the

10  group.

11  Q     Okay.

12        And is it like an invitation or do you just add

13  somebody and they're automatically in the group.

14  A     You just add somebody.

15  Q     Do you recall there was an election for president in 2016

16  ?

17  A     Yes.

18  Q     Did you tweet about that?

19  A     I did.

20  Q     So you said a moment ago that you were tweeting hundreds

21  of times a day and thousands of times a week.

22  A     That's right.

23  Q     How much of that was about the election?

24  A     About 90 percent, yeah.

25  Q     What was the overriding goal or purpose of your Twitter

MICROCHIP - DIRECT - MR. GULLOTTA                491

1    activity with respect to the election?

2    A    To destroy the reputation of Hillary Clinton.

3    Q    You wanted her to lose?

4    A    Oh, yeah.

5    Q    Did you use Twitter to encourage people to vote for

6    Donald Trump?

7    A    Not really.  It was more for the -- for the disparagement

8    of Hillary Clinton.

9    Q    Did you believe that your activity on Twitter could

10   influence the outcome of the election?

11   A    That was the hope, yes.

12   Q    What is a meme?

13   A    It's basically something that --  kind of like a -- I

14   don't know, a -- something popular in society, an idea that is

15   maybe broadly accepted by society, maybe a philosophical idea

16   that's wrapped up into kind of an image, maybe with some humor

17   attached to it, used as -- the humor is kind of used as a

18   vehicle to infect that message out into the world.

19   Q    So the humorous aspect, if there is one in a meme, helps

20   deliver the information to - - to whoever sees it?

21   A    Yes.  People when they're laughing, they're very easily

22   manipulated.

23   Q    What's a hashtag?

24   A    A hashtag is a -- where, if you have a tweet that you

25   want to send out there in the world and you have, you know, a

MICROCHIP - DIRECT - MR. GULLOTTA          492

1  specific topic of that tweet, and there's a specific keyword

2  in that tweet that you want to be, you know, seen as -- or

3  that you think is the most relevant word, you put a little

4  pound sign in front of that word, and then you tweet that, and

5  that pound sign is then -- well, that pound sign letter or

6  word combination is then sent back to the Twitter servers and

7  they register that as a hashtag.

8  Q    Is that something that's searchable by people on Twitter?

9  A    Yeah, you can search it, click it, all kind of stuff.

10 Q    What does it mean, as far as you understand, to push a

11 hashtag?

12 A    Yes, so that's when you have an agenda of some sort, and

13 you see that there's a hashtag that's already out there or you

14 develop your own hashtag, and what you do is you basically

15 have the group of people that you're with make new tweets with

16 those hashtags so that you have thousands of tweets that are

17 attached to at that hashtag.

18 Q    And why would you do that?

19 A    To register ourselves on trending lists.

20 Q    What's a trending list?

21 A    It's a list on Twitter.  Back then it was like, on the

22 right-hand side of the home page.  I think there was an

23 explore feature on there as well at one point, and it would

24 show, you know, global trends.  There would be USA trends,

25 sometimes they had local trends, but yeah, those would be

1    keywords from hashtags mostly back then, yeah.

2    Q     And that sort of measures the popularity of a particular

3    hashtag?

4    A     It does, yeah.

5    Q     So if a bunch of people are pushing a particular hashtag,

6    the hope is it gets on the list?

7    A     That's right.

8    Q     And why would you want it to be on a trending list?

9    A     Because I wanted our message to move from Twitter into

10   regular society and part of that would be -- well it's based

11   on the idea that, you know, back then maybe -- I don't

12   know, 10 to 30 percent of the US population was on Twitter,

13   but I wanted everybody to see it, so I had figured out that

14   back then, news agencies, other journalists would look at that

15   trending list and then develop stories based on it.

16   Q     What does it mean to hijack a hashtag?

17   A     So I guess I can give you an example, is the easiest way.

18         It's like if you have a hashtag -- back then like a

19   Hillary Clinton hashtag called "I'm with her," then what that

20   would be is I would say, okay, let's take "I'm with her"

21   hashtag, because that's what Hillary Clinton voters are going

22   to be looking at, because that's their hashtag, and then I

23   would tweet out thousands of -- of tweets of -- well, for

24   example, old videos of Hillary Clinton or Bill Clinton talking

25   about, you know, immigration policy for back in the '90s where

MICROCHIP - DIRECT - MR. GULLOTTA                494

1    they said:  You know, we should shut down borders, kick out

2    people from the USA.

3              Anything that was disparaging of Hillary Clinton

4    would be injected into that -- into those tweets with that

5    hashtag, so that would overflow to her voters and they'd see

6    it and be shocked by it.

7    Q    Is it safe to say that most of your followers were Trump

8    supporters?

9    A    Oh, yeah.

10   Q    And so by hijacking, in the example you just gave a

11   Hillary Clinton hashtag, "I am with her," you're getting your

12   message out of your silo and in front of other people who

13   might not ordinarily see it if you just posted the tweet?

14   A    Yeah, I wanted to infect everything.

15   Q    Was there a certain time of day that you believed

16   tweeting would have a maximum impact?

17   A    Yeah, so I had figured out that early morning eastern

18   time that -- well, it first started out with New York Times.

19   I would see that they would -- they would publish stories in

20   the morning, so the people could catch that when they woke up.

21   And some of the stories were absolutely ridiculous -- sorry.

22   Some of the stories were absolutely ridiculous that they would

23   post that, you know, had really no relevance to what was going

24   on in the world, but they would still end up on trending

25   hashtags, right?  And so, I thought about that and thought,

1    you know, is there a way that I could do the same thing.

2            And so what I would do is before the New York Times

3    would publish their -- their information, I would spend the

4    very early morning or evening seeding information into random

5    hashtags, or a hashtag we created, so that by the time the

6    morning came around, we had already had thousands of tweets in

7    that tag that people would see because there wasn't much

8    activity on Twitter, so you could easily create a hashtag that

9    would end up on the trending list by the time morning came

10   around.

11           THE COURT:  Just bear in mind not to speak too

12   quickly, okay?

13           THE WITNESS:   Sorry.

14           THE COURT:  That's all right.  It's hard for the

15   court reporter.

16           THE WITNESS:  I'm a fast talker.

17           THE COURT:  Try not to be.

18           THE WITNESS:  Yeah.

19           MR. GULLOTTA:  Thank you, Your Honor.

20   BY MR. GULLOTTA:

21   Q    Were you part of direct message groups during this

22   lead-up to the 2016 election?

23   A    Yes.

24   Q    What were the names of some of those groups?

25   A    One of them was War Room.  I mean, there tons of them.  I

MICROCHIP - DIRECT - MR. GULLOTTA          496

1    mean, probably thousands over the years, but one of them back

2    then was War Room.  Another one was like a Microchip War Room,

3    something like that.  There was Fed Free Hate Chat.  There was

4    a lot of them, yeah.

5    Q    Was War Room  one of the more popular groups that you

6    were in?

7    A    I guess popular amongst that type of crowd, but that room

8    was for strategy purposes, so it wasn't -- it wasn't meant to

9    be open-ended for everybody.  It was meant for people in my

10   circle back then that were kind of mid-level influencers at

11   the time.

12   Q    And what kind of -- you referred to a strategy room.

13         What kind of strategy.

14   A    Political messaging:  Memes, political messaging, tweets,

15   ideas.  Anything that dealt with destroying Hillary Clinton.

16   Q    What is a retweet group?

17   A    A retweet group is where you basically invite just random

18   people in there that are Trump supporters, and then you would

19   drop a tweet into that group, and then they would drop their

20   tweets into that group, and then you retreat them.  It's kind

21   of like Add Me Fast, but on Twitter.

22   Q    Okay.

23         Was War Room a retweet group.

24   A    No.

25   Q    War Room is more about strategy; those other groups are

MICROCHIP - DIRECT - MR. GULLOTTA                497

1    about just pushing things out.

2    A    There was actually a rule,  I'm pretty sure, in War Room

3    that we explicitly do not do retweets of stuff that's put in

4    there.

5    Q    Do you know what 4Chan is?

6    A    I do.

7    Q    What is 4Chan?

8    A    It's a place for internet intellectuals to gather

9    together to talk about different topics.

10   Q    Do you know what /pol/ is?

11   A    I do.

12   Q    What is that?

13   A    That's the political board in the 4Chan.

14        THE COURT:  The political?

15        THE WITNESS:   The political board, yeah.

16   BY MR. GULLOTTA:

17   Q    Did you ever visit that political board?

18   A    I did.

19   Q    Did you get -- is it a place where you could find memes

20   and other election-related content?

21   A    Yes.

22   Q    Would you take content from 4Chan and share it on

23   Twitter?

24   A    Yes.

25   Q    Do you know what Reddit is?

MICROCHIP – DIRECT – MR. GULLOTTA          498

1    A    I do.

2    Q    What is Reddit?

3    A    It's basically like a -- it's kind of like social media,

4    but with closed-off little groups of social media.  So they

5    have very specific topics called sub-Reddits under which you

6    would post --

7              THE COURT:  Sub-Reddits?

8              THE WITNESS:  Sub-Reddits, yeah.

9    A    So the sub-Reddits are like little, miniature social

10   media applications that are based on a specific topic.

11   Q    As with 4Chan, would you finds memes or other

12   election-related content on a sub -Reddit?

13   A    Yes.

14   Q    So you referred to the War Room as sort of a strategy

15   room where your ideas were being shared; is that fair?

16   A    Yes.

17   Q    If you saw an idea that was important to you that you

18   liked in War Room , would you search other  places like  4Chan

19   to maybe find content that was like the idea shared in

20   War Room?

21   A    Yeah, sure, yeah.  If you got an idea there like -- I

22   mean, just like this -- this case with the Hillary Clinton

23   meme.  Yeah, you would want to go out there and see what other

24   content's out there.

25   Q    During the lead-up to the election, were there certain

MICROCHIP – DIRECT – MR. GULLOTTA          499

1   topics that you tried to make viral by pushing as hashtags?

2   A    Yeah.  Yeah, of course.

3   Q    For example, do you know who John Podesta is?

4   A    Yes.

5   Q    Who is John Podesta?

6   A    He currently works for the White House,  I think, as a

7   senior advisor, something like that.  And then back in 2016,

8   he was on Hillary Clinton's campaign as an advisor of sorts.

9   Q    Do you recall a particular hashtag going around War Room

10  relating to John Podesta?

11  A    Yeah.

12  Q    What was that?

13  A    The Podesta emails hashtag.

14  Q    Is that the hashtag that was being shared in War Room so

15  that it would be pushed online?

16  A    Oh, yeah.

17  Q    Did you do that?

18  A    Yes.

19  Q    Do you know how many times you tweeted about Podesta's

20  emails?

21  A    The majority of my tweets in October  of 2016 were that;

22  and so, thousands of times.

23  Q    What was it about Podesta's emails that you were sharing?

24  A    That's a good question.

25       So Podesta 's emails didn't, in my opinion, have

MICROCHIP - DIRECT - MR. GULLOTTA                500

1    anything in particularly weird or strange about them, but my

2    talent is to make things weird and strange so that there is a

3    controversy.  So I would take those emails and spin off other

4    stories about the emails for the sole purpose of disparaging

5    Hillary Clinton.

6             Tieing John Podesta to those emails, coming up with

7    stories that had nothing to do with the emails but, you know,

8    maybe had something to do with conspiracies of the day, and

9    then his reputation would bleed over to Hillary Clinton, and

10   then, because he was working for a campaign, Hillary Clinton

11   would be disparaged.

12   Q    So you're essentially creating the appearance of some

13   controversy or conspiracy associated with his emails and

14   sharing that far and wide.

15   A    That's right.

16   Q    Did you believe that what you were tweeting was true?

17   A    No, and I didn't care.

18   Q    Did you fact- check any of it?

19   A    No.

20   Q    And so what was the ultimate purpose of that?  What was

21   your goal?

22   A    To cause as much chaos as possible so that that would

23   bleed over to Hillary Clinton and diminish her chance of

24   winning.

25   Q    Are you familiar with something called Draft Our

MICROCHIP - DIRECT - MR. GULLOTTA                501

1   Daughters?

2   A    I am.

3   Q    What's that?

4   A    That's a meme that was fashioned after the print

5   advertisement style of Hillary Clinton's campaign; basically,

6   her online campaign ads style.  And that the idea was that

7   Hillary Clinton, as all politicians do, came up with, you

8   know, a black and white ideology of, you know, women's

9   equality.  We're going to have gender equality, and so it's

10  very simple to take somebody who is an ideologue in black and

11  white and muddy the waters with scenarios where that black and

12  white universe isn't real or ends up with something very bad.

13          So the idea was, okay, we have this black and white

14  universe  where genders are equal 100 percent, and that means

15  that if you vote for Hillary Clinton, your daughters are going

16  to be drafted and sent to war.

17  Q    What did you hope -- and this is something that you

18  hashtagged  and tweeted out?

19  A    Oh, yeah.

20  Q    Was this discussed in War Room as well, to your

21  recollection?

22  A    I think so.

23  Q    What did you hope to accomplish by doing that?

24  A    Same thing as before, disparage Hillary Clinton.  Drive

25  down the vote for, you know, people that wanted to support her

MICROCHIP – DIRECT – MR. GULLOTTA                502

1    through fear tactic.

2    Q    If you recall, was the Draft  Our Daughters campaign, in

3    your opinion, successful?

4    A    I think it was a successful -- in fact, I don't know if

5    it was because of this, but there was legislation, I think, in

6    2021 where Congress suggested that we should draft woman.

7              THE COURT:  That we should?

8              THE WITNESS:  Draft woman.

9              THE COURT:  Okay.

10   A    So -- I -- that's just what I've read.  I don't know when

11   I read that.  It was a while ago, but anyways, I think it was

12   successful.

13   BY MR. GULLOTTA:

14   Q    Do you recall a hashtag about the Presidential debates?

15   A    Yeah.  I think so.

16   Q    Is that something that you tweeted about?

17   A    Yes.

18   Q    Is it something you tweeted about a lot?

19   A    All the time.

20   Q    Do you recall approximately how many times?

21   A    Thousands of times there, too.

22   Q    How would you describe your tweets about the debates?

23   What were they about?

24   A    The tweets about the debates, I didn't actually tweet

25   about the debates because I didn't care about the content.

