The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

May 2, 2023

The Honorable Ann M. Donnelly
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

  *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

  Upon consultation with the government and without its objection, I write respectfully to request a short additional adjustment for briefing of post-verdict motions, as follows:

  May 10  Mr. Mackey's motions;

  June 7  The government's response;

  June 21  Mr. Mackey's reply.

  I make this request because my recent commitments have prevented me from devoting time to completing my work on the motions. Over the past week alone, I have had two sentences (before Judges Korman and Broderick), the first part of a contentious fact-finding hearing, and an out-of-town trip.

  I appreciate the Court's consideration.

          Respectfully submitted,

          */s/ Andrew J. Frisch*
          Andrew J. Frisch

cc: U.S. Attorney's Office