The Law Offices of
## ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

May 11, 2023

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

On behalf of Mr. Mackey, I write to request that the Court modify his travel restrictions to permit him to travel this weekend with his wife to Tampa (departing his home in Florida for Tampa on Saturday and returning home on Sunday) for a baby shower. The government does not object. Pretrial Services in Florida where Mr. Mackey resides defers to Pretrial Services in this District. For out-of-town supervisees not assigned a particular officer in this District, Pretrial Services in this District has an email address to solicit its position on applications like this one, but Pretrial Services in this District can be slow to respond to such emails, and has not responded to Mr. Mackey's email. I am aware of no circumstance that would even arguably support denial of this request.

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch

cc: U.S. Attorney's Office