

**Ricky Vaughn**
@ReturnofRV

2016 was the Shitposting Election. It's been such a pleasure to be with you all. #ImVotingBecause let's make America great again.
https://t.co/MuEWhWKp4G

6:54 AM – 8 Nov 2016

RETWEETS   FAVORITES