

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

EDP
F. #2018R02250

June 1, 2023

<u>By ECF and Email</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>United States v. Douglass Mackey</u>
          <u>Criminal Docket No. 21-080 (NGG)</u>

Dear Judge Donnelly:

      The government respectfully requests a brief continuance of the date by which it must respond to the defendant's "Motion to Dismiss/Motion to Set Aside the Verdict" ("the Motion"), filed on May 12, 2023 (ECF Dkt. No. 134). On March 31, 2023, the Court set a briefing schedule relating to the Motion and the government's response. The government had no objection to the defendant's subsequent requests for continuances relating to the filing of the Motion (ECF Dkt. Nos. 122, 127 & 131), but now finds that the adjusted briefing deadlines conflict with the schedules of the undersigned and his co-counsel. Accordingly, the government respectfully requests permission to submit its response to the Motion on June 21, 2023, a continuance of two weeks from the current deadline of June 7, 2023. Defendant by his counsel Andrew Frisch has no objection to the government's request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:     /s/
      Erik D. Paulsen
      Assistant U.S. Attorney
      (718) 254-6135

Cc: Andrew Frisch, Esq. (by ECF)