## Exhibit J

### Chronology of the Government's Non-Disclosures for Mr. Microchip

| | |
|---|---|
| 2021 - February 23, 2023 | Mr. Microchip made disclosures to the government in interviews, detailed in Mr. Mackey's initial brief at 9-10, including (1) his fear that his business, and therefore his ability to pay his debts to the IRS and in bankruptcy, would be jeopardized if his real name were ever disclosed; (2) his status as a [purportedly recovered] drug addict; and (3) his offer to work for the FBI for free because the FBI provided him a "structure" that was "valuable;" |
| February 1-21, 2023 | Microchip tweeted, among other things [*see* Mackey Br at 10-11], that he was "insane," had "the crazy," was "on pills," and at one point "36 hours into my Adderall . . . marathon" [DX R, S, T, U, X]; |
| February 22, 2023 | The government does not deny that it directed Mr. Microchip to stop tweeting, a direction with which he complied, advising in a final tweet, "I'm not coming back, this is my final tweet" [DX P]; |
| February 24, 2023 | The government moved Judge Garaufis for Mr. Microchip's protection without disclosing (1) his tweets from the preceding weeks that it had directed him to stop two days before; and (2) the information disclosed in interviews described above; |
| February 27, 2023 | The government began making disclosures under the Jencks Act, but not for Mr. Microchip; |
| March 8, 2023 | Judge Garaufis granted the government's application for Mr. Microchip, expressly relying on the government's representation that it had complied with its constitutional obligations under *Brady* and *Giglio* [Docket No. 82 at 10]; |
| March 10, 2023 | The government began making disclosures for Mr. Microchip under the Jencks Act, explaining that the disclosures were delayed because "everything got backed up a bit" [Exhibit D]; |
| March 24, 2023 | During its direct examination of Mr. Microchip, the government fronted none of his tweets from February 2023 and objected to DX R ("I'm now 36 hours into my Adderall . . . marathon"), explaining, "I don't see its relevance *just from reading the tweet*" [T 577 (emphasis added)], as if seeing it for the first time. |