The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
646-349-7660

July 14, 2023

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

I just received notice of the Court's rescheduling of sentencing to October 4, 2023. With apologies for the inconvenience, I will be out of town from October 4 to 6, 2023. I am available the remainder of October (and late September except for September 28 and 29).

I appreciate the Court's consideration.

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch

cc: United States Attorney's Office