

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| EDP<br>F. #2018R02250 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

August 2, 2023

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Douglass Mackey, 21-CR-80

Dear Judge Donnelly:

The government writes to respectfully request that the undersigned be permitted to appear telephonically during the oral argument currently scheduled for August 3, 2023 at 9:30 a.m., due to an unexpected illness. The government expects that both F. Turner Buford and William Gullotta will be able to participate in person. Relatedly, the government has no objection to the defendant Douglass Mackey also appearing by telephone.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:      /s/
        Erik D. Paulsen
        Assistant U.S. Attorney
        (718) 254-6135

CC: Andrew Frisch, Esq (by email)