

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB
F. #2018R02250

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 9, 2023

<u>By ECF and Email</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   Re: United States v. Douglass Mackey
     <u>Criminal Docket No. 21-080 (AMD)</u>

Dear Judge Donnelly:

  The government writes respectfully to advise the Court that it has conferred with defense counsel and that the parties can be available for oral argument on the defendant's post-trial motions on either August 25, 2023 or September 7, 2023, if either date is convenient for the Court.  The parties are continuing to confer concerning additional dates during the week beginning on September 11, 2023 and will advise the Court in a

supplemental letter as to possible dates that week.  Thank you for the Court's attention to this matter.

                                          Respectfully submitted,

                                          BREON PEACE
                                          United States Attorney

                                          COREY R. AMUNDSON
                                          Chief, Criminal Division
                                          Public Integrity Section

By:    /s/
                                          Erik D. Paulsen
                                          F. Turner Buford
                                          Assistant U.S. Attorneys
                                          (718) 254-7000

                                          William J. Gullotta
                                          Trial Attorney
                                          (202) 514-0047

cc:    Andrew J. Frisch, Esq. (by ECF and Email)