1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,    : 21-CR-80(NGG)
                             :
                             :
       -against-             :
                             : United States Courthouse
                             : Brooklyn, New York
                             :
DOUGLASS MACKEY,             :
                             : Wednesday November 10, 2021
           Defendant.        : 3:00 p.m.


- - - - - - - - - - - - - - X

```
    TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
        BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
        UNITED STATES SENIOR DISTRICT COURT JUDGE
```

A P P E A R A N C E S:

For the Government:    BREON S. PEACE UNITED STATES ATTORNEY
                       EASTERN DISTRICT OF NEW YORK
                          271 Cadman Plaza East
                          Brooklyn, New York 11201
                       BY:ERIK D. PAULSEN
                          OLATOKUNBO OLANIYAN
                          Assistants United States Attorney

                       DEPARTMENT OF JUSTICE - CRIMINAL
                          1331 F Street NW - Suite 300
                          Washington, D.C. 20004
                       BY:WILLIAM J. GULLOTTA, ESQ.

For the Defendant:     TOR EKELAND, PC
                          195 Plymouth Street - Fifth Floor
                          Brooklyn, New York 11201
                       BY:TOR WERNHARD EKELAND, ESQ.
                          MICHAEL HASSARD, ESQ.
                          CORINNE MULLEN, ESQ.

Court Reporter:        LINDA A. MARINO, OFFICIAL COURT REPORTER
                       225 Cadman Plaza East/Brooklyn, NY 11201
                       lindacsr@aol.com
Proceedings recorded by mechanical stenography, transcript
produced by Computer-Aided Transcription.

*Proceedings* 2

1     THE COURTROOM DEPUTY:  Criminal cause for a status
2  conference, United States v. Mackey.
3     Beginning with the Government, please state your
4  appearances for the record.
5     MR. PAULSEN:  Good afternoon, your Honor.  Eric
6  Paulsen, Bill Gullotta, and Olatokunbo Olaniyan for the U.S.
7  Government.
8     THE COURT:  Good afternoon.
9     MS. MULLEN:  Good afternoon, your Honor.  Corinne
10 Mullen, Tor Ekeland, Michael Hassard for Defendant Douglas
11 Mackey, who's present.
12    THE COURT:  Good afternoon, everybody.
13    And the Defendant, Mr. Mackey, can you hear me?
14    THE DEFENDANT:  Good afternoon, your Honor.  I can
15 hear you loud and clear.
16    THE COURT:  Thank you very much.
17    All right.  I received a letter regarding next
18 steps, but I thought that it would be useful just to
19 memorialize this in a status conference with you.
20    Let me hear from the Government first, Mr. Paulsen.
21    MR. PAULSEN:  Yes, your Honor.
22    We all met together a little less than a month ago.
23 We had informed the Court that the parties had been conferring
24 about the various motions that we believed would be filed by
25 the defense in this case; first, the bill of particulars, and

1  then, after that, a motion to dismiss.

2           I do believe, based on these meetings, that we have
3  narrowed the issues that the defense is going to raise.  We
4  then discussed possible scheduling, and that's the schedule
5  that was reflected in the letter that was sent to your Honor.

6           The next motion is the Defendant's, so I don't want
7  to speak for them.  I know that this is their motion.

8           THE COURT:  I understand that, but I just wanted you
9  to outline the context of what we're doing here today.

10          MR. PAULSEN:  Yes, sir.

11          THE COURT:  And the proposal, that, I take it, has
12  been agreed to by the parties for a motion requesting a bill
13  of particulars, Mr. Ekeland, does that still stand; you're
14  requesting this motion?

15          MR. EKELAND:  Yes, your Honor.

16          THE COURT:  I'm sorry, who is going to speak?

17          MS. MULLEN:  Your Honor --

18          THE COURT:  Yes, Ms. Mullen.  That's fine.

19          January 10, 2022, for further motion for a bill of
20  particulars; February 8, 2022, for the Government's
21  opposition; February 14, 2022, for the Defendant's reply; and
22  then I'll have oral argument on the motion on February 18 at
23  3 p.m.

