1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,         : 21-CR-00080(NGG)
                                  :
                                  :
        -against-                 : United States Courthouse
                                  : Brooklyn, New York
                                  :
                                  :
                                  : Wednesday, September 8, 2021
DOUGLASS MACKEY,                  : 2:30 p.m.
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - X
```

TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE VIA VIDEO
BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

For the Government:  JACQUELYN M. KASULIS, ESQ.
                       Acting United States Attorney
                       Eastern District of New York
                       271 Cadman Plaza East
                       Brooklyn, New York 11201
                  BY:  ERIK D. PAULSEN, ESQ.
                       OLATOKUNBO OLANIYAN, ESQ.
                       Assistant United States Attorneys

For the Defendant:   TOR EKELAND, P.C.
                       195 Plymouth Street
                       Fifth Floor
                       Brooklyn, New York 11201
                  BY:  TOR BERNHARD EKELAND, ESQ.
                       MICHAEL HASSARD, ESQ.
                       CORINNE MULLEN, ESQ.

Court Reporter:  Stacy A. Mace, RMR, CRR, RPR, CCR
                 Official Court Reporter
                 E-mail: SMaceRPR@gmail.com

Proceedings recorded by computerized stenography.  Transcript produced by Computer-aided Transcription.

```
                    Proceedings - Via Videoconference                2
```

1                       (In open court.)

2                  (All participants via teleconference.)

3                  (Judge NICHOLAS G. GARAUFIS presiding.)

4              THE COURTROOM DEPUTY:  This is United States versus

5    Mackey.

6              Beginning with the Government, please state your

7    appearances for the record.

8              MR. PAULSEN:  Good afternoon, Your Honor.

9              Erik Paulsen for the United States government.  And

10   I'm joined by Olatokunbo Olaniyan, also from the U.S.

11   Attorney's office.

12             THE COURT:  Good afternoon.

13             And for the defendant.

14             MR. EKELAND:  Good afternoon, Your Honor.

15             Tor Ekeland, Corinne Mullen and Michael Hassard for

16   defendant Douglass Mackey, who is present.

17             THE COURT:  All right, good afternoon.

18             And, Mr. Mackey, good afternoon, sir.

19             THE DEFENDANT:  Good afternoon, Your Honor.

20             THE COURT:  All right, let me hear from the

21   Government on the status of the matter.

22             MR. PAULSEN:  Yes, Your Honor.

23             The Government has been turning over discovery,

24   which I understand that defense counsel is both processing and

25   reviewing.  We have scheduled a meeting between the Government

1  and defense counsel for later this week, at which point we are
2  going to discuss the trajectory of the case, any motions that
3  might be filed, and so we can give a more proper outline to
4  Your Honor of what sort of schedule will be required.
5          I believe the parties will be jointly requesting
6  about thirty days to complete those discussions, at which
7  point when we reappear before Your Honor, I believe we can
8  request a briefing schedule and give Your Honor an accurate
9  sense of what will be needed.
10         THE COURT:  All right.
11         Let me hear from the defense.  Is that agreeable?
12         MR. EKELAND:  Yes, Your Honor, that's correct.  And
13 Mr. Paulsen and I have had a long discussion yesterday and
14 that's all agreeable to the defense.
15         THE COURT:  All right.
16         How is Tuesday, October 12th at 11:00 a.m. for a
17 status conference?
18         MR. PAULSEN:  That's fine with the Government, Your
19 Honor.
20         MR. EKELAND:  That's fine with the defense, Your
21 Honor.
22         THE COURT:  All right.
23         And is there an application from the Government?
24         MR. PAULSEN:  There is, Your Honor.
25         In light of the ongoing negotiations and the

1   complexity of this case, we would ask that the time between
2   now and October 12th be excluded as the time by which a trial
3   would need to take place.
4           THE COURT:  Mr. Ekeland.
5           MR. EKELAND:  Yes.  We agree with the Government and
6   for the same extension of time and for the same reasons.
7           THE COURT:  All right.  Well, time is excluded under
8   the Speedy Trial Act between today and October 12th, 2021, in
9   the interest of justice on consent the parties for review of
10  discovery and plea negotiations.
11          We will see you on October 12th, Mr. Mackey.
12          Do you understand?
13          THE DEFENDANT:  Yes, Your Honor.
14          THE COURT:  And it will be a video conference.
15          THE DEFENDANT:  Yes, Your Honor.
16          THE COURT:  Thank you, everyone.  Have a nice day.
17          THE DEFENDANT:  One -- if I might.
18          MR. EKELAND:  Your Honor, we have one housekeeping
19  request that we've discussed with the Government, and
20  Mr. Mackey would like to be able to travel to the District of
21  Vermont to see his family and, you know, with permission of
22  his PO, and the Government has said that they don't object to
23  that.  So, we just would like to ask the Court to modify his
24  terms of release to include travel to the District of Vermont
25  for the purposes of visiting his family.

Proceedings - Via Videoconference 5

1  THE COURT: And for how long would that be?
2  MR. EKELAND: Mr. Mackey can answer that question.
3  THE DEFENDANT: So, I don't have -- currently have
4  plans to visit them. We just wanted to extend the travel
5  region, so to speak.
6  THE COURT: What are the current travel
7  restrictions? Just remind me.
8  THE DEFENDANT: Yes, Your Honor.
9  They are to the Southern District of Florida and the
10 Eastern District of New York.
11 THE COURT: And you want to add the District of
12 Vermont?
13 THE DEFENDANT: Yes, Your Honor.
14 THE COURT: On an open-ended basis?
15 THE DEFENDANT: Yes, Your Honor.
16 THE COURT: Yes, the Court consents to that, but
17 before going to Vermont, you need to contact your Pretrial
18 Services officer to inform the officer of when you are going
19 and where you will be and for how long, and that way there
20 will be some record of your comings and goings to Vermont,
21 which I would add is in the Second Circuit.
22 So, it is part of our circuit and I don't have a
23 problem with it. As long as it is for family visitation, it's
24 fine.
25 THE DEFENDANT: Thank you, Your Honor.

1        THE COURT:  You're welcome.

2        Have a lovely day, everybody.  Take care.

3        MR. HASSARD:  Thank you, Your Honor.

4        MR. PAULSEN:  Thank you, Your Honor.

5        MS. MULLEN:  Thank you, Your Honor.

6        MR. EKELAND:  Thank you, Your Honor.

7        (Matter adjourned.)

11                   *     *     *     *     *

13   I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.

15      /s/ Stacy A. Mace                    November 2, 2023
     ─────────────────────────────────    ─────────────────────
16         STACY A. MACE                           DATE