1

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
 2  -------------------------------x
                                          21-CR-80(NGG)
 3  UNITED STATES OF AMERICA,
                                          United States Courthouse
 4                                        Brooklyn, New York

 5          -versus-                      October 12, 2021
                                          11:00 a.m.
 6  DOUGLASS MACKEY,

 7              Defendant.

 8  -------------------------------x

 9         TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
              BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
10                 UNITED STATES SENIOR DISTRICT JUDGE

11  APPEARANCES

12  For the Government:       UNITED STATES ATTORNEY'S OFFICE
                              Eastern District of New York
13                            271 Cadman Plaza East
                              Brooklyn, New York 11201
14                            BY:  ERIK PAULSEN, ESQ.
                                   WILLIAM GULLOTTA, ESQ.
15                            Assistant United States Attorneys

16  For the Defendant:        BY:  CORINNE MULLEN, ESQ.
                                   TOR EKELAND, ESQ.
17                                 MICHAEL HASSARD, ESQ.

18


19
    Court Reporter:           Rivka Teich, CSR, RPR, RMR, FCRR
20                            Phone:  718-613-2268
                              Email:  RivkaTeich@gmail.com
21
    Proceedings recorded by mechanical stenography.  Transcript
22  produced by computer-aided transcription.

23

24

25


                      Rivka Teich CSR RPR RMR FCRR
                         Official Court Reporter
```

STATUS CONFERENCE

1   (Video Conference.)

2   THE COURTROOM DEPUTY: All Rise.  Criminal cause for
3   status conference United States V. Mackey.
4   Beginning with the Government, state your
5   appearances for the record.
6   MR. PAULSEN: Good morning, your Honor.  Eric
7   Paulsen and Bill Gullotta for the United States.
8   MS. MULLEN: Good morning, your Honor.  Corinne
9   Mullen, Tor Ekeland, and Michael Hassard for defendant,
10  Mr. Mackey who is present.
11  THE COURT: I'm looking for Mr. Mackey, just waive.
12  THE DEFENDANT: How are you, your Honor?
13  THE COURT: There you are, okay.
14  Let me hear from the Government first on the status
15  of this case.
16  MR. PAULSEN: Yes, your Honor.  Since the last
17  status conference the parties have been meeting both in-person
18  and telephonically in an attempt to narrow the issues before
19  we begin our briefing schedule.  We anticipate defense counsel
20  is going to file a Bill of Particulars shortly.  But we are
21  attempting to narrow the issues as much as possible, both for
22  efficiency sake and pursuant to the local rule.  I believe
23  we've come to an arrangement on which portions are contested,
24  on all but one issue, which the Government is just taking one
25  final look at.

3

STATUS CONFERENCE

1  My request, and I believe this is a joint request
2  with the parties, is if your Honor could set one further
3  status conference about a month from now with the
4  understanding and expectation that we'll write the Court
5  collectively before then requesting a briefing schedule once
6  we finalized which issues are still in play.
7  MS. MULLEN:  That's correct, your Honor.
8  THE COURT:  I will set a date for a status
9  conference in approximately one month, before which I will
10  expect to have a letter from the parties which jointly request
11  a briefing schedule.
12  Mr. Paulsen, that's what you're saying?
13  MR. PAULSEN:  That's exactly right, your Honor.
14  THE COURT:  Just one minute.  Wednesday,
15  November 10, at 3:00 p.m. for a status conference.
16  MR. PAULSEN:  That's fine with the Government.
17  THE COURT:  Is that agreeable to the defense?
18  MS. MULLEN:  Yes, it is your Honor.  Thank you.
19  THE COURT:  Is there an application from the
20  Government?
21  MR. PAULSEN:  Yes, your Honor.  In light of the
22  complexity of the case and the trial preparations to date, we
23  would ask the time between now and November 10 be excluded.
24  THE COURT:  That's agreeable to you, Ms. Mullen?
25  MS. MULLEN:  Yes, it is your Honor.  Thank you.

Rivka Teich CSR RPR RMR FCRR
Official Court Reporter

STATUS CONFERENCE

1   THE COURT: We'll have this conference as we have
2 today by videoconference. If you've reached an agreement on
3 the scheduling of motion practice before that time, it's
4 possible that we won't need the conference and we'll just go
5 right into motion practice. But I'm going to schedule the
6 status conference just to be sure. And you can always ask for
7 the motion conference to be adjourned until an oral argument
8 on the motions. And work with my courtroom deputy on setting
9 a date for oral argument once you have a date for briefing.
10   Time is excluded between today and the November 10
11 in the interest of justice for continuation of trial
12 preparation and possible motions to be made on consent of the
13 parties.
14   We'll see you, Mr. Mackey, on November 10. We'll be
15 doing that by videoconference, do you understand?
16   THE DEFENDANT: Yes, your Honor. Thank you.
17   THE COURT: Thank you very much everyone. Have a
18 nice day.
19   (Whereupon, the matter was concluded.)
20   *   *   *   *   *
21 I certify that the foregoing is a correct transcript from the
   record of proceedings in the above-entitled matter.
22
23 */s/ Rivka Teich*
   Rivka Teich, CSR RPR RMR FCRR
24 Official Court Reporter
   Eastern District of New York
25

Rivka Teich CSR RPR RMR FCRR
Official Court Reporter