The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

April 3, 2024

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

      I submit this letter on Mr. Mackey's behalf to request that his travel restrictions be modified to permit him to travel from his home in Florida to Maryland from April 9 to 11, 2024, for a filmed press interview. Both the government and Pretrial Services have advised me that they do not object to this request. The details of the travel (flights and lodging) have been provided to Pretrial Services.

      We appreciate the Court's consideration.

      Respectfully submitted,

      */s/ Andrew J. Frisch*
      Andrew J. Frisch

cc: U.S. Attorney's Office