1001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,           : 21-CR-80(AMD)
                                    :
                                    :
                                    : United States Courthouse
                                    : Brooklyn, New York
     -against-                      :
                                    :
                                    :
                                    : Friday, March 31, 2023
                                    : 9:00 A.M.
DOUGLASS MACKEY,                    :
                                    :
          Defendant.                :
                                    :
- - - - - - - - - - - - - - - -X

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE JUDGE ANN DONNELLY

A P P E A R A N C E S:

For the Government:   UNITED STATES ATTORNEY'S OFFICE
                      Eastern District of New York
                      271 Cadman Plaza East
                      Brooklyn, New York 11201
                      BY: ERIK PAULSEN, ESQ.
                          F. TURNER BUFORD, ESQ.
                          Assistant United States Attorneys

For the Defendant:    LAW OFFICE OF ANDREW J. FRISCH
                      Attorney for the Defendant -
                      DOUGLASS MACKEY
                      40 Fulton Street
                      23rd Floor
                      New York, New York 10038
                      BY: ANDREW J. FRISCH, ESQ.


Official Court Reporter:  ToniAnn Lucatorto, RPR, RMR, CRR
                          Telephone: (718) 613-2601
                          E-mail:
ToniAnnLucatorto@gmail.com

Proceedings recorded by computerized stenography.
Transcript produced by Computer-aided Transcription.

Jury Trial                                         1002

1        (In open court.)
2        (JUDGE ANN DONNELLY enters the courtroom.)
3        COURTROOM DEPUTY:  All rise.
4        THE COURT:  Please be seated.
5        Okay.  We have received a note from the jury.
6   Reads; dear Judge Donnelly, we have reached a verdict and
7   it's signed by the foreperson.  It will be Court Exhibit
8   Number 9, and it's dated 3:50 P.M. today.  So unless there's
9   anything further, we'll bring in the jurors.
10       MR. FRISCH:  No, your Honor.
11       MR. GULLOTTA:  No, your Honor.
12       (Court's Exhibit 9 received in evidence.)
13       (The jury enters the courtroom at 4:02 p.m.)
14       THE COURTROOM DEPUTY:  You may be seated.
15       THE COURT:  The deputy is just getting the verdict
16  sheet.
17       Ladies and gentlemen, I have received your note
18  from today at 3:50 P.M. and it reads:  Dear Judge Donnelly,
19  we have reached a verdict, and it's signed by your
20  foreperson.
21       I'm going to ask Ms. Greene to take the verdict.
22       THE COURTROOM DEPUTY:  Would the foreperson please
23  stand.
24       On sole count of the indictment, how do you find
25  the defendant, Douglass Mackey?

1              THE FOREPERSON:  Guilty.
2              THE COURT:  All right.  Would either side like the
3     jury polled.
4              MR. FRISCH:  Yes.
5              THE COURTROOM DEPUTY:  Juror Number One, is that
6     your verdict?
7              JUROR NUMBER ONE:  Yes.
8              THE COURTROOM DEPUTY:  Juror Number Two, is that
9     your verdict?
10             JUROR NUMBER TWO:  Yes.
11             THE COURTROOM DEPUTY:  Juror Number Three, is that
12    your verdict?
13             JUROR NUMBER THREE:  Yes.
14             THE COURTROOM DEPUTY:  Juror Number Four, is that
15    your verdict?
16             JUROR NUMBER FOUR:  Yes.
17             THE COURTROOM DEPUTY:  Juror Number Five, is that
18    your verdict?
19             JUROR NUMBER FIVE:  Yes.
20             THE COURTROOM DEPUTY:  Juror Number Six, is that
21    your verdict?
22             JUROR NUMBER SIX:  Yes.
23             THE COURTROOM DEPUTY:  Juror Number Seven, is that
24    your verdict?
25             JUROR NUMBER SEVEN:  Yes.

1      THE COURTROOM DEPUTY:  Juror Number Eight, is that
2  your verdict?
3      JUROR NUMBER EIGHT:  Yes.
4      THE COURTROOM DEPUTY:  Juror Number Nine, is that
5  your verdict?
6      JUROR NUMBER NINE:  Yes.
7      THE COURTROOM DEPUTY:  Juror Number Ten, is that
8  your verdict?
9      JUROR NUMBER TEN:  Yes.
10     THE COURTROOM DEPUTY:  Juror Number 11, is that
11 your verdict?
12     JUROR NUMBER 11:  Yes.
13     THE COURTROOM DEPUTY:  Juror Number 12, is that
14 your verdict?
15     JUROR NUMBER 12:  Yes.
16
17     THE COURTROOM DEPUTY:  The jurors have been poled.
18     THE COURT:  Ladies and gentlemen, and I'm
19 addressing the alternates too.  This concludes your service
20 in this case.  I want to commend you on the care with which
21 all of you listened to the evidence.  As I'm sure
22 Judge Reyes told you when you were selected as jurors, our
23 system can't function without citizens like you, who are
24 willing to step up and give up your time.  I especially want
25 to commend the alternates who, I think, have spent the last

