964

```
                       UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF NEW YORK
   ------------------------------x
                                            21-CR-80(AMD)
   UNITED STATES OF AMERICA,
                                            United States Courthouse
            Plaintiff,                      Brooklyn, New York

            -against-                       March 28, 2023
                                            9:30 a.m.
   DOUGLASS MACKEY,

            Defendant.

   ------------------------------x

              TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
                            JURY PRESENT
              BEFORE THE HONORABLE ANN M. DONNELLY
                  UNITED STATES DISTRICT JUDGE
                          BEFORE A JURY

   APPEARANCES

   For the Government:        BREON S. PEACE, ESQ.
                              UNITED STATES ATTORNEY
                              Eastern District of New York
                              271 Cadman Plaza East
                              Brooklyn, New York 11201
                              BY:  ERIK DAVID PAULSEN, ESQ.
                                   F. TURNER BUFORD, ESQ.
                                   WILLIAM J. GULLOTTA, ESQ.
                              Assistant United States Attorneys

   For the Defendant:         ANDREW J. FULTON, ESQ
                              40 Fulton Street
                              New York, New York 10038



   Also Present:              DOUGLASS MACKEY, DEFENDANT

   Court Reporter:            AVERY N. ARMSTRONG, RPR
                              Phone:  718-613-2419
                              Fax:    718-613-2639
                              Email:  Aarm.edny@gmail.com

   Proceedings recorded by mechanical stenography.  Transcript
   produced by computer-aided transcription.
```

*AVERY N. ARMSTRONG, RPR*
*OFFICIAL COURT REPORTER*

1        (In open court; Jury not present.)

2        THE COURT: All right. I think Ms. Greene showed
3 the parties the note that we received from the jury which was
4 dated today at 11:40 a.m. and it reads: Dear Judge Donnelly,
5 may we request the transcript of the proceedings? That would
6 include the testimony, lawyers questions, et cetera. Thank
7 you, jury foreman. And it's signed by Juror Number 1.

8        From yesterday, I think we had already taken all the
9 sidebar conferences out, so I guess they just want the entire
10 trial.

11        MR. PAULSEN: Yes, Your Honor. There was one
12 modification that we wanted to flag for you.

13        THE COURT: Okay.

14        MR. PAULSEN: One of Mr. Frisch's letters from
15 Monday morning was that there was a date that was incorrect.

16        Can we just make a hand modification with the
17 consent of the Court?

18        THE COURT: It's all right with me. I'm just
19 thinking if I were a juror and I saw that, what would I think?

20        MR. PAULSEN: It says 25th when it should say 5, and
21 so it's really removing just one digit.

22        THE COURT: All right. Do you have any problem with
23 that?

24        MR. FRISCH: No.

25        THE COURT: All right. Doesn't sound like it's the

1   key to the case.
2              MR. PAULSEN:  It shouldn't be, and I think the
3   correct date was said repeatedly.  I think it was an error in
4   the transcription.
5              THE COURT:  All right.  So what we are we'll do is
6   we'll send those transcripts back with that modification.
7              Is that the transcript right there in the binder?
8              MR. PAULSEN:  It is, Your Honor.  And Ms. Parshad
9   has some whiteout, so she can just white-out the one letter.
10             THE COURT:  What would you guys do without
11  Ms. Parshad?
12             MR. PAULSEN:  She's extraordinary.
13             THE COURT:  She deserves a raise.
14             All right.  So the jury note is Court Exhibit
15  Number 3.
16             (Court Exhibit 3, was received in evidence.)
17             THE COURT:  Anything else that anybody wants to put
18  on the record?
19             MR. FRISCH:  Just what time we could be free to
20  leave the building or do you want us to wait around and decide
21  that later?  Not that I'm rushing to leave.
22             THE COURT:  No, you're not transfixed by the
23  proceedings that are going on in other courtrooms?
24             I mean, if you go close by, we'll just call you as
25  long as we have your cell phone.  Yeah.  So --

