```
                                                                    996

 1                          UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF NEW YORK
 2     ------------------------------x
                                               21-CR-80(AMD)
 3     UNITED STATES OF AMERICA,
                                               United States Courthouse
 4              Plaintiff,                     Brooklyn, New York

 5              -against-                      March 30, 2023
                                               9:30 a.m.
 6     DOUGLASS MACKEY,

 7              Defendant.

 8     ------------------------------x

 9              TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
                            JURY PRESENT
10              BEFORE THE HONORABLE ANN M. DONNELLY
                      UNITED STATES DISTRICT JUDGE
11                          BEFORE A JURY

12     APPEARANCES

13     For the Government:        BREON S. PEACE, ESQ.
                                  UNITED STATES ATTORNEY
14                                Eastern District of New York
                                  271 Cadman Plaza East
15                                Brooklyn, New York 11201
                                  BY:  ERIK DAVID PAULSEN, ESQ.
16                                     F. TURNER BUFORD, ESQ.
                                       WILLIAM J. GULLOTTA, ESQ.
17                                Assistant United States Attorneys

18     For the Defendant:         ANDREW J. FULTON, ESQ
                                  40 Fulton Street
19                                New York, New York 10038

20


21     Also Present:              DOUGLASS MACKEY, DEFENDANT

22     Court Reporter:            AVERY N. ARMSTRONG, RPR
                                  Phone:  718-613-2419
23                                Fax:    718-613-2639
                                  Email:  Aarm.edny@gmail.com
24
       Proceedings recorded by mechanical stenography.  Transcript
25     produced by computer-aided transcription.
```

997

```
 1                  A F T E R N O O N   S E S S I O N
 2               (Time noted:  4:47 p.m.)
 3               (In open court; Jury not present.)
 4               THE COURTROOM DEPUTY:  All rise.
 5               THE COURT:  Hi.  Everybody can sit down.
 6               So I don't know that we need to bring the jury out
 7   for this note.  I think we can just tell them.  And Ms. Green
 8   has given everybody copies.
 9               It says, Dear Judge Donnelly, are we allowed to take
10   the pages out of the evidence binders to reorder them
11   chronologically?  Thank you for your consideration.
12               Does anybody have an objection is Ms. Greene just
13   tells them if they can do that?
14               MR. BUFORD:  No objection from the Government.
15               MR. FRISCH:  No.
16               THE COURT:  Okay.  So that's what we'll do.  And
17   this note will be -- it's signed by the foreperson, and it's
18   going to be Court Exhibit Number 8.
19               (Court Exhibit 8, was received in evidence.)
20               THE COURT:  So Donna, I'm going to give this to you,
21   so you can just tell them yes.
22               THE COURTROOM DEPUTY:  Thank you.  You got it.
23               THE COURT:  All right.  Thanks, everybody.
24               MR. BUFORD:  Thank you, Your Honor.
25               (A recess was taken.)
```

```
 1                (Time noted:  6:26 p.m.)
 2                THE COURTROOM DEPUTY:  All rise.
 3                THE COURT:  Hi.  Everybody can sit down.
 4                So it's almost 6:30.  I think it's probably time to
 5    let them go for the night, and -- unless somebody has
 6    something they want to say.
 7                MR. BUFORD:  We defer to the Court, Your Honor.
 8                THE COURT:  Well, I didn't order them dinner, so I
 9    think that's probably what I'll do.
10                Anything to say about that?
11                MR. FRISCH:  No.
12                THE COURT:  Okay.  Let's get the jurors and we won't
13    forget the alternates.
14                THE COURTROOM DEPUTY:  No, we will not.
15                (Pause in the proceedings.)
16                THE COURTROOM DEPUTY:  All rise.
17                (Jury enters the courtroom.)
18                THE COURTROOM DEPUTY:  You may be seated.
19                THE COURT:  All right.  Good evening, jurors.
20                THE JURY:  Good evening, Judge.
21                THE COURT:  It's been a long day, you've been hard
22    at work, and so I'm going to excuse you for the night.  The
23    same directions that I give you every night apply.  Please
24    don't look up anything about the case, don't talk about the
25    case with anybody, and surely, don't permit anybody to speak
```

1  to you about the case.  But have a restful night.  As I said
2  last night, I think you've been showing up at 9:00 o'clock, so
3  as soon as you get here, you can start deliberating again
4  tomorrow.  All right.  Thanks so much.
5           THE COURTROOM DEPUTY:  All rise.
6           (Jury exits the courtroom.)
7           THE COURTROOM DEPUTY:  You may be seated.
8           THE COURT:  So Ms. Greene is getting the alternates.
9  Thought it would be a good plan.
10          THE COURTROOM DEPUTY:  All rise.
11          (Alternate jurors enter the courtroom.)
12          THE COURTROOM DEPUTY:  You may be seated.
13          THE COURT:  All right, alternates.  Another day.
14 I'm going to excuse you for the night.  We're going to resume
15 again tomorrow.  I think you were coming at 9:30 which is
16 fine.  I understand you have some things to occupy you back
17 there, but I know it's a long day and I do appreciate it.  So
18 please don't look up anything about the case, don't talk about
19 the case to anybody, and don't permit anyone to approach you
20 about the case.  Do have a good night.  Thank you so much.
21          THE COURTROOM DEPUTY:  All rise.
22          (Alternate jurors exit the courtroom.)
23          THE COURTROOM DEPUTY:  You may be seated.
24          THE COURT:  All right. Anything before we break for
25 the night?

1000

1   MR. BUFORD:  Not from the Government, Your Honor.
2   MR. FRISCH:  No.
3   THE COURT:  All right.  Thanks so much.  See you
4 tomorrow.
5                  *     *     *     *     *
6   (Proceedings adjourned at 6:34 p.m. to resume on
7 March 21, 2023 at 9:30 a.m.)

*AVERY N. ARMSTRONG, RPR*
*OFFICIAL COURT REPORTER*

1001

E X H I B I T S

| COURT | PAGE |
|---|---|
| 8 | 997 |

*AVERY N. ARMSTRONG, RPR*
*OFFICIAL COURT REPORTER*