The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
646-349-7660

August 21, 2024

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

    Mr. Mackey seeks to modify the conditions of his release to permit travel with his wife and child from their home in Florida to spend a week with his family in Vermont. The United States Attorney's Office and Florida Pretrial Services advise me that they defer to Pretrial Services in this District.

    Pretrial Services in this District has a protocol requiring counsel for an out-of-state defendant to email the request to a certain email. Pretrial Services did not respond to my emails about this request, and so I telephoned this morning and was referred to Pretrial Services Officer Amanda Carlson, who advised me that she is checking with Florida Pretrial Services. Meanwhile, I am leaving for Europe in about an hour and will not be able to file a letter until my return next week. Thus, I request that the Court accept this letter and permit me to email the Court's case manager once I have consent from Pretrial Services. Mr. Mackey's proposed trip was supposed to begin today but will now depend on when I hear back from Pretrial Services and when the Court can rule on the application.

    We appreciate the Court's consideration.

    Respectfully submitted,

    */s/ Andrew J. Frisch*
    Andrew J. Frisch

cc: U.S. Attorney's Office