The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
646-349-7660

August 28, 2024

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

      On behalf of Douglass Mackey, I write in response to the Court's order of earlier today to advise that he will travel to Vermont between August 31 and September 6, 2024.

      Mr. Mackey and I appreciate the Court's intervention. Pretrial Services in this District never advised me of its position on the request made on August 21, 2024 (under Docket No. 191). Earlier today, Mr. Mackey and I both emailed Pretrial Services and made a new request with new travel dates. Pretrial Services quickly responded with its consent. I suspect that the speed with which Pretrial Services responded was a consequence of the Court's inquiry.

      Respectfully submitted,

      */s/ Andrew J. Frisch*
      Andrew J. Frisch

cc: U.S. Attorney's Office