The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
646-349-7660

December 11, 2024

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Donnelly:

    I write on behalf of Mr. Mackey to request a modification of the conditions of his release. He wishes to travel from Florida to Vermont to visit with his family from December 28 to 31, 2024. Neither Pretrial Services nor the government opposes this request. Mr. Mackey will assure that Pretrial Services has his travel itinerary.

                                           Respectfully submitted,

                                           */s/ Andrew J. Frisch*
                                           Andrew J. Frisch

cc:    United States Attorney's Office