The Law Offices of<br>
ANDREW J. FRISCH, PLLC<br>
40 Fulton Street, 17th Floor<br>
New York, New York 10038<br>
646-349-7660

March 10, 2025

The Honorable Ann M. Donnelly  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

*Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

Mr. Mackey seeks to modify the conditions of his release to permit travel to Austin, Texas, from March 14 to 17, 2025, and from March 23 to 24, 2025, to Naples, Florida, both to attend conferences. He will provide his traveling details to pretrial services and his supervising officer. Pretrial Services has advised me that it does not object to this request. The government has also advised me that it does not object.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Andrew J. Frisch*  
Andrew J. Frisch

cc: U.S. Attorney's Office