The Law Offices of
**ANDREW J. FRISCH**
40 Fulton Street, 17th Floor
New York, New York 10038
646-349-7660

June 2, 2025

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

  On behalf of Douglass Mackey, I write to request that his bond be modified to permit travel within the continental United States. It is understood that he will advise his supervising officer of his travel. This request has been reviewed by the government and pretrial services in Florida where Mr. Mackey resides and this District. The government and both pretrial services offices do not oppose this request.

            Respectfully submitted,

            */s/ Andrew J. Frisch*
            Andrew J. Frisch

cc: U.S. Attorney's Office