The Law Offices of
ANDREW J. FRISCH

September 23, 2025

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

       On September 3, 2025, the Second Circuit issued its final judgment directing the district court to enter a judgment of acquittal in the above referenced case. I am aware of no reason (legal or otherwise) why the judgment of acquittal has not and should not be entered. I respectfully request that the judgment of acquittal be entered forthwith.

                           Respectfully submitted,

                           */s/ Andrew J. Frisch*
                           Andrew J. Frisch

cc: U.S. Attorney's Office