**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-five.

Before:  Debra Ann Livingston,
  *Chief Judge*,
 Reena Raggi,
 Beth Robinson,
  *Circuit Judges*.

_____

United States of America,

  Appellee,

  v.

Douglass Mackey, AKA Ricky Vaughn,

  Defendant - Appellant.
_____

**JUDGMENT**

Docket No. 23-7577

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment of conviction is REVERSED and the case is REMANDED to the district court with instructions to enter a judgment of acquittal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/03/2025