AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _District_

UNITED STATES OF AMERICA

v.

DOUGLASS MACKEY

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:21-cr-00080-AMD

IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Ann M. Donnelly

Signature of Judge

| Ann M. Donnelly | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

9/23/2025

Date