1          The way it would work is, before the debates

2     happened, there would be hashtags that were attached to that

3     debate, and I would fill those hashtags up with as much

4     disparaging information as possible about Hillary Clinton so

5     that that would be then spread to the world as everybody is

6     waiting for the Presidential debates to take place, so --

7     Q     Is that because the hashtag was popular at the time, so

8     you could sort of hashtag --

9     A     Hijack the hashtag to spread your message and then people

10    are subjected to that.

11    Q     And what were the other reason that you were using that

12    hashtag?

13    A     Yeah, so the other reason was after the debate, they

14    would have these, you know, little Twitter polls and polls on

15    different media organization websites, Fox News polls, and I

16    would gather up all those URLs for those polls and then send

17    those to the DM groups or tweet out those polls for the

18    purpose of,  obviously, getting Trump supporters to vote that

19    Trump won the debate and that -- I mean, do you want a purpose

20    on that?

21    Q     Sure, go ahead.

22    A     Yeah, I mean, the purpose of that would be like -- well,

23    it's the same purpose as always, but this one is -- it

24    would -- it gave the appearance that there was a hidden army

25    that couldn't be quantified by other polling methods and it

1   basically created a sense of fear across the world that

2   there's this hidden group of people that you don't know who

3   they are because we can't tease them out from polling, that

4   are going to elect Trump for president, and that would

5   hopefully dismotivate the other side -- the Hillary Clinton

6   side.

7   Q    So traditional polling was showing Clinton in the lead.

8   A    That's right.

9   Q    And you thought by hijacking this hashtag and sort of

10  pumping these polls, you could surprise the world and show

11  them that there were a lot of Trump supporters that the

12  traditional polls weren't catching.

13  A    Correct.

14  Q    Do you recall a story about the DNC favoring Hillary

15  Clinton over Bernie Sanders?

16  A    Yes.

17  Q    Is that something that you tweeted about?

18  A    Yes.

19  Q    What was the purpose of those tweets?

20  A    Same thing.  It didn't matter what the story was, didn't

21  care, but there was the ability to create controversy and

22  drive a wedge, and we 'd do it.  And that was a very easy

23  wedge to be -- to create there.  It was, you know, Hillary

24  Clinton's defrauding voters, so don't vote for her.

25  Q    Do you remember a story about Mark  Cuban leading up to

MICROCHIP - DIRECT - MR. GULLOTTA                505

1    the election?

2    A    I do.

3    Q    What was that about?

4    A    There was a picture of Mark Cuban with what looked like

5    maybe an under- aged girl, and Mark Cuban had said something

6    negative about Trump at one point, and so he ended up in the

7    target, what we were doing.  So, created a story that there

8    was, you know, something weird about this underage

9    relationship, and that would be for the sole purpose of

10   anybody who disparaged Trump or attacked Trump.  It was a

11   counterattack to take him down.

12   Q    Was that story about Mr. Cuban true?

13   A    Oh, I have no idea, nor did I care.

14   Q    Do you recall how many members there were in the

15   War Room?

16   A    I think there was fifty or so.

17   Q    Who were some of the main players in the War Room?

18   A    We had like, Neil Turner.  There was, Jeez, a girl named

19   Becky.  There was a girl named Cat, I think.  I was a

20   important person in there.  We had a lot of people.  Ricky

21   Vaughn was there.  Yeah.  Jared Wine was there.

22   Q    Do you remember HalleyBorderCol as well?

23   A    Oh, yeah, HalleyBorderCol  was there; nia4_Trump was

24   there.

25            THE COURT:  Nia, N-I-A?

MICROCHIP – DIRECT – MR. GULLOTTA                506

1          THE WITNESS:  Yeah, N-I-A,  4_Trump.

2     BY MR. GULLOTTA:

3     Q     Did you follow other group members on Twitter as well as,

4     you know, being part of the same group?

5     A     Yes.

6     Q     And so, could you see when group members were outside of

7     the group, but tweeting online?

8     A     Yeah.

9     Q     Did it show up in your timeline or your feed?

10    A     Yep.

11    Q     Were there group members who were participants in

12    War Room, but who didn't speak very much?

13    A     Yeah.  There was a lot of people like that.

14    Q     And did you ever see maybe some of the quieter members

15    who were tweeting ideas that had been shared in the War Room?

16    A     Oh, yeah, yes, all the time.

17    Q     And so you knew Ricky Vaughn from that group?

18    A     Yes.

19    Q     Did you ever meet Ricky Vaughn in real life?

20    A     No.

21    Q     Do you know his true name?

22    A     Well, now I do, but back then, no.

23    Q     How would you describe Ricky Vaughn's participation in,

24    say, War Room?

25    A     So Ricky Vaughn was very well respected back then and he

MICROCHIP - DIRECT - MR. GULLOTTA          507

1   still is.  I would say that he's a leader of sorts.  People

2   like that he has a message and back then, in that room, he

3   would come in every once in a while and have a different

4   message; some idea, some purpose for us to tweet about.

5   That's what I remember.

6   Q    What were the -- what were either some examples, or how

7   would you describe his message for ideas that he shared in

8   War Room?

9   A    Yeah, so he had good ideas for strategies of creating

10  memes, different political messaging.  He came with something

11  that was kind of a defined purpose that dealt with, you know,

12  the client of society, that the West is struggling, we've lost

13  our moral purpose, our traditional values and that resonated

14  well with people, and that was an easy message to spit out

15  into different memes and strategies.

16  Q    And did that resonate well with the folks in War Room?

17  A    Yes.

18  Q    How would you describe his reach on Twitter?

19  A    He had a pretty big reach, yeah.  I mean, it was all

20  Trump supporters, a lot of the youth from the Gamergate stuff

21  from before the election.

22              THE COURT:  The what?

23              THE WITNESS:  Gamergate.

24  BY MR. GULLOTTA:

25  Q    And did you think he was -- I think you already said

*Denise Parisi, RPR, CRR*

MICROCHIP - DIRECT - MR. GULLOTTA                508

1    this, but did you think he was influential?

2    A     Yes.

3    Q     And why?

4    A     There was that MIT study thing that came out that said

5    that MIT is a respected institution that showed that Ricky

6    Vaughn had more reach than some of these agencies.

7    Q     Was that talked about in War Room?

8    A     I think so.

9    Q     Was he a funny guy?

10   A     Not -- not necessarily, no.

11   Q     Leading up to the election, do you recall seeing a fake

12   campaign ad that told people they could text their vote?

13   A     Yeah.

14   Q     Do you recall it being shared in the War Room?

15   A     Yes.

16            MR. GULLOTTA:  Can we show Microchip Government's

17   Exhibit 400-31, please.

18            (Exhibit published.)

19            MR. GULLOTTA:  Okay.  If we could zoom in to the top

20   image.

21   BY MR. GULLOTTA:

22   Q     Do you recall seeing this in War Room?

23   A     Yes.

24   Q     And you don't have to read it, but can you describe what

25   this is?

*Denise Parisi, RPR, CRR*

MICROCHIP - DIRECT - MR. GULLOTTA            509

1    A    Yeah.  This is saying that -- yeah, if you post a hashtag

2    on November 8th, that that would somehow register your vote.

3    Q    I think you said before you had seen legitimate campaign

4    advertising from the Clinton campaign.

5            And did you think this resembled that.

6    A    Yeah, it looks like a Hillary Clinton ad.

7            MR. GULLOTTA:  If we can go back to the full

8    exhibit.

9    BY MR. GULLOTTA:

10   Q    Can you see who shared this in the group?

11   A    It looks like HalleyBorderCol.

12   Q    Is that consistent with your memory?

13   A    Yeah.

14   Q    And same thing with the bottom, do you recall that second

15   image?

16   A    I do, yes.

17   Q    And on what date did HalleyBorderCol share this in the

18   War Room?

19   A    It looks like towards the end of October, so close to the

20   election.

21   Q    And when we started today, pretty soon after we got

22   started, we looked at your tweets about hashtagging to vote;

23   correct?

24   A    That's right.

25   Q    Is this what gave you the idea to post your tweet saying

MICROCHIP - DIRECT - MR. GULLOTTA                510

1   that you could hashtag your vote?

2   A    Yes.

3   Q    You pleaded guilty to a conspiracy.

4        Did you have an agreement with others to post tweets

5   that would tell people they could vote in an invalid way.

6   A    Yes, so I mean the purpose of War Room was to craft memes

7   and tweets and strategies and so, in this case, yes, it's the

8   same type of thing.  It's the exact same thing.

9   Q    When you saw that, it gave you the idea and you agreed,

10  essentially --

11  A    Oh, yeah.

12  Q    -- to do the same thing?

13       Was this an expressly stated agreement.

14  A    No.  It was kind of like a silent agreement.  I mean, the

15  purpose of -- that room contained only people that were

16  considered influential within our circle that.  It wasn't

17  really random people that we just add.

18  Q    So when you saw that, you said you got the idea to post

19  your tweet.

20       Did you think others would do the same thing.

21  A    Oh, I would expect that they did, yeah.

22  Q    After posting yours, did you share it with the War Room

23  group?

24  A    I think I did, yes.

25       MR. GULLOTTA:  And can we look at Exhibit 400-32,

MICROCHIP – DIRECT – MR. GULLOTTA                511

1    please?

2                (Exhibit published.)

3    Q    Okay.

4                This is sort of a text version of it, but do you

5    recognize that tweet at the top as being yours.

6    A    I do, yes.

7    Q    And have you reviewed this document in preparation for

8    your testimony?

9    A    Oh, yeah, uh-huh.

10   Q    So there's a conversation in the group after you share

11   this tweet with them; correct?

12   A    That's right.

13   Q    And what's the conversation, in summary?  You don't have

14   to read it, but --

15   A    Yeah, somebody had mentioned that we should make it look

16   more believable, and then somebody mentioned an idea that we

17   should make it viral by, you know, giving the impression that

18   only Hillary Clinton voters can do this, but Trump people

19   can't and why would that be the case, and we should create a

20   controversy around that so that more people would see this

21   tweet and think:  Oh, my goodness, Hillary Clinton voters are

22   so luckily that they get to vote  by hashtag.  And what about

23   the Trump voters, so it would spread.

24   Q    So if it stirred up controversy, more people would see

25   it?

*Denise Parisi, RPR, CRR*

1    A     Oh, yeah.

2    Q     Is that because you were hoping some people would

3    actually believe it?

4    A     Oh, yeah.

5          MR. GULLOTTA:  If we look to the next page, 33, and

6    if you could zoom in on the top text as well as the image - -

7    the full image, sorry.

8          Thank you.

9          (Exhibit published.)

10   BY MR. GULLOTTA:

11   Q     Do you remember when you saw Lauren Nann's comments on

12   your tweet?

13   A     Yes.

14   Q     And can you read what's at the top?

15   A     Yes.  It says:  And here's what I worried about, Greg,

16   people on Trump side thinking this is legit and they stay

17   home.  I'm plotting we'll have something soon.

18   Q     So what was your concern here?

19   A     My concern was that the -- well, with what Lauren Nann

20   says right there, it looks like he wanted Trump supporters to

21   also have the ability to vote by hashtag.

22         (Continued on the following page.)

23

24

25

1   A    (Continued) So what I'm saying here is, I don't want

2   Trump voters to think that is a legitimate way to vote,

3   because it's not.  Because if they did try to vote that way,

4   it would destroy Trump's chance of wining.

5   Q    To be clear, were you still hopeful that Clinton voters

6   would see it and fall for it?

7   A    Oh, yeah.

8   Q    After your tweet, did you know or did you see that Ricky

9   Vaughn posted a similar sort of fake campaign ad?

10  A    Yes.

11  Q    Did you see it?

12  A    Yes.

13  Q    Did you believe that he posted it in response to seeing

14  the conversation in the War Room?

15  A    I'm sure he did, yeah.

16  Q    What happened to him after he posted that fake campaign

17  ad?

18  A    He was banned.

19  Q    Do you know if the media picked up his tweet?

20  A    Yeah, basically every media organization out there, CNN,

21  Washington Post, et cetera.

22  Q    Did you post after knowing that Ricky had been banned and

23  the media covered what he had done, did you again post another

24  tweet telling people they could hashtag their vote?

25  A    Yes.

MICROCHIP - CROSS - MR. FRISCH                   514

1    Q    Could we see Exhibit 410-22?  Do you recognize this?

2    A    I do.

3    Q    After you tweeted this, you shared it with what looks the

4    Micro group and the War Room group?

5    A    That's right.

6    Q    If we could look at the comments below this.  Do you

7    remember those comments?

8    A    These comments?  No, I've not seen these before.

9    Q    Seeing them, it looks like somebody was hoping that some

10   people might fall for this?

11   A    Oh, yeah, I see what you're saying.  Yeah.  It says

12   there:  I hope some stoners fall for it, especially somewhere

13   like Colorado.  I guess MrCharlieCoker didn't like Coloradians

14   for some reason.

15   Q    That was your hope, you would hope people would fall for

16   it?

17   A    Yes.

18              MR. GULLOTTA:  Can I have a minute?

19              THE COURT:  Sure.

20              MR. GULLOTTA:  No further questions.

21              THE COURT:  Cross-examination?

22              MR. FRISCH:  Thank you, Judge.

23   CROSS-EXAMINATION

24   BY MR. FRISCH:

25   Q    Good afternoon, sir.

MICROCHIP - CROSS - MR. FRISCH                    515

1    A      Good afternoon.

2    Q      My name is Andy Frisch.  I'm here with Mr. Mackey.  You

3    and I have never met, correct?

4    A      Correct.

5    Q      You and I have never spoken before, correct?

6    A      Correct.

7    Q      Over the past few years, is it fair to say you have

8    spoken to agents from the Government about 20 times, give or

9    take?

10   A      Yes.

11   Q      Is it fair to say, that of those 20 or so times sometimes

12   they were telephone conversations; is that fair?

13   A      Yes.

14   Q      Some were in person?

15   A      Yes.

16   Q      Certainly in preparation for testifying this afternoon,

17   you met with Mr. Gullotta in person; is that fair to say?

18   A      Correct.

19   Q      The first time you met with the Government, is it fair to

20   say -- I'm going to talk to you about some dates, if you know

21   the precise date that's great, but approximations are fine.