24          Is that agreeable to everybody?

25          MS. MULLEN:  Yes, your Honor.

*Proceedings* 4

1         MR. PAULSEN: Your Honor?

2         THE COURT: Yes.

3         MR. PAULSEN: I'm sorry to interrupt. I believe I'm
4 on trial from the 14th to the 18th that week. It's a felon in
5 possession trial which I think will resolve itself within a
6 week.

7         Is it possible to do the week after the 14th?

8         THE COURT: Sure. Just give me a moment, please.

9         Let's make it Friday, February 25, at 10 a.m.

10         MS. MULLEN: Thank you, your Honor.

11         MR. PAULSEN: Thank you for the accommodation, your
12 Honor.

13         THE COURT: That's fine.

14         I'm happy to set a schedule for the motion to
15 dismiss as well. We can always change the schedule if the
16 parties find that the time is too little between the decision
17 on the bill of particulars and the motion practice on the
18 motion to dismiss.

19         March 23 -- let's make it March 25, rather, Friday,
20 for the motion; April 22 for the opposition; and May 6 for the
21 reply, if any; and then May 12 at 9 a.m. for the oral
22 argument. May 12 at 9 a.m. for oral argument.

23         MS. MULLEN: Thank you, your Honor.

24         MR. PAULSEN: I don't believe I caught the time for
25 the oral argument on February 25; could you give that again?

*Linda A. Marino, Official Court Reporter*

*Proceedings* 5

I apologize.

MS. MULLEN:  Ten.

MR. PAULSEN:  Thank you very much.

THE COURT:  Thank you.

So, what else do we have to do today?

Is there anything else from the Government for today?

MS. MULLEN:  No, Judge.

THE COURT:  The Government?

MR. PAULSEN:  Yes, your Honor.

The only additional matter for the Government is that given the continuing trial preparations and the pending motions that your Honor has now set, we would ask that the Court exclude time.

I don't know if your Honor would like to exclude time to just the end of the bill of particulars and then we would do it again for the motion to dismiss.

THE COURT:  I prefer to do it until May 12 so we don't have to do it twice, unless there's an objection from the defense.

MS. MULLEN:  There's no objection, your Honor.

THE COURT:  Time is excluded under the *Speedy Trial Act* in the interest of justice on consent of the parties between today and May 12, 2022, for motion practice, plea negotiations, and review of discovery, and it's so ordered.

*Linda A. Marino, Official Court Reporter*

*Proceedings* 6

1      Is there anything else for this afternoon from the
2  Government?
3      MR. PAULSEN:  No, your Honor.  Thank you.
4      THE COURT:  Ms. Mullen, is there anything else from
5  the defense?
6      MS. MULLEN:  No, Judge.  Thank you.
7      THE COURT:  Mr. Mackey, we'll see you.  All of these
8  oral arguments are in person, so we'll see you on February 18
9  at 3 p.m.
10     Is that the date we set?
11     MR. PAULSEN:  February 25 at 10, your Honor.
12     THE COURT:  February 25 at 10 a.m.
13     Do you understand, sir?
14     THE DEFENDANT:  Yes, your Honor.
15     THE COURT:  Okay.  Thank you, everybody.  Have a
16 good day, have a good holiday, stay safe.  If you're not
17 vaccinated, please get vaccinated.  In my courtroom, everyone
18 has to be vaccinated except for a defendant, so just bear that
19 in mind.
20     Thank you very much.
21     MR. PAULSEN:  Thank you, your Honor.
22     MS. MULLEN:  Thank you very much, your Honor.
23     MR. EKELAND:  Thank you, your Honor.
24
25     (Matter concluded.)

*I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.*
    /s/ Linda A. Marino    November 1, 2023