1  four days sitting.  And I'm sure found some other things to
2  do.
3        All of those restrictions that I have placed on
4  you are lifted.  You can speak to whomever you wish about
5  it.  You can also speak to no one about it.  But what I
6  would ask you to do all of you, if you can just wait in the
7  jury room for a few minutes, I would like to come back and
8  thank you personally.  Thank you very much.
9        THE COURTROOM DEPUTY:  All rise.
10       (The jury exits the courtroom at 4:12 p.m.
11       THE COURTROOM DEPUTY:  You may be seated.
12       THE COURT:  All right.  I think we need to set a
13 motion schedule; is that right?  Did you want to submit
14 motions?  I did receive a letter from you this morning,
15 which I take it just to be a supplement to your prior motion
16 for a mistrial?
17       MR. FRISCH:  It was a motion for a mistrial, yes.
18       THE COURT:  A second motion for a mistrial?
19       MR. FRISCH:  Yes.
20       THE COURT:  Go ahead.
21       MR. FRISCH:  So there's two housekeeping things.
22 Or at least two housekeeping things.
23       One:  With regard to briefing, I would request
24 three weeks to get my papers in.
25       Second:  There are two things that I should

Jury Trial                                                         1006

1    probably file publically.  The letter from this morning at
2    7:36 a.m. I think there's no harm in filing that publicly
3    now.
4              THE COURT:  Does the Government have any objection
5    to that?
6              MR. PAULSEN:  No, your Honor.
7              MR. FRISCH:  Second, there were two e-mails I sent
8    the Court on Monday.  Because of the time of getting it to
9    the Court and the issue of the stipulation and the reports
10   about the Clinton campaign, what I would propose to do is
11   write a cover letter that attaches the two e-mails and the
12   attachment and file that publicly as well.
13             THE COURT:  Was the letter that was e-mailed to
14   Ms. Greene?  Is that what happened?  There were so many
15   things that came in, I'm having a little bit of trouble
16   remembering.
17             MR. FRISCH:  Actually, your Honor is right.  I
18   e-mailed the letter that made reference to the Clinton 302
19   issue, the Government followed up with an e-mail and I
20   followed up with two e-mails.  I think that, as those are
21   communications with the Court, the presumption of public
22   access, and I think the substance of the e-mails and their
23   attachments are already a matter of public record.  So I
24   think those should be filed publicly.
25             THE COURT:  I think that's right.  I thought you

Jury Trial 1007

1 had filed them publicly, but I guess -- but you say you
2 haven't.  So yes, they should be filed publicly.
3            Was there -- does either side feel the need to
4 address the letter that Mr. Frisch filed this morning?
5            MR. PAULSEN:  Your Honor, not the one this
6 morning.  I would like to be heard on the earlier e-mails.
7            THE COURT:  Okay.
8            MR. PAULSEN:  So some of these e-mails concerned
9 the Government and defense counsel's negotiations over a
10 draft stipulation.  We did then eventually agree to a more
11 limited stipulation.  That --
12            THE COURT:  The e-mail exchange between the two of
13 you shouldn't come in.
14            MR. PAULSEN:  I believe that's what he's asking to
15 put on.
16            THE COURT:  Oh.  I don't see that with a
17 communication with me.  I thought your -- you know what?
18 Submit it to me and I'll take a look at it and see what
19 should be publically filed.  Generally, your communications
20 with one another are not communications with me.  And if you
21 were just updating me on your progress, I don't consider
22 that a communication with the Court.  But I think the best
23 thing to do is, rather than have me just guess about what it
24 is, submit it to me and I'll make a determination about what
25 should be publically filed.

1       MR. PAULSEN:  Thank you, your Honor.
2       MR. FRISCH:  These were just the records -- to be
3  clear.  These were e-mails with the Court.  Nonetheless,
4  what I'll do is draft a letter with the letters attachments
5  and e-mail to the Court for the Courts guidance as to what
6  to file publicly.
7       THE COURT:  This is, of course, generally why we
8  don't permit e-mailing with the Court because things should
9  be filed.  I'm just putting it out there.  It's a little bit
10 unusual.
11      All right.  And those three weeks takes us to
12 where in terms of filing the motions?
13      THE COURTROOM DEPUTY:  April 21st.
14      THE COURT:  April 21st for the defense filing.
15 How much time do you need to respond?
16      MR. PAULSEN:  Your Honor, if we can have the same.
17 If we can have three weeks to respond.
18      THE COURT:  I think that's May 19th and June 2nd
19 would be the reply.
20      Have we set a sentence date?
21      THE COURTROOM DEPUTY:  Wednesday, August 16th.
22      THE COURT:  Mr. Mackey, the Probation Department
23 has to prepare a probation report, a presentence report, to
24 assist me in determining an appropriate sentence.  You're
25 going to be asked to participate in that, and I know your

Jury Trial                                    1009

1  counsel wants to be present; is that right?
2         MR. FRISCH:  It is, your Honor.
3         THE COURT:  August 16th at noon is the sentence.
4         I don't recall off the top of my head what the
5  terms of pretrial release are.  I think they will be the
6  same.
7         MR. PAULSEN:  Your Honor, we're not asking for any
8  modifications.
9         THE COURT:  Okay.  Just continue to abide by what
10 those are.  And I don't think this is going to happen, but I
11 just want to make you aware that if you were to not show up
12 for sentencing, that would subject you to some additional
13 trouble.  Okay?  All right.
14        Anything else anybody wants to put on the record?
15        MR. PAULSEN:  No, your Honor.
16        MR. FRISCH:  No.
17        THE COURT:  Thank you so much.
18        (Proceeding concluded.)

1010

**I N D E X**

**E X H I B I T S**

Court's Exhibit 9                                                    1002

*ToniAnn Lucatorto, RPR, RMR, CRR*
*Official Court Reporter*