1          MR. FRISCH:  Maybe I'll wait until like 12:00 or
2     12:15, something like that.
3          THE COURT:  Yeah, just as long as it's easy for you
4     to get back.  Okay.  All right.
5          Thanks, everybody.
6          (A recess was taken at 11:54 a.m.)
7          (Time noted:  12:06 p.m.)
8          THE COURTROOM DEPUTY:  All rise.
9          THE COURT:  Hi.  Everybody can sit down.
10         What's the trouble?
11         MR. BUFORD:  So Your Honor, we just wanted to
12    clarify.  We jointly, I think, understand the note to be
13    asking for the transcript of the proceeding to exclude
14    openings statements and closing arguments, and therefore we're
15    not going to send back those as part of the transcript.
16         THE COURT:  Well, I wouldn't do it any way.
17         MR. BUFORD:  Understood.
18         THE COURT:  Just the testimony.
19         MR. FRISCH:  First of all, it's not the joint
20    understanding.  I've actually had this issue come up in
21    another case.
22         And here's my position on it:  They have asked for
23    all proceedings by the -- as I remember the note -- by the
24    language of their note, they're asking for the jury addresses.
25    I think there's a couple of different options, one of which is

1   to call them in or ask them if they want jury addresses --

2               THE COURT:  Well, I don't think it's proper to send

3   jury summations and opening statements back.

4               And I -- do you want me to do that?  Is that what

5   you're asking?

6               MR. FRISCH:  Well, I think that -- it's two answers.

7   Number one, I think it's not clear from their note when they

8   say proceedings, if that's what they want.  I can't remember

9   if it says entire proceedings --

10              THE COURT:  The transcript of the proceedings that

11  would include the testimony, lawyers' questions, et cetera.

12              MR. FRISCH:  First answer, it's not clear to me what

13  they want.  I think they have to be asked.  Second, my

14  recollection of the law, and it's been a number of years since

15  I did this trial where this came up, it's just a matter of the

16  Court's discretion.  But I think the first question is whether

17  that's what they want.

18              MR. BUFORD:  Your Honor, I think the Court

19  instructed them that the statements by the attorneys are not

20  evidence.  I would suggest that what they're asking for is the

21  evidence, and it if they want the addresses, they know how to

22  ask for it.

23              THE COURT:  I think that's right.  First of all, it

24  is not my practice, even when they request it, to send those

25  back, because they're not evidence.  And so I think we'll just

1  send back the transcript as-is.  They don't specifically

2  mention the openings and closings, but I think because of the

3  fact that they're not evidence, I'm not going to send it back.

4  All right.

5            Anything else?  Oh, the court reporter fixed the

6  date.

7            MR. BUFORD:  I'm sorry, Your Honor.  It's printed

8  double-sided, so we need a double-sided replacement of the

9  page.

10           THE COURT:  I don't think you need me for this part.

11           (A recess was taken at 12:10 p.m.)

13           (Continued on the following page.)

1               A F T E R N O O N  S E S S I O N

2              (Time noted:  4:35 p.m.)

3              (In open court; Jury not present.)

4              THE COURTROOM DEPUTY:  All rise.

5              THE COURT:  All right.  Everybody can have a seat.

6              All right.  Oh, your client?

7              MR. FRISCH:  Mr. Mackey is headed up.  I'll rush him

8    along.

9              THE COURT:  You don't have to rush him.

10             (Defendant enters the courtroom.)

11             (Time noted:  4:39 p.m.)

12             THE COURT:  All right.  Ms. Greene I think passed

13   out copies of the jury's most recent note from about 4:15 and

14   it reads:  Dear Judge Donnelly, we have completed our

15   deliberations and we have not, underlined, reached a unanimous

16   decision.  Please advise.  And it's signed -- it says thank

17   you, and it's signed by the foreperson.  And that will be

18   Court Exhibit 4.

19             (Court Exhibit 4, was received in evidence.)

20             THE COURT:  I'll surely hear from the parties, but I

21   propose to do the following:  It's about 20 minutes to 5:00,

22   and what I proposed to do is give them kind of a mild modified

23   *Allen* charge, and have them stop deliberating for the night,

24   come back tomorrow.  I just don't think they've been

25   deliberating long enough to give them a full *Allen* charge.

1    But I'll hear anybody's position on that.
2                MR. PAULSEN:  Your Honor, that sounds fine to us.  I
3    think we also thought this has not been quite long enough for
4    an *Allen* charge.
5                MR. FRISCH:  Your Honor's proposed approach sounds
6    right.
7                THE COURT:  Okay.  So let me just tell you what I'm
8    going to say to them so it's not a surprise.  I'm just going
9    to tell them that we got the note and that I'm just going to
10   tell them that they've only been deliberating for a relatively
11   short period of time.  It is very often the case that jurors
12   feel they can't reach a decision, but after they continue to
13   deliberate, they determine that that they can.  So then I'll
14   remind them not to change their opinions if they are convinced
15   that they -- don't hesitate to change your opinion if you're
16   convinced you were wrong, but don't surrender an honestly-held
17   view of the case.  Then I'm going to tell them I'm not trying
18   to rush them or pressure them, and to tell them to take as
19   much time as they need, but given the hour, I think the best
20   thing to do is to stop for the night and resume fresh in the
21   morning.  All right.
22               MR. PAULSEN:  That's fine, Your Honor.
23               MR. FRISCH:  Yes.
24               THE COURT:  Okay.
25               (Pause in the proceedings.)