22   The first time you spoke to the Government was on or about

23   December 17, 2018.  Does that sound about right?

24   A      It does.

25   Q      That was at your residence, correct?

MICROCHIP - CROSS - MR. FRISCH                516

1   A    Correct.

2   Q    When the agents came to your house, or your apartment --

3   I'll refer to it as your home -- they knocked on your door,

4   correct?

5   A    Correct.

6   Q    And you asked them if they were sure it was you who they

7   wanted to talk to you.  Do you remember that?

8   A    Yes.

9   Q    The agents questioned you that day about whether you had

10  made a particular threat online in July 2018.  Am I right?

11  A    Yes.

12  Q    You told the agents that you did not specifically

13  recognize that threat, but you agreed it sounded like

14  something you would have said; is that right?

15  A    Yeah.

16  Q    You told them that your posts were supposed to be jokes,

17  not threats.  Do you recall saying that?

18  A    Yes.

19  Q    Do you recall telling the agents that if they thought you

20  intended to threaten anyone, they were wrong.  Do you recall

21  saying that?

22  A    Yeah, in that type of post that I made, yes.

23  Q    There were -- how many FBI agents came to your home that

24  day?  Do you remember?

25  A    I think there were two.

MICROCHIP - CROSS - MR. FRISCH                517

1    Q    Did you tell them that you did not intend, you had not

2    intended your posts to be threats?

3    A    Yes.

4    Q    Did you tell them that you posted controversial things

5    sometimes in order to get reactions out of people.  Did you

6    tell them that?

7    A    Yes.

8    Q    Now, how long was that conversation approximately, if you

9    remember?

10   A    I think it was like 15 minutes long.

11   Q    You spoke to them without first reaching out to a lawyer;

12   is that correct.

13   A    That's right.

14   Q    It was just the agents and you, correct?

15   A    That's right.

16   Q    That was approximately December 2018, correct?

17   A    Uh-huh.

18        THE COURT:  You have to say yes or no so the court

19   reporter can take it down.

20   A    Yes.

21   Q    Now, the next time you spoke to agents of the FBI, again

22   that was at your residence; is that right?

23   A    Yes.  There was a time that I spoke to them in between

24   there, though.

25   Q    Do you remember them coming to your house in about

MICROCHIP – CROSS – MR. FRISCH                518

1    December 2020?

2    A    Yes.

3    Q    The time that you spoke to the agents between then, was

4    that at your house?

5    A    No, it was by e-mail.

6    Q    You e-mailed the --

7    A    Uh-huh.

8    Q    What specific agents?  Do you remember the agent that you

9    e-mailed?

10   A    I don't remember his name.

11   Q    The next in person meeting you had with the FBI was when

12   they came to your house in about December 2020; is that right?

13   A    Correct.

14   Q    So in terms of their coming to your house and reaching

15   out to you, that was about a two-year gap; is that correct?

16   A    That's correct.

17   Q    When they came to your house in December 2020, again you

18   spoke to them, correct?

19   A    Uh-huh.

20        THE COURT:  You have to say --

21   A    Yes.  Sorry, Judge.

22   Q    Again you spoke to them without first reaching out to a

23   lawyer, correct?

24   A    Correct.

25   Q    By the way, over the course of your contact with the FBI,

1    since 2018, can you approximate how many different FBI agents

2    you've spoken with?

3    A    There was the two in 2018.  One of those was carried over

4    to 2020.  So there was, that makes three different FBI agents

5    there.  Then there was an additional one.  So four FBI agents.

6    Q    Do you remember that on -- is one of the four an agent

7    named Maegan Rees or Maegan Rees O'Rourke?

8    A    Yes.

9    Q    If you remember, was she one of the agents who came to

10   your home on or about December 15, 2020?

11   A    She was, yes.

12   Q    Did you understand that she was from the FBI office here

13   in New York City?

14   A    Yes.  I think she mentioned that she had flown in for

15   this purpose.

16   Q    In other words, she flew in to you just for the purpose

17   of coming to your home and speaking with you?

18   A    That's what I understood, yes.

19   Q    Your understanding was she had flown in from New York?

20   A    Correct.

21   Q    I think you testified a moment ago, and if you didn't

22   you'll correct me, that you knew someone online known as

23   BakedAlaska; is that correct?

24   A    Correct.

25   Q    He is someone you knew from online chats?

MICROCHIP – CROSS – MR. FRISCH                    520

1    A    Yes.

2    Q    Do you know that he lives in Alaska?

3    A    I don't think that he lived in Alaska.  I thought maybe

4    he lived in Arizona or somewhere else.  The rumor was that he

5    traveled a lot of different places, had houses in different

6    areas.

7    Q    At some point did you tell the FBI that you had told

8    BakedAlaska that the FBI had visited you?

9    A    Told BakedAlaska that the FBI visited me, yeah, I might

10   have said that, yeah.

11   Q    The next time you spoke to the FBI was in early

12   February 2021.  Am I right?

13   A    Yes.

14   Q    This time the agents did not come to your home, correct,

15   you reached out to them, correct?

16   A    On what date again?

17   Q    On or about February 4, 2021.

18   A    Did I reach out to the FBI.  Yeah, maybe so.  I think I

19   might have called Meg, yeah.

20   Q    You referred to her as Meg?

21   A    Maegan, yeah.

22   Q    How did you refer to her when you spoke to Agent Rees?

23   A    I can't remember back then.

24   Q    Might you have referred to her as Meg in addition to

25   Maegan?

1    A    Could have been, yeah.

2         MR. FRISCH:  One moment, your Honor.

3    BY MR. FRISCH:

4    Q    Now in February 2021 when you reached out, I think you

5    said that you -- don't remember what you said -- you reached

6    out but did you call or e-mail or, I'm talking about that

7    first week February 2021?

8    A    I think I called her.  I'm not sure.

9    Q    Do you remember that you also sent her a text?

10   A    I can't remember that.

11   Q    Well, let me see if I can refresh your recollection.  I

12   want to show you on the overhead projector Mackey Exhibit H,

13   as in Henry.  If you can take a look at that, two pages.  I'll

14   give you a minute to look at both pages.  You can see the

15   whole thing on the screen, right?

16   A    Yes.

17   Q    When you're through with the first page, tell me and I'll

18   turn the page.

19   A    Go for it.  Yeah, there you go.

20   Q    You sent this text?

21   A    Yes.

22   Q    This is on Thursday, February 4, 2021?

23   A    Yes.

24        MR. FRISCH:  I offer Exhibit H.

25        THE COURT:  Any objection?

MICROCHIP – CROSS – MR. FRISCH                522

1            THE COURT:  Can I see the parties at the side with

2    the court reporter.

3            (Continued on the next page.)

SIDEBAR CONFERENCE                523

1          (Sidebar conference.)

2          THE COURT:  From my exalted vantage in the

3   courtroom, there is a guy in the audience who clearly seems to

4   be trying to get the witness's attention.

5          MR. GULLOTTA:  Is he in the front row?

6          THE COURT:  He moved to get like --

7          MR. GULLOTTA:  There is a reporter here who has a

8   pretty clear, almost vendetta, against this witness.  I don't

9   know if it's the same.

10          THE COURT:  The same reporter that --

11          MR. FRISCH:  If I can give the Court some context

12   and bring you up to speed.  This is new to me, this is a new

13   thing to me.  There is a reporter named Luke O'Brien who I'm

14   learning about a little bit.  To use the vernacular, he's a

15   character.  He's apparently affiliated in someway with the

16   Southern Poverty Law Center.

17          THE COURT:  At this point, I'll just say, he's a

18   banana peel away from getting kicked out of the courtroom.  I

19   don't want to say anything to him in front of the witness.

20   But I mean, it's ridiculous.

21          MR. GULLOTTA:  There have been a couple of occasions

22   I and others have seen him laughing and I see it draws the

23   attention of the jurors.

24          THE COURT:  I think I'm going to excuse the jurors

25   and the witness and take care of this.

SIDEBAR CONFERENCE                        524

1          (End of sidebar conference.)

2          (Continued on the next page.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1             (In open court.)

2             THE COURT:  Ladies and gentlemen, I'm going to

3    excuse you for five minutes.  We'll resume in just a minute.

4             (Jury exits the courtroom.)

5             THE COURT:  Let's take the witness out for a minute

6    too.

7             (Whereupon, the witness steps down.)

8             THE COURT:  So this is a public courtroom, and of

9    course people are all welcome to observe the proceedings.

10   What you cannot do, which I've been observing from up here, is

11   try to either get the witness's attention or whatever is going

12   on.  It's got to stop.  You have to sit up straight.  Don't

13   make faces at the witness.  I can see you.  If it happens

14   again, you're out.  Is everybody clear with that?  Thank you

15   so much.

16            Anything we have to do before we bring the witness

17   back and bring the jurors in?

18            I don't want to have to interrupt this trial this

19   way.  I expect better behavior.

20            Let's get the witness back.

21            It's also distracting to the jurors and I will not

22   tolerate it.

23            (Whereupon, the witness resumes the stand.)

24            THE COURT:  Are you going to object to that exhibit?

25            MR. GULLOTTA:  I think it's hearsay.  It's an

MICROCHIP - CROSS - MR. FRISCH              526

1    out-of-court statement.

2              THE COURT:  He's sitting right here.

3              MR. GULLOTTA:  It's fine.

4              MR. FRISCH:  Is your Honor going to break at one?

5              THE COURT:  Yes.

6              (Jury enters the courtroom.)

7              THE COURTROOM DEPUTY:  You may be seated.

8              THE COURT:  Sorry about that folks.  Also, we are

9    going to break at one because of a couple of other matters to

10   handle.  But we'll make the best use of what time we have

11   left.

12             THE COURTROOM DEPUTY:  The witness is reminded he's

13   still under oath.

14             THE WITNESS:  Okay.

15             MR. FRISCH:  Your Honor, I don't remember if it was

16   accepted into evidence or not, but I offer H.

17             THE COURT:  Any objection?

18             MR. GULLOTTA:  No, your Honor.

19             THE COURT:  Okay, so H is in evidence.

20             (Defense Exhibit H, was received in evidence.)

21   BY MR. FRISCH:

22   Q    Sir, this is a text, it looks like a text that you sent

23   to Agent Reese, on February 4, 2021, correct?

24   A    Correct.

25   Q    It says:  My lawyer is hard to get ahold of sometimes.  I

MICROCHIP - CROSS - MR. FRISCH                527

1    called him and left a message that you'd be contacting him.

2    But if you can't get ahold of him after a few days, let me

3    know and I'll ring his cell and other partners to get his

4    attention.

5              And then the second page, I think it was copied to

6    be sure all the words came in, on the bottom it says:  I think

7    he's on some major cases or something right now.

8              Do you see that?

9    A    Uh-huh.

10   Q    Agent Reese responded:  Will do.  Thank you.

11             A week before this text, February 4, 2021, fair to

12   say that something important happened in this case?

13   A    I don't recall.  What was it?

14   Q    Sir, do you recall that on or about January 27, 2021, the

15   person who you knew as Ricky Vaughn was arrested?

16   A    Oh, that's right, yes.

17   Q    There was press about that, correct?

18   A    Correct.

19   Q    So as of the date that you wrote this text to Agent Rees

20   you had learned that the person you knew as Ricky Vaughn had

21   been arrested, correct?

22   A    Correct.

23   Q    So sometime between January 27, or the date of Ricky

24   Vaughn's arrest, and February 4 you got a lawyer; is that

25   right?

MICROCHIP - CROSS - MR. FRISCH          528

1   A    No, I think I got the lawyer before then.  It was around

2   the same time I talked to the FBI in December, I didn't have a

3   lawyer.  I talked to the FBI about a lawyer; I can't remember

4   what the conversation was.  But that I should get a lawyer to

5   then represent me.

6   Q    On February 4, 2021 -- bear with me -- you told Agent

7   Rees that you had information that might be helpful to the

8   FBI; is that so?

9   A    I don't recall saying that.

10  Q    Give me one moment.  I'll come back to that after the

11  lunch break -- here it is.

12       I wants to show you what I've marked as

13  identification as Mackey AA.  I'll ask you to look at it.  And

14  my question is, if it refreshes your recollection, that you

15  had become aware that the person you knew as Ricky Vaughn had

16  recently been arrested, and you believed that you had

17  information that would be useful to the FBI.  So I'm going to

18  put it on the screen.  Take as much time as you want.  Tell me

19  if it refreshes your recollection?

20       THE COURT:  Ms. Greene is not here.  Can you just

21  show him the document?

22       MR. FRISCH:  Yes.

23  A    Yes.

24  Q    And so again, so the record is clear, does this document

25  refresh your recollection that that's what you said to Agent

1   Rees?

2   A    I said that to Agent Rees, but that didn't have anything

3   to do with Ricky Vaughn.

4   Q    That wasn't my question.  My only question is:  Did you

5   call Agent Rees and tell her that you had information that

6   would be useful to the FBI?

7   A    Yes.

8   Q    And that was after the person you knew as Ricky Vaughn

9   had been arrested, correct?

10  A    No.  I talked to the FBI about being useful to them when

11  they came and actually talked to me the first time.  I

12  discussed with the FBI in the car at my residence at the time.

13  We actually sat in the car outside of my home, and I talked to

14  them about my use of technology and how it could possibly be

15  useful to whatever they might be working on.

16  Q    Sir, my question to you is this:  On February 4, 2021,

17  did you reach out to Agent Rees and tell her that you had

18  become aware that the person you knew as Ricky Vaughn had been

19  arrested, and you believed you had information that would be

20  useful to the FBI.  Did you say that to Agent Rees?  Yes or

21  no?

22  A    You're asking if I said to Agent Rees that I knew that

23  Ricky Vaughn had been arrested?

24  Q    I'll break it down into two questions.  How is that?

25  A    Yes.

MICROCHIP - CROSS - MR. FRISCH                530

1    Q    Did you say to her, first, you were aware that the person

2    you knew as Ricky Vaughn had been arrested.  Did you tell her

3    that?

4    A    I don't know.  Is it in that document?  I don't remember

5    seeing that just now.

6              MR. FRISCH:  Can I approach again, the old fashioned

7    way?

8              THE COURT:  Well, Ms. Greene is here.  Just for the

9    witness.