PROCEEDINGS                                          972

1           (Time noted:  4:43 p.m.)

2           THE COURTROOM DEPUTY:  All rise.

3           (Jury enters the courtroom.)

4           THE COURTROOM DEPUTY:  You may be seated.  Sorry.

5           THE COURT:  All right.  Ladies and gentlemen, I have
6  received your note.  And it reads: Dear Judge Donnelly, we
7  have completed our deliberations and we have not reached a
8  unanimous decision.  Please advise.  Thank you.  And it's
9  signed by our foreperson.

10          I realize, you know, from your note that you're
11 having difficulty reaching a unanimous agreement.  That is
12 actually not unusual.  And by our terms, you've only been
13 deliberating a little while, though.  It's just very often the
14 case that jurors feel that they can't reach a decision, and
15 then when you have the opportunity to talk a little more and
16 deliberate, it's been my experience that jurors often can
17 reach a decision.  And so I am going to ask you to resume your
18 deliberations, but I'm going to ask you to do it tomorrow.  I
19 think it might be -- given, you know, it's 15 minutes to 5:00,
20 and so I think it might be a good time to break and get a
21 fresh start tomorrow.  And when you resume your deliberations,
22 I'm just going to ask that you continue to listen to one
23 another respectfully, and as I said in my charge, don't
24 hesitate to change your opinion if you're convinced that you
25 were wrong, but on the other hand, you should never surrender

1   an honestly-held view of the case just because you're outvoted
2   or because it's getting late.  And by talking to you now, I
3   don't mean to pressure you or rush you into agreeing on a
4   verdict.  I want you to take your time and take the time you
5   need to discuss it.  It's important that you each consider the
6   case individually and discuss it amongst yourselves.  There's
7   no hurry.
8              So I'm going to excuse you for the evening, and I'll
9   just repeat those instructions that I've given you.  Please
10  don't talk about the case at all.  Don't look up anything,
11  don't permit anyone to approach you to discuss the case.  But
12  have a good night, and we'll get a fresh start tomorrow.
13  Thanks so much.
14              THE JURY:  Thanks so much.
15              THE COURT:  Oh, 9:30.
16              THE COURTROOM DEPUTY:  All rise.
17              (Jury exits the courtroom.)
18              (Time noted:  4:46 p.m.)
19              THE COURTROOM DEPUTY:  You may be seated.
20              THE COURT:  We do have our poor alternates and I
21  have to excuse them tonight.  I think I have to give them the
22  same caution, so I'm going to bring them in too.
23              (Pause in the proceedings.)
24              THE COURTROOM DEPUTY:  All rise.
25              (Alternate jurors enters the courtroom.)

1          (Time noted:  4:50 p.m.)
2          THE COURTROOM DEPUTY:  You may be seated.
3          THE COURT:  Good afternoon, ladies and gentlemen.
4   We have not forgotten about you.  But I excused the regular
5   jurors for the night.  We all appreciate your service, and
6   participation in the case.  I'm just going to excuse you for
7   the night also and just tell you to continue not to talk about
8   the case or look anything up or permit anyone to speak to you
9   about it.  But if you could be back tomorrow at 9:30, I would
10  appreciate it.  Thank you so much.  We'll see you tomorrow.
11         THE COURTROOM DEPUTY:  All rise.
12         (Alternate jurors exit the courtroom.)
13         (Time noted:  4:51 p.m.)
14         THE COURTROOM DEPUTY:  You may be seated.
15         THE COURT:  All right.  Anything before we break for
16  the night?
17         MR. PAULSEN:  No, Your Honor.
18         MR. FRISCH:  No, thank you.
19         THE COURT:  All right.  See everybody tomorrow.
20
21                  *     *     *     *     *
22         (Proceedings adjourned at 4:51 p.m. to resume on
23  March 29, 2023 at 9:30 a.m.)
24
25