10   Q    Let me zoom in for you.  I'll break this down into two

11   separate questions, sir, okay.

12             My first question is:  When you reached out to Agent

13   Rees on February 4, 2021, did you tell her that you had

14   learned the person you knew as Ricky Vaughn had been arrested

15   recently?  Did you say that?

16   A    Yes.

17   Q    And in addition, did you tell her that you believed you

18   had information that would be useful to the FBI?

19   A    Correct.

20   Q    When you reached out to Agent Rees on February 4, 2021,

21   were you concerned that you might be arrested?  If you can

22   answer it yes or no, or tell me you can't answer it.  Yes or

23   no?

24   A    I can't answer it yes or no.  I have no idea.

25   Q    You have no idea whether when you reached out to Agent

MICROCHIP - CROSS - MR. FRISCH                    531

1    Rees and told her to contact your lawyer, you had no idea

2    whether you were concerned whether you could be arrested?

3    A    That's correct.  They didn't arrest me when they first

4    came to my home.  I don't know why they would fly back and

5    then arrest me.

6    Q    Sir, over the course of your time online as Microchip, is

7    it fair to say that you posted a lot of things that were

8    offensive?

9    A    Sure, yeah, yes.

10   Q    Is it fair to say that you posted a lot of things that

11   were shocking?

12   A    Yes.

13   Q    Is it fair to say that you posted a lot of things that

14   were in really bad taste?

15   A    Yes.

16   Q    Things that were over the line, correct?

17   A    Over what line?

18   Q    Over the line of decency.

19   A    That's hard to say, how to define decency.

20   Q    Out of respect for the jury, I'm not going to go through

21   things that you posted online along those lines.  But you've

22   only pled guilty in this case to conspiracy to violate rights,

23   correct?

24   A    Correct.

25   Q    You did not plead guilty for posting things online that

1    were in bad taste, correct?

2    A    Correct.

3    Q    In 2021 when you reached out to Agent Rees, did you have

4    a debt, any debt to the Internal Revenue Service?

5    A    Yes.

6    Q    In 2021 when you reached out to Agent Rees, did you have

7    debt connected to bankruptcy?

8    A    Maybe, yeah, could have been.

9    Q    At the time you were self-employed as you are now?

10   A    2021, yes.

11   Q    As someone who is self-employed, clients have to hire

12   you, correct?

13   A    Yes.

14   Q    They have to have confidence that you're the right person

15   for the job, correct?

16   A    Correct.

17   Q    If you were arrested, potential clients would find out

18   about that, correct?

19   A    Yes, I'm sure they would.

20   Q    If you were arrested, potential clients would know your

21   name true?

22   A    They could, sure, yeah.

23   Q    If you were arrested you would be arrested not as

24   Mr. Microchip, you'd be arrested under your true name,

25   correct?

MICROCHIP - CROSS - MR. FRISCH                   533

1   A    Yes.

2   Q    If that happened, potential clients would find out about

3   the types of things you posted online that you acknowledge

4   were in bad taste, offensive, and shocking, correct?

5   A    Correct.

6            THE COURT:  Is it a good time?

7            MR. FRISCH:  It's a good time.

8            THE COURT:  We're going to break for lunch.  Let's

9   be back at 2:15 p.m.

10           Please don't talk about the case at all.  Do not let

11  anyone approach you or try to discuss the case with you.

12  Don't look anything up on the Internet or wherever a person

13  could look things up.

14           But I will see you at 2:15 have a good lunch.

15           (Jury exits the courtroom.)

16           THE COURT:  Everybody can have a seat.

17           Let's take the witness out.

18           (Whereupon, the witness steps down.)

19           THE COURT:  I do have a couple of other matters.

20           No pressure, do you have a sense of how long you're

21  going to be?

22           MR. FRISCH:  I think it will be at least an hour.

23           THE COURT:  It's fine.  I'm just trying to plan

24  ahead.

25           We'll meet back here at 2:15.

MICROCHIP – CROSS – MR. FRISCH          534

1          MR. PAULSEN:  Your Honor, can we leave our materials

2     on the table?

3               THE COURT:  Yes.

4               (Lunch recess.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                                   535

1              A F T E R N O O N   S E S S I O N

2              (In open court; jury not present.)

3         THE COURTROOM DEPUTY:  All rise.

4         THE COURT:  Hi.  Everybody can sit down.

5              So just before we begin, you know, the one thing

6    that I haven't addressed yet was your application to strike

7    that testimony about the silhouette, and I think that's a

8    well-founded objection, so I will, I guess, strike the

9    exhibit, and the testimony just surrounding that portion will

10   come out.  So I think that's on page 277, line 8 to 278, line

11   10.

12             And I don't know if you want me to give them

13   instruction about that.  Sometimes people don't want that just

14   because it draws attention to it.  It's whatever you want.

15        MR. FRISCH:  I think the answer is -- let me --  I

16   don't want you to do it now.

17        THE COURT:  Oh, no, no.

18        MR. FRISCH:  I think the answer is probably yes, but

19   we can --

20        THE COURT:  Okay.

21        MR. PAULSEN:  Your Honor, I'm not going to quibble

22   with the ruling, of course.

23        THE COURT:  Good.  All right.

24        MR. PAULSEN:  But in terms of the characterization,

25   Judge Garaufis did a ruling about the anonymity statements --

PROCEEDINGS                                    536

1              THE COURT:  No, I read it.  It's really just as a

2    matter of discretion.  It really doesn't have much to do with

3    Judge Garaufis's ruling in this.  I just don't think it adds

4    anything to the case.  And I don't think it's terribly

5    prejudicial, but I think that it's something that can come

6    out.

7              MR. PAULSEN:  It wasn't going to feature in closing

8    either way.

9              THE COURT:  Good.  That's great.

10             Okay.  All right.  Let's get the witness and then

11   let's get the jury.

12             (Witness resumes the stand.)

13             THE WITNESS:  Do you want me to sit down, Judge?

14             THE COURT:  Yes, please.

15             Just when the jury comes in, we'll have you stand

16   up, okay?

17             THE WITNESS:  That's fine.

18             THE COURTROOM DEPUTY:  All rise.

19             (Jury enters.)

20             THE COURTROOM DEPUTY:  You may be seated.

21             THE COURT:  All right, ladies and gentlemen, we are

22   ready to resume.  I'm sorry it's a little cold in here, but I

23   still say it's better than being hot.

24             THE COURTROOM DEPUTY:  The witness is reminded he's

25   still under oath.

MICROCHIP - CROSS - MR. FRISCH                537

1          THE COURT:  Okay.  You can resume.

2          MR. FRISCH:  Thank you, Judge.

3   CROSS-EXAMINATION

4   BY MR. FRISCH: (Continuing.)

5   Q    After you reached out to Agent Rees in early February, in

6   April 2021, did you send your lawyer to meet with the

7   Government?

8   A    Send my lawyer to meet with the Government?  No, I don't

9   think he ever was sent anywhere.

10  Q    Did your lawyer meet with the Government?

11  A    He may have met with them on a call, like a video call.

12  I have no idea.

13  Q    Are you aware that your attorney --

14         MR. FRISCH:  Withdrawn.

15  BY MR. FRISCH:

16  Q    Have you ever heard of a term called "an attorney

17  proffer"?  Have you ever heard that term?

18  A    I've heard of proffer, but I don't know what an attorney

19  proffer is.

20  Q    So are you familiar with the concept of a lawyer going in

21  to meet with the Government and telling the Government what

22  the client would say if the client met with the Government?

23  A    I don't have any idea what that is.

24  Q    All right.

25         To your knowledge -- and you may have already

MICROCHIP - CROSS - MR. FRISCH                538

1   answered this, and if that's your answer, to your knowledge,

2   in April 2021, did a lawyer representing you go meet with the

3   Government on your behalf?

4   A    Not that I remember.  Every time that I remember that

5   I've met with the Government, it was with my lawyer and my --

6   I don't remember my lawyer ever meeting with them alone.

7          THE COURT:  Can I just ask you to pull the

8   microphone a little closer.

9          THE WITNESS:  Yeah.

10          THE COURT:  Thank you.

11   A    Yeah, I don't remember my lawyer meeting with them alone.

12   Q    Well, there came a time when you in -- on or about

13   April 22, 2021, that you and your lawyer met with

14   representatives of the Government.

15          Do you recall that?

16   A    I'm sure we did, but I don't recall that day.

17   Q    Fair enough.

18          About April 2021, does that sound approximately

19   correct?

20   A    Sure, yeah.

21   Q    And before that meeting happened, was it your

22   understanding that your attorney had spoken to the Government

23   either in person or by telephone?

24   A    He may have.

25   Q    In other words, arrangements had to be made in advance of

MICROCHIP – CROSS – MR. FRISCH                    539

1   the meeting; correct?

2   A    I think so, sure.

3   Q    And your attorney would have been the person to make

4   those arrangements; correct?

5   A    I guess so, but I don't know.  I don't know how that

6   works, so he might have, but if that's who set it up, great.

7   Q    In any event, would you agree that in April 2021 you

8   characterized yourself as a Twitter troll; is that fair?

9   A    I don't know.  I would have to – –

10  Q    I'm sorry.  I didn't mean to talk over you.

11  A    Sure.

12  Q    My question is:  As you sit here today, did you consider

13  yourself to be a Twitter troll back in 2015, 2016?

14  A    Yeah, I would say I was a Twitter troll.

15  Q    As you sit here today, back in that time period, did you

16  like to get a rise out of people?

17  A    Sure, yeah.

18  Q    And that's one of the reasons you posted things on

19  Twitter; correct?

20  A    Correct.

21  Q    Was it your belief back then that disinformation

22  increases buzz?

23  A    Um, disinformation sometimes does increase buzz, yes.

24  Q    Is it fair to say that back in that time period you

25  tweeted constantly sometimes a thousand times a day?

MICROCHIP - CROSS - MR. FRISCH                540

1    A    I think the average was 3- to 500 a day, so there could

2    have been a day with a thousand, but I think the cutoff was

3    like 500 until you couldn't tweet anymore.

4    Q    And I think you --

5         MR. FRISCH:  Withdrawn.

6    BY MR. FRISCH:

7    Q    You testified on your direct about use of bots; correct?

8    A    Correct.

9    Q    We will come back to that in a second, but for now, did

10   you use bots to retweet things?

11   A    Yeah.

12   Q    And did you use bots to retweet things about Hillary

13   Clinton even if they made no sense?

14   A    Sure, yeah.  Yes.

15   Q    Now, back to the meeting in -- the meeting that we just

16   talked about where you and your lawyer met with

17   representatives of the Government, was that on a Webex or a

18   remote video call?

19   A    Yeah, I think it was a remote video.

20   Q    In other words you stayed where you lived and the

21   Government people were in New York and you spoke to them

22   remotely; correct?

23   A    Correct, yeah.

24   Q    Okay.

25        Was Agent Rees on the call?

1   A    I think she probably was.

2   Q    By the way, when is the last time you've spoken to

3   Agent Rees?

4   A    Jeez I think it was probably last year at this time,

5   something like that, yeah.

6   Q    Do you recall at that meeting that the memes suggesting

7   voting by text were discussed?

8   A    Maybe they were.  I can't remember what happened in the

9   meeting.

10  Q    Well, do you recall saying that memes circulated and

11  discussed in these chats were to get people to vote for Trump;

12  do you recall saying that?

13  A    Yeah, I -- I may have.  Do you have, like, a thing to

14  show, like...

15  Q    Do you recall that one of the things you said at the

16  meeting is you could not recall if the intention was to get

17  people to text their vote; do you recall saying that?

18  A    I don't recall saying that specifically, but I mean, I

19  could have, yeah.

20          MR. FRISCH:  Can we show the gentleman 3500-M-4?

21          THE COURT:  Is this something that's in evidence?

22          MR. FRISCH:  It's a 3500 .

23          THE COURT:  Okay.

24          MR. FRISCH:  And this is just for the witness.

25          THE WITNESS:  Oh.

MICROCHIP - CROSS - MR. FRISCH                542

1            THE COURT:  It's not up yet.

2            THE WITNESS:  Oh, it's not up yet.

3            THE COURT:  Does he need to turn off the ELMO?  Is

4    that the problem?

5            THE COURTROOM DEPUTY:  You are doing it?

6            MS. PARSHAD:  I'm doing it.

7            MR. FRISCH:  Is it up?  I'm sorry.

8            THE COURT:  There it is.

9            MR. FRISCH:  If we could turn to page 4 of that

10   document.

11   BY MR. FRISCH:

12   Q    So, sir, when I show you a document to see if it

13   refreshes your recollection, you are free to look at anything.

14   I may direct you to a portion of it for convenience sake, but

15   if you want to look at more, you just say so.

16            If you look at the top of page 4 of this document,

17   does it refresh your recollection that what you said to the

18   Government at that time was the memes circulated and discussed

19   in these chats were to get people to vote for Trump.  You

20   could not recall if the intention was to get people to text

21   their vote?

22            MR. GULLOTTA:  Objection, Your Honor.  He's -- he's

23   not asking the defendant -- or, excuse  me, the witness to

24   read the document and have it refresh his recollection.  He's

25   reading it out loud to him.  It's an improper refreshment --

MICROCHIP - CROSS - MR. FRISCH          543

1          THE COURT:  Well, I think probably the way to do it

2    is, just take -- I think your initial question was, do you

3    recall saying, whatever the question was.

4          Look at the document and see if that refreshes your

5    recollection as to whether -- you said that you couldn't

6    recall whether or not -- what's the question?  I don't even

7    know.  That you couldn't recall --

8          MR. FRISCH:  If the intention was to get people to

9    text their vote.

10         THE COURT:  All right.

11         So just take a look at what's on the screen and just

12   let us know, first of all, if it refreshes your recollection

13   as to whether you said that.

14         THE WITNESS:  Yeah, that's what it says here, yeah.

15         THE COURT:  Does that refresh your recollection that

16   you told that --

17         THE WITNESS:  Yes.

18   BY MR. FRISCH:

19   Q    Sir, I'm going to ask you a question.  Forgive the

20   profanity in advance, but have you ever heard the term "shit

21   posting"?

22   A    Yes.

23   Q    Do you recall telling the Government at this meeting that

24   the focus was not on one message, it was on pushing out as

25   many -- as much content as possible?

1          Do you recall saying that to the Government at that

2    time?

3    A    I don't recall that, but it sounds like something --

4    yeah, I do not recall that.

5    Q    Fair enough.

6          MR. FRISCH:  If we could turn to page -- if we could

7    show the witness page 6 of that document.

8    Q    And, again, you can look at anything you need to, but to

9    save some time, if you look at the very middle of the

10   document, maybe the -- right, the part that's being

11   highlighted.

12   A    Yeah, so what was the question again?

13   Q    Does this refresh your recollection that you told the

14   Government that the focus was not on one message but on

15   pushing out as much content as possible?

16   A    Yeah, okay, yeah.

17   Q    Do you recall telling the Government at that meeting that

18   the participants in the chats were not as organized as many

19   people believed?

20   A    Yes, I remember saying that.

21   Q    Do you recall telling the Government that there was no

22   grand plan around stopping people from voting?

23   A    Yes.  Back then from -- what was this, 2021?  That's what

24   I remembered from 2016.

25   Q    That's what you told the Government at that time;

1   correct?

2   A    Yes, yes.

3   Q    Do you recall telling the Government that it was not your

4   intent to put specific groups of people in a box and stop that

5   group from voting?

6   A    Is that part of this?

7   Q    My first question is, do you recall saying it?

8   A    Oh.  No, I don't.

9   Q    Does it refresh your recollection to look at page 6 of

10  that document, and it looks like it's the third paragraph from

11  the bottom.

12  A    Yeah, let's look at that.  Yeah, okay.  I see what you're

13  saying.

14          THE COURT:  The question is, do you remember telling

15  them that?

16          THE WITNESS:  Yes.

17          THE COURT:  Okay.

18          MR. FRISCH:  Thank you, sir.

19  Q    Now, that meeting was on April 2021 - - and, again, I'm

20  not going to hold you to the date, but is that your general

21  recollection that's when that occurred?

22  A    Yes.

23  Q    Do you recall that by the time of this meeting --

24          MR. FRISCH:  Withdrawn.

25  Q    Was it your understanding at that time that the

MICROCHIP - CROSS - MR. FRISCH                    546

1    Government wanted you to plead guilty to a crime?

2    A    I don't know if the Government -- I mean --  I don't

3    recall the Government wanting me to do anything.

4    Q    Did you want to plead guilty at that time?

5    A    I don't recall.

6    Q    Did there come a time in June of 2021 that you signed a

7    document that tolled  the statute of limitations?

8    A    Like a tolling agreement?

9    Q    Yes.

10   A    Yeah, I remember doing that.

11   Q    Let me show you what is Mackey -- before I show it to

12   you, what was your understanding of what a tolling agreement

13   is?

14   A    I guess it's something to extend the statute of

15   limitations or something like that.

16   Q    Did you understand that the statute of limitations on

17   this crime is five years -- the crime to which you pled

18   guilty?

19   A    Yes.

20   Q    And so if you committed the crime in November  2016, the

21   statute would run in about November 2021 -- I'm sorry --

22   that's right, 2021, right?

23   A    Yes.

24   Q    And you signed this tolling agreement in June of 2021;

25   correct?

MICROCHIP – CROSS – MR. FRISCH                    547

1    A    I signed a few tolling agreements, so I assume yes.

2    Q    How many different ones did you sign?

3    A    I think maybe two or three.

4    Q    And each one of them had the consequence of extending the

5    time -- the statute of limitations -- for the conduct from

6    November 2016; correct?

7    A    Correct.

8    Q    Let me show you what is marked for identification as

9    Mackey J.

10             THE COURT:  Is it Defense J?  Just for ease of our

11   record-keeping, Defense J?

12             MR. FRISCH:  Correct, yes.

13             Just for the witness, I'm going to ask if he

14   recognizes it.  I see it's on the screen.  Let me make it a

15   little easier for you to look at.

16   Q    Can you read that?

17   A    Yep.

18   Q    I'm going to show you the second page.

19   A    Yeah, I've seen this same document a few times.

20   Q    And do you recall if this is at least one of the

21   documents that you signed?

22   A    Yes.

23             MR. FRISCH:  I offer it.

24             THE COURT:  Any objection?

25             MR. GULLOTTA:  No objection, Your Honor.

MICROCHIP - CROSS - MR. FRISCH                548

1           THE COURT:  All right.  So that will be defense --

2   sorry, what's the number?

3           MR. FRISCH:  J.

4           THE COURT:  Defense J.

5           (Defense Exhibit J, was received in evidence.)

6   BY MR. FRISCH:

7   Q    If you direct your attention to the first page, paragraph

8   2, and it says:  As part of the investigation, EDNY-PIN is

9   considering what action to take, if any, in connection with

10  any potential violations of the United States Code, including

11  but not limited to 18 U.S.C., Section 241, conspiracy against

12  rights, conspiracy  against rights.

13          Is that within this agreement?

14  A    Yeah.  It says it right there, yes.

15  Q    And then paragraph 4 says:  Your name redacted, through

16  counsel has advised EDNY-PIN that he wishes to cooperate

17  and/or provide information to EDNY-PIN in advance of EDNY-PIN

18  making a final charging decision in connection with the

19  investigation.  Has voluntarily decided to present information

20  that you believes may be relevant to EDNY-PIN charging

21  decision.

22          By the way, EDNY stands for the Eastern District of

23  New York; correct?

24  A    Yeah.

25  Q    And you understand that -- those four letters were used

1   in this agreement to indicate the U.S. Attorney's Office here

2   in Brooklyn; correct?

3   A    Sure.

4   Q    And PIN is an acronym related to a portion of the Justice

5   Department.

6        Do you understand that?

7   A    Yeah, public integrity.

8   Q    And that's where Mr. Gullotta works; correct?

9   A    Correct.

10  Q    Now, it wasn't until March 2022 that you advised the

11  Government that you wanted to move forward with the guilty

12  plea; is that right?

13  A    That sounds about right, sure, yeah -- yes.

14  Q    And it was not until April 2022 that you actually pled

15  guilty; correct?

16  A    Correct.

17  Q    All right.  Now, let me show you what is Defense EE and

18  I'm going to show you the first and last page.  If you need to

19  see more, you tell me.  This is the first page.  The name is

20  redacted.  I'm turning to the final page, April 14th, 2022.

21       Do you see that?

22  A    Yes.

23  Q    Now, your name is redacted from this document, but do you

24  agree this is the document you signed, as best as you can

25  tell?

1    A    Yes.

2              MR. FRISCH:  I offer it.

3              THE COURT:  Any objection?

4              MR. GULLOTTA:  It's the entire document, right?

5              MR. FRISCH:  Entire document.

6              MR. GULLOTTA:  No objection.

7              THE COURT:  All right.  That's in evidence.

8              (Defense Exhibit EE, was received in evidence.)

9    BY MR. FRISCH:

10   Q    By the way, during the course of your contact with the

11   Government in this matter, you've had more than one lawyer;

12   correct?

13   A    Yeah.  I've had two.

14   Q    At the time of this agreement, do you remember who your

15   lawyer was -- let me ask you a question.

16            The lawyer who represented you at the time of the

17   cooperation agreement, is that a lawyer whose office is local?

18   A    Local to New York?

19   Q    New York, New Jersey.

20            THE COURT:  Can I see the parties at the side,

21   please, with the court reporter?

22            (Continued on the next page.)

23

24

25

SIDEBAR CONFERENCE                                   551

1              (Sidebar conference.)

2              THE COURT:  I'm just concerned about identifying

3     where he's from, the lawyers from, where he's from.

4              MR. FRISCH:  This is the reason -- first of all, it

5     will become an issue on where he's from during the course  of

6     this cross, but for now, here's what's curious about this.

7     The lawyer's name is redacted, and I don't think the lawyer is

8     where he's from.  I think the lawyer is local.  And I don't

9     know why it's redacted.

10             THE COURT:  That's a different question, but --

11             MR. PAULSEN:  We can tell you.  It was Jean Barrett.

12    It's not -- we didn't mean for that to be hidden.

13             THE COURT:  All right.  So maybe you can correct the

14    thing to have his - - the exhibit so that his name is there.

15    But what's the relevance?

16             MR. FRISCH:  It would be better on the --

17             THE COURT:  You don't want to reveal your -- I mean,

18    I don't know, I'm just trying to figure out --

19             MR. FRISCH:  No, I understand.

20             THE COURT:  Okay.

21             MR. FRISCH:  The reason I -- now that the Government

22    is agreeing to unredact the name of the lawyer, I have no

23    issue with it.

24             THE COURT:  Okay.

25             MR. FRISCH:  My initial -- I will tell you exactly

1    what happened.  It will be quick.

2              THE COURT:  Not too quick.

3              MR. FRISCH:  No, I can't do anything quick.

4              My initial feeling was it was redacted on proffer

5    agreements because the lawyer works in his state.  But then I

6    saw Jean Barrett in the back of the courtroom, and she's in

7    New Jersey, so I -- that's why I was going to ask what's going

8    on.

9              THE COURT:  Mystery solved.

10             MR. PAULSEN:  Yes.

11             (End of sidebar conference.)

12             (Continued on the next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

MICROCHIP – CROSS – MR. FRISCH                553

1              (In open court.)

2              MR. FRISCH:  So with that one supplement that we're

3    going to unredact the signature of the lawyer, I offer the

4    exhibit, Defense EE?

5              THE COURT:  All right.  That's in evidence.  I guess

6    that was just a mistake that it was redacted, so, yeah.

7              MR. FRISCH:  Thank you.

8              So let me put the agreement back on the screen so

9    you can see it.

10   BY MR. FRISCH:

11   Q    And the first page of the agreement -- by the way, you --

12   you read this agreement, went over it with your lawyer before

13   you signed it, right?

14   A    Yes.

15   Q    And the first page of the agreement identifies the

16   penalties that you face for the crime to which you pled

17   guilty; correct?

18   A    Correct.

19   Q    And the penalties for the crime to which you pled guilty,

20   18 U.S.C., Section 241, has a maximum statutory term of

21   imprisonment of ten years; correct?

22   A    Correct.

23   Q    It's zero to ten years; correct?

24   A    Right.

25   Q    In addition, there is something called the sentencing

MICROCHIP - CROSS - MR. FRISCH                554

1    guidelines; correct?

2    A    Correct.

3    Q    And the sentencing guidelines, as you understand it, are

4    an estimate of how sentencing rules would apply to your case;

5    correct?

6    A    Correct.

7    Q    And do you understand that your sentencing judge is not

8    bound by those guidelines; correct?

9    A    Correct.

10   Q    He or she could sentence you to less than the guidelines;

11   correct?

12   A    That's right.

13   Q    He or she could sentence you to more than the guidelines;

14   correct?

15   A    Correct.

16   Q    And am I correct that your estimated guideline is 6

17   to 12 months in prison?

18   A    I think so, yeah.  Yes.

19          MR. FRISCH:  Let me show you page 4 of this

20   agreement, paragraph 7 --

21   A    Can I say, that was what my lawyer had mentioned to me

22   back then.

23   Q    The question was:  Is this your understanding?

24   A    Yeah, yeah.

25          MR. FRISCH:  So paragraph 7 says:  If the office

MICROCHIP - CROSS - MR. FRISCH                 555

1    determines that the defendant has cooperated fully, provided

2    substantial assistance to law enforcement authorities and

3    otherwise complied with the terms of this agreement, the

4    office will file a motion pursuant to sentencing guideline,

5    Section 5K1.1 with the sentencing Court setting forth the

6    nature and extent of his cooperation.  Such a motion will

7    allow the Court, in applying the advisory guidelines, to

8    consider a range below the guideline range that would

9    otherwise apply.

10              THE WITNESS:  What was the question?

11              MR. FRISCH:  I haven't asked it yet.

12              THE WITNESS:  Oh, okay.

13              MR. FRISCH:  Here it comes.

14              THE WITNESS:  Go for it.

15              MR. FRISCH:  Thank you.

16   Q    Is it your understanding that what that means is, if you

17   cooperate successfully, the Government will bring your

18   cooperation to the attention of the sentencing judge?

19   A    Yeah, they would, like, write a letter to the -- to Judge

20    Donnelly or Garaufis, yeah.

21   Q    And your testimony here is part of that cooperation;

22   correct?

23   A    I think so.  I guess, yeah.  Yes.

24   Q    And you understand that your obligation, pursuant to this

25   agreement, is you have to tell the truth; correct?

MICROCHIP - CROSS - MR. FRISCH                556

1   A    Correct.

2   Q    And you understand that the arbiter of whether or not you

3   tell the truth is the Government, the people at this table;

4   correct?

5   A    I think it's the judge that decides if I'm telling the

6   truth, or the jury.  I have no idea.

7   Q    Well, you're not on trial here.  Let's just go through

8   it.

9        You're not the defendant in this case; right?

10  A    That's right.

11  Q    The judge sentences you; right?

12  A    Yes.

13  Q    Who writes the motion, the 5K1.1 motion if they're

14  satisfied with your cooperation?

15  A    I don't know about the 5.1K thing, but I assume it's

16  these guys, yeah.

17  Q    These guys --

18  A    Correct.

19  Q    -- bring your cooperation to the attention of the

20  sentencing judge; correct?

21  A    Correct, there we go.

22  Q    If they believe that your cooperation qualifies as

23  substantial assistance to law enforcement; correct?

24  A    Correct.

25  Q    Do you recall giving an interview to BuzzFeed news?

MICROCHIP - CROSS - MR. FRISCH                557

1    A    What was the date of that?

2    Q    April  5th, 2017.

3    A    Yes.

4    Q    And when you gave the --  have you read the article?

5    A    Yes.  I mean -- yeah.

6    Q    Do you recall telling the reporter that you sometimes

7    tweet a thousand times a day?

8    A    Oh, yes, yes, yes, yes, yes, mm-hmm.

9    Q    Do you recall telling the reporter that shaping a message

10   was exhilarating to you?

11   A    Yeah, I -- yes, yes, yes.

12   Q    And did you tell the reporter about the bots about which

13   you testified earlier today?

14   A    Yes, mm-hmm.

15   Q    And did you tell the reporter that those bots can

16   generate 35,000 retweets a day?

17   A    Yes.

18   Q    In other words, it's a mechanical way of disseminating

19   information; correct?

20   A    Correct.

21   Q    You also told the reporter that you take Adderall to

22   focus; is that right?

23   A    Correct.

24   Q    And that's because you have ADHD; correct?

25   A    Yes.

MICROCHIP - CROSS - MR. FRISCH                558

1    Q    You appeared in this courthouse to enter your plea -- to

2    enter your plea of guilty?

3    A    As in, this same room?

4    Q    This courthouse.

5    A    Oh, yes, yes.

6    Q    In other words, when someone pleads guilty, there's two

7    parts.  There's the written agreement, in your case, a

8    cooperation agreement, which we just went over?

9    A    Yes.

10   Q    And then the defendant comes in to court and stands

11   before the judge and actually pleads guilty; correct?

12   A    Yes.  I did that.

13   Q    And you did that; correct?

14   A    Yes, correct.

15   Q    And that was on April  14th, 2022; correct?

16   A    Correct.

17   Q    By the way, when you pled guilty on April 14th, 2022, do

18   you recall that your tentative sentencing date was

19   October 14th , 2022?

20   A    Yes, I remember that.

21   Q    But you haven't been sentenced yet; have you?

22   A    Correct.

23   Q    Your sentence was rescheduled; correct?

24   A    Correct.

25   Q    And that's because you have to testify here before your

MICROCHIP - CROSS - MR. FRISCH                    559

1    cooperation is complete; correct?

2    A    Yes.  I think that was part of the agreement; that I

3    would be a witness.

4    Q    And you agreed to extend the time for your sentencing

5    until you testify at this trial; correct?

6    A    I don't know if I signed an agreement for that, but I

7    think that's just how it works; right?

8    Q    I'm asking you:  Is it your understanding that you agreed

9    to extend the date of your sentencing until after you

10   testified at this trial?

11   A    Correct.

12   Q    And that's because you want the benefit of your

13   cooperation agreement; correct?

14   A    In part, yes.

15   Q    Now I want to ask you some questions and I want to

16   preface these questions by letting you know in advance, I

17   don't want to know any details.  I'm going to ask you some

18   general questions, and I'm not inquiring as to details.

19             Do you understand what I'm saying?

20   A    Yes.

21   Q    There came a time when you began doing work for the FBI;

22   correct?

23   A    Yes.

24   Q    Are you currently doing work for the FBI?

25   A    Yes.

MICROCHIP - CROSS - MR. FRISCH          560

1    Q     When did that work for the FBI start?

2            THE COURT:  Could I just see is the parties at the

3    side just for a minute to clarify something with the court

4    reporter.

5            (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                              561

1              (Sidebar conference.)

2              THE COURT:  Has someone talked to the witness that

3    he might be questioned about this?

4              MR. GULLOTTA:  I mean, it's certainly something we

5    talked about during prep.

6              THE COURT:  The only reason I'm pausing is because I

7    don't think he knows how to answer the question.  I don't know

8    if he's been told not to talk about his -- the other work that

9    he's doing, and maybe I'm reading the room wrong, but that's

10   what it seems like to me.

11             MR. FRISCH:  I will just try to ask as leading a

12   question as I can to focus him on the answer I'm looking for.

13             THE COURT:  Do you need an instruction from me to

14   him to not to give any specifics about any work that he's

15   doing?

16             MR. FRISCH:  I don't think so.  I think my -- just

17   to put Your Honor at some ease, there aren't that many

18   questions, number one.

19             THE COURT:  Okay.

20             MR. FRISCH:  Number two, this is something he's

21   talked about in his 302, so I think they anticipate what I'm

22   going to ask.

23             THE COURT:  No, I think that's fine, but a lot of

24   time a witness will not be prepared that he's going to be

25   asked about something not connected to the case, and that was

SIDEBAR CONFERENCE                           562

1   the sense that I was getting.  I could have been

2   misinterpreting it, but let's see what happens, and if we need

3   to do something further about it, we will.

4            MR. PAULSEN:  Your Honor, it certainly can't hurt if

5   Your Honor clarifies and he hears it from you that he doesn't

6   need to say some details.

7            THE COURT:  I mean, I could say something very mild.

8            MR. FRISCH:  I don't think -- I think --

9            THE COURT:  I don't think it's necessary right now,

10  but I think -- I mean, you are cross-examining  him, and so he

11  may be wary about it.  That's all I'm saying.

12            MR. FRISCH:  Let's see how it goes.

13            THE COURT:  Sounds good.

14            (End of sidebar conference.)

15            (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

MICROCHIP - CROSS - MR. FRISCH                    563

1              (In open court.)

2              THE COURT:  All right.  Next question, please.

3              MR. FRISCH:  Thank you.

4   BY MR. FRISCH:

5   Q    So just take care when I ask you these questions to

6   answer specifically what I'm asking you.

7   A    Sure.

8   Q    If you need to provide more information, just say:  I

9   need --

10             THE COURT:   Just don't.

11  BY MR. FRISCH:

12  Q    Don't.  Or say:  I need to provide more information and

13  we'll have another sidebar and we'll figure it out.

14  A    That works.

15  Q    If I asked you this question already, I've just lost my

16  train of thought.

17  A    That's fine.

18  Q    When did you start doing work for the FBI?

19  A    The first time I had contact where I actually did work

20  was in 2018.

21  Q    And whose idea was that --

22  A    Mine.

23  Q    -- to do the work?

24             It was your idea?

25  A    That's right.

1   Q    From 2018 to now, has that work continued?

2   A    Yes.

3   Q    Without telling us what you're doing, how often do you do

4   this work for the FBI?

5   A    As often as needed, essentially.

6   Q    You're not getting paid for it; right?

7   A    That's right.

8   Q    In fact -- in fact, you met with the FBI on or about

9   February 23, 2023, earlier, about a month ago; do you remember

10  that?  Mr. Paulson was there, Mr. Gullotta was there.  All

11  three prosecutors were there.

12  A    Yeah, I think that was here in Brooklyn.

13  Q    And you asked -- you said -- you said -- do you recall

14  saying that you wanted to keep working with the FBI because

15  the FBI provided a structure that was valuable to you?

16  A    Do you have the document on that?

17            MR. FRISCH:  Let me show you 3500M-9.

18            Can you pull up your copy?  Okay.  Thanks.

19  A    I saw it.

20  Q    Well you saw my copy, I meant -- let them do it.

21  A    You're fine.  Yeah, I remember that.

22  Q    And that's what you said; right?

23  A    Yes.

24  Q    It refresh your recollection that you told him that?

25  A    Correct.

1   Q    All right.

2          Do you recall saying at that same meeting that you

3   were concerned about being doxed D-O-X-E-D due to the trial?

4   A    Can I see that --

5   Q    Same document.

6   A    -- document?

7          Yeah.

8   Q    And look at whatever you need to, but I direct your

9   attention to what I think is the beginning of the third

10  paragraph on page 1.

11  A    Correct, yes.

12  Q    What does it mean to be doxed?

13  A    It means to have your information outed by reporters.

14  Q    By "your information," you mean your real name?

15  A    Correct.

16  Q    And do you recall telling the Government at that time

17  that you were concerned because you used your true name when

18  conducting business?

19  A    Yes.

20  Q    Sir, is it correct there was a time when you considered

21  working directly for Donald Trump or his campaign or one of

22  his businesses?

23  A    Was there a time when I considered -- um, I think there

24  was a time back in 2016 or 20 -- it was probably 2016 where I

25  had mentioned that I'm -- that I would like to work for Donald

1  Trump, I guess, yeah.

2  Q     For his campaign?

3  A     Yeah, I think so.

4  Q     Did you meet with representatives of the campaign?

5  A     Never.  No, I did not.

6  Q     Do you know what a nondisclosure agreement is?

7  A     I do.

8  Q     What's a nondisclosure agreement?

9  A     It means an agreement between two people that you won't

10 disclose some bit of information that you're talking about.

11 Usually, it's a -- I have to sign them with technology

12 businesses that says I won't divulge their product ideas.

13 Q     And you understand, if you're asked in Court about

14 whether or not you signed a nondisclosure agreement, you can

15 say so without violating the agreement; do you agree with me?

16 A     Yes.

17 Q     Did you sign a nondisclosure agreement with the Trump

18 campaign?

19 A     No.

20 Q     Are you sure?

21 A     Pretty sure.  That, I recall.  Unless you have something

22 showing otherwise.

23 Q     Did you ever attend a seminar on How to Sell Trump

24 University?

25 A     Oh, yeah.  That was back in like -- I didn't actually

MICROCHIP - CROSS - MR. FRISCH                567

1    attend the seminar, but that was an offering for some of the

2    top salespeople at that time, and that was back in - - Jeez --

3    2004, 2003.

4    Q    Where was the seminar?

5    A    Oh, I don't even recall, yeah.  It was a while ago.

6              THE COURT:  Did you actually go?

7              THE WITNESS:  No, I did not.

8    BY MR. FRISCH:

9    Q    Did you have any contact at all with the people running

10   Trump University?

11   A    So the way it worked was, there was --

12   Q    I'm sorry to interrupt you.

13             My question to you is:  Did you have any contact

14   with the people running Trump University or training people to

15   work with Trump University?

16   A    To my knowledge, no.  They -- I will just answer the

17   question.

18   Q    Go ahead, you can finish, I'm sorry.

19   A    Yeah, so to my knowledge, it was an outsourced group that

20   was selling a product for Trump -- for the Trump University.

21   That's what it was called.  I don't know if it's the same

22   Trump University that was in the news as Trump University, but

23   it dealt with Trump and it was an outsource group where they

24   would outsource leads and their product to a specific group of

25   individuals who were salespeople.  And they would sell all

1    kind of products.  So part of that product setup was Trump

2    University, but that was reserved for the top salespeople.  It

3    was a kind of a premium package back then.  It wasn't spread

4    out to the rest of us.

5    Q    And you remember this from your contact in -- what did

6    you say? -- 2004?

7    A    Yeah, but there wasn't -- so, there wasn't a

8    nondisclosure -- I don't know -- but there was no agreement

9    with Trump himself, but it was the employer who was taking

10   leads or had a contract with whatever Trump University was

11   back then.

12   Q    And was it in that context that you signed a

13   nondisclosure agreement?

14   A    I don't think I ever signed a nondisclosure agreement

15   with them.

16   Q    Did you see one?

17   A    I don't remember.  Yeah, I don't remember.  That was

18   forever ago.

19   Q    Are you familiar with the term "Keybase"?

20   A    Yes, I am.

21   Q    What's Keybase?

22   A    It's a website where you have -- you have -- you have the

23   ability to create a profile.  And the idea with Keybase was to

24   create a profile that would be immutable, so you wouldn't be

25   banned and so you could say, hey, here's my Keybase so you can

MICROCHIP - CROSS - MR. FRISCH                569

1    identify who I am at all times, in case you're banned from

2    Twitter.  Somebody can go back on Keybase and say, hey, there

3    you are.

4    Q     How many times have you been banned from Twitter?

5    A     Hundreds of times.

6    Q     In connection with opening new accounts, did you use

7    Keybase?

8    A     Yes.

9    Q     Every time?

10   A     Not every time.

11   Q     Most of the time?

12   A     No.  The Keybase started back when the bans became really

13   bad, and so it was used towards the ends of my reign  of

14   whatever on Twitter, but then that's sort of a fail because

15   people would just see the Keybase and then report that.

16          MR. FRISCH:  Let me show you what I've marked for

17   identification as Exhibit I, which is in evidence in other

18   forms, and just tell me --

19          THE COURT:  It's already in evidence?

20          MR. FRISCH:  It's not in evidence.

21          THE COURT:  I thought you said it was in evidence in

22   other forms.

23          MR. FRISCH:  It is, but not in this form.

24          THE COURT:  Oh, okay.

25          MR. FRISCH:  Sorry, I didn't say that elegantly.

1    BY MR. FRISCH:

2    Q     Do you recognize what I've put on the ELMO as Exhibit I?

3    A     I do, yes.

4    Q     And what is that?

5    A     That's my avatar.

6    Q     It's a picture of your avatar?

7    A     Yes.

8    Q     That appears when you tweet on your tweets; correct?

9    A     Correct.

10           MR. FRISCH:  All right, I offer Exhibit I.

11           THE COURT:  Any objection?

12           MR. GULLOTTA:  No, Your Honor.

13           THE COURT:  All right.  That's Defense Exhibit I.

14           I think that might be J; isn't it?

15           MR. FRISCH:  No, this is I.

16           THE COURTROOM DEPUTY:  J is already in.

17           THE COURT:  Okay, go ahead.

18           MR. FRISCH:  Thanks.

19           (Defense Exhibit I, was received in evidence.)

20    BY MR. FRISCH:

21    Q     Now, I want to go back to something I just asked you a

22    moment ago.

23    A     Sure.

24    Q     You're aware -- you're testifying here anonymously;

25    right?

1   A    Correct.

2   Q    And you heard the judge say that the Court has permitted

3   that; remember that?

4        THE COURT:  I don't actually think he was here when

5   I gave that instruction.

6        MR. FRISCH:  Thank you, Judge.

7   BY MR. FRISCH:

8   Q    In any event, it's your understanding that the Court is

9   permitting it; correct?

10  A    Yes.

11  Q    All right.

12       And before the Court permitted it, the Government

13  made an application for you to be able to testify anonymously;

14  is that right?

15  A    Yes.

16  Q    And is it your recollection that the Government made that

17  application on or about February 24th of this year?

18  A    It was around that time, yes.

19  Q    Okay.

20       Certainly it was sometime -- would you agree with me

21  it was in February of this year toward the latter part of that

22  month?

23  A    Yes.

24  Q    Do you recall tweeting -- do you still tweet,

25  Mr. Microchip?

MICROCHIP - CROSS - MR. FRISCH          572

1   A    No, not right now.

2   Q    Well, let me ask you this question.

3        On February 22nd of this year, do you recall

4   tweeting:  Good night.  I'm not coming back.  This is my final

5   tweet.  It's been fun.  I hope you have a good life.  I hope

6   you have good lives.  I wish that we could have been more than

7   e- friends, but this is the internet after all.

8   A    Yes, I remember doing that.

9        MR. FRISCH:  Let me show you Defense Exhibit P.

10  Q    And ask you if you recognize it?

11  A    Yes, I do.  Yes.

12  Q    Is that the tweet you sent out on February 22nd, 2023?

13  A    Yes.

14  Q    Two days before the Government -- about two days before

15  the Government made an application to the Court to permit you

16  to testify here anonymously; correct?

17  A    See, I don't know when they made that application, but it

18  was around that time, so sure.

19  Q    Fair enough.

20  A    Yeah.

21  Q    And the picture in the upper left, was that the avatar

22  you were using at the time?

23  A    Yes.

24  Q    Now, going back for a minute to 2016, when you were

25  tweeting hundreds of times a day - - I think you said as many

MICROCHIP - CROSS - MR. FRISCH                573

1    as 300, maybe more -- did you tweet about your use of

2    Adderall?

3    A    Oh, yes, yes.

4    Q    Multiple times; correct?

5    A    Yes.

6    Q    Did you tweet about your use of Adderall last month,

7    February 14th, 2023?

8    A    Yes, and that was a joke.

9    Q    Well, let me ask the question and we'll get to it.

10   A    Go for it.  Yes.

11           MR. FRISCH:  Let me show you what's been marked for

12   identification as Defense Exhibit Q.

13           THE WITNESS:  Oh, that, okay.

14   Q    Do you recognize that?

15   A    Yeah, but I didn't -- I don't think I tweeted this photo.

16    Somebody else tweeted that, but then I tweeted below it;

17   right?

18   Q    Do you recognize that as --

19   A    As what?

20   Q    -- as a photograph that you either created or tweeted?

21   A    Yes.  So I don't think I created this profile.  I think

22   somebody else did back in the day, years ago, probably 2016,

23   2017 , but I mean, it's an avatar that I used a few times,

24   yeah.

25           MR. FRISCH:  I offer Q.

1              THE COURT:  Any objection?

2              MR. GULLOTTA:  I object, Your Honor.  I don't think

3     the witness identified this as his profile picture.  I think

4     he said somebody else posted this and I also don't see the

5     relevance of it.

6              THE COURT:  Well, the objection is overruled.

7              (Defense Exhibit Q, was received in evidence.)

8     BY MR. FRISCH:

9     Q    So, sir, if you would look at Q.

10             And so is it your testimony that this picture is

11    from years ago and someone, essentially, tweeted or sent it to

12    you recently?

13    A    Yes.  So --

14    Q    Is that the case?

15    A    Well, people made avatars like this all the time and

16    sometimes I would use it, sometimes I didn't, but it -- yeah,

17    I thought that this was an especially funny one with the

18    Adderall bottle there.

19    Q    And at the bottom of this, you replied:  Nice, that's

20    also a good one; yeah?

21    A    Yes.

22    Q    That was you who did that?

23    A    Correct.

24    Q    And this is dated February 14, 2023; correct?

25    A    Looks like it, yes.

MICROCHIP - CROSS - MR. FRISCH                575

1   Q    For a period of your life, did you use illegal drugs?

2   A    Yeah.  There was a short period back in -- Jeez -- I

3   think 2002, 2003 , something like that.

4   Q    Is it -- is it a fact that you used illegal drugs from a

5   period from 2002  to 2014?

6   A    No.  I mean, that's -- that's a broad range.  No.

7        MR. FRISCH:  Give me one second.

8   Q    Do you recall one of your meetings with the Government

9   was July 15, 2021, or thereabouts?

10  A    Say that date again.

11  Q    July 15th, 2021.

12  A    Oh, yeah.  Yep.

13  Q    At that meeting, do you recall telling the Government you

14  had previously used drugs from approximately 2002 or 2003

15  until 2014?

16  A    No.  That's -- if that's what it says, that's incorrect.

17  Q    When you were using drugs, did you have a high use of

18  heroin?

19  A    That was – -

20  Q    Yes or no.

21  A    No.  There was some use of heroin, but not high.  It was

22  a one-off situation back in early 2000s.

23  Q    Do you remember that Agent Maegan Rees was at that

24  meeting?

25  A    I'm sure she was, yeah.

1    Q    Was she taking notes when you were speaking?

2    A    Yes.

3    Q    Are you familiar from this process that the agent types

4    up the notes into a typewritten interview report?

5    A    Yes.

6    Q    How many times have you met over the course of the past

7    few years, or over the course of your experience with the

8    Government with Agent Rees?

9    A    I don't know the exact count, but it was like Maegan was

10   on -- I don't know if she's still on the case, but Maegan was

11   in those calls from February 2021 through - - Jeez, I don't

12   know -- the start of 2022, something like that.

13   Q    Do you recall saying at that meeting that you used

14   methamphetamines?

15   A    Yes.  And that was a sporadic period again from the early

16   2000s.

17   Q    Do you recall saying at that meeting that you used

18   mushrooms?

19   A    Yes, that was the same date, time, yes.

20   Q    Do you recall saying at that meeting that you used

21   powdered cocaine?

22   A    Yep, same timeframe, early 2000s.

23   Q    Do you recall saying that you were addicted to

24   painkillers?

25   A    Yeah, same timeframe, early 2000s.

MICROCHIP - CROSS - MR. FRISCH                577

1   Q    Do you recall saying that you also used a testosterone

2   steroid called Testogel?

3   A    Testogel?  Yeah.  That was like -- the year 2001, yeah.

4   Q    Did you tweet about your use of Adderall on

5   February 20th, 2023?

6   A    Yes.

7         MR. FRISCH:  Let me show you what I will mark for

8   identification as Defense Exhibit R.  Let me get it nice and

9   focused.

10         THE WITNESS:  Right.

11         MR. FRISCH:  Take a second.

12         THE WITNESS:  Oh, I already know this tweet.

13   Q    Did you tweet this?

14   A    I did tweet that.

15         MR. FRISCH:  I offer R, Defense R.

16         THE COURT:  Any objection?

17         MR. GULLOTTA:  I don't see its relevance just from

18   reading the tweet, so I object --

19         THE WITNESS:   This is a --

20         THE COURT:  Hold on.

21         Objection overruled.

22         (Defense Exhibit R, was received in evidence.)

23   BY MR. FRISCH:

24   Q    Did you say in this tweet:  I'm now 36 hours into my

25   Adderall and ChatGPT marathon.

1          Did you say that?

2    A    I did.

3    Q    Do you know what ChatGPT is?

4    A    I do.

5    Q    What is it?

6    A    It's a generative AI; a generative artificial

7    intelligence using a language model.

8              MR. FRISCH:  Let me show you what I've marked for

9    identification as Defense S.

10             THE COURT:  Wait.

11             MR. FRISCH:  Oh, I'm sorry.

12             THE COURT:  Not yet.  You just have to wait.

13             MR. FRISCH:  I'm sorry.

14             THE COURT:  It's good.  It's good.

15             Go ahead.

16             MR. FRISCH:  I like the old way where I walk up and

17   back.  I make fewer mistakes.

18             THE COURT:  Can you put it up, Donna?

19             THE COURTROOM DEPUTY:  Okay.

20             It's just for the witness; yes?

21             MR. FRISCH:  Just for the witness.

22   BY MR. FRISCH:

23   Q    Do you recognize this one?

24   A    I do.

25   Q    Did you tweet this one?

1   A    I didn't tweet that.  That's my profile.

2   Q    That's your profile.

3   A    That's right.

4          MR. FRISCH:  I offer S.

5          THE COURT:  Any objection?

6          MR. GULLOTTA:  No objection.

7          THE COURT:  All right.  That will be in evidence.

8          (Defense Exhibit S, was received in evidence.)

9   Q    It says:  I drink Black Rifle coffee, wear a fishnet

10  trucker hat, have a Jesus tattoo, and inject testosterone.

11  George Santos and John Kirby Stan account pro- balloon.

12          Did you write that?

13  A    I did.

14  Q    By the way, "Stan" is a modern slang word for being a fan

15  of; is that fair?

16  A    Big fan of those two, yeah.

17  Q    Sir, one of the things that the Court is permitting in

18  connection with your anonymity here today is that we not

19  disclose the state where you live.

20          Do you understand that?

21  A    I do.

22  Q    In fact, you sent out a tweet a month ago on

23  February 20th, 2023, indicating the state where you lived;

24  true or false?

25  A    I would have to see the tweet.

1   Q    Before you do that --

2             MR. FRISCH:  May we approach?

3             MR. GULLOTTA:  Objection, Your Honor.

4             THE COURT:  Objection to approaching?

5             Let's have the court reporter come up.

6             (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE – SEALED          581

(Sealed Sidebar Conference.)



SIDEBAR CONFERENCE – SEALED                582



SIDEBAR CONFERENCE — SEALED

583



SIDEBAR CONFERENCE — SEALED                    584



5          (End of sidebar conference.)

6          (Continued on the next page.)

MICROCHIP – CROSS – MR. FRISCH                    585

1          (In open court.)

2          THE COURT:  Okay.  Those questions are stricken from

3     the record and the jury will disregard.

4     BY MR. FRISCH:

5     Q    Sir, just answer this question with a simple yes or no.

6     A    Sure.

7     Q    Am I correct that you do not live in the Eastern District

8     of New York?

9     A    I do not live here, that's right.

10    Q    Am I correct that you do not live in the greater New York

11    City metropolitan area?

12    A    Yeah, I don't.

13    Q    Thank you, sir.  I want to show you what I've marked for

14    identification as Defense U.  It is for only the witness.

15    Take a look at it.  I'm going to ask you if this is a tweet

16    and your response.

17    A    Yes, I recognize that, yeah.

18          MR. FRISCH:  I offer it.

19          THE COURT:  Is there any objection to this?

20          MR. GULLOTTA:  Again, I object to its relevance.  I

21    don't see the relevance.

22          THE COURT:  I don't see the relevance.

23          MR. FRISCH:  I would like to approach on this.

24          THE COURT:  All right.  Let's have the court

25    reporter come over for a sidebar.

1          (Continued on the next page.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    587

1            (Sidebar conference.)

2            MR. FRISCH:  Mr. Chip has decimated a number of

3    tweets where he says I have the crazy.  I'm a schizophrenic

4    rant.  My IQ is so high right now, you have no idea.  And the

5    last one is a doozy.

6            THE COURT:  May I see it?

7            MR. FRISCH:  Yes.

8            THE COURT:  I'm sure they've seen it.

9            MR. FRISCH:  No, they haven't.

10            MR. FRISCH:  I have to be able to use these.  It's

11    fair game if he wants to say he's joking.

12            THE COURT:  I'm permit it.

13            MR. PAULSEN:  It's fine.

14            (End of sidebar conference.)

15            (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

MICROCHIP - CROSS - MR. FRISCH                588

1          (In open court.)

2          THE COURT:  The objection is overruled.

3          MR. FRISCH:  Thank you, Judge.

4          (Defense Exhibit U, was received in evidence.)

5   BY MR. FRISCH:

6   Q    So in this one Christina Betten says:  Recovery from

7   mental illness and other types of disorders is possible

8   through self-determination when you learn how to manage your

9   symptoms, when you chose to not let them interfere with

10  leading a fulfilling life.  Many teens and young adults who

11  are often just anxious.

12         You respond:  I have the crazy.  Thanks for your

13  post.

14         Did you say that?

15  A    I did.

16         MR. FRISCH:  This is one just for the witness.

17         THE COURT:  You don't object to this, do you?

18         MR. GULLOTTA:  No, your Honor.

19         THE COURT:  So this is in evidence.  What is the

20  letter?

21         MR. FRISCH:  Defense X.

22         (Defense Exhibit X, was received in evidence.)

23  BY MR. FRISCH:

24  Q    Do you recognize this one?

25  A    Yes, I do.

MICROCHIP - CROSS - MR. FRISCH                    589

1    Q    This one is February 13, 2023.  You say:  3,109 crazy

2    tweets over two weeks.  What can I say, I'm insane, unfills,

3    don't shower, can barely take care of myself, hear voices,

4    talk to the walls, and can predict the future.

5              Did you say that?

6    A    I did.

7    Q    Sir, have there been times -- for how long have you been

8    diagnosed with ADHD?

9    A    Since around 2007.

10   Q    Are you familiar with the symptoms of Adderall addiction?

11   A    I guess so, sure.

12   Q    Is it your understanding that one of the symptoms of

13   Adderall addiction is talkativeness?

14             THE COURT:  Do you know the answer to that question?

15             THE WITNESS:  I mean, I know the answer but --

16   Q    If the answer yes or no.

17   A    Yes, for that.  But I'm talking about -- yes, I

18   understand, yes.

19   Q    By the way, when you were interviewed for that article by

20   Buzzfeed, the reporter described you as brilliant.  Did you

21   see that?

22   A    I don't recall, but okay.

23   Q    Do you agree with that?

24   A    I'm above average intelligence.

25   Q    Earlier when you were talking about 4chan, I think you

1    said it was intellectuals?

2    A    Yes.

3    Q    Do you consider yourself an intellectual?

4    A    I've made that statement before.  But it's -- 4chan is

5    used by intellectuals and by absolute idiots, so it's a dual

6    thing there.  I've made the statement that I'm an intellectual

7    before.  But that statement is a play on narcissism.  But yes,

8    I've said that.  But do I actually consider myself a thinking

9    intellectual who drives thought in the U.S.A.?  No.

10              MR. FRISCH:  Let me show you what I marked for

11    identification Defense W.

12              THE COURT:  You don't object to this coming in, do

13    you?

14              MR. GULLOTTA:  No, your Honor.

15              THE COURT:  That's in evidence.

16              (Defense Exhibit W, was received in evidence.)

17    Q    Do you recall saying on February 20:  My IQ is so high

18    right now you have no idea?

19    A    Yeah.

20              MR. FRISCH:  Your Honor, I'm nearing the end.  Can I

21    have one minute?

22              THE COURT:  Sure.

23    BY MR. FRISCH:

24    Q    Sir, earlier today you testified that you used bots,

25    correct?

1   A    Correct.

2   Q    And you used bots to create the false impression that you

3   had something interesting to say?

4   A    Yeah, uh-huh.

5   Q    You used bots to create the false impression that you had

6   something interesting to say because you might get the benefit

7   of people following you?

8   A    That's right.

9   Q    So you used essentially a false premise to see if people

10   would fall for it and follow what you were saying; is that

11   fair?

12   A    Yeah, that's how it originally started, yeah.

13           MR. FRISCH:  Sir, thank you very much.

14           THE WITNESS:  Thank you.

15           THE COURT:  I think now it makes sense to take a

16   break.  I'll excuse you for about ten minutes.  Please don't

17   talk about the case or look anything up.  But we'll see you in

18   ten minutes.

19           (Jury exits the courtroom.)

20           THE COURT:  Everybody can be seated.

21           The witness can step down.

22           (Whereupon, the witness steps down.)

23           THE COURT:  Anything before we break?

24           MR. GULLOTTA:  No, your Honor.

25           MR. FRISCH:  No.

1          THE COURT:  Just so you know, I do plan to, whenever

2     we finish today, whatever time that is, we'll break for the

3     day.  We won't begin tomorrow until 1:00 o'clock.  That will

4     give you -- I think there are a couple of things you want to

5     think about, so I take it we're not ready to discuss the

6     question of these 302s that you wrote about this morning,

7     correct?

8          MR. FRISCH:  Correct.

9          THE COURT:  So that's what we'll do.  The only

10    other -- I know I keep raising the charge, which nobody really

11    cares about at this moment, but have you had a chance to look

12    at it yet?  Not yet.

13         MR. FRISCH:  I think I did.  If you want to have a

14    charge conference this afternoon, I could take five minutes

15    and go over my notes.

16         THE COURT:  The other thing is, I could tell the

17    jury to come -- or we could come a little earlier here

18    tomorrow at 12:30 and then -- maybe we should come at noon to

19    discuss the other issues as well.  I want to be able to give

20    them a time.  So that's what we'll do.

21         Anything from the Government?

22         MR. GULLOTTA:  No.  Thank you, your Honor.

23         THE COURT:  I'll see you in ten minutes.

24         (Brief recess.)

25         THE COURT:  Are we ready for the witness?

1          MR. GULLOTTA:  Yes.

2          (Whereupon, the witness resumes the stand.)

3          (Jury enters the courtroom.)

4          THE COURTROOM DEPUTY:  Be seated.

5          THE COURT:  We're ready to continue with redirect

6    examination.

7          MR. GULLOTTA:  Yes, briefly, your Honor.

8    REDIRECT EXAMINATION

9    BY MR. GULLOTTA:

10   Q    On cross-examination, Micro, you were asked about your

11   use of bots, correct?

12   A    Correct.

13   Q    In 2016 when you tweeted your tweets that told people

14   they could vote by hashtag, did you use bots or did you post

15   those yourselves manually?

16   A    Those were posted manually.

17   Q    Back then, in 2016, you sincerely -- we heard a lot about

18   some of your tweets that are funny?

19   A    Yes.

20   Q    At that time, did you sincerely want Donald Trump to win?

21   A    Back in 2016?

22   Q    Correct.

23   A    Yeah, I wanted him to win.

24   Q    Did you sincerely want Hillary Clinton to lose?

25   A    I wanted to Hillary Clinton to lose more than I wanted

MICROCHIP - REDIRECT - MR. GULLOTTA                594

1    Donald Trump to win.

2    Q    When you posted these tweets telling her supporters to

3    vote by hashtag, were you sincerely hoping they would do that

4    and not vote correctly?

5    A    Yes.

6    Q    On cross-examination you were asked about a meeting I

7    guess about two years ago, April 2021, correct?

8    A    Right.

9    Q    At that time I think you were asked on cross-examination

10   if you said that you at least couldn't recall whether or not

11   you intended to trick people out of their votes?

12   A    Yes.

13   Q    That was about five years after the tweets?

14   A    Yes.

15   Q    Was that a remote meeting?

16   A    In April, that was April 2021?

17   Q    Correct.

18   A    Yes, remote.

19   Q    So over the computer or something like that?

20   A    WebEx.

21   Q    And more recently, have you met with the Government in

22   person?

23   A    I have, yes.

24   Q    During those meetings did you review pages and pages and

25   pages of your tweets and your direct messages?

1   A      I did.

2   Q      Did that help refresh your recollection of your intent at

3   the time in 2016?

4   A      That's exactly what it did, yes.

5   Q      So as you testify here today, is your memory of what you

6   were doing when you were tweeting in 2016 better than it was

7   in April of 2021?

8   A      Yes, very much so.

9          MR. GULLOTTA:  Ms. Parshad, can we pull up the plea

10  agreement, please.  We can look at paragraph four.

11         THE COURTROOM DEPUTY:  Is this --

12         MR. GULLOTTA:  The defense moved the plea agreement

13  into evidence.

14  BY MR. GULLOTTA:

15  Q      Micro, can you read the first sentence of paragraph four?

16  A      It says:  The defendant will provide truthful, complete,

17  and accurate information and will cooperate fully with the

18  office.  This cooperation will include, but is not limited to

19  the following.

20  Q      That's fine.  Is it your understanding that you have to

21  provide truthful information to the Government?

22  A      Correct.

23  Q      Can we look at paragraph nine, please.  Can you read that

24  paragraph, please?

25  A      The defendant must at all times give complete, truthful

MICROCHIP – REDIRECT – MR. GULLOTTA          596

1   and accurate information and testimony.  And must not commit

2   or attempt to commit any further crimes.  Should it be judged

3   by the office the defendant has failed to --

4               THE COURT:  Slow down.

5               THE WITNESS:  That's fine.  Do you want me to start

6   over?

7               THE COURT:  No.

8   A    Has intentionally given false, misleading or incomplete

9   information or testimony, has committed or attempted to commit

10  any further crimes, or has otherwise violated any provision of

11  this agreement, the defendant will not be released from his

12  plea of guilty, but this office will be released from its

13  obligations under this agreement, including, A, not to oppose

14  a downward adjustment of two levels for acceptance of

15  responsibility described in paragraph two above; and B, to

16  file the motion described in paragraph seven above.  Moreover,

17  this office may withdraw the motion described in paragraph

18  seven above if such motion has been filed prior to sentencing.

19  The defendant will also be subject to prosecution for any

20  felony criminal violation of which the office has knowledge;

21  including but not limited to, the criminal activity described

22  in paragraph five above, perjury, and obstruction of justice.

23  Q    You understand that you have to tell the truth according

24  to this agreement?

25  A    Correct.

MICROCHIP – REDIRECT – MR. GULLOTTA          597

1   Q    You were asked questions about your anonymity on

2   cross-examination.

3   A    Correct.

4   Q    And it was your understanding that in the recent month or

5   so the Government would file an application for you to testify

6   anonymously, correct?

7   A    Correct.

8   Q    Were you prepared to testify in this trial regardless of

9   whether that application was granted?

10  A    I mean, yeah.  I've gone through, going through the

11  information we've talked about the tweets, refreshing what is

12  going on.  Regardless of whether or not I was anonymous,

13  that's part of the agreement.

14  Q    So in other words, if the Court denied the request for

15  you to testify anonymously, you would still have to testify

16  here today and you planned to do that?

17  A    Oh, yes, yes.

18  Q    In the tweet in which you encouraged people to vote by

19  hashtag, you were wearing a MAGA hat in your profile picture,

20  correct?

21  A    Correct.

22  Q    Didn't you think that since the tweet was directed at

23  Clinton supporters that might tip them off it was a hoax in

24  someway?

25  A    It could.  But I have multiple strategies in doing

1    something like that.  Part of that was, a tweet like that

2    would be copied by somebody else and spread like wild fire.

3    That was the intention.  It doesn't really -- I want people to

4    see that tweet, obviously, but having that tweet out there

5    attached to a MAGA hat doesn't mean it will stay there.  My

6    intention, with all of this, was to spread that information as

7    far as it could go.  If somebody picked that up without a MAGA

8    hat or if a Clinton supporter picked that up, and say, I found

9    this thing, I guess we can vote by hashtag.

10              MR. GULLOTTA:  No further questions, your Honor.

11              THE COURT:  Any recross?

12              MR. FRISCH:  No, your Honor.

13              THE COURT:  Thank you so much.  The witness can step

14   down.

15              (Whereupon, the witness was excused.)

16              THE COURT:  Can I see the parties at sidebar for

17   scheduling.

18              (Continued on the next page.)

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                         599

1        (Sidebar conference.)

2        MR. FRISCH:  I want to say, it seems to me I really

3    want to keep all options open, even though it seems to me -- I

4    want to keep all options open in my review of these reports.

5    I suppose theoretically I can ask to put something on their

6    case.  So whether or not I'm going to ask for that, I rather

7    not foreclose that possibility.

8        THE COURT:  So we won't rest today.

9        MR. PAULSEN:  That's fine, your Honor.

10        THE COURT:  Just in terms of, I don't know if you

11    thought this far, motions at the end of the Government's case

12    and then motions at the end of the entire case.  Some people

13    like to put them off and do written, I don't know what your

14    preference is.

15        MR. FRISCH:  Given the time crunch and the number of

16    things that I have to do, make the motion to preserve it

17    subject to briefing at a later point, something like that.

18        THE COURT:  That's fine.

19        I like to know what we're going to do.  So the way I

20    see it, if they rest at some point tomorrow, depending on

21    whether someone else testifies, your plan is to put your

22    client on and that will probably happen tomorrow afternoon.

23        So I'm thinking rather than make people sum up and

24    charge on a Friday, I think what we would probably do is sum

25    and charge on Monday, just so nobody has to worry that they

SIDEBAR CONFERENCE                          600

1    have to work on their summations in addition to all other

2    things they have to do.  I think that schedule probably makes

3    sense.

4              MR. PAULSEN:  That's fine with the Government, your

5    Honor.

6              THE COURT:  I'm going to excuse the jury until one

7    tomorrow, but we'll meet at noon.

8              (End of sidebar conference.)

9              (Continued on the next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                601

1                (In open court.)

2                THE COURT:  We have reached the end of our witnesses

3    for today.  Tomorrow morning I have some matters to discuss

4    with counsel and I'd rather not have you waiting around for us

5    to finish.  So I'm going to have you come in at one tomorrow.

6    You shouldn't be concerned, we are making great time.  I'll

7    have you come in at one.

8                And then, obviously, the same instructions that I

9    give you every night, but they are just so important.  Please

10   don't look anything up.  Don't talk to anybody about the case.

11   And certainly don't let anyone talk to you about the case.

12               But do have a good night and enjoy the morning

13   tomorrow, and I'll see you at 1:00 o'clock.

14               (Jury exits the courtroom.)

15               THE COURT:  Everybody can have a seat.  We'll e-mail

16   everybody, I know you had requested an anonymity charge, we'll

17   e-mail that language to everybody as well.

18               Anything else before we break for the day?

19               MR. PAULSEN:  Not from the Government, your Honor.

20               MR. FRISCH:  No.  The plan is tomorrow is we're here

21   at noon for charge conference, defense case.  If it's

22   concluded tomorrow, Friday is non-court date, and then

23   summations Monday.  Am I getting that right?

24               THE COURT:  My assumption is that whatever happens

25   tomorrow might go into Friday.  I guess we can revisit that if

PROCEEDINGS                              602

1    things happen quickly.  I've been doing this a little while, I

2    would be shocked if we finished in the afternoon, but stranger

3    things have happened.

4           MR. FRISCH:  I think it's unlikely.  And moreover, I

5    don't want to I think -- we all appreciate knowing that we're

6    summing up Monday as opposed to working tonight.

7           THE COURT:  I think that's right.  Believe it or

8    not, I used to do this.  So I think although sometimes you

9    want it to be over by the weekend, but I think the plan will

10   be to sum and charge on Monday.  If that means we don't meet

11   on Friday, we'll have to live with it.  Who knows.  That's the

12   schedule.  I promise I won't change it on you.

13          Anything else to raise?

14          MR. PAULSEN:  No, your Honor.

15          MR. FRISCH:  If I can raise one issue.  Judge

16   Garaufis ruled with regard to co-conspirator statements.  As

17   it usually happens, the Government puts them in subject to

18   tying it up, or whatever the right word, is subject to

19   connecting it.

20          THE COURT:  Right.

21          MR. FRISCH:  I don't think -- the witness through

22   whom they had the opportunity to do it is the witness who is

23   now off the stand.

24          THE COURT:  Uh-huh.

25          MR. FRISCH:  I have to go back and think through

PROCEEDINGS                              603

1    what he testified to, but I think there is a whole lot of

2    stuff that is now in the record that is not connected up, that

3    is not the statement of people identified as co-conspirators.

4    It could well be that the Court's ruling is going to be, if

5    you're in this room you're a co-conspirator.  If that's the

6    ruling, I think your Honor has to make that ruling.  I don't

7    think that's right.  But I think we have to resolve whether or

8    not the statements provisionally admitted as co-conspirator

9    statements have been connected up.

10              THE COURT:  Do you have anything to say about this

11   at this point?

12              MR. PAULSEN:  Whatever your Honor's preference is.

13   We can argue it now or tomorrow.

14              THE COURT:  You can argue it tomorrow.  I think I

15   would have to look at the testimony any way.  We can argue it

16   tomorrow.

17              Anything else?

18              MR. FRISCH:  No.

19              MR. PAULSEN:  No, your Honor.

20              THE COURT:  Have a good night everybody.

21              (Proceedings to resume on March 23, 2023 at 12:00

22   p.m.)

23

24

25

*Rivka Teich CSR RPR RMR FCRR*
*Official Court Reporter*

604

1                              I N D E X

2   WITNESS                                   PAGE

3   **ANTHONY CUNDER**

4   DIRECT EXAMINATION     BY MR. PAULSEN      409

5   CROSS-EXAMINATION      BY MR. FRISCH       462

6

    **MICROCHIP**
7
    DIRECT EXAMINATION     BY MR. GULLOTTA     479
8
    CROSS-EXAMINATION      BY MR. FRISCH       514
9
    REDIRECT EXAMINATION   BY MR. GULLOTTA     593
10

11  E X H I B I T S

12  GOVERNMENT                                PAGE

13  410, 420, 430, 200, 421                    411

14  DEFENSE                                   PAGE

15  H                                          526

16  J                                          548

17  EE                                         550

18  I                                          570

19  Q                                          574

20  R                                          577

21  S                                          579

22  U                                          588

23  X                                          588

24  W                                          590

25